# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**DAVID HOSSEIN SAFAVIAN**
**1314 Gatewood Drive**
**Alexandria, VA 22307-2032**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about <u>the following dates</u>, in the District of <u>the District of Columbia,</u> defendant

1) from on or about March 27, 2003 to on or about April 25, 2003, did knowingly and corruptly influence, obstruct, impede, and endeavor to influence, obstruct, and impede the due and proper administration of the law under which a pending proceeding was being had before a department and agency of the United States; and 2) on or about March 27, 2003, in a matter within the jurisdiction of the executive branch of the United States, did knowingly and willfully conceal, and cover up by a trick, scheme, and device a material fact; 3) on or about July 25, 2002, in a matter within the jurisdiction of the executive branch of the United States, did knowingly and willfully conceal, and cover up by a trick, scheme, and device a material fact

in violation of Title <u> 18 </u> United States Code, Sections 1001, 1505.

I further state that I am <u>Jeffrey A. Reising,  Special Agent of the Federal Bureau of Investigation</u>, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

M. Kendall Day
Nathaniel B. Edmonds
Trial Attorneys, Criminal Division
U.S. Department of Justice
(202) 514-1412 / 307-0629

Signature of Complainant
Jeffrey A. Reising, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

_____         at      Washington, D.C.
Date                                    City and State

Magistrate Judge, United States district Court

_____              _____
Name & Title of Judicial Officer          Signature of Judicial Officer