UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05 - 0 5 0 1M - 01. |
| v. | : | |
| DAVID HOSSEIN SAFAVIAN | : | FILED UNDER SEAL |
| Defendant | : | |

FILED
SEP 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's Motion to Seal and for the reasons stated therein, it is hereby

ORDERED, that the Complaint and Affidavit in the above-captioned matter, the Arrest Warrant, the government's Motion to Seal, and this Order shall be SEALED and that this Order will remain in effect for a period of thirty days from today, until Safavian is arrested, or until further Order of this Court.

Dated this 15 day of September, 2005.
SEP 1 6 2005

_____
United State Magistrate Judge
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE