UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>**Defendant** | Criminal No. 05-370 (PLF) |

## MOTION TO WITHDRAW

M. Evan Corcoran of Wiley Rein & Fielding LLP respectfully moves this Court to allow him to withdraw representation from the proceeding currently pending before this Court. Barbara Van Gelder will be the substituting counsel for David Hossein Safavian.

        Respectfully submitted,

        WILEY REIN & FIELDING LLP


        By: \s\ M. Evan Corcoran

        M. Evan Corcoran
        D.C. Bar No. 440027
        1776 K Street NW
        Washington, DC  20006
        TEL: 202.719.7000
        FAX:  202.719.7049

        Attorneys for David H. Safavian

Dated: October 28, 2005