UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>Defendant | Criminal No. 05-370 (PLF) |

NOTICE OF APPEARANCE

Please enter the appearance of Barbara Van Gelder as counsel in this case for David Hossein Safavian.

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: /s/ Barbara Van Gelder

Barbara Van Gelder
D.C. Bar No. 265603
1776 K Street NW
Washington, DC  20006
TELEPHONE: 202.719.7000
FACSIMILE:  202.719.7049

Attorneys for David H. Safavian

Dated: October 28, 2005