UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, | |
| v. | |
| DAVID HOSSEIN SAFAVIAN, | Criminal No. 05-370 (PLF) |
| Defendant | |

**MOTION OF DEFENDANT DAVID H. SAFAVIAN TO COMPEL DISCOVERY**

Defendant David H. Safavian, through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 16, Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), United States v. Bagley, 473 U.S. 667 (1985), and their progeny, the Fifth and Sixth Amendments to the United States Constitution, and the Court's inherent power to supervise discovery in a criminal case, to enter an order compelling the United States to provide Mr. Safavian with all documents and other information necessary and material to the preparation of dispositive motions and his defense. The specific categories of information requested are outlined in Attachment A to this Motion.[1] A proposed Order and Memorandum of Points and Authorities in Support of this Motion are attached. Mr. Safavian requests oral argument on this motion.

---

[1] In accordance with Local Rule 16.1, defense counsel notes that it has previously requested this information directly from the United States attorney, and has followed up with additional correspondence. Government counsel has acknowledged that is not complying with several terms of the request and anticipates this Motion to Compel.

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: /s/ Barbara Van Gelder

    Barbara Van Gelder Esq.
    D.C Bar #265603
    Roderick Thomas
    D.C. Bar #433433
    Albert Lambert
    D.C. Bar #489562
    Wiley Rein & Fielding LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7032
    FASCIMILE: 202.719.7049

    Attorneys for David H. Safavian

Dated: October 28, 2005