# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 05-370 (PLF)** |
| | ) | |
| **DAVID HOSSEIN SAFAVIAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ATTACHMENT A: DEFENDANT DAVID SAFAVIAN'S SUMMARY OF
OUTSTANDING REQUESTS
TO ACCOMPANY MOTION TO COMPEL DISCOVERY**

| Request | Stated Reason for Withholding Production |
|---|---|
| | |
| **<u>Documents For Which the Prosecution Has Acknowledged Possession But Has Stated It Will Not Produce</u>** | |
| A.   302s, rough notes, ROIs, and tapes of GSA General Counsel McKenna and Ms. Ellison pertaining to the July 2002 request for an advisory opinion. | Prosecution does not believe Mr. Safavian is entitled to 302s of these officials for preparation of dispositive motions. |
| B.   Rough notes and tapes of Agents Reising and Minnick for the May 26, 2005 Interview. | Prosecution does not believe Mr. Safavian is entitled to these notes for preparation of dispositive motions. |
| C.   E-mails between certain named associates of Lobbyist A concerning Mr. Safavian, OPB, NSWC-White Oak, and the Scotland Trip. | Prosecution believes that the request is overbroad and that Mr. Safavian is not entitled to them for the preparation of dispositive motions. |
| D.   E-mails sent to/from GSA officials relating to the status of the OPB and NSWC-White Oak properties. | Prosecution believes that the request is overbroad and that Mr. Safavian is not entitled to them for the preparation of dispositive motions. |

| Request | Stated Reason for Withholding Production |
|---|---|
| **Documents the Prosecution Has Stated It Will Not Produce Because They Are In the Possession of the GSA, Senate, or Other Agency** | |
| A. The Identity of the Author of the Hotline Complaint, and evidence of any other complaints made to the GSA that bear similar markings. | The identity is not known to prosecution or GSA, and the prosecution does not believe such information would be discoverable. |
| B. GSA procedures and guidelines related to ethics opinions. | Prosecution does not have copies in their possession and does not believe such copies would be discoverable. |
| C. Reports, documents, and correspondence sent to, or emanating from, GSA Commissioner Joseph Moravec concerning the OPB and NSWC-White Oak Properties. | Prosecution does not have any additional material in its possession and does not believe it would be discoverable. |
| D. Senate Investigator's Notes and Rough Notes of Senate Staffers regarding statements made by Mr. Safavian | Prosecution does not have the notes of the investigator in its possession. |
| E. Documents, videotapes, reports, or other records about Mr. Safavian's Arrest and/or Cooperation in any other matter. | Prosecution has represented that it has provided all of the FBI, GSA-OIG, and DOI-OIG reports and that it has no further records. |