## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>**Defendant** | Criminal No. 05-370 (PLF) |

### ORDER

UPON CONSIDERATION of Defendant David H. Safavian's Motion to Compel Discovery, it is this _____ day of _____, 2005,

ORDERED that the Defendant's Motion is GRANTED and that the United States MUST PRODUCE in a timely fashion all:

    1.    Documents identifying the substance of Mr. Safavian's actionable statements, including all investigative reports, rough notes, and tapes of GSA General Counsel Ray McKenna and Eugenia Ellison pertaining to the July 2002 request for an advisory opinion.

    2.    Rough Interview Notes and Tapes of Agents Reising and Brook Minnick from the May 26, 2005 Interview.

    3.    E-mail correspondence between business associates of Lobbyist A concerning Mr. Safavian, the Old Post Office Building, the NSWC-White Oak Property, and the 2002 Scotland Trip.

    4.    Discoverable items in the possession, custody or control of any United States branch or agency for which the prosecution has had knowledge of and access to.

    5.    The Identity of the Author of the Hotline Complaint, and evidence of any other complaints made to the GSA that bear similar markings.

    6.    GSA procedures and guidelines related to ethics opinions.

7.	Reports, documents, and correspondence sent to, or emanating from, GSA Commissioner Joseph Moravec and related GSA officials concerning the Old Post Office Building, NSWC-White Oak Properties, and GSA Procedures and Policies for disposal of Government property.

8.	Documents, videotapes, reports, or other records about Mr. Safavian's arrest and/or cooperation in any other matter.

9.	Notes and Rough Notes of the Senate Investigator and Senate Staffers regarding statements made by Mr. Safavian.

_____
UNITED STATES DISTRICT JUDGE

Barbara Van Gelder, Esq.
Roderick Thomas, Esq.
Albert C. Lambert, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter Zeidenberg
Nathaniel B. Edmonds
Public Integrity Section
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005