# EXHIBIT 11

OCT-19-2005  09:59                                                                    P.02/02

MAR-26-2003  10:04           GSA/OIG/DC                              202 501 4119    P.02/02

GSA Inspector General                    untitled

Fax (202) 501-4119

Suject: David Safavian

It has recently come to my attention that David Safavian engaged in activity in violation of federal law.

It is my understanding that short? after his appointment to GSA he participared in an international golfing trip provrded by lobbyists.

In November of 2002 h@ participated in political campaigns in other States. During these activities he used his gavernmeng cellphone, computer and Blackberry. Those of us who work in the federal government expect mare from those who are appoinred and would like to make sure resources aren't misused.

Page 1

TOTAL P.02

TOTAL P.02