UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIN,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

After consideration of defendant's Motion to Compel Discovery and the government's response thereto, IT IS HEREBY ORDERED that defendant's Motion to Compel Discovery should be and hereby is DENIED.

DATED: _____, 2005.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Peter Zeidenberg
Public Integrity Section
Nathaniel B. Edmonds
Fraud Section
United States Department of Justice
The Bond Building
1400 N.Y. Avenue, N.W.
Washington, D.C.  20005

Barbara Van Gelder, Esq.
Roderick Thomas, Esq.
Wiley Rein & Fielding LLP
1776 K Street N.W.
Washington, D.C. 20006