UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Cr. No 05-370 |
| v. | : |
| DAVID HOSSEIN SAFAVIAN | : |
| Defendant | : |

## NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL

The undersigned hereby provides notice pursuant to Local Rule LCrR 44.5(e) that he is one of the government counsel in the above captioned case.

Respectfully submitted,

Paul E. Pelletier
Acting Chief, Fraud Section

BY: _____
NATHANIEL B. EDMONDS
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
Tel: 202-307-0629