# EXHIBIT 11

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, June 19, 2002 11:23 AM |
| To: | 'David Safavian home' |
| Subject: | FW: Leasing of Historic Buildings |

David, can you get us this stuff so we can put together the bid specs?

-----Original Message-----
From:  van Horne, Jon (Shld-DC-Legis)
Sent:  Wednesday, June 19, 2002 11:10 AM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:     Leasing of Historic Buildings

Recently the General Post Office Building, also know as the US Tariff Commission Building was leased to a developer for conversion into a luxury hotel under the authority of section 111 of the National Historic Preservation Act (NHPA). It would be very helpful if we could obtain a copy of the solicitation that was used in that case (without any full size architectural drawings) to select the developer.

Also that transaction was proceeded by consultation with the Advisory Council on Historic Preservation pursuant to section 106 of the NHPA. This consultation resulted in a Memorandum of Agreement. It would be useful to know first whether there has been such a consultation with respect to the Old Post Office Building at 12th and Pennsylvania NW and whether a MOA has been issued and whether we can get a copy of it.

1

GTG-E000093017

# EXHIBIT 12

Shawn, we can't accommodate their request because we're not considering disposal at this time. However, we will be assessing federal needs in the fall. After the assessment is completed we'll know whether or not disposal is recommended. It's also important to note that if we determine to dispose, we're required to following disposal procedures. If you have questions on this please call me.
Sharon Jenkins - 202-708-5891

| Shawn McBurney | To: | Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA |
|---|---|---|
| | 07/25/2002 | cc: Anthony Costa/WP/RW/GSA/GOV@GSA, David H. Safavian/A/CO/GSA/GOV@GSA |
| | 01:00 PM | Subject: Re: Naval Weapons Facility(Document link: Sharon R. Jenkins) |

Sharon,
Thanks for all your help with this. Here's the requirement for the folks that are looking for space at the facility: Identify a 50 acre section, ideally with buildings on it, within the White Oak site for potential use as a school for about 200 children. Can this be accommodated? The Hill would like to know ASAP. Thanks. Shawn McBurney Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) 501-0563  Fax (202) 219-5742
shawn.mcburney@gsa.gov
www.gsa.gov

| Sharon R. Jenkins | To: | Shawn McBurney/S/CO/GSA/GOV@GSA |
|---|---|---|
| | cc: | Anthony Costa/WP/RW/GSA/GOV@GSA |
| | Subject: | Re: Naval Weapons Facility(Document link: Shawn McBurney) |
| 07/24/2002 06:57 AM | | |

o.k.  We will confirm what we can release and get back to you today.

| Shawn McBurney | To: | Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA |
|---|---|---|
| | | cc: Anthony Costa/WP/RW/GSA/GOV@GSA |
| 07/23/2002 06:12 PM | Subject: | Naval Weapons Facility |

The group that would like the info is the National Capital Athletic Association (evidently they organize sports activities for disadvantaged children). They understand that space is available and, if so, they would like to know if the could occupy it. Thanks. Shawn McBurney Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) 501-0563  Fax (202) 219-5742
shawn.mcburney@gsa.gov
www.gsa.gov

2

GTG-E000093106

# EXHIBIT 13

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Friday, June 14, 2002 6:42 PM |
| To: | Rudy, Tony (Shld-DC-Gov) |
| Subject: | Safavian is going to join us in Scotland |

1

GTG-E000092970