UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> v. <br><br> **DAVID HOSSEIN SAFAVIAN,** <br><br> Defendant | Criminal No. 05-370 (PLF) |

**NOTICE OF FILING**

As directed by this Court at the November 14, 2005 hearing, counsel for the Government and the Defendant conferred with respect to scheduling in this matter. The Defendant hereby files a proposed Order, which is attached hereto. Counsel for the Government has consented to this proposed Order.

          Respectfully submitted,

          WILEY REIN & FIELDING LLP

          By: /s/ Barbara Van Gelder

          Barbara Van Gelder, Esq.
          Roderick L. Thomas, Esq.
          Albert C. Lambert, Esq.
          Wiley Rein & Fielding LLP
          1776 K Street NW
          Washington, DC 20006
          TEL: 202.719.7032
          FASCIMILE: 202.719.7049

          Attorneys for David H. Safavian

Dated: November 17, 2005