UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> v. <br><br> DAVID HOSSEIN SAFAVIAN, <br><br> Defendant | Criminal No. 05-370 (PLF) |

### SCHEDULING ORDER

Based upon the entire record herein, on this _____ day of _____, 2005, IT IS HEREBY ORDERED that the parties shall adhere to the following schedule, pending further Order of the Court:

1. Defendant's proposed revised Order related to Defendant's Motion to Compel, accompanied by a Supporting Memorandum not to exceed five pages, shall be filed on November 18, 2005;

2. The Government's Opposition to Defendant's Supplemental Memorandum, not to exceed five pages, shall be filed on November 23, 2005;

3. The Defendant's Reply to the Government's Opposition, not to exceed five pages, shall be filed on November 30, 2005;

4. Once the Court issues a ruling on the Motion to Compel, the Court shall have a status hearing to set dates for the production of documents pursuant to the Motion to Compel, and to set dispositive motions dates. The parties shall confer prior to the status to determine whether a proposed schedule can be reached. The status hearing shall be held on the _____, at _____.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies to:

Barbara Van Gelder, Esq.
Roderick L. Thomas, Esq.
Albert C. Lambert, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter Zeidenberg
Public Integrity Section
Nathaniel B. Edmonds
Fraud Section
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005