UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> v. <br><br> **DAVID HOSSEIN SAFAVIAN,** <br><br> Defendant | Criminal No. 05-370 (PLF) |

### ORDER

UPON CONSIDERATION of Defendant David H. Safavian's Motion to Compel Discovery, and the entire record herein, it is this _____ day of _____, 2005, HEREBY ORDERED that the United States shall, within _____ days of the filing date of this Order, produce to the Defendant the following material:

1. All 302s, investigative reports, notes, documents, and tapes of General Services Administration ("GSA") General Counsel Ray McKenna and Eugenia Ellison pertaining to Mr. Safavian's request for an advisory ethics opinion.

2. All internal GSA procedures and guidelines relating to ethics opinions and disciplinary actions for violations of such policies.

3. All e-mail correspondence and any other documents from May 2002 through August 2002 sent or received by Pam Abramoff, Anthony Rudy, John Van Horne, Neil Volz, Holly Bowers, Colin Stevens, and Rabbi David Lapin concerning Mr. Safavian, the Old Post Office Building in Washington D.C.("OPO"), the Naval Surface Warfare Center White Oak Property in Silver Spring, Maryland ("NSWC-White Oak"), or the 2002 Scotland trip.

4.      All e-mail correspondence and any other documents from sent or received by GSA Commissioner Joseph Moravec, as well as GSA officials Paul Chrisolini, Leah Uhre, Tony Costa, Sharon Jenkins, Ann Everett, Ray McKenna, and Eugenia Ellison concerning the OPO in Washington, D.C., NSWC-White Oak, or Mr. Safavian's request for an advisory ethics opinion.

5.      All notes, documents, and tapes of 302s and interviews of the Chief Investigative Counsel and Deputy Chief Investigative Counsel to the Senate Committee on Indian Affairs.

6.      All documents or evidence concerning other complaints made to the GSA by the individual named in the unredacted version of page 2 of Exhibit 7 to "Defendant's Memorandum of Law."

7.      Documents, videotapes, reports, or other records concerning Mr. Safavian's arrest and/or possible cooperation in any other matter.

8.      Upon producing the above materials, the government shall also provide to Defendant information as to what specific efforts were made to search for responsive documents, including the extent of the search for responsive documents within the possession, custody or control of the GSA, GSA Office of Inspector General, or the Department of Justice.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder, Esq.
Roderick Thomas, Esq.
Albert C. Lambert, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter Zeidenberg
Nathaniel B. Edmonds
Public Integrity Section
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005