UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-0370 (PLF) |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

The parties came before the Court on December 13, 2005 for a status conference. Based upon the representations of counsel, it is hereby

ORDERED that upon receipt of the Court's opinion and order resolving the pending motion to compel discovery, the parties shall meet to discuss and agree upon a production schedule; it is

FURTHER ORDERED that all pre-trial motions shall be filed on or before January 17, 2006; oppositions by January 30, 2006; and replies, if any, by February 9, 2006 unless the parties agree to a different schedule for briefing and any such modification in the schedule assures that all briefs are filed no later than February 21, 2006; it is

FURTHER ORDERED that a motions hearing is scheduled for February 28, 2006 at 9:30 a.m. to last, if necessary, the entire day; and it is

FURTHER ORDERED that the trial is set to begin on April 3, 2006 at 9:30 a.m. to last approximately four to five days.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 15, 2005