UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,** | |
| v. | |
| **DAVID HOSSEIN SAFAVIAN,** | Criminal No. 05-370 (PLF) |
| **Defendant** | |

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Defendant David H. Safavian, with the consent of the United States Department of Justice, hereby moves to amend the briefing schedule for pretrial motions.

1. At the December 13, 2005 status conference, and before the issuance of the Order granting Defendant's Motion to Compel in part ("December 23 Order" or "discovery order") (Ex. A), the parties discussed a target deadline of January 17, 2006 for the filing of pretrial motions.

2. A minute order detailing this briefing schedule issued on December 16, 2005. The minute order set the pretrial motions deadline for January 17, oral argument for these motions on February 28, 2006, and a trial date of April 3, 2006. The minute order also directed the parties to "to meet to discuss and agree upon a production schedule." *See* December 16, 2005 Scheduling Order (Ex. B).

3. The discovery order issued on December 23, 2005. *See* December 23, 2005 Order (Ex. A). The order directed the government, *inter alia*, to search for and produce a significant volume of records at the General Service Administration ("GSA").

4. As of today, January 9, 2006, the government has delivered some but not all of the relevant documents.

5. The government produced approximately 6,000 pages of material responsive to discovery order paragraphs 1 and 5 on December 30, 2005.

6. The government has not yet produced any information responsive to discovery order paragraph 2, but represented on January 6, 2006 that it is about to produce the relevant material in its possession, custody, or control, this week. *See* Jan. 6 Def. Letter (Ex. C).

7. In response to discovery order paragraph 3, the government has represented that it will be producing documents, namely emails of Mr. Abramoff's business associates, upon the entry of an unopposed protective order to be filed Wednesday, January 11, 2006. *See id.*

8. The government produced 30,000 e-mails from one GSA official on January 5, 2006, responsive to paragraph 4, but has represented that its discovery obligations for this paragraph have yet to be completed. *See id.*

9. Because of these outstanding issues, the government is not yet able to meet its obligations pursuant to discovery order paragraph 6. *See id.*

10. On January 3, 2006, Jack Abramoff ("Lobbyist A") entered into a plea agreement with the United States Department of Justice. Mr. Safavian has requested relevant documents provided by Mr. Abramoff pursuant to the December 23, 2005 Opinion. The Government has agreed to produce some, but not all of the Defendant's requests and has acknowledged the need to litigate this matter. *See id.* Defendant's filed a Renewed Motion to Compel to obtain this information on Monday, January 9, 2006.

11. In light of the incomplete status of discovery, the government has consented to the resetting of the pretrial motions deadline to Monday, January 23, 2006. The respective opposition and reply dates would, as a result, move to Monday, February 6, 2006 and Thursday,

February 16, 2006. Argument would still take place on February 28, 2006 at 9:30a.m, and the trial date of April 3, 2006 would also remain unchanged.

12. The amended schedule would provide the government a reasonable amount of time to meet its obligations and for the defendant to review the significant volume of materials produced in recent days and that is still yet to come.

13. If the outstanding discovery obligations cannot be met in a timely manner, the parties have acknowledged that the motions schedule may have to be modified further.

WHEREFORE, Defendant David H. Safavian, requests that the Court amend the briefing schedule to permit pretrial motions to be filed on January 23, 2006. A proposed order is attached.

                    Respectfully submitted,

                    WILEY REIN & FIELDING LLP

                    By: /s/ Barbara Van Gelder

                    Barbara Van Gelder, Esq.
                    Roderick L. Thomas, Esq.
                    Albert Lambert, Esq.
                    Wiley Rein & Fielding LLP
                    1776 K Street NW
                    Washington, DC  20006
                    TEL: 202.719.7032
                    FASCIMILE: 202.719.7049

                    Attorneys for David H. Safavian

Dated: January 9, 2006