UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

ORDER MODIFYING BRIEFING SCHEDULE

After consideration of Defendant's Unopposed Motion to Modify the Briefing Schedule, IT IS HEREBY ORDERED that:

All pretrial motions will be due by January 23, 2006.

Responses will be due by February 6, 2006.

Replies will be due by February 16, 2006.

The Motion Hearing will still take place on February 28, 2006 at 09:30 AM in Courtroom 29 in the Annex before Judge Paul L. Friedman. Jury Trial remains set for April 3, 2006 09:30 AM in Courtroom 29 in the Annex before Judge Paul L. Friedman. Should circumstances warrant, the parties shall meet to discuss and agree upon any additional modifications to this schedule.

DATED: _____, 2006.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record