UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :    Cr. No 05-370 (PLF) |
| v. | : |
| DAVID HOSSEIN SAFAVIAN | : |
| Defendant | : |

### GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its undersigned attorneys, hereby respectfully moves this Court, pursuant to Fed. R. Crim. P. 16(d)(1), for a Protective Order. As grounds therefore, the government states as follows:

1. Pursuant to the Government's discovery obligations in this case, the Government has provided wide ranging discovery on a variety of topics.

2. Many of the e-mails and correspondence ordered to be disclosed were originally subpoenaed in connection with other, still on-going, criminal investigations. As such, the public disclosure of these documents could potentially jeopardize ongoing criminal investigations, as well as cause unfair embarrassment or ridicule to individuals who have not been and may never be charged with any crimes.

3. In addition, some materials gathered from the General Services Administration ("GSA") are of a sensitive non-public nature, such as GSA contracting opportunities, security issues or internal GSA policy and strategic decisions. Consequently, the public disclosure of such materials could threaten legitimate GSA interests.

4. Defendant Safavian does not oppose the instant proposed Order.

WHEREFORE, the United States respectfully requests that the Court grant the government's motion and issue the attached proposed protective order.

Respectfully submitted,

_____  
NATHANIEL B. EDMONDS  
Trial Attorney, Fraud Section  
Criminal Division  
United States Department of Justice

_____  
PETER R. ZEIDENBERG  
Trial Attorney, Public Integrity Section  
Criminal Division  
United States Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2006, a copy of the foregoing was served on the following counsel by facsimile, electronic service and first class mail to:

Barbara Van Gelder, Esq.
Wiley Rein & Fielding
1776 K Street NW
Washington, DC 20006
Tel: 202-719-7032
Facsimile: 202-719-7049

NATHANIEL B. EDMONDS
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice