UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN,** | : | |
| | : | |
| **Defendant** | : | |

## PROTECTIVE ORDER

After consideration of Government's unopposed Motion for Protective Order concerning the disclosure of discovery materials, in light of the confidential and sensitive information contained therein,

IT IS HEREBY ORDERED:

1. Discovery Material described in this Court's December 23, 2005 Order shall be reviewed only by the defendant, his wife, his attorneys of record, employees of such attorneys to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter, witnesses or potential witnesses, and experts assisting in the preparation, trial and appeal of this matter. No additional copies of such materials shall be made except as necessary for the preparation, trial and appeal of this matter. Such witnesses or experts to whom Discovery Material is disclosed must be provided a copy of this Protective Order before the first disclosure of Discovery Material to them. The parties must keep a copy of the Protective Order signed and dated by the person to whom disclosure was made until such time as all appeals in this matter are concluded.

2. The above-described Discovery Material shall be used solely for the preparation, trial and direct appeal of this matter and for no other purpose whatsoever. The contents of the Discovery Materials disclosed to the defendant shall not be disclosed to any other individual or entity in any manner except to a photocopy service, as agreed by the parties, or by further order of this Court.

3. The above-described Discovery Material may be including in a filing in this case only if defendant receives prior approval from the government or if the filing is sealed.

4. Within 60 days from the conclusion of these proceedings and any direct appeal from these proceedings, the Discovery Materials disclosed by the parties and any duplicates made in the preparation, trial and direct appeal of this matter shall be returned to the government unless the Court gives specific permission for an exception to this requirement.

DATED: _____, 2006.

HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Peter Zeidenberg
Nathaniel B. Edmonds
Criminal Division
United States Department of Justice
The Bond Building
1400 N.Y. Avenue, N.W.
Washington, D.C.   20005

Barbara Van Gelder, Esq.
Roderick Thomas, Esq.
Al Lambert, Esq.
Wiley Rein & Fielding LLP
1776 K Street N.W.
Washington, D.C.  20006