UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br>**Defendant** | Criminal No. 05-370 (PLF) |

### ORDER

UPON CONSIDERATION of Defendant David H. Safavian's Renewed Motion to Compel Discovery, it is hereby ORDERED that the government shall produce to the Defendant the following material:

1. A redacted portion of all notes, documents and tapes of the 302 interviews of Jack Abramoff insofar as such notes, documents, and tapes concern or reference statements of Mr. Safavian.

SO ORDERED.

_____

PAUL L. FRIEDMAN

United States District Judge

DATE:     January __, 2006