UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-0370 (PLF) |

**UNOPPOSED MOTION TO PERMIT DEFENDANT'S TRAVEL**

Defendant David H. Safavian, through undersigned counsel, and with the consent of the United States Department of Justice and Pretrial Services for the United States District of Columbia, hereby moves this Court to amend the September 19, 2005 Order Setting Conditions of Release § 5("Release Order") (Ex. 1), to permit the Defendant to travel to the Detroit, Michigan metropolitan area to visit his mother, Karen Safavian, who is having an emergency cardiac procedure. The travel dates are from Saturday, January 21, 2006 to Friday, January 27, 2006. In the event that circumstances warrant an extension of this period, counsel for Defendant counsel will confer with the Department of Justice and Pretrial Services before seeking additional travel time.

The Release Order permits, *inter alia*, Mr. Safavian to reside at his home in Alexandria, VA and to travel within the Washington, D.C. metropolitan area. Release Order at ¶¶ 3, 5. Mr. Safavian has faithfully complied with the terms of this Order and the requests of pretrial services. This Court has previously amended the Release Order to permit Mr. Safavian to travel outside the Washington area to visit family members over the winter holiday period with the consent of the United States Department of Justice and Pretrial Services.

## CONCLUSION

For the foregoing reasons, Mr. Safavian respectfully requests this Court amend the September 19, 2005 Order setting conditions of release to allow Mr. Safavian to travel to metropolitan Detroit, Michigan from January 21, 2006 until January 27, 2006. A proposed order is attached.

        Respectfully submitted,

        WILEY REIN & FIELDING LLP

        By: /s/ Barbara Van Gelder

        Barbara Van Gelder, Esq.
        Roderick L. Thomas, Esq.
        Albert Lambert, Esq.
        Wiley Rein & Fielding LLP
        1776 K Street NW
        Washington, DC  20006
        TEL: 202.719.7032
        FASCIMILE: 202.719.7049

        Attorneys for David H. Safavian

Dated: January 20, 2006