UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-0370 (PLF) |

ORDER PERMITTING DEFENDANT'S TRAVEL

After consideration of Defendant's Unopposed Motion to Permit Travel, IT IS HEREBY ORDERED that:

Defendant Safavian be PERMITTED to travel to Michigan from January 21, 2006 through January 27, 2006. The parties SHALL meet and confer in the event that circumstances warrant an extension of this period.

DATED: _____, 2006.

                                                                                    _____
                                                                                    HONORABLE PAUL L. FRIEDMAN
                                                                                    UNITED STATES DISTRICT JUDGE

cc: Counsel of Record