**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA,** | |
| **v.** | |
| **DAVID HOSSEIN SAFAVIAN,** | Criminal No. 05-370 (PLF) |
| **Defendant** | |

**RENEWED UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Defendant David H. Safavian, with the consent of the United States Department of Justice, hereby moves to amend the briefing schedule for pretrial motions.

1. At the December 13, 2005 status conference, and before the issuance of the Order granting Defendant's Motion to Compel in part ("December 23 Order" or "discovery order"), the parties discussed a target deadline of January 17, 2006 for the filing of pretrial motions.

2. Defendant filed an Unopposed Motion to Amend the Briefing Schedule on January 11, 2006, which contemplated further amendments if the outstanding discovery obligations could not be met in a timely manner.  *See* January 11, 2006 Unopposed Motion to Amend Briefing Schedule (Docket #22) at ¶13.

3. On January 11, 2006, the Government filed an Unopposed Motion for Protective Order for discovery materials released to the Defendant.  *See* Unopposed Motion for Protective Order (Docket # 23).

4. As of today, January 20, 2006, the government has delivered some but not all of the relevant documents.  The government represented that upon entry of the protective order, approximately 20,000 additional documents (mostly emails) will be produced to meet the requirements of the December 23, 2005 Order.

5. After conferring with the government, it is clear that given the volume of material yet to be produced and reviewed, there is a significant chance that further motions will have to be filed after the production is completed and reviewed.

6. In light of the incomplete status of discovery, the government has consented to the following revising the deadline for filing pre-trial motions until Friday, January 27, 2005. The respective opposition and reply dates would, as a result, move to Friday, February 10, 2006 and Tuesday, February 21, 2006. Argument would still take place on February 28, 2006 at 9:30a.m, and the trial date of April 3, 2006 would also remain unchanged.

7. In light of the incomplete status of discovery, the parties have agreed that all pretrial dispositive motions of law, as opposed to fact, will be filed by Friday, January 27, 2006.

8. This schedule shall not prohibit the subsequent filing of motions relating to facts, evidentiary issues, and/or motions based upon material produced on or after today, January 20, 2006.

WHEREFORE, Defendant David H. Safavian, requests that the Court amend the briefing schedule to permit pretrial motions to be filed on January 27, 2006. A proposed order is attached.

- 3 -

        Respectfully submitted,

        WILEY REIN & FIELDING LLP

        By: /s/ Barbara Van Gelder

        Barbara Van Gelder, Esq.
        Roderick L. Thomas, Esq.
        Albert Lambert, Esq.
        Wiley Rein & Fielding LLP
        1776 K Street NW
        Washington, DC  20006
        TEL: 202.719.7032
        FASCIMILE: 202.719.7049

        Attorneys for David H. Safavian

Dated: January 20, 2006