## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES of AMERICA,**

**v.**

**DAVID HOSSEIN SAFAVIAN,**

**Defendant**

**Criminal No. 05-0370 (PLF)**

### ORDER MODIFYING BRIEFING SCHEDULE

After consideration of Defendant's Renewed Unopposed Motion to Modify the Briefing Schedule, IT IS HEREBY ORDERED that:

All pretrial motions will be due by January 27, 2006.

Responses will be due by February 10, 2006.

Replies will be due by February 21, 2006.

The Motion Hearing will still take place on February 28, 2006 at 09:30 AM in Courtroom 29 in the Annex before Judge Paul L. Friedman. Jury Trial remains set for April 3, 2006 09:30 AM in Courtroom 29 in the Annex before Judge Paul L. Friedman. This schedule shall not prohibit the subsequent filing of motions relating to facts, evidentiary issues, and/or motions based upon material produced on or after January 20, 2006.

DATED: _____, 2006.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record