UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,

Defendant

Criminal No. 05-0370 (PLF)

### ORDER PERMITTING DEFENDANT'S TRAVEL

After consideration of Defendant's Unopposed Motion to Permit Travel, IT IS HEREBY ORDERED that:

Defendant Safavian be PERMITTED to travel to Michigan from January 21, 2006 through January 27, 2006. The parties SHALL meet and confer in the event that circumstances warrant an extension of this period.

DATED: January 20, 2006.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record