## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,                    Criminal No. 05-370 (PLF)

Defendant

## CONSENT MOTION TO EXCEED THE PAGE LIMIT
## FOR DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

Defendant David H. Safavian, with the consent of opposing counsel, requests permission to exceed the 45-page limit for his forthcoming motion to dismiss the indictment.  The extension is necessary given the amount and complexity of arguments that will be presented to the court. Defendant Safavian conferred with the government before filing this request, and the government does not oppose it.

Respectfully submitted,

By: /s/ Barbara Van Gelder
    Barbara Van Gelder (D.C. Bar # 265603)
    Roderick L. Thomas (D.C. Bar # 433433)
    Albert C. Lambert (D.C. Bar # 489562)
    WILEY REIN & FIELDING LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7032

Dated: January 25, 2006          *Attorneys for David H. Safavian*

SO ORDERED.

Dated: _____          _____
                                    PAUL L. FRIEDMAN
                                    UNITED STATES DISTRICT JUDGE