UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Cr. No 05-370 (PLF) |
| v. | : |
| DAVID HOSSEIN SAFAVIAN | : |
| Defendant | : |

GOVERNMENT'S NOTICE OF COMPLIANCE WITH DISCOVERY ORDER OF
DECEMBER 23, 2005

The United States of America, by and through its undersigned attorneys, hereby respectfully submits its Notice of Compliance with the Court's Discovery Order of December 23, 2005 ("Order").

On December 23, 2005, the Court issued an Order requiring the Government to produce specific documents and categories of materials. See Exhibit 1. Pursuant to the Court's Order, the Government sent the General Services Administration ("GSA") General Counsel's Office a formal letter requesting assistance in the discovery process. See Exhibit 2. GSA General Counsel's Office responded with a letter describing what actions they took to provide the required discovery. See Exhibit 3. GSA Office of Inspector General ("GSA-OIG") provided a letter detailing specific steps they took to identify and produce relevant electronic documents from GSA. See Exhibit 4. Finally, the FBI provided a 302 identifying the process used to identify relevant emails as required by the Court's Order. See Exhibit 5.

The Government believes that it has fully complied with the Court's Order. All discovery as required by the Court's order has been made available to the Defendant since the time the Court

signed the Protective Order on January 25, 2006.[1] The Government provides the summary below of discovery as required by the Court's Order.

**1. All 302s, investigative reports, notes, documents, and tapes of General Services Administration ("GSA") Ethics Officer Ray McKenna and Eugenia Ellison of the GSA General Counsel's office pertaining to Mr. Safavian's request for an advisory ethics opinion.**

The Government has previously produced the 302s of McKenna and Ellison. On December 30, 2005, the Government produced the rough notes of those interviews. No further reports, documents or tapes of those interviews exist or have existed. The Government believes that these actions bring it in full compliance with the Order.

**2. All internal GSA procedures and guidelines relating to ethics opinions and disciplinary actions for violations of such policies, but not information about specific disciplinary actions related to other employees.**

As discussed in the letter from the GSA General Counsel's Office, see Exhibit 2, GSA applies the guidance set forth in the Standards of Ethical Conduct for Employees of the Executive Branch (the Standards), 5 CFR Part 2635, which provides that violations of the Standard may result in disciplinary action. 5 CFR §§ 2635.107, 2635.108. GSA Order CPO 9571.1, Maintaining Discipline (May 20, 2003) was made available to the Defendant on January 25, 2006. The Government believes that these actions bring it in full compliance with the Order.

**3. All emails and correspondence and any other documents from May 2002 through August 2002 sent or received by Pam Abramoff, Anthony Rudy, John Van Horne, Neil Volz, Holly**

---

[1] As of this filing, Defendant has yet to pick up the discovery materials from the Government.

**Bowers, Colin Stevens, and Rabbi David Lapin concerning Mr. Safavian, the Old Post Office Building in Washington D.C. ("OPO"), the Naval Surface Warfare Center White Oak Property in Silver Spring, Maryland ("White Oak") or the 2002 Scotland trip.**

> The Government has provided emails in accordance with the Court's order to produce emails sent or received by the individuals outlined in Paragraph 3 of the Order. These emails were made available on or before January 25, 2006. The FBI 302 identifying how the search was conducted is included as Exhibit 4. The Government believes that these actions bring it in full compliance with the Order.

**4. All emails and correspondence and any other documents within a specified, reasonable and appropriate time frame sent from or received by GSA Commissioner Joseph Moravec, as well as GSA officials Paul Chrisolini [sic], Leah Uhre, Tony Costa, Sharon Jenkins, Ann Everett, Ray McKenna, and Eugenia Ellison concerning the OPO or White Oak properties or projects or Mr. Safavian's request for an advisory ethics opinion.**

> In Exhibits 3 and 4, the GSA General Counsel's office and GSA-OIG provided explanations of how additional searches were conducted and materials produced pursuant to the Order. On January 5 and January 25, 2006, the Government either produced or made available to the Defendant multiple DVDs containing approximately 50,000 emails of the named GSA officials. In addition, paper records were made available by January 25, 2006. The Government believes that these actions bring it in full compliance with the Order.

**5. All notes, documents and tapes of 302s and interviews of the Chief Investigative Counsel and Deputy Chief Investigative Counsel to the Senate Committee on Indian Affairs within the possession, custody or control of the government.**

Prior to the Order, the Government provided the defendant with the 302s of the Chief Investigative Counsel and Deputy Chief Investigative Counsel to the Senate Committee on Indian Affairs. On December 30, 2005, pursuant to the Court's order, the Government produced the agent's rough notes of the interviews. The Government believes that these actions bring it in full compliance with the Order.

**6. Upon producing the above materials, the government shall also provide the defendant information as to what specific efforts were made to search for responsive documents, including the extent of the search for responsive documents within the possession, custody or control of the GSA, GSA Office of the Inspector General, and the Department of Justice.**

Included with this filing are exhibits identifying the specific efforts that were made to search for responsive documents. See Exhibit 3 (GSA General Counsel's Office letter); Exhibit 4 (GSA-OIG Report); Exhibit 5 (FBI 302). The Government believes that these actions bring it in full compliance with the Order.

Respectfully submitted,

_____
NATHANIEL B. EDMONDS
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice

_____
PETER R. ZEIDENBERG
Trial Attorney, Public Integrity Section
Criminal Division
United States Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2006, a copy of the foregoing was served on the following counsel by facsimile, electronic service and first class mail to:

Barbara Van Gelder, Esq.
Wiley Rein & Fielding
1776 K Street NW
Washington, DC 20006
Tel: 202-719-7032
Facsimile: 202-719-7049

NATHANIEL B. EDMONDS
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice