UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

**DEFENDANT DAVID H. SAFAVIAN'S MOTION TO DISMISS THE INDICTMENT**

Defendant David H. Safavian respectfully moves this Court to dismiss all counts of the Indictment. As explained in the accompanying Memorandum of Points and Authorities, the Indictment should be dismissed. The Court should dismiss Count One because the government cannot demonstrate obstruction of the GSA-OIG investigation into whether Mr. Safavian accepted a gift. Likewise, Count Two should be dismissed because the government cannot show fair notice to Mr. Safavian, falsity of his statements, a legal duty to disclose, or that any alleged false statement was material. The Court should dismiss Counts Three and Five because the government cannot establish that Mr. Safavian did knowingly or willfully use a trick, scheme, or device to conceal any material facts for which he had a duty to disclose, or falsify any material facts through such means during the GSA-OIG or Senate investigation. Finally, Count Four should be dismissed because the government cannot demonstrate that Mr. Safavian's statements were pertinent to the Senate's investigation or that they were false and corruptly designed to obstruct the pending proceeding.

For these reasons, as well as those set forth in the Memorandum of Points and Authorities, Mr. Safavian respectfully requests that this Court issue the attached Proposed Order dismissing the Indictment.

        Respectfully submitted,

        WILEY REIN & FIELDING LLP

        By: /s/ Barbara Van Gelder

            Barbara Van Gelder (D.C. Bar # 265603)
            Roderick L. Thomas (D.C. Bar # 433433)
            Albert Lambert (D.C. Bar # 489562)
            Wiley Rein & Fielding LLP
            1776 K Street NW
            Washington, DC  20006
            TEL: 202.719.7032
            FAX: 202.719.7049

Dated: January 27, 2006        *Attorneys for David H. Safavian*