*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff(s), | |
| vs. | Crim. Case No: **05-370(PLF)** |
| **DAVID HOSSEIN SAFAVIAN,** | |
| Defendant(s). | |

## NOTICE REGARDING SEALED DOCUMENT

This Notice serves as notification that Exhibit Nos. 1-11 to defendant's Motion to Inspect the Grand Jury record have been **FILED UNDER SEAL** in paper form in the Clerk's Office and will not be filed electronically. It will be maintained in the sealed case file in the Clerk's Office.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** January 30, 2006