UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,

Defendant

Criminal No. 05-370 (PLF)

## MOTION TO SEAL EXHIBITS TO DEFENDANT'S MOTION TO INSPECT THE GRAND JURY RECORD

Defendant David H. Safavian respectfully moves this court to seal the Exhibits to his Motion to Inspect the Grand Jury Record. The Exhibits primarily include notes and FD-302 reports from the interviews of Senate Investigative Counsel Pablo Carrillo and Bryan Parker, former GSA General Counsel Raymond McKenna, and GSA Associate General Counsel Eugenia Ellison. Defendant Safavian highlights key language from these documents in his motion and the accompanying Attachment A. To provide the court full context for its decision, however, Mr. Safavian is also submitting complete copies of the notes and FD-302 reports as exhibits. These documents cover a wide range of topics, many of which are beyond the scope of this motion. Therefore, to keep extraneous material from unnecessarily becoming part of the public record and to protect his ability to cross-examine witnesses at a later date, Mr. Safavian requests these exhibits be sealed.

Respectfully submitted,

By: /s/ Barbara Van Gelder

Barbara Van Gelder (D.C. Bar # 265603)
Roderick L. Thomas (D.C. Bar # 433433)
Albert C. Lambert (D.C. Bar # 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7032

Dated: January 27, 2006

*Attorneys for David H. Safavian*

**SO ORDERED.**

Dated: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on January 27, 2006, I caused Defendant's Motion to Inspect the Grand Jury Record, Sealed Exhibits to the Motion to Inspect, Proposed Order, and Motion to Seal the Exhibits to be delivered by hand to:

Peter Zeidenberg
U.S. Department of Justice
Office of Special Counsel
The Bond Building
1400 New York Ave., N.W.
Ninth Floor
Washington, DC 20530

Mark B. Sweet