UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, | |
| v. | |
| DAVID HOSSEIN SAFAVIAN, | Criminal No. 05-370 (PLF) |
| Defendant | |

ORDER

UPON CONSIDERATION of Defendant David H. Safavian's Motion to Inspect the Grand Jury Record, and the entire record herein, it is this _____ day of _____, 2006, HEREBY ORDERED that the United States shall disclose to Defendant the transcript of the grand jury proceedings for the above captioned case.

> The Honorable Paul L. Friedman
> UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

Peter Zeidenberg
Nathaniel B. Edmonds
Public Integrity Section
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005