UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 05-0370 (PLF)<br>DAVID HOSSEIN SAFAVIAN, )<br>)<br>Defendant. )<br>) | **FILED**<br>FEB 3 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

On January 27, 2006, defendant filed a motion to seal eleven exhibits in support of his Motion to Inspect the Grand Jury Record. On January 31, 2006, defendant submitted an additional exhibit that mistakenly had been omitted from the earlier filing, and requested that the Court treat it as though it had been filed subject to the earlier motion to seal. On consideration of defendant's motion and the entire record in the case, it is hereby

ORDERED that [35] defendant's Motion to Seal Exhibits to Defendant's Motion to Inspect the Grand Jury Record is GRANTED. The eleven numbered exhibits to the Motion to Inspect that were lodged with the Clerk's Office by defendant on January 27, 2006, as well as the single exhibit lodged on January 31, 2006, shall be SEALED.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 2/3/06