UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :    Cr. No 05-370 (PLF) |
| v. | : |
| DAVID HOSSEIN SAFAVIAN | : |
| Defendant | : |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF HIS RENEWED MOTION TO COMPEL DISCOVERY**

The United States of America, by and through its undersigned attorneys, hereby respectfully requests this Court to permit it to file a very brief (three page) sur-reply to Defendant's Renewed Motion to Compel Discovery. As ground for this request, the government states that defendant has misrepresented the holdings of three of the cases he cites in support of his Motion to Compel Discovery. The government seeks leave to file this so the Court is not under any mis-impressions about the actual holding of these cases.

Respectfully submitted,

_____       _____
NATHANIEL B. EDMONDS                           PETER R. ZEIDENBERG
Trial Attorney, Fraud Section                  Trial Attorney, Public Integrity Section
Criminal Division                                      Criminal Division
United States Department of Justice       United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2006, a copy of the foregoing was served on the following counsel by facsimile, electronic service and first class mail to:

>Barbara Van Gelder, Esq.
>Wiley Rein & Fielding
>1776 K Street NW
>Washington, DC 20006
>Tel: 202-719-7032
>Facsimile: 202-719-7049

>NATHANIEL B. EDMONDS
>Trial Attorney
>Fraud Section, Criminal Division
>United States Department of Justice