# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Cr. No 05-370 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| **Defendant** | : | |

## CONSENT MOTION TO EXCEED THE PAGE LIMIT FOR GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT

The United States, through its undersigned attorneys, respectfully requests permission to exceed the LCrR 47.1(e) 45-page limit by five pages in the Government's Opposition to Defendant's Motion to Dismiss the Indictment. The increase in the page limit is necessary because of the amount and complexity of the arguments identified in Defendant's 63-page Motion to Dismiss Indictment (Docket # 32). Government counsel conferred with the Defendant's counsel prior to filing this request, and Defendant does not oppose it.

Respectfully submitted,

By: /s/ Nathaniel B. Edmonds
NATHANIEL B. EDMONDS
PETER R. ZEIDENBERG
Trial Attorneys, Criminal Division
United States Department of Justice


Dated: February 9, 2006

**SO ORDERED.**

Dated: _____          _____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE