# EXHIBIT 1

| | |
|---|---|
| From: | Abramoff, Jack ████████████████████ |
| | of Abramoff, Jack ████████ |
| Sent: | Friday, May 24, 2002 3:50 PM |
| To: | 'David Safavian home' |
| Subject: | hey there |

Sorry I missed the shindig.  you traveling next week?  I have a gsa question.  There is a facility which is under the control of the GSA in silver Spring Maryland, which was the former Naval Surface Weapons center (off New Hampshire Avenue).  They are now going to put the FDA there.  it is a huge property.  I was wondering if it is possible get some of that property for a school.  Do you know if that is doable and how?  Thanks.

DOJ-DS-001379

GTG-E000092958

# EXHIBIT 2

**From:**        Abramoff, Jack ( ███████  ███████████████
                 of Abramoff, Jack ( █████████████████████████
**Sent:**        Saturday, June 15, 2002 8:42 PM
**To:**          Rudy, Tony ████████████
**Subject:**     RE: Safavian is going to join us in Scotland


Total business angle.  He is new COS of GSA.

    -----Original Message-----
**From:**    Rudy, Tony ████████ ████████
**Sent:** Friday, June 14, 2002 8:37 PM
**To:** Abramoff, Jack █████████████
**Subject:**   Re: Safavian is going to join us in Scotland

I called rep ███████ today. Waiting for a call back

Why dave?  I like him but didn't know u did as much. Business angle? Tony Rudy


    -----Original Message-----
**From:** Abramoff, Jack █████████████  <abramoffj@████████
**To:** Rudy, Tony █████████████  <rudyt@█████████
**Sent:** Fri Jun 14 20:22:22 2002
**Subject:** RE: Safavian is going to join us in Scotland

I have the following list:

1.     You
2.     Me
3.     Bob Ney
4.     Will ? (cos)
5.     Williams ?
6.     Ralph Reed ? (not sure he is coming yet)
7.     Safavian
8.     empty


    -----Original Message-----
**From:**      Rudy, Tony ████████
**Sent:** Friday, June 14, 2002 8:13 PM
**To:** Abramoff, Jack ████████
**Subject:**     Re: Safavian is going to join us in Scotland

So we have 1 slot?
Tony Rudy


    -----Original Message-----
**From:** Abramoff, Jack ████████████  <abramoffj@█████████████
**To:** Rudy, Tony █████████████  <rudyt@███████████
**Sent:** Fri Jun 14 20:11:59 2002
**Subject:** Safavian is going to join us in Scotland

DOJ-DS-001381

GTG-E000019884

# EXHIBIT 3

| | |
|---|---|
| **From:** | Abramoff, Jack ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | of Abramoff, Jack ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Wednesday, June 19, 2002 11:23 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: Leasing of Historic Buildings |

David, can you get us this stuff so we can put together the bid specs?

-----Original Message-----
From:  van Horne, Jon ▮▮▮▮▮▮▮▮▮
Sent:   Wednesday, June 19, 2002 11:10 AM
To:      Abramoff, Jack ▮▮▮▮▮▮▮
Subject:      Leasing of Historic Buildings

Recently the General Post Office Building, also know as the US Tariff Commission Building was leased to a developer for conversion into a luxury hotel under the authority of section 111 of the National Historic Preservation Act (NHPA). It would be very helpful if we could obtain a copy of the solicitation that was used in that case (without any full size architectural drawings) to select the developer.

Also that transaction was proceeded by consultation with the Advisory Council on Historic Preservation pursuant to section 106 of the NHPA. This consultation resulted in a Memorandum of Agreement. It would be useful to know first whether there has been such a consultation with respect to the Old Post Office Building at 12th and Pennsylvania NW and whether a MOA has been issued and whether we can get a copy of it.

1

DOJ-DS-001382

GTG-E000093017

# EXHIBIT 4

**From:**      Abramoff, Jack ███████████████████████████ on behalf
               of Abramoff, Jack ███████████
**Sent:**      Sunday, June 30, 2002 12:24 PM
**To:**        'David Safavian home'
**Subject:**   hi there

Can you find out if you guys have control of any part of a huge federal property called the White Oak Federal Research Center, off New Hampshire Ave in Silver Spring?  I want to try to get 40 acres of that tract if possible for a non-profit.  Is it doable?

1

DOJ-DS-001383

GTG-E000092978

# EXHIBIT 5

| From: | Abramoff, Jack █████ |
| Sent: | Tuesday, July 02, 2002 8:19 PM |
| To: | van Horne, Jon █████ |
| Subject: | RE: Information |

Let's do hubzone.  I am meeting Coushatta next week.  Can it wait for then?

-----Original Message-----
From:      van Horne, Jon █████████
Sent: Tuesday, July 02, 2002 2:06 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   RE: Information

You still want to do the letter?

As for the preference, here are our options:  Limiting it to Indian owned would require
legislation.  8a is not practical because it take a long time for a firm to get 8a
certified; tons of paperwork.  SDB and Hubzone status also require SBA certification (as
we know from Choctaw Manufacturing) but it (usually) does not take as long.  SDB (small
disadvantaged business) would not be my first choice.  It could create more competition
than we want, i.e., African-American firms; also it is subject to constitutional challenge
under Adarand.  Hubzone is likely to produce less competition.  It is a preference that
can be implemented without legislation.

If we go Hubzone, we need to get a business entity certified yesterday.  That's why I
needed to know what tribe we are dealing with.

We can deal with the minority business/hubzone preference, but I need technical experts if
we are going to influence the technical specs to our advantage.  I have put out some
inquiries, but we need to move on this now also.

-----Original Message-----
From: Abramoff, Jack ██████████
Sent: Tuesday, July 02, 2002 1:41 PM
To: van Horne, Jon ██████████
Subject: RE: Information

Might not be Choctaw.  Might be Coushatta.  That does not matter right now.  we need to
get David specs for the bid, I think.

-----Original Message-----
From:      van Horne, Jon ████████
Sent· Tuesday, July 02, 2002 1:14 PM
To:   Abramoff, Jack ██████████
Subject:   RE: Information

I am working on the draft congressional letter.  Is that the top priority?  Also I
continue to track down info for assembling a team.  I assume that the tribe involved here
will be Choctaw?  Should we be talking to someone there also?

-----Original Message-----
From: Abramoff, Jack █████████
Sent: Tuesday, July 02, 2002 1:10 PM
To: van Horne, Jon ████████
Subject: FW: Information

We have to get moving on the OPO.  We have to move mega fast.

DOJ-DS-001384

1

GTG-E000110447

-----Original Message-----
From:       david.safavian@▮▮▮▮▮▮ [mailto:david.safavian@▮▮▮▮▮▮]
Sent: Tuesday, July 02, 2002 9:04 AM
To:   abramoffj@▮▮▮▮▮▮
Subject:    Information

We have not fully allocated all of the acreage at White Oak.  We are still surveying
whether any other federal agencies are interested.  If not, we would begin disposal (i.e.,
sale or donation) proceedings.  As for the other project, you should know that aside from
section 8a preferences, Indian tribes also have "hub zone" status, which provides for
enterprise zone-like tax benefits.  You will need to ramp up on this as it is progressing.
Let's discuss. Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld

DOJ-DS-001385

GTG-E000110448

# EXHIBIT 6

| | |
|---|---|
| **From:** | Abramoff, Jack ████████████ on behalf of Abramoff, Jack ███████ |
| **Sent:** | Saturday, July 06, 2002 9:34 PM |
| **To:** | van Horne, Jon ████████ |
| **Subject:** | RE: OPO |

Yes, see if you can find out. if so, then I have to get to them fast.

```
-----Original Message-----
From:        van Horne, Jon ████████
Sent: Saturday, July 06, 2002 10:30 PM
To:    Abramoff, Jack ████████
Subject:    Re: OPO
```

Choctaw may have the only currently qualified hubzone business but I don't know that for a fact.  Should I ask?
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


```
-----Original Message-----
From: Abramoff, Jack ████████  <abramoffj@████████>
To: van Horne, Jon ████████ <Van_horneJ@████████>
Sent: Sat Jul 06 22:17:27 2002
Subject: RE: OPO
```

I like this approach.  I just have to figure out the tribe to use.  My instinct is Coushatta, but each tribe has complications.  Can I use any of our tribes, or is only Choctaw qualified for this?

```
-----Original Message-----
From:        van Horne, Jon ████████
Sent: Saturday, July 06, 2002 6:34 PM
To:    Abramoff, Jack ████████
Subject:    OPO
```

Whichever tribe goes with this needs a new entity asap. Suggest _[tribe]_____ Historic Property Development. LLC, or some such.  Then we need to get it certified as a hubzone business by sba; that may take some pushing.  this would need to be done in july.  we need to put together a team.  I asked a friend about possible firms; she emailed back that her firm would be interested in whatever project.  They are in dc and big.  I have not given a hint as to what building and would not without a non-disclosure and non-circumvent agreement.  I want to find about more about them first.  This is also going to take some serious financing.  We may want to approach Starwood which is a client.  If you are comfortable, you might talk to Jeff Dwyer who is probably our expert on commercial real estate development.  GSA has the authority to limit bids (at least initially) to hubzone businesses.  The statute says that can lease historic buildings "notwithstanding any other provision of law"; I doubt that limiting the bids to Indian owned tribes would work politically without congressional direction.  Hubzone set aside should be saleable politically, especially if they say, hey if no one bids or we don't get a good bid, we open it up for everybody.

