UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>**Defendant** | Criminal No. 05-370 (PLF) |

**ORDER**

UPON CONSIDERATION of the Subpoena issued to Bryan David Parker on January 27, 2006, the Government's Motion to Quash, Defendant Safavian's Opposition, and the entire record herein, the Government's Motion to Quash is **DENIED**, this _____ day of _____, 2006.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter Zeidenberg
Nathaniel B. Edmonds
Public Integrity Section
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005