UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

**DEFENDANT SAFAVIAN'S MOTION FOR LEAVE TO FILE SUR-REPLY TO GOVERNMENT'S REPLY IN SUPPORT OF ITS MOTION FOR CLARIFICATION**

Defendant David H. Safavian, by and through his undersigned attorneys, hereby respectfully requests this Court to permit a three-page sur-reply to the government's motion for clarification. The basis for this request is the need to re-focus the discussion of the government's discovery obligations to the actual facts of this case.

                                                Respectfully submitted,

                                                By:   /s/ Barbara Van Gelder
                                                       Barbara Van Gelder (D.C. Bar # 265603)
                                                       Roderick L. Thomas (D.C. Bar # 433433)
                                                       Albert C. Lambert (D.C. Bar # 489562)
                                                       WILEY REIN & FIELDING LLP
                                                       1776 K Street NW
                                                       Washington, DC  20006
                                                       TEL: 202.719.7032

Dated: February 13, 2006                *Attorneys for David H. Safavian*