UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,** <br><br> v. <br><br> **DAVID HOSSEIN SAFAVIAN,** <br><br> **Defendant** | Criminal No. 05-370 (PLF) |

**ORDER**

UPON CONSIDERATION of Defendant David H. Safavian's Motion for Leave to File Sur-reply, the entire record herein, and the attached Sur-reply in Opposition, it is this _____ day of _____, 2006, HEREBY ORDERED that the Defendant is permitted to file said Sur-reply with this Court.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter Zeidenberg
Nathaniel B. Edmonds
Public Integrity Section
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005