UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

MOTION TO EXCEED THE PAGE LIMIT
FOR DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT

Defendant David H. Safavian requests permission to exceed the 25-page limit for his forthcoming reply in support of his motion to dismiss the indictment. The extension is necessary given the amount and complexity of arguments that will be presented to the court. Defendant Safavian conferred with the government before filing this request, and the government takes no position on the motion.

Respectfully submitted,

By: /s/ Barbara Van Gelder
Barbara Van Gelder (D.C. Bar # 265603)
Roderick L. Thomas (D.C. Bar # 433433)
Albert C. Lambert (D.C. Bar # 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7032

Dated: February 21, 2006        *Attorneys for David H. Safavian*

**SO ORDERED.**

Dated: _____        _____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE