UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

NOTICE OF FILING

Defendant David H. Safavian submits the attached documents as exhibits to his Reply in Support of His Motion to Dismiss the Indictment. Due to their size, these exhibits could not be attached to the Reply and are therefore being filed separately.

                                            Respectfully submitted,

                                            By:   /s/ Barbara Van Gelder
                                                Barbara Van Gelder (D.C. Bar # 265603)
                                                Roderick L. Thomas (D.C. Bar # 433433)
                                                Albert C. Lambert (D.C. Bar # 489562)
                                                WILEY REIN & FIELDING LLP
                                                1776 K Street NW
                                                Washington, DC  20006
                                                TEL: 202.719.7032

Dated: February 22, 2006           *Attorneys for David H. Safavian*