UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
DEFENDANT'S REPLY AND EXHIBITS**

Defendant David H. Safavian's Reply in Support of his Motion to Dismiss was due on February 21, 2006. Because of the significant delays encountered in transmitting the Reply and the Exhibits electronically, the defendant did not receive confirmation of the filing of these materials until shortly after midnight, making the filing date February 22, 2006.

The technical difficulties were encountered because of the length of the Exhibits attached to the Reply. The exhibits total 254 pages, approximately 200 of which are Congressional Research Service reports that we are filing at request of the government. See Gov't Opp., at 44 n.22. Because of continued delays in the transmission of the documents, the Reply and Exhibits were separated into two different filings.

Since this request for leave to file is being filed shortly after midnight, counsel for defendant has been unable to ascertain the government position on the motion. Because defendant believes that there is no prejudice to the government in accepting the Reply and its Exhibits filed shortly after midnight, and because these materials are essential for the Court's review, we respectfully request that these materials be accepted. Counsel apologize for the delay, and we regret any inconvenience to the Court.

        Respectfully submitted,

By: /s/ Barbara Van Gelder
    Barbara Van Gelder (D.C. Bar # 265603)
    Roderick L. Thomas (D.C. Bar # 433433)
    Albert C. Lambert (D.C. Bar # 489562)
    WILEY REIN & FIELDING LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7032

Dated: February 22, 2006        *Attorneys for David H. Safavian*

**SO ORDERED.**

Dated: _____

        PAUL L. FRIEDMAN
        UNITED STATES DISTRICT JUDGE