UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>**Defendant** | Criminal No. 05-370 (PLF) |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Roderick L. Thomas as additional counsel for defendant David H. Safavian in this matter.

    /s/ Roderick L. Thomas
Roderick L. Thomas (D.C. Bar # 433433)
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006
Tel:  (202) 719-7000
Fax:  (202) 719-7207

Dated:  March 23, 2006

## CERTIFICATE OF SERVICE

      I certify that on March 23, 2006, I electronically served the foregoing Notice of Entry of Appearance on the following counsel:

Nathaniel B. Edmonds  
U.S. Department of Justice  
Criminal Division, Fraud Section  
1400 New York Avenue, NW  
Washington, DC 20005  
Email: nathaniel.edmonds@usdoj.gov

Peter R. Zeidenberg  
U.S. Department of Justice  
1400 New York Avenue, NW  
Washington, DC 20005  
Email: Peter.Zeidenberg@usdoj.gov

                                               /s/ Roderick L. Thomas  
                                               Roderick L. Thomas