UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Albert C. Lambert as additional counsel for defendant David H. Safavian in this matter.

   /s/ Albert C. Lambert
Albert C. Lambert (D.C. Bar # 489562)
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006
Tel:  (202) 719-7000
Fax:  (202) 719-7207

Dated:  March 23, 2006

## **CERTIFICATE OF SERVICE**

      I certify that on March 23, 2006, I electronically served the foregoing Notice of Entry of Appearance on the following counsel:

Nathaniel B. Edmonds
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Email: nathaniel.edmonds@usdoj.gov

Peter R. Zeidenberg
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
Email: Peter.Zeidenberg@usdoj.gov

                                          /s/ Albert C. Lambert
                                          Albert C. Lambert