UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

NOTICE OF FILING

Defendant David H. Safavian files the attached documents, bates numbered DOJ-DS-13602 to DOJ-DS-13661, for reference in the upcoming oral argument. The attached documents are internal GSA procedures and guidelines related to ethics opinions and related disciplinary actions. Mr. Safavian is filing these documents at this late date, because the government produced these documents only one week ago—despite Mr. Safavian's repeated requests for this information in October 2005, the Court's order compelling its production in December 2005, and the government's assurance that it had complied with this Order in January 2006.

In October 2005, Mr. Safavian requested a variety of documents necessary to prepare his defense, including, among other things, all documents related to GSA ethics opinions. The government produced some responsive documents, but withheld others, especially documents related to GSA ethics policies. On December 23, 2005, this Court compelled production of many of the withheld documents, specifically ordering the government to produce "All internal GSA procedures and guidelines relating to ethics opinions and disciplinary actions for violations of such policies." Dec. 23, 2005 Order, at ¶ 2. One month later, the government filed a Notice

of Compliance with the Order.  <u>See</u> Gov't Notice of Compliance with Discovery Order of Dec. 23, 2005.

Since filing that Notice, however, the government has produced over 6600 pages of documents and almost 4000 additional emails.  Shockingly, the most recent production—nearly 1400 documents produced to Mr. Safavian on March 16, 2006—included the attached internal GSA documents explaining the agency's ethics guidelines.  As with the other productions, this production was not indexed.

Since Mr. Safavian had no prior opportunity to file these documents as exhibits to his Motion to Dismiss, he is filing them today in anticipation of referring to them during oral argument.

                                    Respectfully submitted,

                                    By: /s/ Barbara Van Gelder
                                        Barbara Van Gelder (D.C. Bar # 265603)
                                        Roderick L. Thomas (D.C. Bar # 433433)
                                        Albert C. Lambert (D.C. Bar # 489562)
                                        WILEY REIN & FIELDING LLP
                                        1776 K Street NW
                                        Washington, DC  20006
                                        TEL: 202.719.7032

Dated:  March 23, 2006                *Attorneys for David H. Safavian*

## CERTIFICATE OF SERVICE

      I certify that on March 23, 2006, I electronically served the foregoing Notice and its attachments on the following counsel:

Nathaniel B. Edmonds
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Email: nathaniel.edmonds@usdoj.gov

Peter R. Zeidenberg
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
Email: Peter.Zeidenberg@usdoj.gov

                                            /s/  Barbara Van Gelder
                                            Barbara Van Gelder