UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 05-0370 (PLF) |
| ) | |
| DAVID HOSSEIN SAFAVIAN, ) | |
| ) | |
| Defendant. ) | |

ORDER

The parties came before the Court on March 24, 2006 for a motions hearing on three motions: the defendant's motion to inspect the grand jury record, the government's motion to quash the subpoena, and the defendant's motion to dismiss the indictment. Based upon consideration of the motions and associated briefs filed with those motions, in opposition, and in reply to the oppositions, as well as the arguments in open court, and for the reasons stated in open court, it is hereby

ORDERED that the defendant's motion to inspect the grand jury record [34] is DENIED; it is

FURTHER ORDERED that the government's motion to quash the subpoena [39] is DENIED; it is

FURTHER ORDERED that defendant's motion to dismiss [32] is taken under advisement; and it is

FURTHER ORDERED that the trial date previously set for April 18, 2006 is hereby VACATED and a new trial date is set for May 22, 2006 to last approximately four to five days.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 27, 2006