UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>    Defendant | Criminal No. 05-370 (PLF) |

## NOTICE OF FILING

Defendant David H. Safavian files the attached document in support of his Motion to Dismiss. Pursuant to the January 27, 2006 Subpoena of Bryan Parker and March 27, 2006 Order of this Court, we received the attached document from the United States Senate. This document—Mr. Parker's notes from a telephone conversation with Mr. Safavian—supports Mr. Safavian's Motion to Dismiss Counts IV and V. *See* Def.'s Memo. in Support of MTD at 45-60; Def.'s Reply at 32-41. Since these notes were produced after the March 24, 2006 argument on the motions, Mr. Safavian had no prior opportunity to file this document as an exhibit to his Motion to Dismiss.

Respectfully submitted,

By: /s/ Barbara Van Gelder
    Barbara Van Gelder (D.C. Bar # 265603)
    Roderick L. Thomas (D.C. Bar # 433433)
    Albert C. Lambert (D.C. Bar # 489562)
    WILEY REIN & FIELDING LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7032

Dated:  March 31, 2006          *Attorneys for David H. Safavian*

**CERTIFICATE OF SERVICE**

      I certify that on March 31, 2006, I electronically served the foregoing Notice and its attachments on the following counsel:

Nathaniel B. Edmonds  
U.S. Department of Justice  
Criminal Division, Fraud Section  
1400 New York Avenue, NW  
Washington, DC 20005  
Email: nathaniel.edmonds@usdoj.gov

Peter R. Zeidenberg  
U.S. Department of Justice  
1400 New York Avenue, NW  
Washington, DC 20005  
Email: Peter.Zeidenberg@usdoj.gov

                                              /s/ Barbara Van Gelder  
                                              Barbara Van Gelder