03/01/05  David Safavian

Q: Scope

> No idea Tribe was paying for this → will fully
  cooperate

> Have ~~tax~~ bank statement w/ picture of
  cancelled check

  > looking

> GSA Ethics Counsel ⇒ letter came from
    Eyenea Ellixn         Office of Gen'l Counsel
                          Ray McKenna was
                          Gen Counsel; no
                          Longer there.