UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| Defendant | : | |

PROPOSED BRIEFING SCHEDULE

As directed by this Court at the hearing on March 24, 2006, the United States of America, by and through its undersigned attorneys, with the consent of Defendant David Safavian, hereby submits the proposed briefing schedule for pretrial matters:

1.　Motions in limine shall be filed by April 14, 2006, with replies due on April 25 and responses, if any, due May 2, 2006.

2.　Proposed jury instructions shall be due on May 2, 2006.

3.　The parties will raise with the Court at the May 5, 2006 status hearing the issue of whether the parties wish to file or the Court will entertain written voir dire questions. Voir dire questions, if permitted by the Court, will be filed 10 days prior to trial.

The government also wishes to advise the Court that the estimate it provided to the Court at the March 24 hearing that it could present its entire case in two to three days may have been overly optimistic. Upon further reflection, the government believes a more realistic estimate of its case-in-chief is three to four trial days. We also note that the defense indicates that the defense case will take between one to three days. This information is being provided to hopefully assist the Court in planning its schedule, and is not a request by either side for a delay

in the trial.

                            Respectfully submitted,

| /s/ Nathaniel B. Edmonds | /s/ Peter R. Zeidenberg |
|---|---|
| NATHANIEL B. EDMONDS | PETER R. ZEIDENBERG |
| Trial Attorney, Fraud Section | Trial Attorney, Public Integrity Section |
| Criminal Division | Criminal Division |
| United States Department of Justice | United States Department of Justice |

CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of April, 2006, a copy of the foregoing was served on the following counsel by electronic service:

      Barbara Van Gelder, Esq.
      Wiley Rein & Fielding
      1776 K Street NW
      Washington, DC 20006
      Tel: 202-719-7032
      Facsimile: 202-719-7049

        /s/  Nathaniel B. Edmonds
      NATHANIEL B. EDMONDS
      Trial Attorney
      Fraud Section, Criminal Division
      United States Department of Justice