**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Cr. No 05-370 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| **Defendant** | : | |

**SCHEDULING ORDER**

Based upon the entire record herein, on this ___ day of April, 2006, IT IS HEREBY

ORDERED that the parties shall adhere to the following schedule, pending further Order of the

Court:

    1.     Motions in limine shall be filed by April 14, 2006;

    2.     Replies to be filed by April 25, 2006;

    3.     Responses, if any, to be filed by May 2, 2006.

    4.     The parties shall submit proposed jury instructions by May 2, 2006.

    5.     Any proposed voir dire questions shall be submitted to the Court 10 days prior to

the start of trial.

_____    Honorable Paul L. Friedman
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Peter Zeidenberg
Public Integrity Section
Nathaniel B. Edmonds
Fraud Section
United States Department of Justice
1400 New York Ave., N.W.
Washington, D.C.  20005

Barbara Van Gelder, Esq.
Roderick L. Thomas, Esq.
Albert C. Lambert, Esq.
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C.   20006