UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| DAVID HOSSEIN SAFAVIAN | : | |
| | : | |
| Defendant | : | |

## MOTION TO SEAL UNITED STATES' MOTION IN LIMINE TO EXCLUDE IMPROPER EVIDENCE ATTACKING THE CREDIBILITY OF A GOVERNMENT WITNESS

The United States, by and through its undersigned counsel, hereby respectfully moves to seal its Motion in Limine to Exclude Improper Evidence Attacking the Credibility of a Government Witness. The Government anticipates that Mr. Safavian may attempt to improperly attack a Government witness' credibility by introducing extrinsic evidence or inquiring during cross-examination into alleged conduct of the Government witness. In order to discuss whether these allegations relate to the witness' truthfulness or if they could be considered inflammatory and prejudicial, the Government must discuss the substance of the allegations in its motion. Therefore, to keep extraneous, personal and potentially embarrassing material from unnecessarily becoming part of the public record, the Government respectfully requests that the motion be sealed.

Respectfully submitted,

/s/ Nathaniel B. Edmonds
NATHANIEL B. EDMONDS
Trial Attorney, Fraud Section
Criminal Div., U.S. Department of Justice

/s/    Peter R. Zeidenberg
PETER R. ZEIDENBERG
Trial Attorney, Public Integrity Section
Criminal Div., U.S. Department of Justice

SO ORDERED:

Dated: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of April, 2006, a copy of the foregoing was served on the following counsel by electronic service to:

    Barbara Van Gelder, Esq.
    Roderick Thomas, Esq.
    Albert Lambert, Esq.
    Wiley Rein & Fielding
    1776 K Street NW
    Washington, DC 20006
    Tel: 202-719-7032
    Facsimile: 202-719-7049

    /s/ Nathaniel B. Edmonds
    NATHANIEL B. EDMONDS
    Trial Attorney
    Fraud Section, Criminal Division
    United States Department of Justice