From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Monday, February 04, 2002 4:53 PM
To: 'abramoffj@gtlaw.com'
Subject: Resume

Sorry that this took so long.  Per your request. <<Resume for Abramoff.doc>>
DHS

David H. Safavian
Chief of Staff
Office of Congressman Chris Cannon
118 Cannon House Office Building
Washington, D.C. 20515
Tel: (202) ███████
Fax: (202) ███████

DOJ-DS-000850

5/8/2004

GTG-E000092603

**From:**  Abramoff, Jack (Dir-DC-Gov)
**Sent:**  Thursday, February 07, 2002 4:23 PM
**To:**  'Safavian, David'
**Subject:** RE: Moving down the street........

You're next!!!

——Original Message——
From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Thursday, February 07, 2002 11:58 AM
To: Jack Abramoff (E-mail)
Subject: FW: Moving down the street........


DHS

David H. Safavian
Chief of Staff
Office of Congressman Chris Cannon
118 Cannon House Office Building
Washington, D.C. 20515
Tel: (202) ▓▓▓▓▓
Fax: (202) ▓▓▓▓▓
——Original Message——
From:  Volz, Neil
Sent:  Wednesday, February 06, 2002 8:07 PM
To:   Volz, Neil
Subject:    Moving down the street........

After nearly eight great years of working for Team Ney, I am leaving this wonderful job and entering another. I have accepted a position with the law and lobby firm Greenberg Traurig, LLP. This a great opportunity, and I am looking forward to the many new challenges it will bring.

It is not easy leaving here. Bob is such a great friend and has been a fantastic boss. Whether it was working as an unpaid intern in the Ohio State Senate what feels like decades ago, or managing our operation as Staff Director and Chief of Staff right now, I have enjoyed every minute of it.

My first day at the firm will be Tuesday, February 19th. Paul Vinovich will be the new Staff Director for the committee, while Will Heaton will be both the Chief of Staff for the personal office, and remain the Chairman's Executive Assistant at the committee. Clearly, team Ney is in extremely capable hands and ready for whatever the future throws our way. I look forward to saying goodbye and/or explaining my new responsibilities further to people on an individual basis. I can be reached for the next couple days at this email or my personal email address - neilvolz@▓▓▓▓▓▓▓. I'll let you know my new numbers and address as soon as I get them. Please take care.

Neil

DOJ-DS-000851

5/8/2004

GTG-E000089446

**From:** Abramoff, Jack (Dir-DC-Gov)

**Sent:** Tuesday, February 26, 2002 9:34 AM

**To:** Safavian, David

**Subject:** RE: hey there

You need to meet with Baggett, who is primed. He'll be here next week. I'll get some times from him for you.

-----Original Message-----
From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Tuesday, February 26, 2002 9:31 AM
To: 'abramoffj@gtlaw.com'
Subject: RE: hey there

its down to me and one other candidate. I should know definitively by next week. I am interested in moving the ball forward. Let me know how you want me to proceed.

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

DOJ-DS-000858

5/6/2004

GTG-E000092924

From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Tuesday, February 26, 2002 9:31 AM
To: 'abramoffj@gtlaw.com'
Subject: RE: hey there

its down to me and one other candidate. I should know definitively by next week. I am interested in moving the ball forward. Let me know how you want me to proceed.

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

DOJ-DS-000860

5/8/2004

GTG-E000092923

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, April 09, 2002 1:02 PM |
| **To:** | 'Safavian, David' |
| **Subject:** | RE: How did it go with baggett? |

Same here. Let me know what I need to do to make this move forward.

----Original Message----
From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Tuesday, April 09, 2002 12:25 PM
To: 'abramoffj@gtlaw.com'
Subject: RE: How did it go with baggett?

I think it went well. We talked about my portables, contacts, expertise, etc. He had to get on your call with Caesar after an hour and a half. So we left it as "let's move forward." When he comes back next week, we will meet again.

Thanks for setting this up. I'm looking forward to working with you again.
DHS
----Original Message----
From: abramoffj@gtlaw.com [ mailto:abramoffj@gtlaw.com]
Sent: Tuesday, April 09, 2002 12:00 PM
To: Safavian, David
Subject: How did it go with baggett?

Jack Abramoff

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS-000880

GTG-E000092948

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, April 17, 2002 2:02 PM |
| **To:** | 'David.Safavian@mail.house.gov' |
| **Subject:** | Re: How did it go with baggett? |

Oy vey! Where/when should I call u?
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Safavian, David <David.Safavian@mail.house.gov>
To: 'abramoffj@gtlaw.com' <abramoffj@gtlaw.com>
Sent: Wed Apr 17 13:29:52 2002
Subject: RE: How did it go with baggett?

Jack --

I saw you and one of the boys on TV during the rally. Nice shot of dad talking on the cell phone while Daniel (?) looked on.

Anyway, you and I need to talk. I was just offered the chief of staff job for GSA.

DHS
-----Original Message-----
From: abramoffj@gtlaw.com [mailto:abramoffj@gtlaw.com]
Sent: Tuesday, April 09, 2002 2:35 PM
To: Safavian, David
Subject: RE: How did it go with baggett?


Same here. Let me know what I need to do to make this move forward.

-----Original Message-----
From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Tuesday, April 09, 2002 12:25 PM
To: 'abramoffj@gtlaw.com'
Subject: RE: How did it go with baggett?

I think it went well. We talked about my portables, contacts, expertise, etc. He had to get on your call with Caesar after an hour and a half. So we left it as "let's move forward." When he comes back next week, we will meet again.
Thanks for setting this up. I'm looking forward to working with you again.
DHS
-----Original Message-----
From: abramoffj@gtlaw.com [ mailto:abramoffj@gtlaw.com]
Sent: Tuesday, April 09, 2002 12:00 PM
To: Safavian, David
Subject: How did it go with baggett?

Jack Abramoff

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email

1

DOJ-DS-000881

GTG-E000092946

and destroy all copies of the original message.
To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

2

DOJ-DS-000882

GTG-E000092947

**From:**    Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Tuesday, April 30, 2002 10:44 PM

**To:**    Safavian, David

**Subject:** RE: ???

OK, but please tell me what I can do to help. I don't want this to slip.