DOJ-DS-001386

GTG-E000110417

# EXHIBIT 7

| | |
|---|---|
| **From:** | Abramoff, Jack ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on behalf of Abramoff, Jack▓▓▓▓▓▓▓ |
| **Sent:** | Tuesday, July 16, 2002 5:46 PM |
| **To:** | van Horne, Jon ▓▓▓▓▓▓▓ |
| **Subject:** | RE: breakfast Friday 9 am |

Yes, OPO. We need to go meet the Administrator so this is a prep/question/answer meeting.

    -----Original Message-----
From:       van Horne, Jon ▓▓▓▓▓▓▓▓▓▓
Sent: Tuesday, July 16, 2002 6:41 PM
To:    Abramoff, Jack ▓▓▓▓▓▓▓▓
Subject:    Re: breakfast Friday 9 am

Of course.  Topic is OPO?  Preparation?
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


    -----Original Message-----
From: Abramoff, Jack ▓▓▓▓▓▓▓ <abramoffj@▓▓▓▓▓▓▓>
To: van Horne, Jon ▓▓▓▓▓▓▓▓) <Van_horneJ@▓▓▓▓▓▓▓>
Sent: Tue Jul 16 18:33:35 2002
Subject: breakfast Friday 9 am

Can you join me and David Safavian, the COS of GSA at Signatures?

1

DOJ-DS-001389

GTG-E000093022

# EXHIBIT 8

| From: | Abramoff, Jack ████████████████████████████████████ on behalf |
|---|---|
| | of Abramoff, Jack ████████████ |
| Sent: | Sunday, July 21, 2002 12:51 PM |
| To: | 'David Safavian Office' |
| Subject: | thanks |

Thanks so much for today's round. It was really fun. Perhaps we can go out Friday? I'll be in touch mid week. If you can get me any info as to which land is still available at White Oak, and whether there are buildings there, that would be huge. Thanks so much.

1

# EXHIBIT 9

| | |
|---|---|
| **From:** | Abramoff, Jack████████████████████████████████████ on behalf of Abramoff, Jack████████████ |
| **Sent:** | Sunday, July 21, 2002 1:01 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | White Oak |

The facility is secured, as I understand. Any thoughts on how we could get a tour there without giving a heads up to too many folks?

1

DOJ-DS-001393

GTG-E000093057

# EXHIBIT 10

**From:**    Abramoff, Jack ██████████████████████ on behalf
          of Abramoff, Jack ██████████
**Sent:**    Sunday, July 21, 2002 8:26 PM
**To:**    Volz, Neil G. ██████████
**Subject:**    RE: the ask of all asks

You are wonderful by the way!

-----Original Message-----
From:   Volz, Neil G. ██████████
Sent: Sunday, July 21, 2002 4:07 PM
To:   'abramoffj@████████'
Subject:  Re: the ask of all asks

You bet
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Abramoff, Jack ██████████ <abramoffj@████████>
To: Volz, Neil G. ██████████ <volzn@████████>
Sent: Sun Jul 21 16:04:19 2002
Subject: RE: the ask of all asks

Can you call me on cell in about 30 minutes to discuss?

-----Original Message-----
From:   Volz, Neil G. ██████████
Sent: Sunday, July 21, 2002 3:56 PM
To:   'abramoffj@████████'
Subject:  Re: the ask of all asks

Jack, do you know what the FDA will say of this type of move? I am going to call safavian
tomorrow if that is ok with you to work though this completely because the election reform
negotiators have been meeting all weekend and may be close to agreement. This means we
would have to move asap.

NV
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Abramoff, Jack (██████████) <abramoffj@████████>
To: Volz, Neil G. ██████████ <volzn@████████>
Sent: Sun Jul 21 14:28:51 2002
Subject: the ask of all asks

I just got done seeing David Safavian, CoS of GSA now. there is a federal property (used
to be the Naval Research facility, not part of it is the FDA) in Silver Spring. The
property would be perfect for our school and David is totally supportive. He said that
the quickest way to get this done is to slip something into a moving bill, which directs
the GSA to transfer the property to the school, or even better to lease it to the school
for long term? If we were to craft something oblique, any chance of slipping into the
election reform bill? I know we are loading that up, but I thought I'd ask. Needless to
say, it would be the greatest thing in the world to me.

DOJ-DS-001394

GTG-E000093051

1

# EXHIBIT 11

**Unknown**

| | |
|---|---|
| **From:** | Abramoff, Jack (███████████████████████) on behalf of Abramoff, Jack (████████) |
| **Sent:** | Sunday, July 21, 2002 10:19 PM |
| **To:** | van Home, Jon (████████) |
| **Subject:** | RE: urgent matter - GSA |

Not sure.  I am sure we can dig up stuff about it with some research.  Can you put your best snoop on it?

    -----Original Message-----
From:      van Horne, Jon (██████████████)
Sent: Sunday, July 21, 2002 11:12 PM
To:   'abramoffj@██████████'
Subject:    Re: urgent matter - GSA
Importance: High

I'll get on this first thing tomorrow and will aim for a first draft by noon.  Obviously,
the more info on the property the better.  Ut we will start with what we have.  I assume
the property is being disposed of under the BRAC process?
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


    -----Original Message-----
From: Abramoff, Jack (████████) <abramoffj@████████>
To: van Horne, Jon (███████
Sent: Sun Jul 21 21:32:19 2002
Subject: urgent matter - GSA

They have control of a federal property in Silver Spring.  It is in White Oak and it was
the site of the Naval Surface Warfare Center.  It is approximately 200 acres and
approximately 60 of them are going to be the new headquarters for the FDA.  The rest of
the property is not being used right now.  I was with David Safavian today and we
discussed this, and my getting it for our school.  He said that one way to do this
(quickly) is to get something in legislation which mandates that the GSA lease the
property for 99 years for a nominal amount to the school (or foundation, perhaps?).  I
spoke with Neil this afternoon and we have a chance to slip this into the Election Reform
bill, but have to move mega fast.  Can you get language for us to get approximately 50
acres in this property (not sure which acres we want - ideally those with some buildings
on them - 1 hope to have some more info on the property tomorrow)?  We have to move fast
because they are locking this bill within the next day or so.  Also, can we have it so
that the county has no say on how the property is used etc?  can we keep it in fed control
with the greatest of latitude being given to the school?  Call me on this and the rest of
this.  we have to move mega fast on this one.  thanks!!!

DOJ-DS-001395

GTG-E000093045

# EXHIBIT 12

**From:** Abramoff, Jack ████████)
**Sent:** Monday, July 22, 2002 6:26 PM
**To:** 'David Safavian home'
**Subject:** FW: OPO

Does this work, or do you want it to be longer? It's the letter from ████████ et al to Steve Perry.

-----Original Message-----
From: van Horne, Jon ████████
Sent: Monday, July 22, 2002 1:53 PM
To: Abramoff, Jack ████████
Subject: OPO

Draft congressional letter:

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service Administration's National Capital Region on July 15th issued a draft Request for Qualifications for redevelopment of the Old Post Office Building located in the Federal Triangle.

As GSA proceeds with this important historic reuse project, I urge you to give consideration to providing additional opportunities for Hubzone businesses in the redevelopment process. Specifically, I would like you to consider giving Hubzone businesses an advance opportunity to provide redevelopment proposals that could be given priority if they otherwise meet the RFQ and RFP requirements.