——Original Message——
From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Tuesday, April 30, 2002 6:17 PM
To: 'abramoffj@gtlaw.com'
Subject: RE: ???

Dont call Fred. It'll make me look like Im whining to you, and that is not why I sent you the email.
——Original Message——
From: abramoffj@gtlaw.com [mailto:abramoffj@gtlaw.com]
Sent: Tuesday, April 30, 2002 6:09 PM
To: Safavian, David
Subject: RE: ???
This is crap. Should I call fred right now? you should get a f'ing offer!!! Idiots over here!!

——Original Message——
From: Safavian, David [mailto:David.Safavian@mail.house.gov]
Sent: Tuesday, April 30, 2002 5:08 PM
To: 'abramoffj@gtlaw.com'
Subject: ???

Just spoke with Fred. He asked what I am going to do. I told him that I was leaning towards GSA, but was waiting to hear back from GT. Unfortunately, he didnt talk any numbers, so I am unable to compare apples to apples. But I think that is just as well, as my gut is telling me to take the GSA job before joining up with you and your band of merry men.

FYI.
David

David H. Safavian
Chief of Staff
Office of Congressman Chris Cannon (R-UT)
118 Cannon House Office Building
Washington, D.C. 20515

TEL: (202) ████████
FAX: (202) ████████

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the

DOJ-DS-000893

5/8/2004                                    GTG-E000092955

intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

DOJ-DS-000894

GTG-E000092956

5/8/2004

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, May 16, 2002 8:26 PM |
| **To:** | david.safavian@gsa.gov |
| **Subject:** | RE: |

Bullfeathers?!  What?!  Can you move it to my restaurant?

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, May 16, 2002 5:39 PM
To:   abramoffj@gtlaw.com
Subject:

No, but you can join me for a drink at the happy hour being thrown for me on Monday night.
Bullfeathers on the Hill.  I'll send you an email about it.


DHS

David H. Safavian
Senior Policy Advisor to the Administrator
and Acting Deputy Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6122
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov


Can I host a congrats party for you at Sigs? Something like cocktails? Let me know if that
is allowed.  I really want to do it.




    -----Original Message-----
    From: Safavian, David [mailto:David.Safavian@mail.house.gov]
    Sent: Tuesday, May 14, 2002 1:16 PM
    To: UT03 - All Staff
    Subject: Happy Trails ....

1

DOJ-DS-000896

GTG-E000092964

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Friday, May 24, 2002 3:50 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | hey there |

Sorry I missed the shindig. you traveling next week? I have a gsa question. There is a facility which is under the control of the GSA in silver Spring Maryland, which was the former Naval Surface Weapons center (off New Hampshire Avenue). They are now going to put the FDA there. it is a huge property. I was wondering if it is possible get some of that property for a school. Do you know if that is doable and how? Thanks.

1

DOJ-DS-000907

GTG-E000092958

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, June 19, 2002 11:23 AM |
| To: | 'David Safavian home' |
| Subject: | FW: Leasing of Historic Buildings |

David, can you get us this stuff so we can put together the bid specs?

-----Original Message-----
From:    van Horne, Jon (Shld-DC-Legis)
Sent:    Wednesday, June 19, 2002 11:10 AM
To:      Abramoff, Jack (Dir-DC-Gov)
Subject:    Leasing of Historic Buildings

Recently the General Post Office Building, also know as the US Tariff Commission Building was leased to a developer for conversion into a luxury hotel under the authority of section 111 of the National Historic Preservation Act (NHPA). It would be very helpful if we could obtain a copy of the solicitation that was used in that case (without any full size architectural drawings) to select the developer.

Also that transaction was proceeded by consultation with the Advisory Council on Historic Preservation pursuant to section 106 of the NHPA. This consultation resulted in a Memorandum of Agreement. It would be useful to know first whether there has been such a consultation with respect to the Old Post Office Building at 12th and Pennsylvania NW and whether a MOA has been issued and whether we can get a copy of it.

1

DOJ-DS-000927

GTG-E000093017

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, June 19, 2002 11:24 AM |
| To: | 'David Safavian Office' |
| Subject: | sent you an email to your home address |

1

DOJ-DS-000928

GTG-E000093016

From:               Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
                    of Abramoff, Jack (Dir-DC-Gov)
Sent:               Thursday, June 27, 2002 2:43 PM
To:                 'david.safavian@gsa.gov'
Subject:            RE: Fourth of July


Thanks David!  You are so wonderfull.

    -----Original Message-----
From:          david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:  Thursday, June 27, 2002 2:21 PM
To:    abramoffj@gtlaw.com
Subject:    RE: Fourth of July


I'd love for you to attend!!'  Let me put you on the guest list and will send you an
attachment with the invite in a minute.  Long and short is that we will open the roof at
7PM.  We have one of the best views of the fireworks in the city.  You and the family will
not be disappointed.  (And you can meet the GSA Administrator.)


DHS

David H. Safavian
Senior Policy Advisor to the Administrator
and Acting Deputy Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6122
Washington, D.C. 20405
Tel: (202) 208-0291
Fax: (202) 219-1243
Email: david.safavian@gsa.gov




            abramoffj@gtla        To:      david.safavian@gsa.gov
            w.com                 cc:
                                  Subject:     RE: Fourth of July
            06/27/2002
            09:22 AM




Absolutely!  That would be huge.  Could I bring Pam and our twins (Livia and Sarah)?  I
don't want to overextend my rudeness, so if it's a problem, no problem on this side.
Thanks.

    -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Thursday, June 27, 2002 9:10 AM
To:    abramoffj@gtlaw.com
Subject:  Re: Fourth of July

Party oin our roof for vips. You want to come?

                                        1                    DOJ-DS-000942


                                                        GTG-E000092989

----------------------------
Sent from my BlackBerry Wireless Handheld

    From: abramoffj
    Sent: 06/27/2002 08:36 AM
    To: david.safavian@gsa.gov
    Subject: Fourth of July

You guys doing something like an open house at GSA for the fireworks?