1

DOJ-DS-001396

GTG-E000093042

# EXHIBIT 13

**From:**      Abramoff, Jack ████████████████████████████ on behalf
              of Abramoff, Jack █
**Sent:**      Tuesday, July 23, 2002 10:27 PM
**To:**        'david.safavian@████████'
**Subject:**   RE:████ Request

Thanks.

-----Original Message-----
From:     david.safavian@████████ [mailto:david.safavian@████████]
Sent: Tuesday, July 23, 2002 6:55 PM
To:    abramoffj@████████
Subject:   RE:████ Request

Havent seen the paperwork yet.  I assume I wil get something tomorrow morning.  Sorry.
Bureaucracy strikes again.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████
Email: david.safavian@████████

             abramoffj@████       To:    david.safavian@████████
                                  cc:
                                  Subject:    RE: ████████Request
             07/23/2002
             06:58 PM

Thanks.

-----Original Message-----
From:     david.safavian@████████ [mailto:david.safavian@████████]
Sent:     Tuesday, July 23, 2002 2:52 PM
To:    abramoffj@████
Subject:  Fw: ████████Request

Fyi

--------------------------
Sent from my BlackBerry Wireless Handheld

    From: Shawn McBurney
    Sent: 07/23/2002 02:47 PM

                                    1

DOJ-DS-001400

GTG-E000093133

To: David H. Safavian▓▓▓▓▓▓▓
Subject: Re: ▓▓▓▓▓ Request

Already have.  They need to know what the info will be used for and who's requesting it.
I've got a call into Mark with those questions.

Shawn McBurney
Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ▓▓▓▓▓   Fax (202) ▓▓▓▓▓
shawn.mcburney@▓▓▓▓▓
www.gsa.gov

| | | |
|---|---|---|
| David H. | To: | shawn.mcburney@▓▓▓▓▓ |
| Safavian | cc: | |
| | Subject: | ▓▓▓▓ Request |
| 07/23/2002 | | |
| 02:41 PM | | |

Spoke with people in property disposal  They donthave the white oak info. Can you please
call tony costa again and get that information for Shelly Moore Capito?

Thanks.

Dhs

-----------------------------
Sent from my BlackBerry Wireless Handheld

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

2

DOJ-DS-001401

GTG-E000093134

DOJ-DS-001402

GTG-E000093135

# EXHIBIT 14

From:          Abramoff, Jack ▓▓▓▓▓▓▓▓
Sent:          Tuesday, July 23, 2002 6:08 PM
To:            'David Safavian home
Subject:       FW: Scotland


Here is the tentative schedule,

-----Original Message-----
From:   Bowers, Holly M, ▓▓▓▓▓▓▓▓▓▓
Sent:   Tuesday, July 23, 2002 1:31 PM
To:     Abramoff, Jack ▓▓▓▓▓▓
Subject:    RE: Scotland

Travel Itinerary for Scotland August 4-8, 2002

Saturday, August 3

11:00   PM     Depart Baltimore Washington (BWI)
               Operator: New World Aviation ▓▓▓▓▓▓▓
               Airport Address: Signature FBO - 2 Aaronson Drive Baltimore,     MD 21240
               Airport phone: ▓▓▓▓▓
               Tail #: ▓▓▓▓▓Gulfstream IIB
               Pilot:
               Co Pilot:
               Travel time: 6-7 hours    (w/ one fuel stop - location tbd)

Sunday, August 4, 2002

10/11:00 AM    Edinburgh (EGPH) (5 hours ahead of EDT) - Trying to change         to St. Andrews Air
Force Base
               Jason Murdoch will meet you and bring you to Old Course Hotel.
               Jason cell: ▓▓▓▓▓▓▓

4:00    PM     Tee Off
               Kingsbarns links
               You can shower and change at Kingsbarns GC

9:00?? PM      Dinner (time is flexible)
               Road Hole Grill-in the Old Course Hotel (included in package)

Monday, August 5

9:00    AM     Depart hotel
               You can let the driver know if you want to leave earlier or later.     (driver will be with
Jason the entire time, so will be reachable on          Jason's cell)
               Travel time: 1 hour

11:00   AM     Tee Off
               Carnoustie Links

4:00    PM     Refresh at hotel

5:30    PM     Dinner in Edinburgh (possibly with Conservative Party)

8:00    PM     Military Tattoo at Edinburgh Castle

Tuesday, August 6

1

DOJ-DS-00130?

GTG-E000093137

| 9:00 | AM | Check out of Old Course Hotel<br>Go to driving range to warm up. | |
| 10:20 | PM | Play Old Course<br>You can shower and change in locker rooms. | |
| 1:30?? | PM | Lunch-after Old Course round in the Club House (included in | package) |
| 3:30 | PM | Tee Off<br>Jubilee G.C. | |
| 8:00?? | PM | Drive after round at Jubilee to Gleneagles Hotel & Golf Resort<br>Travel time. 1.5 hours | by luxury coach. |

**Wednesday, August 7**

| 10:20 | AM | Tee Off<br>Championship Course | |
| 3:30 | PM | Lunch (after round) | |
| 4:20 | PM | Tee Off<br>Kings Course | |
| 8:00?? | PM | Dinner at the hotel | |

**Thursday, August 8**

| ??<br>Ballot or Crail if not | AM | Check out of hotel and travel to St. Andrews and play Old | Course if make the |
| ?? | PM | Old Course Ballot or Ellie | |
| ?? | PM | Dinner | |
| | | You can use the clubhouse in St. Andrews before leaving for | airport. |
| ?? | PM | Return to airport. | |
| ?? | PM | Depart Edinburgh - Trying to change to St. Andrews Air Force | Base. |
| ?? | AM | Arrive London Luton (EGGW)<br>FBO: Signatures Flight Support<br>▬▬▬▬▬▬▬<br>Travel Time: 46 minutes<br><br>*I am in the process of finding a driver for you in London | |
| ?? | PM | Check in Mandarin Oriental Hyde Park Hotel<br>66 Knightsbridge<br>London, SW1X<br>44 (020) 7235.2000<br>www.metropolitan.co.uk<br>Reservation number: ▬▬▬ | |
| ?? | PM | Dinner<br>Harvard Nichols Sushi Bar<br>44 (020) 7235.5000<br>Open Mon-Friday until 10:30 PM<br>Saturday until 11:00 PM<br>Sunday until 6:00 PM<br>(They will deliver to hotel) | |

2

DOJ-DS-00139x

GTG-E000093138

**Friday, August 9**

??    AM    Meeting with Alexander and Kirill Koulakovsky

**Saturday, August 10**

9:00    AM    Meeting with Patrick Spiteri (to be confirmed)
(Location?)

**Sunday, August 11**

??    AM    Depart hotel for airport

??    AM    Depart London

??    AM    Arrive Baltimore
Travel time: 6-7 hours (w/ one fuel stop - location tbd)

3

DOJ-DS-001399

GTG-E000093139

# EXHIBIT 15

| From: | Abramoff, Jack ████████████████████████████ on behalf |
| | of Abramoff, Jack ████████████ |
| Sent: | Wednesday, July 24, 2002 1:23 PM |
| To: | 'David Safavian home' |
| Subject: | FW: SHIT! |

What do you advise?

-----Original Message-----
From: Volz, Neil G. ████████████████
Sent: Wednesday, July 24, 2002 1:59 PM
To: Abramoff, Jack ██████████
Subject: SHIT!

I just got a voice mail from ██████ office. GSA is now telling the Congresswoman's office that she needs to write a letter laying out the specifics in writing before getting the information. I haven't talked to Mark ( her COS ) yet but he suggested the only slightly possible way to get out of writing a letter would be to get me on the phone with the guy we had him call at GSA to outline whats going on. Of course I'll call and talk to anybody they want me to but what do we say - and I don't see how that would work or we would have just done that in the first place. Anyway, something isn't right here process wise. Either a staff guy at GSA is being a pain in the ass here without David knowing it or the idea that we could just get a member to call GSA real quick and snag this information was not exactly accurate. Either way, we can't ask the most vulnerable Republican incumbent Member of Congress in the House to put something in writing that can be made public. The Congresswoman's office has already put the request in and you would think that would be enough!!! I am thinking more and more that a deliberate effort here with ████████ and his team needs to take place to make this thing happen. Downside is is the timing of it all of course. But it is now Wednesday afternoon and we still don't have information from GSA yet - and getting anything into a bill now is going to be impossible anyway with the House adjourning in two days and bills needing to be closed by the end of tomorrow..........THIS SUCKS! Please advise.