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS-000943

GTG-E000092990

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, June 30, 2002 12:24 PM |
| To: | 'David Safavian home' |
| Subject: | hi there |

Can you find out if you guys have control of any part of a huge federal property called the White Oak Federal Research Center, off New Hampshire Ave in Silver Spring? I want to try to get 40 acres of that tract if possible for a non-profit. Is it doable?

1

DOJ-DS-000954

GTG-E000092978

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Sunday, June 30, 2002 12:24 PM |
| To: | 'David Safavian Office' |
| Subject: | just sent you an email to the home email |

DOJ-DS-000955

GTG-E000092979

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, June 30, 2002 2:19 PM |
| **To:** | 'MerrittDC@aol.com' |
| **Subject:** | RE: White Oak |

Thanks David. Yes, that is the one. the FDA is going to be there, but I thought that, since they have SO much property there, perhaps we could find a way to break off part of it for a school.  Let me know if you think we can do it.  thanks so much!!

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, June 30, 2002 2:33 PM
To: abramoffj@gtlaw.com
Subject: White Oak

i will do some digging.  My recollection is that we own White Oak (it used to be a Naval facility) and that it is being used to build the new Food and Drug Administration complex (12 buildings).  But I will find out this week.

I assume this is for a school?

In a message dated 6/30/02 10:39:57 AM Pacific Daylight Time, abramoffj@gtlaw.com writes:

Can you find out if you guys have control of any part of a huge federal
property called the White Oak Federal Research Center, off New Hampshire Ave
in Silver Spring?  I want to try to get 40 acres of that tract if possible
for a non-profit.  Is it doable?

DOJ-DS007437

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 02, 2002 12:34 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Information |

Thanks.

```
-----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 02, 2002 1:11 PM
To:   abramoffj@gtlaw.com
Subject:    Re: Information
```

I don't have the answers to these questions. But I will come Thursday night.

Dhs

\- - - - - - - - - - - - - - - - - - - - -
Sent from my BlackBerry Wireless Handheld

```
        From: abramoffj
        Sent: 07/02/2002 01:10 PM
        To: david.safavian@gsa.gov
        Subject: RE: Information
```

We met on the other project yesterday. can I hook up with you this week to discuss? On the White Oak, that is great. what can we do to get in position? Any sense as to whether there are any buildings not already allocated, in addition to land?

```
    -----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Tuesday, July 02, 2002 9:04 AM
To: abramoffj@gtlaw.com
Subject:  Information
```

We have not fully allocated all of the acreage at White Oak. We are still surveying whether any other federal agencies are interested. If not, we would begin disposal (i.e., sale or donation) proceedings.

As for the other project, you should know that aside from section 8a preferences, Indian tribes also have "hub zone" status, which provides for enterprise zone-like tax benefits.

You will need to ramp up on this as it is progressing.

Let's discuss.

Dhs

\- - - - - - - - - - - - - - - - - - - - -
Sent from my BlackBerry Wireless Handheld

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not

1

DOJ-DS007439

the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

2

DOJ-DS007440

From:          Abramoff, Jack (Dir-DC-Gov)
Sent:          Tuesday, July 02, 2002 8:09 PM
To:            'David Safavian home'
Subject:       FW: OPO

Possible?

-----Original Message-----
From:   van Home, Jon (Shld-DC-Legis)
Sent:   Tuesday, July 02, 2002 3:04 PM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:   OPO

The materials we have indicate that in May, the Urban Land Institute conducted a private sector forum for GSA on the
redevelopment options at OPO.  Would it be possible to get a list of the 40 attendees at this forum?

1

DOJ-DS007544

**From:**    Abramoff, Jack (Dir-DC-Gov)
**Sent:**    Wednesday, July 03, 2002 9:58 AM
**To:**    'MerrittDC@aol.com'
**Subject:** RE: FW: OPO

We could serve nutburgers! I'll check with Jon if we need it, but probably not. Thanks. we still on for golf Friday 11 am Four Streams?


——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, July 03, 2002 10:55 AM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

JA — I believe the underlying information is incorrect. The Urban Land Institute is doing research on redevelopment opportunities at St. Elizabeth's hospital, not OPO. If you want that information (they could really use a good Kosher deli at the intersection of M.L. King Avenue and Malcom X Drive), let me know.

DHS



In a message dated 7/2/2002 9:08:23 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:



Subj:FW: OPO
Date:7/2/2002 9:08:23 PM Eastern Daylight Time
From: abramoffj@gtlaw.com
To: Merrittdc@aol.com
Sent from the Internet



Possible?

——Original Message——
From:    van Horne, Jon (Shld-DC-Legis)
Sent:    Tuesday, July 02, 2002 3:04 PM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:    OPO

The materials we have indicate that in May, the Urban Land Institute conducted a private sector forum for GSA on the redevelopment options at OPO. Would it be possible to get a list of the 40 attendees at this forum?


5/8/2004

DOJ-DS007443

The information contained in this transmission may contain privilieged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

5/8/2004

DOJ-DS007444

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Saturday, July 06, 2002 8:55 PM |
| To: | 'David Safavian home' |
| Subject: | FW: Scotland Itinerary |

Here you go.  Still have a few minor details, but this is the basic schedule.  a more
solid one will come soon.

-----Original Message-----
From:        Gertner, Ilisa (AdmAst-DC-Gov)
Sent: Thursday, June 13, 2002 6:12 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:     Scotland Itinerary

Travel Itinerary for Scotland August 4-8, 2002
Saturday, August 3
11:00 PM    Depart Frederick (301) ████████
            Operator:
            Airport Address:
            Airport phone:
            Tail #:
            Pilot:
            Co-Pilot:
            Travel time: 6-7 hours    (w/ one fuel stop - location tbd)

Sunday, August 4, 2002

10/11:00 AM Arrive St. Andrews (5 hours ahead of EDT)
            Jason Murdock will meet you and bring you to Old Course Hotel.