NV

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Wednesday, July 24, 2002 1:29 PM
To: Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject: RE: Can we light another fire under GSA?

I emailed David.

-----Original Message-----
From: Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Wednesday, July 24, 2002 11:33 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Can we light another fire under GSA?

I just talked with ██████ chief of staff who talked with GSA last night again and the ball is now apparently in GSA's hands........he is waiting to hear back from them with info. on the building.

NV

1

DOJ-DS-001403

GTG-E000093131

# EXHIBIT 16

**From:**         Abramoff, Jack ██████████
**Sent:**          Friday, July 26, 2002 4:35 PM
**To:**            Abramoff, Jack (███████████)
**Subject:**      RE: question


-----Original Message-----
From:    Abramoff, Jack (Dir-DC-Gov)
Sent:    Thursday, July 25, 2002 4:31 AM
To:      'David Safavian Office'
Subject:      question

Do you guys have the ability to give a short term (one year) lease on property at your discretion?  We are in a real bind
on the school and I was wondering if there was a way to lease part of the White Oak site for a year ?

1

DOJ-DS-001406

GTG-E000093099

# EXHIBIT 17

**From:**     Abramoff, Jack █████████████████████████████████ on behalf
              of Abramoff, Jack ██████████
**Sent:**     Thursday, July 25, 2002 2:04 PM
**To:**       van Horne, Jon ████████
**Subject:**  RE: Old Post Office and leases

Thanks.

-----Original Message-----
From:     van Horne, Jon ████████
Sent: Thursday, July 25, 2002 2:10 PM
To:   Abramoff, Jack ████████
Subject:     RE: Old Post Office and leases

The Haun chain of command will be ready shortly; the legislative history is being
assembled and some stuff should be available today.

-----Original Message-----
From: Abramoff  Jack ████████
Sent: Thursday  July 25, 2002 8:42 AM
To: van Horne, Jon ████████
Subject: FW: Old Post Office and leases

This might get interesting.  Can you get someone to put together all the legislative
history on this outlease so we are ready to pounce from the Hill, and find out who are
Haun's bosses, and where he fits into the chain at OMB.   Thanks.

-----Original Message-----
From:     david.safavian@████████ [mailto:david.safavian@████████]
Sent: Thursday, July 25, 2002 8:30 AM
To:   abramoff;@████████
Subject:     Fw: Old Post Office and leases

Fyi, Haun is our examiner at OMB. "A" is the administrator. I suspect we'll end up having
to bring some Hill pressure to bear on OMB  David

----------------------------
Sent from my BlackBerry Wireless Handheld

     From:   Joseph Moravec
     Sent:   07/25/2002 08:21 AM
     To:     David H. Safavian███████████████
     Cc:     Paul E. Chistolini████████████████; Lea J. Uhre██████████████
     Subject:     Old Post Office and leases

OMB has indicated that they will not approve the Section 111 outlease of the Old Post
Office despite our direction from Congress,the expectations of the marketplace (this is a
highly anticipated event) and that it's the right thing to do. I spoke directly to Haun a
month ago ,telling him in no uncertain terms that A and I supported the outlease.Their
alternative suggested directions are stupid.We believe that Haun, a very independent
minded careerist who opposes the outlease for his own peculiar reasons,has acted
unilaterally. I want to reverse this decision and will probably need A's support .I will
be in touch today on this.

CREATING A SUCCESSFUL FUTURE AT GSA by living our values everyday and working together to
achieve our goals.  ----- Forwarded by Joseph Moravec████████████ on 07/25/2002 08:12 AM
-----

                                    1                         DOJ-DS-001404

GTG-E000093120

```
                    Paul E.          To:    Anthony Costa/█████████████, Joseph
Moravec/██████████████,
                    Chistolini           DC Williams/████████████████A
                                         cc:
07/24/2002          Subject:    Old Post Office and leases
06:13 PM
```

I just spoke to Julie about the Old Post Office. She stated that Haun had passed on to her
the following: that the "policy" people had decided that there are only two choices for
this building. Either fix it up for a federal tenant or sell it. I asked if selling it
could mean that we would do a sec 111 outlease as that would preserve the asset to the
government but not require an investment or re-occupancy by the Feds. She said his notes
said no outlease. So, it makes you wonder who in the policy office made this decision and
how that was arrived at. Of course it could just be David Haun being David Haun. I think
we need a leapfrog strategy that goes to the highest necessary, "political" person at OMB
and turns it around. The argument needs to be made that fixing up this building would be
very expensive and as a result would take a long time to get through a priority queue. By
that time it would be in much worst shape. Rather than sell it and receive immediate
gratification from some small amount of income, an outlease (for a long period of time)
that preserves the asset and provides income is a better solution. Understanding that
argument shouldn't be hard.

We need to get some more information together and we need a strategy session immediately.

2

DOI DS 001408

GTG-E0000931.31

# EXHIBIT 18





David H. Safavian

07/25/2002 10:19 AM

To  Raymond.Mckenna@

cc

Subject  Ethics Guidance

I am in need of an ethics opinion. I (along with wto members of Congress and a few Congressional staff) have been invited by a friend and former colleague on a trip to Scotland to play golf for four days. I will be paying for all of my hotels, meals, and greens fees. The issue is airfare.

The host of the trip is chartering a private jet to take the eight of us from BWI to Scottland and back. He is paying the cost for the aircraft regardless of whether I go or not. In fact, none of the other guest will be paying a proportional share of the aircraft costs. I need to know how to treat this activity.

One other point of relevance: the host is a lawyer and lobbyist, but one that has no business before GSA (he does all of his work on Capitol Hill).

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ■■■■
Fax: (202) ■■■■
Email: david.safavian@s■■■■

# EXHIBIT 19

| From: | Abramoff, Jack ██████████████████████████ on behalf of Abramoff, Jack ████ |
|---|---|
| Sent: | Saturday, July 27, 2002 8:37 PM |
| To: | 'david.safavian@████ |
| Subject: | RE: Ethics question |

Superb!!

-----Original Message-----
From:    david.safavian████████ [mailto:david.safavian@████]
Sent: Friday, July 26, 2002 9:05 PM
To:   abramoffj@████
Subject:   Fw: Ethics question

Jack - fyi. It looks like Scotland is a go.

Have a good weekend.

Dhs

------------------------------
Sent from my BlackBerry Wireless Handheld

      From: Raymond J. McKenna
      Sent: 07/26/2002 05:06 PM
      To: David H. Safavian████████████
      Subject: Ethics question

This is in response to your inquiry on whether you can accept a gift of free air
transportation from a friend to attend an golf trip. You stated that a friend and former
colleague, Jack Abramoff, invited you, along with several members of Congress and a few
Congressional staff, to Scotland to play golf for four days. You stated that you will be
paying for all of your hotel expenses, meals and greens fees. You noted, however, that
your friend would be providing the air transportation at no cost to you and the other
guests attending the event. You stated that your friend, who is a lawyer and lobbyist
with Greenberg and Traurig, is chartering a private jet to take you and the other
participants from BWI to Scotland and back. You stated that neither Mr. Abramhoff nor his
firm does business with or is seeking to do business with GSA. Based upon the information
you have provided, you may accept the gift of free transportation from your friend.

Section 2635.202 of the Standards of Ethical Conduct for Employees of the Executive Branch
states that an employee shall not solicit or accept a gift from a prohibited sources or a
gift given because of the employee's official position. 5 C.F.R. 2635.202. A prohibited
source is any person who:

      "(1) Is seeking official action by the employee's agency;
      (2) Does business or seeks to do business with the employee's agency;
      (3) Conducts activities regulated by the employee's agency;
      (4) Has interests that may be substantially affected by performance or
nonperformance of the employee's official duties; or
      (5) Is an organization a majority of whose members are described in paragraphs (1)
and (4) above.

5 C.F.R. 2635.203 (d).

A gift is solicited or accepted because of an employee's official position "if it is from
a person other than an employee and would not have been solicited, offered or given had
the employee not held the status, authority or duties associated with his Federal

DOJ-DS-00140?

GTG-E000093096

position. 5 C.F.R. 2635.203(e).

Since the gift is not being offered by a prohibited source and the it is not being given because of your official position, the gift acceptance restrictions under 5 C.F.R. 2635.202 do not apply to you. Consequently, you may accept the gift of free air transportation.

You are reminded that you must report the gift of free transportation on Schedule B, Part II of your next Public Financial Disclosure Report if the gift totals more than $260.

If you have any questions, please feel free to contact Eugenia Ellison or Dan Ross on 501-1460.