4:00  PM    Tee Off
            Kingsbarns links
            You can shower and change at Kingsbarns GC

9:00??  PM    Dinner (time is flexible)
            Road Hole Grill-in the Old Course Hotel (included in package)

Monday, August 5
9:00  AM    Depart hotel
            You can let the driver know if you want to leave earlier or later.
            Travel time: 1 hour

11:00 AM    Tee Off
            Carnoustie Links

4:00  PM    Refresh at hotel

5:30  PM    Dinner in Edinburgh (possibly with Conservative Party)

8:00  PM    Military Tattoo at Edinburgh  Castle

Tuesday, August 6
9:00  AM    Check out of Old Course Hotel
            Go to driving range to warm up.

10:20 PM    Play Old Course
            You can shower and change in locker rooms.

1:30??    PM    Lunch-after Old Course round in the Club House (included in package)

1

DOJ-DS-000964

GTG-E000093028

```
3:30  PM     Tee Off
             Jubilee G.C.

8:00??       PM     Drive after round at Jubilee to Gleneagles Hotel & Golf Resort by luxury
                    coach.
             Travel time: 1.5 hours

Wednesday, August 7
10:20 AM     Tee Off
             Championship Course

3:30  PM     Lunch (after round)

4:20  PM     Tee Off
             Kings Course

8:00??       PM     Dinner at the hotel

Thursday, August 8
??    AM     Check out of hotel and travel to St. Andrews and play Old Course if make the
Ballot       or Crail if not

??    PM     Old Course Ballot or Ellie

??    PM     Dinner

             You can use the clubhouse in St. Andrews before leaving for airport.

??    PM     return to airport.

??    PM     Depart St. Andrews
             Travel time: 8 hours (w/ one fuel stop)

Friday, August 9
??    AM     Arrive Frederick, Maryland
```

2

DOJ-DS-000965

GTG-E000093029

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, July 11, 2002 11:22 AM |
| **To:** | david.safavian@gsa.gov |
| **Subject:** | RE: Signatures tonight |

Fantastic!  I'll be there for a 7 PM dinner.  See you there.

 -----Original Message-----
**From:**     david.safavian@gsa.gov (mailto:david.safavian@gsa.gov)
**Sent:** Thursday, July 11, 2002 9:36 AM
**To:**   abramoffj@gtlaw.com
**Subject:**   Signatures tonight


Jack --

FYI, this evening, I am holding a small going away party for Brian Jackson, the outgoing chief of staff.  (You may know Brian from his days with Kasich; he was also a regular attendee at Grover's.)  Among the people attending will be Administrator Perry, a couple of Regional Administrators (who hold enormous power within this organization) and of course, myself. If you have time, feel free to swing by.  This would be a great opportunity to connect you with Administrator Perry. (We're meeting at 7PM.)

Hope all else is well.

DHS

David H. Safavian
Senior Policy Advisor to the Administrator
and Acting Deputy Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6122
Washington, D.C. 20405
Tel: (202) ▮▮▮▮▮
Fax: (202) ▮▮▮▮▮
Email: david.safavian@gsa.gov

DOJ-DS-000966

GTG-E000093025

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 16, 2002 5:46 PM |
| To: | van Horne, Jon (Shld-DC-Legis) |
| Subject: | RE: breakfast Friday 9 am |

Yes, OPO. We need to go meet the Administrator so this is a prep/question/answer meeting.

    -----Original Message-----
From:      van Horne, Jon (Shld-DC-Legis)
Sent: Tuesday, July 16, 2002 6:41 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: breakfast Friday 9 am

Of course.  Topic is OPO?  Preparation?
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: van Horne, Jon (Shld-DC-Legis) <Van_horneJ@gtlaw.com>
Sent: Tue Jul 16 18:33:35 2002
Subject: breakfast Friday 9 am

Can you join me and David Safavian, the COS of GSA at Signatures?

1

DOJ-DS-001389

GTG-E000093022

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, July 17, 2002 4:23 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | handicap and home course |

Hi David.  I need to get your handicap and home golf club for our round at the Old Course.  Can you email me that?
Thanks.

1

DOJ-DS-000967

GTG-E000093040

**From:**      Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Wednesday, July 17, 2002 4:24 AM
**To:**        'David Safavian Office'
**Subject:**   email

I just sent one to your home email.

DOJ-DS-000968

GTG-E000093041

**From:**       Abramoff, Jack (Dir-DC-Gov)
**Sent:**       Wednesday, July 17, 2002 7:11 PM
**To:**         'david.safavian@gsa.gov'
**Subject:**    RE: Golf

Absolutely.  How about we bring him to Scotland with us?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, July 17, 2002 8:05 PM
To:  abramoffj@gtlaw.com
Subject:   Re: Golf

I will send you directions in the morning. As for using our facilities, of course.

Would you like to play with the Administrator?

David

--------------------------
Sent from my BlackBerry Wireless Handheld


    From: abramoffj
    Sent: 07/17/2002 07:38 PM
    To: david.safavian@gsa.gov
    Subject: RE: Golf

I have to go to the Dana Rohrabacher party at Tony Blankley's house at  3
PM.  can we play before this with my being able to shower at your club?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Wednesday, July 17, 2002 7:09 PM
To:  abramoffj@gtlaw.com
Subject:  Re: Golf

Nope. Its MY Turn.  Come out to Springfield!!!

--------------------------
Sent from my BlackBerry Wireless Handheld


    From: abramoffj
    Sent: 07/17/2002 06:23 PM
    To: david.safavian@gsa.gov
    Subject: RE: Golf

Where do you want to play?  Want to see the new clubhouse at Woodmore?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Wednesday, July 17, 2002 1:19 PM
To:  abramoffj@gtlaw.com
Subject:  RE: Golf


Im thinking around 8 or 9 am Sunday?

1

DOJ-DS-000969

GTG-E000071295

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) █████
Fax: (202) █████
Email: david.safavian@gsa.gov

| | | |
|---|---|---|
| abramoffj@gtla<br>w.com | To: | david.safavian@gsa.gov |
| | cc: | |
| | Subject: | RE: Golf |
| 07/17/2002 | | |
| 12:59 PM | | |

Morning might work.  what time do you have in mind?

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:    Wednesday, July 17, 2002 9:19 AM
To:   abramoffj@gtlaw.com
Subject: Golf

Jack - My handicap is a 23. My home course is Springield Golf and Country Club in
Springfield, Virginia.