Raymond J. McKenna
General Counsel
Phone (202)
FAX     (202)

CREATING A SUCCESSFUL FUTURE AT GSA
by Living Our Values Everyday and Working Together to Achieve Our Goals

2

DOJ-DS-00140

GTG-E000093097

# EXHIBIT 20

From:          Abramoff, Jack ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) on behalf
               of Abramoff, Jack ▓▓▓▓▓▓)
Sent:          Friday, July 26, 2002 12:19 PM
To:            'David Safavian home'
Subject:       FW Naval Weapons Facility

Maybe we should not focus on the Jewish part?

-----Original Message-----
From:        david.safavian@▓▓▓▓▓ v [mailto:david.i.safavian@▓▓▓▓▓ y]
Sent: Friday, July 26, 2002 9:13 AM
To:   abramoffj@▓▓▓▓▓▓▓ p  .
Subject:    FW: Naval Weapons Facility

This is the type of bureaucracy I'm dealing with.  I am still running the traps on the I
year lease. Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld

     From:   David H. Safavian
     Sent:   07/26/2002 (9:10 AM
     To:     Shawn McBurney▓▓▓▓▓▓▓
     Subject:     Re: Naval Weapons Facility

Shawn- it doesn't matter that they aren't at the disposal stage, as I understand that
Capitol Sports wants to do this using legislation (evidently, it is a Jewish high school
and sports academy). Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld

     From:   Shawn McBurney
     Sent:   07/26/2002 08:33 AM
     To:     Sharon R. Jenkins▓▓▓▓▓▓▓▓▓▓▓,
     Cc:     Anthony Costa▓▓▓▓▓▓▓▓▓▓▓▓; David H. Safavian▓▓▓▓▓▓▓▓▓.
     Subject:     Re: Naval Weapons Facility

Thanks.
Shawn McBurney
Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202)▓▓▓▓▓▓  Fax (202)▓▓▓▓▓▓
shawn.mcburney@gsa.gov
www.gsa.gov


                 Sharon R.        To:   Shawn McBurney▓▓▓▓▓▓▓▓▓▓
                 Jenkins         cc:   Anthony Costa▓▓▓▓▓▓▓▓▓▓▓▓ David H.
                                 Safavian▓▓▓▓▓▓▓▓▓▓▓
                 07/26/2002      Subject:    Re: Naval Weapons Facility(Document
Link: Shawn McBurney)
08:09 AM


                                                        DOJ-DS 001410


                              1

                                                    GTG-E000093105

Shawn, we can't accommodate their request because we're not considering disposal at this
time. However we will be assessing federal needs in the fall.  After the assessment is
completed we'll know whether or not disposal is recommended.  It's also important to note
that if we determine to dispose, we're required to following disposal procedures.
If you have questions on this please call me.
Sharon Jenkins - ██████████████

Shawn McBurney        To:     Sharon R  Jenkins██████████████
                              cc:    Anthony Costa██████████████      David H.
             07/25/2002       Safavian████████████████
             01:00 PM         Subject:     Re: Naval Weapons Facility(Document
link: Sharon R  Jenkins)

Sharon,
Thanks for all your help with this.  Here's the requirement for the folks that are looking
for space at the facility: Identify a 50 acre section, ideally with buildings on it,
within the White Oak site for potential use as a school for about 200 children. Can this
be accommodated?  The Hill would like to know ASAP. Thanks. Shawn McBurney Associate
Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ████████  Fax (202) ████████2
shawn.mcburney@████████
www.gsa.gov

                 Sharon R            To:    Shawn McBurney██████████████
                 Jenkins            cc:    Anthony Costa██████████████
                                    Subject:     Re: Naval Weapons Facility(Document
link: Shawn McBurney)
07/24/2002
06:57 AM

o.k.   We will confirm what we can release and get back to you today.

Shawn McBurney        To:     Sharon R. Jenkins██████████████
                              cc:    Anthony Costa██████████████
07/23/2002            Subject:     Naval Weapons Facility
06:12 PM

The group that would like the info is the National Capital Athletic Association (evidently
they organize sports activities for disadvantaged children).  They understand that space
is available and, if so, they would like to know if the could occupy it. Thanks. Shawn
McBurney Associate Administrator, Congressional and Intergovernmental Affairs U.S. General
Services Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ████████ Fax (202) ████████2
shawn.mcburney@████████
www.gsa.gov

                                         2                        DOI-DS-00141

GTG-E000093106

DOJ-DS-001412

GTG-E00009310

# EXHIBIT 21

| | |
|---|---|
| **From:** | Abramoff, Jack |
| **Sent:** | Friday, July 26, 2002 4 07 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: Draft for GSA |

Does this work? I put in 3 years just to be safe. Once we are set on the draft of the letter, should I courier it over today, or wait until Monday (I don't want it lost in the mix)?

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Mr. Commissioner,

I want to take this opportunity to request the assistance of the General Services Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3 educational institution with a building suitable for teaching 200 students within the former Naval Surface Weapons Research Center located at White Oak, in Silver Spring, Maryland.

In addition to the building, the Academy requests sufficient property to conduct operations including up to fifty acres for sports activities and street access. We request use of the facility for three years at the cost of occupancy and are grateful for your consideration of this request

Thank you

Sincerely yours,

Colin Stevens
Headmaster

CC:    Hon. Stephen Perry, Administrator
       Hon. David Safavian, Chief of Staff
       Hon. Donald Williams, Regional Administrator

1

DOJ DS 00143

GTG-E000093100

# EXHIBIT 22

**From:**        Abramoff, Jack (Dir-DC-Gov)
**Sent:**        Sunday, July 28, 2002 9:05 PM
**To:**          'MerrittDC@███████'
**Subject:**     Re: FROM SAFAVIAN: Your letter

Can I call u now
Jack Abramoff

-----Original Message-----
From: MerrittDC@██████ <MerrittDC@██████>
To: abramoffj@gtlaw.com <abramoffj@██████>
Sent: Sun Jul 28 21:58:33 2002
Subject: FROM SAFAVIAN: Your letter

Jack -- SOrry but because of delays, we just got home. And I didnt want to
call and disturb yoru family.

You will see that I added comments in a middle paragraph. I think you need
to lay out a case for this lease. It doesnt have to be detailed. But you do
need to explain what, why, where, and when. See the bracketed commentary
below.

Let's talk tomorrow morning.

David


DATE

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Commissioner Moravec:

I want to take this opportunity to request the assistance of the General Services
Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3
educational institution with a building suitable for teaching 200 students within the
former Naval Surface Weapons Research Center located at White Oak, in Silver Spring,
Maryland.

[I would add a couple of paragraphs concerning the school's history (if there
is some), its mission, its annual budget, etc. How is this unique or
different than schools currently available to students from the area.    If
you are comfortable with it, I would also add a paragraph explaining what
happened with Montgomery County in order to drive home the urgency of this
issue. You need the p operty access sooner rather than later. Finally, I
would include a short graph about your long term plans -- to acquire land in
the area -- since so many students come from Montgomery County -- and build a
permanent institution. In this section, I would NOT raise the possibility of
obtaining GSA land from White Oak. That could be seen as an unofficial
reason to deny your request for use of the property this year (i.e., once
they get here, it will be hard to deny them a conveyance of property later).]

In addition to the building, the Academy requests sufficient property to conduct
operations including up to fifty acres for sports activities and street access.  We
request use of the facility for three years, ideally at
the cost

1

DOJ-DS-001414

GTG-E000093091

of occupancy and are grateful for your consideration of this request.

Thank you.

Sincerely yours,

Colin Stevens
Headmaster

CC:    Hon. Stephen Perry, Administrator
       Hon. David Safavian, Chief of Staff
       Hon. Donald Williams, Regional Administrator

DOJ-DS-00141P

GTG-E000093092

# EXHIBIT 23

**From:** Abramoff, Jack [                                              ]behalf
of Abramoff, Jack [                    ])
**Sent:** Sunday, July 28, 2002 9:16 PM
**To:** 'David Safavian home'
**Subject:** next draft

How about this?