Do you want to try to play Sunday morning or late afternoon?

Dhs

-------------------------
Sent from my BlackBerry Wireless Handheld

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

DOJ-DS-000970

2

GTG-E000071296

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, July 18, 2002 10:44 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | Scotland |

We are considering adding London onto the end of the trip, returning on that Sunday.  Does that work for you?

1

DOJ-DS-000983

GTG-E000093063

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, July 18, 2002 11:38 AM |
| **To:** | 'David Safavian Office' |
| **Subject:** | we got cut off |

I just left you a vmail. Call me on cell when you are free

DOJ-DS-000984

GTG-E000093062

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Thursday, July 18, 2002 12:01 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: Scotland |

Before we were cut off, I wanted to tell you that you should definitely include the Administrator. Bob Ney is coming. I think they know each other. Let me know as soon as you can, though. Thanks. look forward to Sunday. Pam give me permission! Can't wait. 6:30 tee time?

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Thursday, July 18, 2002 12:20 PM
To: abramoffj@gtlaw.com
Subject: Re: Scotland

In a message dated 7/18/2002 11:50:56 AM Eastern Daylight Time, abramoffj@gtlaw.com writes:

We are considering adding London onto the end of the trip, returning on that
Sunday. Does that work for you?

I'm easy. What ever is best for you. I'm just happy to joining you.

Do you want me to see if Steve Perry wants to join you or were you kidding? Maybe we should play on Sunday and then see if you two interact well. You are VERY different people. Serious, low-key, toned-down vs. well....let's just say the "Abramoff style."  ;-)

Did I hear something about Tony R. leaving GT?

DOJ-DS-000985

5/8/2004

GTG-E000089806

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, July 21, 2002 12:51 PM |
| To: | 'David Safavian Office' |
| Subject: | thanks |

Thanks so much for today's round. It was really fun. Perhaps we can go out Friday? I'll be in touch mid week. If you can get me any info as to which land is still available at White Oak, and whether there are buildings there, that would be huge. Thanks so much.

1

DOJ-DS-000989

GTG-E000093058

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, July 21, 2002 1:01 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | White Oak |

The facility is secured, as I understand. Any thoughts on how we could get a tour there without giving a heads up to too many folks?

DOJ-DS-000990

1

GTG-E000093057

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, July 21, 2002 2:46 PM |
| **To:** | 'MerrittDC@aol.com' |
| **Subject:** | RE: White Oak |

Thanks David.

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, July 21, 2002 2:46 PM
To: abramoffj@gtlaw.com
Subject: Re: White Oak

In a message dated 7/21/2002 2:25:27 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


The facility is secured, as I understand.  Any thoughts on how we could get
a tour there without giving a heads up to too many folks?


Let me make a couple of calls on Monday from Utah.  I will get back to you either way.

Thanks for playing today.  I had a great time.

DHS

DOJ-DS 0014905

5/8/2004

GTG-E000390660

**Unknown**

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, July 21, 2002 8:18 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | property we discussed |

I think we can move the legislation. I have some quick questions. Can you call me when you have a chance (home - 301-████████; cell - 202-████████ office 202-████████? Thanks.

DOJ-DS-000991

GTG-E000093052

From:   Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffjj] on behalf
     of Abramoff, Jack (Dir-DC-Gov)
Sent:   Sunday, July 21, 2002 8:26 PM
To:    Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject:  RE: the ask of all asks


You are wonderful by the way!

  -----Original Message-----
From:  Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Sunday, July 21, 2002 4:07 PM
To:  'abramoffj@gtlaw.com'
Subject:  Re: the ask of all asks

You bet
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: Volz, Neil G. (AstDir-DC-Gov/Adm) <volzn@gtlaw.com>
Sent: Sun Jul 21 16:04:19 2002
Subject: RE: the ask of all asks

Can you call me on cell in about 30 minutes to discuss?

  -----Original Message-----
From:  Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Sunday, July 21, 2002 3:56 PM
To:  'abramoffj@gtlaw.com'
Subject:  Re: the ask of all asks

Jack, do you know what the FDA will say of this type of move?  I am going to call safavian
tomorrow if that is ok with you to work though this completely because the election reform
negotiators have been meeting all weekend and may be close to agreement.  This means we
would have to move asap.

NV
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: Volz, Neil G. (AstDir-DC-Gov/Adm) <volzn@gtlaw.com>
Sent: Sun Jul 21 14:28:51 2002
Subject: the ask of all asks

I just got done seeing David Safavian, CoS of GSA now.  there is a federal property (used
to be the Naval Research facility, not part of it is the FDA) in Silver Spring.  The
property would be perfect for our school and David is totally supportive.  He said that
the quickest way to get this done is to slip something into a moving bill, which directs
the GSA to transfer the property to the school, or even better to lease it to the school
for long term?  If we were to craft something oblique, any chance of slipping into the
election reform bill?  I know we are loading that up, but I thought I'd ask.  Needless to
say, it would be the greatest thing in the world to me.

1

DOJ-DS-001394

GTG-E000093051

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Sunday, July 21, 2002 10:19 PM |
| To: | van Home, Jon (Shld-DC-Legis) |
| Subject: | RE: urgent matter - GSA |

Not sure.  I am sure we can dig up stuff about it with some research.  Can you put your best snoop on it?

-----Original Message-----
From:     van Horne, Jon (Shld-DC-Legis)
Sent: Sunday, July 21, 2002 11:12 PM
To:    'abramoffj@gtlaw.com'
Subject:     Re: urgent matter - GSA
Importance: High

I'll get on this first thing tomorrow and will aim for a first draft by noon.  Obviously, the more info on the property the better.  Ut we will start with what we have.  I assume the property is being disposed of under the BRAC process?
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: van Horne, Jon (Shld-DC-Legis) [EX:/O=GTLAW/OU=WDC/CN=RECIPIENTS/CN=VAN_HORNEJ]
Sent: Sun Jul 21 21:32:19 2002
Subject: urgent matter - GSA

They have control of a federal property in Silver Spring.  It is in White Oak and it was the site of the Naval Surface Warfare Center.  It is approximately 200 acres and approximately 60 of them are going to be the new headquarters for the FDA.  The rest of the property is not being used right now.  I was with David Safavian today and we discussed this, and my getting it for our school.  He said that one way to do this (quickly) is to get something in legislation which mandates that the GSA lease the property for 99 years for a nominal amount to the school (or foundation, perhaps?).  I spoke with Neil this afternoon and we have a chance to slip this into the Election Reform bill, but have to move mega fast.  Can you get language for us to get approximately 50 acres in this property (not sure which acres we want - ideally those with some buildings on them - I hope to have some more info on the property tomorrow)?  We have to move fast because they are locking this bill within the next day or so.  Also, can we have it so that the county has no say on how the property is used etc?  can we keep it in fed control with the greatest of latitude being given to the school?  Call me on this and the rest of this.  we have to move mega fast on this one.  thanks!!!