DATE
Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Administration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Commissioner Moravec:
I want to take this opportunity to request the assistance of the General Services
Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3
educational institution with a building suitable for teaching 200 students within the
former Naval Surface Weapons Research Center located at White Oak, in Silver Spring,
Maryland. Eshkol Academy is an educational institution serving up to several hundred
students in the Seventh through Twelfth Grades from all over the nation, but primarily
Montgomery County, Maryland. In fact, most of the students live very close to the White
Oak facility. The school stresses a rigorous and disciplined educational experience for
its students, and is available to any qualified student, without regard to race or creed.
The urgency of our request stems from a recent set back to the school in the form of an
unfortunate zoning ruling by the authorities in Montgomery County, which ruled that the
school's proposed site was no longer suitable for the planned use. The school is in the
process of obtaining an alternative location in Montgomery County (ideally also situated
close to our student body base), however, there is no way to obtain such a location and be
open in time for the Fall semester. A favorable response by your office would enable the
school to open on time.
In addition to the building, the Academy requests sufficient property to conduct
operations including up to fifty acres for sports activities and street access. We
request use of the facility for three years, ideally at the cost of occupancy and are
grateful for your consideration of this request.
Thank you.
Sincerely yours,


Colin Stevens
Headmaster

CC:   Hon. Stephen Perry, Administrator
      Hon. David Safavian, Chief of Staff
      Hon. Donald Williams, Regional Administrator

1

DOJ-DS-00146

GTG-E00009309 3

# EXHIBIT 24

**From:**   Abramoff, Jack ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ on behalf
of Abramoff, Jack ▇▇▇▇▇▇▇
**Sent:**   Sunday, July 28, 2002 9:36 PM
**To:**   Bowers, Holly M. ▇▇▇▇▇▇▇▇▇▇
**Subject:**   revised GSA letter

**Importance:**   High


eshkol.doc (71 KB)

Please note that the letter is edited.  I also fixed the spelling of Colin's name, and removed the rabbinic titles.  We still need the address/phone/website at bottom, and Polly is supposed to email that to you and me before 8 am.  Once you get it, make sure it is done right (full text on full letterhead - call me if there are ANY questions) and then put Colin's signature in the right place, and then courier all copies to the precise rooms at GSA for each of the Cc people.  Do not allow our firm's name or my name to appear anywhere.  Call me as soon as this is done, and once the courier is sent, please email David Safavian that it is on the way.  thanks.

1

DOJ-DS-00141~

GTG-E000093088



**ESHKOL ACADEMY**

| Dean | Head Master | Principal of General Studies |
|------|-------------|------------------------------|
| E. David Lapin | Colin Stevens | Katrina Martin |

July 29, 2002

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room 6340
Washington, DC 20405

Dear Commissioner Moravec:

I want to take this opportunity to request the assistance of the General Services Administration under the Cooperative Use Act to provide Eshkol Academy  a non-profit 501c3 educational institution with a building suitable for teaching 200 students within the former Naval Surface Weapons Research Center located at White Oak, in Silver Spring, Maryland.

Eshkol Academy is an educational institution serving up to several hundred students in the Seventh through Twelfth Grades from all over the nation  but primarily Montgomery County, Maryland.  In fact, most of the students live very close to the White Oak facility.  The school stresses a rigorous and disciplined educational experience for its students  and is available to any qualified student, without regard to race or creed.

The urgency of our request stems from a recent set back to the school in the form of an unfortunate zoning ruling t y the authorities in Montgomery County, which ruled that the school's proposed site was no longer suitable for the planned use.  The school is in the process of obtaining an alternative location in Montgomery County (ideally also situated close to our student body base), however, there is no way to obtain such a location  and be open in time for the Fall semester.   A favorable response by your office would enable the school to open on time.

In addition to the building, the Academy requests sufficient property to conduct operations including up to fifty acres for sports activities and street access.  We request use of the facility for three years, ideally at the cost of occupancy and are grateful for your consideration of this request.

Thank you.
Sincerely yours,


Colin Stevens
Headmaster

CC:     Hon. Stephen Perry, Administrator
        Hon. David Safavian, Chief of Staff
        Hon. Donald Williams, Regional Administrator

DOI-DS-00145

GTG-E000093089

# EXHIBIT 25

**From:**        Abramoff, Jack ████████████████████████████ on behalf
                 of Abramoff, Jack ████████████████ )
**Sent:**        Tuesday, July 30, 2002 8:46 AM
**To:**          'David Safavian Office'
**Subject:**     Friday

Please let me know as soon as you can regarding Friday's meeting   afterwards, do you want to do a special field
examination at a site near Fed Ex field? :-)

DOJ-DS-00419

GTG-E00009 3083

# EXHIBIT 26

**From:**        Abramoff, Jack ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on behalf
               of Abramoff, Jack ▮▮▮▮▮▮▮▮
**Sent:**        Tuesday, July 30, 2002 10:54 AM
**To:**          'david.safavian@▮▮▮▮
**Subject:**    RE: Eschkol Academy & White Oak

Looks great for us.  thanks.

 -----Original Message-----
From:      david.safavian@▮▮▮▮▮ [mailto:david.safavian@▮▮▮▮▮]
Sent: Tuesday, July 30, 2002 11:08 AM
To:    ann.everett@▮▮▮▮; tony.costa@▮▮▮▮
Subject:   Eschkol Academy & White Oak

Per our conversation, how do you folks look for a meeting on this issue and possibly a
quick trip to White Oak on Friday morning?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮▮▮▮▮
Fax: (202) ▮▮▮▮▮
Email: david.safavian@▮▮▮▮

DOJ-DS-0014▮▮

GTG-E000093082

# EXHIBIT 27

**From:**      Abramoff, Jack ███████████████████████████████ on behalf
               of Abramoff, Jack █████
**Sent:**      Tuesday, July 30, 2002 2:20 PM
**To:**        'David Safavian home'
**Subject:**   FW: White Oak

The religious prescription makes me think we should have gone with Cap Athletic.  What do
you think?

-----Original Message-----
**From:**      david.safavian██████████ [mailto:david.safavian██████████]
**Sent:** Tuesday, July 30, 2002 1:37 PM
**To:**  abramoffj@gtlaw.com
**Subject:**   Fw: White Oak


-----------------------------
Sent from my BlackBerry Wireless Handheld

       **From:**     Anthony Costa
       **Sent:**     07/30/2002 01:32 PM
       **To:**      David H. Safavian ██████████████████; Shawn McBurney
       **Cc:**      DC Williams███████████████; Ann.Everett█████████
       **Subject:**      White Oak

David and Shawn,

You all have received a couple of expressions of interest regarding possible use of White
Oak.  I want to make sure you have some baseline information on hand. The most important
issue is a basic lack of available buildings.  There are a few buildings that could be
used, but all need a lot of work to meet code requirements and other basic operational
issues (e.g., hazardous materials abatement, HVAC).  There are also basic infrastructure
issues throughout the site (e.g., water, power, roads).  Any real reuse of buildings would
require significant funding.  Site reuse might be easier. Current Status of the Property
710 acre property; 660 acres GSA responsibility, 40 Air Force Transferred to GSA in 1997;
property was heading toward a BRAC disposal 130 acres to become FDA campus; 140 acres
developable remaining (behind the Paint Branch stream, after demolition of existing
shacks, sheds, etc.) GSA is planning to study the federal need for the property; study
will begin in October GSA is working with Navy on the environmental remediation of the
site There are ongoing construction and demolition projects The Air Force continues to use
the 400 section of the site as well as Bldg 212 Process for Excessing Unneeded Property If
federal properties are no longer needed by the federal government they are first made
available for various public purposes, including negotiated sale, to state and local
governments and eligible nonprofit institutions. For this list, please refer to the Office
of Property Disposal website: http://propertydisposal.gsa.gov/Property/.  It should be
noted that homeless needs/uses have priority over all other public uses (Title V of Public
Law 100-77, as amended by Public Law 100-628).  These public benefit conveyances may be
discounted up to 100% of the fair market value and in turn there are terms that may
restrict or limit the use of the property to the public purpose specified.  Surplus
federal properties that are not conveyed to state or local governments or eligible
nonprofit institutions are sold competitively to the general public.  This is done by
sealed bid or auction (public, written, or on-line).  The properties are advertised and
can be found on the above website. Possible Interim Use of the Property Under the Public
Buildings Cooperative Use Act, GSA can allow nonfederal agencies to use government owned
property.  The entity seeking the use must be nonreligious and nonpolitical.  We can do a
formal outlease of the property, charging rent and expenses to the user.  This method is
typically done when its a "for profit" requester.  We've done several outleases at White
Oak, most recently for a convention and a movie company  The Building Manager can also
issue a revocable license for use of the property.  This is typically for "non-profit"

                                          1

DOHDS 001423

organizations requesting use of space. You see this type of permit for use of auditoriums, conference space, etc. Sorry for the long note. We might want to get together with the folks who are asking just to provide some information on the site. I think that'll provide some context to any decision we might make to support or not support. Tony

DOEDS-00142+

GTG-E000093077

# EXHIBIT 28

| | |
|---|---|
| **From:** | Abramoff, Jack ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ on behalf of Abramoff, Jack ▉▉▉▉▉▉▉ |
| **Sent:** | Tuesday, July 30, 2002 4:18 PM |
| **To:** | 'Pam Abramoff'; 'Colin Stevens Eshkol' 'Rabbi David Lapin Eshkol' |
| **Subject:** | Meeting with GSA |

I just went to David Safavian's office. He is the Chief of staff of the GSA and my good friend. I saw a map of the White Oak property. We identified some potential sites. They want to meet downtown on Friday at 11:30 am at the GSA building (1800 F Street, NW, room 6137). David does not think that I should be there, given my high profile politically. I agree. the three of you can go, though.