1

DOJ-DS-001395

GTG-E000093045

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, July 22, 2002 9:31 AM |
| **To:** | 'David Safavian Office' |
| **Subject:** | let me know when you are free to chat. |

1

DOJ-DS-000992

GTG-E00009304

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, July 22, 2002 6:26 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | do you have access to your home email from the road? |

DOJ-DS-000994

GTG-E000093043

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, July 21, 2002 8:31 PM |
| **To:** | van Horne, Jon (Shld-DC-Legis) |
| **Subject:** | urgent matter - GSA |
| **Importance:** | High |

They have control of a federal property in Silver Spring. It is in White Oak and it was the site of the Naval Surface Warfare Center. It is approximately 200 acres and approximately 60 of them are going to be the new headquarters for the FDA. The rest of the property is not being used right now. I was with David Safavian today and we discussed this, and my getting it for our school. He said that one way to do this (quickly) is to get something in legislation which mandates that the GSA lease the property for 99 years for a nominal amount to the school (or foundation, perhaps?). I spoke with Neil this afternoon and we have a chance to slip this into the Election Reform bill, but have to move mega fast. Can you get language for us to get approximately 50 acres in this property (not sure which acres we want - ideally those with some buildings on them - I hope to have some more info on the property tomorrow)? We have to move fast because they are locking this bill within the next day or so. Also, can we have it so that the county has no say on how the property is used etc? can we keep it in fed control with the greatest of latitude being given to the school? Call me on this and the rest of this. we have to move mega fast on this one. thanks!!!

1

DOJ-DS 0014909

GTG-E000093050

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, July 22, 2002 6:28 PM |
| To: | 'David Safavian home' |
| Subject: | FW: OPO |

Does this work, or do you want it to be longer?  It's the letter from Young, Latourette et al to Steve Perry.

-----Original Message-----
From:   van Horne, Jon (Shld-DC-Legis)
Sent:   Monday, July 22, 2002 1:53 PM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:     OPO

Draft congressional letter.

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service Administration's National Capital Region on July 15th issued a draft Request for Qualifications for redevelopment of the Old Post Office Building located in the Federal Triangle.

As GSA proceeds with this important historic reuse project, I urge you to give consideration to providing additional opportunities for Hubzone businesses in the redevelopment process.  Specifically, I would like you to consider giving Hubzone businesses an advance opportunity to provide redevelopment proposals that could be given priority if they otherwise meet the RFQ and RFP requirements.

1

DOJ-DS-000993

GTG-E000093042

**From:**         Abramoff, Jack (Dir-DC-Gov)
**Sent:**         Tuesday, July 23, 2002 5:58 PM
**To:**         'david.safavian@gsa.gov'
**Subject:**     RE: Capito Request

Thanks.

-----Original Message-----
**From:**    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
**Sent:** Tuesday, July 23, 2002 2:52 PM
**To:**    abramoffj@gtlaw.com
**Subject:**    Fw: Capito Request

Fyi

---------------------------
Sent from my BlackBerry Wireless Handheld

> **From:** Shawn McBurney
> **Sent:** 07/23/2002 02:47 PM
> **To:** David H. Safavian/A/CO/GSA/GOV@GSA
> **Subject:** Re: Capito Request

Already have.  They need to know what the info will be used for and who's requesting it.
I've got a call into Mark with those questions.

Shawn McBurney
Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ████████ Fax (202) ████████
shawn.mcburney@gsa.gov
www.gsa.gov


> David H.           **To:**    shawn.mcburney@gsa.gov
> Safavian           **cc:**
>                  **Subject:**    Capito Request
> 07/23/2002
> 02:41 PM


Spoke with people in property disposal. They donthave the white oak info. Can you please
call tony costa again and get that information for Shelly Moore Capito?

Thanks.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld

1

DOJ-DS-000996

GTG-E000093140

| From: | Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 23, 2002 6:08 PM |
| To: | 'David Safavian home' |
| Subject: | FW: Scotland |

Here is the tentative schedule,

-----Original Message-----
From: Bowers, Holly M. (AdmAst-DC-Gov/Adm)
Sent: Tuesday, July 23, 2002 1:31 PM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: RE: Scotland

Travel Itinerary for Scotland August 4-8, 2002

**Saturday, August 3**

| 11:00 | PM | Depart Baltimore Washington (BWI) |
|---|---|---|
| | | Operator: New World Aviation ▓▓▓▓ |
| | | Airport Address: Signature FBO - 2 Aaronson Drive Baltimore,    MD 21240 |
| | | Airport phone: ▓▓▓▓▓ |
| | | Tail #: N305SJ, Gulfstream IIB |
| | | Pilot: |
| | | Co-Pilot: |
| | | Travel time: 6-7 hours    (w/ one fuel stop - location tbd) |

**Sunday, August 4, 2002**

| 10/11:00 AM | Edinburgh (EGPH) (5 hours ahead of EDT) - Trying to change    to St. Andrews Air |
|---|---|
| Force Base | |
| | Jason Murdoch will meet you and bring you to Old Course Hotel. |
| | Jason cell: ▓▓▓▓▓▓▓ |
| 4:00    PM | Tee Off |
| | Kingsbarns links |
| | You can shower and change at Kingsbarns GC |
| 9:00?? PM | Dinner (time is flexible) |
| | Road Hole Grill-in the Old Course Hotel (included in package) |