They want to go through what they have with you, looking at the map, and discuss what is possible. please confirm that you can do this. I recommend that Colin drive you guys. I am not certain of the parking nearby so you might want to get there 15-20 mins early just to be sure.

1

DOJ-DS-00142S

GTG-E000093071

# EXHIBIT 29

| | |
|---|---|
| **From:** | Abramoff, Jack ( ███████████ ) on behalf of Abramoff, Jack ( ████████ ) |
| **Sent:** | Wednesday, July 31, 2002 6:48 AM |
| **To:** | 'Pam Abramoff' |
| **Subject:** | RE: GSA meeting |

Also, don't forget to bring with you a Montgomery County street map so you can see where things are. That would have been really helpful for me yesterday.

-----Original Message-----
From:      Pam Abramoff [mailto: ████████ ]
Sent: Wednesday, July 31, 2002 7:05 AM
To:    Dad Office
Subject:    RE: GSA meeting

Flatterer! Yes, I'll go.

Can I ask them where major roads are located and how much acreage is available at different sites? Obviously this will only work if we can acquire what we need. Some of the entry ways are off route 29 which would be beneficial, except a longer walk from White Oak. Should I also focus on what's available nearer New Hampshire and Schindler? Is it at all possible to have a map sent over to us before Friday so we can all look at it together and be able to talk freely? Then we can go to the meeting with a clearer picture and ask more intelligent questions.

-----Original Message-----
From:      abramoffj@ ████████  [mailto:abramoffj@ ████████ ]
Sent: Tuesday, July 30, 2002 10:51 PM
To:    Pam@ ███████
Subject:    RE: GSA meeting

I want you to see the possibilities and you are the only one who can give me a real read about what happens there. please go.

-----Original Message-----
From:      Pam Abramoff [mailto: ████████ ]
Sent: Tuesday, July 30, 2002 6:15 PM
To:    Dad Office
Subject:    RE: GSA meeting

Do you think I should just not go? As long as Rabbi Lapin is there I feel confident that the right decision will be made.

-----Original Message-----
From:      abramoffj@ ████████  [mailto:abramoffj@ ████████ ]
Sent: Tuesday, July 30, 2002 5:24 PM
To:    Pam@abramoff.com
Subject:    GSA meeting

When you are in the room with David and the other GSA folks, identify yourself as Pam Alexander or Pam Clarke. David does not want Abramoff used in the meeting. when you check in at the door, however, you'll need your driver's license, and it's OK for you to be Abramoff there, since that won't get up to the guy in the meeting (who probably does not know me, but David and I don't want to take a chance). OK?

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the

DOJDS-00146

1

GTG-E000098781

intended recipient   you are hereby notified that any review,
dissemination. distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above  If you are not the
intended recipient,  you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

DOI-DS-0014.

GTG-E000098782

# EXHIBIT 30

From:     Abramoff, Jack [_____] on behalf of
          Abramoff, Jack [____]

Sent:     Monday, August 12, 2002 7 27 AM

To:       van Horne, Jon [_____]

Subject:  FW FW OPO

Had good chats with David during the trip. He wants us to push hard on this project and he thinks we can get it
we have not heard back from Starwood. Can you be in touch with Jeff Cohen to see where we are on getting a
proposal?

-----Original Message-----
From: MerrittDC@[_____] [mailto:MerrittDC@[_____]]
Sent: Monday, July 29, 2002 3 44 PM
To: abramoffj@[_____]
Subject: Re FW OPO

I concur with Nell. Better that you have the letter in BEFORE we set the criteria and parameters for the public
private partnership than AFTER the deal is set.

As for your follow up regarding OMB, yes there are a couple of folks at OMB who dont like the idea of public-
private partnerships. (These same people would also like to do away completely with GSA.) They told us last
week that they would not authorize any funds to be used to buyout the remaining leases at the OPO. This move
would essentially shut down our privatization activities with respect to this property. (I think I blind CC'ed you on
this issue.)

However, the OMB staffer in the way (David Haun) does not realize that we have a legislative directive FROM
CONGRESS regarding this matter. In fact we had a letter sent to us by [_____]
[_____] just 10 months ago reaffirming their commitment to the OPO public-private partnership

What this means is that we will have to go to [_____] and roll this idiot. I suspect it will take a week or so to
do that. So we're in a holding pattern until [____] and [____] get together.

DHS

In a message dated 7/29/2002 3 31 11 PM Eastern Daylight Time abramoffj@gtlaw com writes

Subj FW OPO
Date 7/29/2002 3 31 11 PM Eastern Daylight Time
From: abramoffj@[_____]
To: MerrittDC@[_____]
Sent from the Internet

What do you recommend?



-----Original Message-----
From:   Abramoff, Jack█████████████
Sent:   Tuesday, July 23, 2002 8:28 AM
To:     van Horne, Jon█████████████
Volz, Neil G.█████████████; Williams, Michael E.█████████████
Subject:   FW: OPO
Importance:   High

Guys, this is a letter we need to have
issued and signed by ████████ and ████████. Can you three meet on
this to discuss so we can get this asap?  we need to get this letter in hand
really quickly.  The text below enables a tribe to do this project, so ████████
should be enthusiastic.  Thanks

-----Original Message-----
From:   van Horne, Jon█████████████
Sent:   Monday, July 22, 2002 1:53 PM
To:     Abramoff, Jack█████████████
Subject:   OPO

Draft congressional letter:

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service
Administration National Capital Region on July 15th issued a draft Request
for Qualifications for redevelopment of the Old Post Office Building located
in the Federal Triangle.

As GSA proceeds with this important historic
reuse project I urge you to give consideration to providing additional
opportunities for Hubzone businesses in the redevelopment process.
Specifically, I would like you to consider giving Hubzone businesses an
advance opportunity to provide redevelopment proposals that could be given
priority if they otherwise meet the RFQ and RFP requirements.

The information contained in this transmission may contain
privileged and confidential information.  It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an

---Original Message---
From:   Williams, Michael E.
Sent:   Monday, July 29, 2002 2:18 PM
To:     Volz, Neil G.                          , van Horne, Jon
Cc:     Abramoff, Jack (Dir-DC-Gov)
Subject:  RE: OPO

I think ▮▮▮▮▮▮▮▮ has been speaking with the same staffer or one with a
similar story

    ---Original Message---
    From:   Volz, Neil G.
    Sent:   Monday, July 29, 2002 2:16 PM
    To:     van Horne, Jon                      , Williams, Michael E.
(Dir-DC-Gov)
    Cc:     Abramoff, Jack
    Subject:  RE: OPO

    ▮▮▮▮▮▮▮ s guys has suggested writing a generic letter after this
    project's bid is sent out. The committee had heard the bid would be put out
    today, but GSA said Friday don't expect to see it for several more days. I
    think our best proposal still consists of getting a letter containing
    preferential language for Hubzones put together before the bid as we have
    planned all along. I have sent an email to ▮▮▮▮▮▮ s COS (instead of
    the committee guy I have been talking with ) in hopes of getting ▮▮▮▮▮▮▮
    to write a letter before the bid, but the staff guy seems to be set on
    writing the letter after. I'll let you know what ▮▮▮▮▮ s COS says when
    I finally get through to her.

    NV

            Original Message
            From:   van Horne, Jon
            Sent:   Monday, July 29, 2002 1:59 PM
            To:     Williams, Michael E.            , Volz, Neil G.
    ▮▮▮▮▮▮▮▮
            Cc:     Abramoff, Jack
            Subject:  RE: OPO

            Thanks Mike. Anything new with you, Neil?