**Monday, August 5**

| 9:00    AM | Depart hotel |
|---|---|
| | You can let the driver know if you want to leave earlier or later.    (driver will be with |
| Jason the entire time, so will be reachable on        Jason's cell) | |
| | Travel time: 1 hour |
| 11:00  AM | Tee Off |
| | Carnoustie Links |
| 4:00    PM | Refresh at hotel |
| 5:30    PM | Dinner in Edinburgh (possibly with Conservative Party) |
| 8:00    PM | Military Tattoo at Edinburgh  Castle |

**Tuesday, August 6**

1

DOJ-DS-000998

GTG-E000093137

| 9:00 | AM | Check out of Old Course Hotel<br>Go to driving range to warm up. | |
| 10:20 | PM | Play Old Course<br>You can shower and change in locker rooms. | |
| 1:30?? | PM | Lunch-after Old Course round in the Club House (included in | package) |
| 3:30 | PM | Tee Off<br>Jubilee G.C. | |
| 8:00?? | PM | Drive after round at Jubilee to Gleneagles Hotel & Golf Resort<br>Travel time: 1.5 hours | by luxury coach. |

**Wednesday, August 7**

| 10:20 | AM | Tee Off<br>Championship Course |
| 3:30 | PM | Lunch (after round) |
| 4:20 | PM | Tee Off<br>Kings Course |
| 8:00?? | PM | Dinner at the hotel |

**Thursday, August 8**

| ?? | AM | Check out of hotel and travel to St. Andrews and play Old | Course if make the |
| Ballot or Crail if not | | | |
| ?? | PM | Old Course Ballot or Ellie | |
| ?? | PM | Dinner | |
| | | You can use the clubhouse in St. Andrews before leaving for | airport. |
| ?? | PM | Return to airport. | |
| ?? | PM | Depart Edinburgh - Trying to change to St. Andrews Air Force | Base. |
| ?? | AM | Arrive London Luton (EGGW)<br>FBO: Signatures Flight Support<br>████████████<br>Travel Time: 48 minutes | |
| | | *I am in the process of finding a driver for you in London | |
| ?? | PM | Check in Mandarin Oriental Hyde Park Hotel<br>66 Knightsbridge<br>London, SW1X<br>████████████<br>www.metropolitan.co.uk<br>Reservation number: ████ | |
| ?? | PM | Dinner<br>Harvard Nichols Sushi Bar<br>████████████<br>Open Mon-Friday until 10:30 PM<br>Saturday until 11:00 PM<br>Sunday until 6:00 PM<br>(They will deliver to hotel) | |

2

DOJ-DS-000999

GTG-E000093138

Friday, August 9

??    AM    Meeting with Alexander and Kiriil Koulakovsky

Saturday, August 10

9:00    AM    Meeting with Patrick Spiteri (to be confirmed)
                    (Location?)

Sunday, August 11

??    AM    Depart hotel for airport

??    AM    Depart London

??    AM    Arrive Baltimore
                    Travel time: 6-7 hours (w/ one fuel stop - location tbd)

3

DOJ-DS-001000

GTG-E000093139

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 23, 2002 6:33 PM |
| To: | 'David Safavian home' |
| Subject: | golf Friday?  golf Monday?  golf Sunday?  golf golf golf!!! |

1

DOJ-DS-001001

GTG-E000093136

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 23, 2002 10.27 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Capito Request |

Thanks.

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 23, 2002 6:55 PM
To:   abramoffj@gtlaw.com
Subject:   RE: Capito Request

Havent seen the paperwork yet.  I assume I wil get something tomorrow morning.  Sorry.
Bureaucracy strikes again.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ██████
Fax: (202) ██████
Email: david.safavian@gsa.gov


         abramoffj@gtla        To:    david.safavian@gsa.gov
         w.com                 cc:
                               Subject:    RE: Capito Request
         07/23/2002
         06:58 PM


Thanks.

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Tuesday, July 23, 2002 2:52 PM
To:   abramoffj@gtlaw.com
Subject: Fw: Capito Request

Fyi

-----------------------------
Sent from my BlackBerry Wireless Handheld

   From: Shawn McBurney
   Sent: 07/23/2002 02:47 PM

1

DOJ-DS-001002

GTG-E000093133

To: David H. Safavian/A/CO/GSA/GOV@GSA
Subject: Re: Capito Request

Already have.  They need to know what the info will be used for and who's requesting it.
I've got a call into Mark with those questions.

Shawn McBurney
Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ▆▆▆▆▆   Fax (202) ▆▆▆▆▆
shawn.mcburney@gsa.gov
www.gsa.gov


|  |  |
|---|---|
| David H. | To:    shawn.mcburney@gsa.gov |
| Safavian | cc: |
|  | Subject:    Capito Request |
| 07/23/2002 |  |
| 02:41 PM |  |


Spoke with people in property disposal. They donthave the white oak info. Can you please
call tony costa again and get that information for Shelly Moore Capito?

Thanks.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld


The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

2                     DOJ-DS-001003


GTG-E000093134

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, July 24, 2002 11:44 AM |
| **To:** | 'David Safavian Office' |
| **Subject:** | can you check your home email? |

1

DOJ-DS-001005

GTG-E000093132

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, July 24, 2002 1:23 PM |
| To: | 'David Safavian home' |
| Subject: | FW: SHIT! |

What do you advise?

——Original Message——
From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent:   Wednesday, July 24, 2002 1:59 PM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:    SHIT!

I just got a voice mail from Capito's office. GSA is now telling the Congresswoman's office that she needs to write a letter laying out the specifics in writing before getting the information. I haven't talked to Mark ( her COS ) yet but he suggested the only slightly possible way to get out of writing a letter would be to get me on the phone with the guy we had him call at GSA to outline whats going on. Of course I'll call and talk to anybody they want me to but what do we say - and I don't see how that would work or we would have just done that in the first place. Anyway, something isn't right here process wise. Either a staff guy at GSA is being a pain in the ass here without David knowing it or the idea that we could just get a member to call GSA real quick and snag this information was not exactly accurate. Either way, we can't ask the most vulnerable Republican incumbent Member of Congress in the House to put something in writing that can be made public. The Congresswoman's office has already put the request in and you would think that would be enough!!! I am thinking more and more that a deliberate effort here with LaTourette and his team needs to take place to make this thing happen. Downside is is the timing of it all of course. But it is now Wednesday afternoon and we still don't have information from GSA yet - and getting anything into a bill now is going to be impossible anyway with the House adjourning in two days and bills needing to be closed by the end of tomorrow..........THIS SUCKS! Please advise.