                ---Original Message---
                From:   Williams, Michael E.
                Sent:   Monday, July 29, 2002 1:57 PM
                To:     Abramoff, Jack            , van Horne, Jon
    ▮▮▮▮▮▮▮▮    , Volz, Neil G.
                Subject:  RE: OPO

                ▮▮▮▮▮ s CoS is working on this. He and ▮▮▮▮▮
    are in ▮▮▮▮ so it may take a while. He mentioned that he spoke with
    someone at GSA about the issue. Trying to get more information. Will get
    back to you!!!

email to postmaster@gtlaw.com

DOJDS00745

# EXHIBIT 31

From:    Abramoff, Jack ████████████████████████████████████████ on behalf of
         Abramoff, Jack ███████████████
Sent:    Monday, November 18, 2002 9:42 AM
To:      David Safavian [home]
Subject: FW: OPO BUILDING PROJECT

David, just wanted to let you see the team we have on the OPO, as well as the Chitimacha tribe. Let me know if
you think there are any problems. See you soon.

----- Original Message -----
From: ███████████@████████ [mailto ███████████
Sent: Friday, November 15, 2002 1:56 PM
To: abramoffj@█████████
Subject: OPO BUILDING PROJECT


   The following is a tentative list of the team that we're
   putting together for this project.

   Developer - Groh Hotel Corp. - Virginia Beach, Va.
                            (Has developed 34 hotels)
   Contractor - Whiting-Turner Construction - Baltimore, Md.
                            (8th largest in the US)
   Architects - RTKL Associates - Baltimore, Md.
                            (One of the largest in th US)
   Designers - Frank Nicholson Associates - Concord, Mass.
                            (Has designed more five star
                            hotels than any design firm)
   Feasibility Study - HVS Associates - Mineola, N.Y.
                            (Largest firm of its type in US)
   Hotel Brand - Regent Hotels - Minneapolis, Minn.
                            (Five Star brand equal to Ritz
                            Carlton or Four Seasons with
                            a significant Asian presence)

   If there is any problem with any of the members, now is the time to
   know about them.

   Regards - Norman

DOJ-DS-04-163

GTG-E003-093284

# EXHIBIT 32

| From: | Abramoff, Jack ███████████████████████████ on behalf |
| | of Abramoff, Jack ██████████ |
| Sent: | Sunday, December 08, 2002 11:55 AM |
| To: | 'David Safavian home' |
| Subject: | FW: OPO |

Any ideas on this one? our developer wants to get info if possible. thanks David

-----Original Message-----
From:     van Horne, Jon ██████████
Sent: Sunday, December 08, 2002 11:37 PM
To:   Abramoff, Jack ██████████
Cc:   Tesler, Shana ██████████
Subject:  OPO

We need to figure out what info we can get from GSA. Groh wants plans, etc., could your
contact determine what might be reasonably available and what their new time frame is?

DOJ-DS-00166

GTG-E000092544

# EXHIBIT 33

Westlaw.

**C**

**CODE OF FEDERAL REGULATIONS
TITLE 5--ADMINISTRATIVE PERSONNEL
CHAPTER XVI--OFFICE OF GOVERNMENT
ETHICS
SUBCHAPTER B--GOVERNMENT ETHICS
PART 2635--STANDARDS OF ETHICAL
CONDUCT FOR EMPLOYEES OF THE
EXECUTIVE
BRANCH
SUBPART A--GENERAL PROVISIONS**

Current through December 28, 2005; 70 CR 76935

§ 2635.107 Ethics advice.

(a) As required by §§ 2635.201 and 2635.202(b) of this chapter, each agency has a designated agency ethics official who, on the agency's behalf, is responsible for coordinating and managing the agency's ethics program, as well as an alternate. The designated agency ethics official has authority under § 2635.204 of this chapter to delegate certain responsibilities, including that of providing ethics counseling regarding the application of this part, to one or more deputy ethics officials.

(b) Employees who have questions about the application of this part or any supplemental agency regulations to particular situations should seek advice from an agency ethics official. Disciplinary action for violating this part or any supplemental agency regulations will not be taken against an employee who has engaged in conduct in good faith reliance upon the advice of an agency ethics official, provided that the employee, in seeking such advice, has made full disclosure of all relevant circumstances. Where the employee's conduct violates a criminal statute, reliance on the advice of an agency ethics official cannot ensure that the employee will not be prosecuted under that statute. However, good faith reliance on the advice of an agency ethics official is a factor that may be taken into account by the Department of Justice in the selection of cases for prosecution. Disclosures made by an employee to an agency ethics official are not protected by an attorney-client privilege. An agency ethics official is required by 28 U.S.C. 535 to report any information he receives relating to a violation of the criminal code, title 18 of the United States Code.

< General Materials (GM) - References, Annotations, or Tables >

5 C.F.R. § 2635.107

**5 CFR § 2635.107**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 34

Westlaw.

C
### CODE OF FEDERAL REGULATIONS
### TITLE 5--ADMINISTRATIVE PERSONNEL
### CHAPTER XVI--OFFICE OF GOVERNMENT ETHICS
### SUBCHAPTER B--GOVERNMENT ETHICS
### PART 2635--STANDARDS OF ETHICAL CONDUCT FOR EMPLOYEES OF THE EXECUTIVE BRANCH
### SUBPART A--GENERAL PROVISIONS

Current through December 28, 2005, 70 FR 76935.

§ 2635.101 Basic obligation of public service.

(a) Public service is a public trust. Each employee has a responsibility to the United States Government and its citizens to place loyalty to the Constitution, laws and ethical principles above private gain. To ensure that every citizen can have complete confidence in the integrity of the Federal Government, each employee shall respect and adhere to the principles of ethical conduct set forth in this section, as well as the implementing standards contained in this part and in supplemental agency regulations.

(b) General principles. The following general principles apply to every employee and may form the basis for the standards contained in this part. Where a situation is not covered by the standards set forth in this part, employees shall apply the principles set forth in this section in determining whether their conduct is proper.

(1) Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain.

(2) Employees shall not hold financial interests that conflict with the conscientious performance of duty.

(3) Employees shall not engage in financial transactions using nonpublic Government

information or allow the improper use of such information to further any private interest.

(4) An employee shall not, except as permitted by subpart B of this part, solicit or accept any gift or other item of monetary value from any person or entity seeking official action from, doing business with, or conducting activities regulated by the employee's agency, or whose interests may be substantially affected by the performance or nonperformance of the employee's duties.

(5) Employees shall put forth honest effort in the performance of their duties.

(6) Employees shall not knowingly make unauthorized commitments or promises of any kind purporting to bind the Government.

(7) Employees shall not use public office for private gain.

(8) Employees shall act impartially and not give preferential treatment to any private organization or individual.

(9) Employees shall protect and conserve Federal property and shall not use it for other than authorized activities.

(10) Employees shall not engage in outside employment or activities, including seeking or negotiating for employment, that conflict with official Government duties and responsibilities.

(11) Employees shall disclose waste, fraud, abuse, and corruption to appropriate authorities.

(12) Employees shall satisfy in good faith their obligations as citizens, including all just financial obligations, especially those--such as Federal, State, or local taxes--that are imposed by law.

(13) Employees shall adhere to all laws and regulations that provide equal opportunity for all Americans regardless of race, color, religion, sex,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

5 CFR § 2635.101

5 C.F.R. § 2635.101

national origin, age, or handicap.

(14) Employees shall endeavor to avoid any actions creating the appearance that they are violating the law or the ethical standards set forth in this part. Whether particular circumstances create an appearance that the law or these standards have been violated shall be determined from the perspective of a reasonable person with knowledge of the relevant facts.

(c) Related statutes. In addition to the standards of ethical conduct set forth in this part, there are conflict of interest statutes that prohibit certain conduct. Criminal conflict of interest statutes of general applicability to all employees, 18 U.S.C. 201, 203, 205, 208, and 209, are summarized in the appropriate subparts of this part and must be taken into consideration in determining whether conduct is proper. Citations to other generally applicable statutes relating to employee conduct are set forth in subpart I and employees are further cautioned that there may be additional statutory and regulatory restrictions applicable to them generally or as employees of their specific agencies. Because an employee is considered to be on notice of the requirements of any statute, an employee should not rely upon any description or synopsis of a statutory restriction, but should refer to the statute itself and obtain the advice of an agency ethics official as needed.

<General Materials (GM) - References, Annotations, or Tables>

5 C.F.R. § 2635.101

**5 CFR § 2635.101**

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.