NV

——Original Message——
From:   Abramoff, Jack (Dir-DC-Gov)
Sent:   Wednesday, July 24, 2002 1:29 PM
To:     Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject:    RE: Can we light another fire under GSA?

I emailed David.

——Original Message——
From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent:   Wednesday, July 24, 2002 11:33 AM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:    Can we light another fire under GSA?

I just talked with Capito's chief of staff who talked with GSA last night again and the ball is now apparently in GSA's hands.........he is waiting to hear back from them with info. on the building.

NV

1

DOJ-DS-001006

GTG-E000093131

**From:**  Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
of Abramoff, Jack (Dir-DC-Gov)
**Sent:**  Wednesday, July 24, 2002 1:23 PM
**To:**  'David Safavian Office'

Please check your home email again.

DOJ-DS-001007

GTG-E000093130

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoff;] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, July 25, 2002 3:21 AM |
| **To:** | 'David Safavian Office' |
| **Subject:** | question |

Do you guys have the ability to give a short term (one year) lease on property at your discretion?  We are in a real bind on the school and I was wondering if there was a way to lease part of the White Oak site for a year ?

1

DOJ-DS-001009

GTG-E000093129

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Thursday, July 25, 2002 7:46 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Old Post Office and leases |

Got vmail. I'm on cell, 202█████████, or let me know if there is another number to call.

```
    -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, July 25, 2002 8:39 AM
To:     abramoffj@gtlaw.com
Subject:    Re: Old Post Office and leases
```

365█████

```
--------------------------
Sent from my BlackBerry Wireless Handheld
```

```
    From: abramoffj
    Sent: 07/25/2002 08:40 AM
    To: david.safavian@gsa.gov
    Subject: Re: Old Post Office and leases
```

No prob. U available for a phone call?
Jack Abramoff

```
-----Original Message-----
From: david.safavian@gsa.gov <david.safavian@gsa.gov>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Thu Jul 25 08:29:57 2002
Subject: Fw: Old Post Office and leases
```

Fyi, Haun is our examiner at OMB. "A" is the administrator. I suspect we'll end up having to bring some Hill pressure to bear on OMB.

David

```
--------------------------
Sent from my BlackBerry Wireless Handheld
```

```
    From: Joseph Moravec
    Sent: 07/25/2002 08:21 AM
    To: David H. Safavian/A/CO/GSA/GOV@GSA
    Cc: Paul E. Chistolini/P/CO/GSA/GOV@GSA; Lea J. Uhre/P/CO/GSA/GOV@GSA
    Subject: Old Post Office and leases
```

OMB has indicated that they will not approve the Section 111 outlease of the Old Post Office despite our direction from Congress, the expectations of the marketplace (this is a highly anticipated event) and that it's the right thing to do. I spoke directly to Haun a month ago ,telling him in no uncertain terms that A and I supported the outlease.Their alternative suggested directions are stupid.We believe that Haun, a very independent minded careerist who opposes the outlease for his own peculiar reasons,has acted unilaterally. I want to reverse this decision and will probably need A's support .I will be in touch today on this.

1

DOJ-DS-001014

GTG-E000093122

CREATING A SUCCESSFUL FUTURE AT GSA
by living our values everyday and working together to achieve our goals.
----- Forwarded by Joseph Moravec/P/CO/GSA/GOV on 07/25/2002 08:12 AM -----

|  |  |  |
|---|---|---|
| Paul E. Costa/WP/RW/GSA/GOV@GSA, Joseph Moravec/P/CO/GSA/GOV@GSA, Chistolini | To: | Anthony DC Williams/WA/RW/GSA/GOV@GSA |
|  | cc: |  |
| 07/24/2002 06:13 PM leases | Subject: | Old Post Office and |

I just spoke to Julie about the Old Post Office. She stated that Haun had passed on to her the
following: that the "policy" people had decided that there are only two choices for this
building. Either fix it up for a federal tenant or sell it. I asked if selling it could
mean that we would do a sec 111 outlease as that would preserve the asset to the
government but not require an investment or re-occupancy by the Feds. She said his notes
said no outlease.

So, it makes you wonder who in the policy office made this decision and how that was
arrived at. Of course it could just be David Haun being David Haun.

I think we need a leapfrog strategy that goes to the highest necessary, "political" person
at OMB and turns it around. The argument needs to be made that fixing up this building
would be very expensive and as a result would take a long time to get through a priority
queue. By that time it would be in much worst shape. Rather than sell it and receive
immediate gratification from some small amount of income, an outlease (for a long period
of time) that preserves the asset and provides income is a better solution. Understanding
that argument shouldn't be hard.

We need to get some more information together and we need a strategy session immediately.

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

2

DOJ-DS-001015

GTG-E000093123

*Safavian*



| David H. Safavian | To: Raymond.Mckenna@gsa.gov |
|---|---|
| 07/25/2002 10:19 AM | cc:<br>Subject: Ethics Guidance |

I am in need of an ethics opinion. I (along with wto members of Congress and a few Congressional staff) have been invited by a friend and former colleague on a trip to Scotland to play golf for four days. I will be paying for all of my hotels, meals, and greens fees. The issue is airfare.

The host of the trip is chartering a private jet to take the eight of us from BWI to Scotland and back. He is paying the cost for the aircraft regardless of whether I go or not. In fact, none of the other guest will be paying a proportional share of the aircraft costs. I need to know how to treat this activity.

One other point of relevance: the host is a lawyer and lobbyist, but one that has no business before GSA (he does all of his work on Capitol Hill).

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮▮▮▮
Fax: (202) ▮▮▮▮
Email: david.safavian@gsa.gov

DOJ-DS-001407