**From:** Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov)

**Sent:** Thursday, July 25, 2002 2:04 PM

**To:** 'MerrittDC@aol.com'

**Subject:** RE: FROMS AFAVIAN: White Oak

Great. thanks so much. Any word on the possibility of a quick short term rental as we discussed this morning? How can I thank you for all you do for me!

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Thursday, July 25, 2002 2:06 PM
To: abramoffj@gtlaw.com; volzn@gtlaw.com
Subject: FROMS AFAVIAN: White Oak

Jack – As you will see from the text below, it looks like the Hill finally communicated the exact needs and specifications for the White Oak property. I hope to get a response in time for Ney.

David

_____

Sharon,

Thanks for all your help with this.  Here's the requirement for the folks that are looking for space at the facility:

Identify a 50 acre section, ideally with buildings on it, within the White Oak site for potential use as a school for about 200 children.

Can this be accommodated?  The Hill would like to know ASAP.

Thanks.

Shawn McBurney
Associate Administrator, Congressional and Intergovernmental Affairs
U.S. General Services Administration
1800 F Street, NW, Room 6105
Washington, DC 20405
(202) ██████ Fax (202) ██████
shawn.mcburney@gsa.gov
www.gsa.gov


Sharon R. Jenkins


5/8/2004

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, July 25, 2002 5:13 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | hi there |

Any thoughts on the short term rental at White Oak? Thanks David.

1

DOJ-DS-001020

GTG-E000093119

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Friday, July 26, 2002 4:07 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: Draft for GSA |

Does this work? I put in 3 years just to be safe. Once we are set on the draft of the letter, should I courier it over today, or wait until Monday (I don't want it lost in the mix)?

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Mr. Commissioner,

I want to take this opportunity to request the assistance of the General Services Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3 educational institution with a building suitable for teaching 200 students within the former Naval Surface Weapons Research Center located at White Oak, in Silver Spring, Maryland.

In addition to the building, the Academy requests sufficient property to conduct operations including up to fifty acres for sports activities and street access. We request use of the facility for three years at the cost of occupancy and are grateful for your consideration of this request.

Thank you.

Sincerely yours,


Colin Stevens
Headmaster

CC:    Hon. Stephen Perry, Administrator
       Hon. David Safavian, Chief of Staff
       Hon. Donald Williams, Regional Administrator

1

DOJ-DS-001022

GTG-E000093100

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Friday, July 26, 2002 4:07 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | just sent you email to home if you can see it soon, thanks. |

DOJ-DS-001023

GTG-E000093102

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Friday, July 26, 2002 12:18 PM |
| To: | 'David Safavian home' |
| Subject: | FW: Naval Weapons Facility |

Shawn seems to be trying to help.

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, July 26, 2002 9:35 AM
To:    abramoffj@gtlaw.com
Subject:    Fw: Naval Weapons Facility

---------------------------
Sent from my BlackBerry Wireless Handheld

       From:    Shawn McBurney
       Sent:    07/26/2002 09:14 AM
       To:      Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA
       Cc:      Anthony Costa/WP/RW/GSA/GOV@GSA; David H. Safavian/A/CO/GSA/GOV@GSA
       Subject:    Re: Naval Weapons Facility

Sharon,

Is there any part of the facility that is unused that can accommodate this request? This
is outside the definition of the technical definition of excess and surplus. In other
words, is there a portion of the facility that Congress could convey in a manner they deem
appropriate that is vacant or will be soon? Shawn McBurney Associate Administrator,
Congressional and Intergovernmental Affairs U.S. General Services Administration 1800 F
Street, NW, Room 6105 Washington, DC 20405
(202) ▆▆▆▆▆▆   Fax (202) ▆▆▆▆▆▆
shawn.mcburney@gsa.gov
www.gsa.gov

|  |  |  |
|---|---|---|
| Sharon R.<br>Jenkins | To:<br>cc: | Shawn McBurney/S/CO/GSA/GOV@GSA<br>Anthony Costa/WP/RW/GSA/GOV@GSA, David H.<br>Safavian/A/CO/GSA/GOV@GSA |
| 07/26/2002<br>08:09 AM | Subject: | Re: Naval Weapons Facility(Document |

link: Shawn McBurney)

Shawn, we can't accommodate their request because we're not considering disposal at this
time. However, we will be assessing federal needs in the fall. After the assessment is
completed we'll know whether or not disposal is recommended. It's also important to note
that if we determine to dispose, we're required to following disposal procedures.
If you have questions on this please call me.
Sharon Jenkins - 202-▆▆▆▆▆▆

1

DOJ-DS-001025

GTG-E000093114

Shawn McBurney      To:     Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA
                            cc:     Anthony Costa/WP/RW/GSA/GOV@GSA, David H.
      07/25/2002             Safavian/A/CO/GSA/GOV@GSA
      01:00 PM              Subject:    Re: Naval Weapons Facility(Document
link: Sharon R. Jenkins)

Sharon,
Thanks for all your help with this. Here's the requirement for the folks that are looking
for space at the facility: Identify a 50 acre section, ideally with buildings on it,
within the White Oak site for potential use as a school for about 200 children. Can this
be accommodated? The Hill would like to know ASAP. Thanks. Shawn McBurney Associate
Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ▓▓▓▓▓▓▓ Fax (202) ▓▓▓▓▓▓2
shawn.mcburney@gsa.gov
www.gsa.gov


              Sharon R.           To:     Shawn McBurney/S/CO/GSA/GOV@GSA
              Jenkins             cc:     Anthony Costa/WP/RW/GSA/GOV@GSA
                                  Subject:     Re: Naval Weapons Facility(Document
link: Shawn McBurney)
07/24/2002
06:57 AM


o.k.   We will confirm what we can release and get back to you today.


Shawn McBurney      To:     Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA
                            cc:     Anthony Costa/WP/RW/GSA/GOV@GSA
      07/23/2002    Subject:    Naval Weapons Facility
      06:12 PM


The group that would like the info is the National Capital Athletic Association (evidently
they organize sports activities for disadvantaged children). They understand that space
is available and, if so, they would like to know if the could occupy it. Thanks. Shawn
McBurney Associate Administrator, Congressional and Intergovernmental Affairs U.S. General
Services Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ▓▓▓▓▓▓▓ Fax (202) ▓▓▓▓▓▓▓
shawn.mcburney@gsa.gov
www.gsa.gov


                                   2                  DOJ-DS-001026


                                                GTG-E000093115

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Friday, July 26, 2002 12:19 PM |
| To: | 'David Safavian home' |
| Subject: | FW: Naval Weapons Facility |

Maybe we should not focus on the Jewish part?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, July 26, 2002 9:13 AM
To:   abramoffj@gtlaw.com
Subject:  Fw: Naval Weapons Facility

This is the type of bureaucracy I'm dealing with.  I am still running the traps on the I
year lease. Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld

        From:   David H. Safavian
        Sent:   07/26/2002 09:10 AM
        To:     Shawn McBurney/S/CO/GSA/GOV@GSA
        Subject:    Re: Naval Weapons Facility

Shawn- it doesn't matter that they aren't at the disposal stage, as I understand that
Capitol Sports wants to do this using legislation (evidently, it is a Jewish high school
and sports academy). Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld

        From:   Shawn McBurney
        Sent:   07/26/2002 08:33 AM
        To:     Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA
        Cc:     Anthony Costa/WP/RW/GSA/GOV@GSA; David H. Safavian/A/CO/GSA/GOV@GSA
        Subject:    Re: Naval Weapons Facility

Thanks.
Shawn McBurney
Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services
Administration 1800 F Street, NW, Room 6105 Washington, DC 20405
(202) ▮▮▮▮▮▮▮ Fax (202) ▮▮▮▮▮▮▮
shawn.mcburney@gsa.gov
www.gsa.gov


|  |  |
|---|---|
| Sharon R. Jenkins<br><br>07/26/2002 08:09 AM | To:    Shawn McBurney/S/CO/GSA/GOV@GSA<br>cc:    Anthony Costa/WP/RW/GSA/GOV@GSA, David H. Safavian/A/CO/GSA/GOV@GSA<br>Subject:    Re: Naval Weapons Facility(Document |

link: Shawn McBurney)

DOJ-DS-001034


GTG-E000093105

Shawn, we can't accommodate their request because we're not considering disposal at this time. However, we will be assessing federal needs in the fall. After the assessment is completed we'll know whether or not disposal is recommended. It's also important to note that if we determine to dispose, we're required to following disposal procedures.
If you have questions on this please call me.
Sharon Jenkins - 202-▮▮▮▮▮▮▮


| | | |
|---|---|---|
| Shawn McBurney | To: | Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA |
| | cc: | Anthony Costa/WP/RW/GSA/GOV@GSA, David H. |
| 07/25/2002 | | Safavian/A/CO/GSA/GOV@GSA |
| 01:00 PM | Subject: | Re: Naval Weapons Facility(Document |

link: Sharon R. Jenkins)


Sharon,
Thanks for all your help with this. Here's the requirement for the folks that are looking for space at the facility: Identify a 50 acre section, ideally with buildings on it, within the White Oak site for potential use as a school for about 200 children. Can this be accommodated? The Hill would like to know ASAP. Thanks. Shawn McBurney Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services Administration 1800 F Street, NW, Room 6105 Washington, DC 20405 (202) ▮▮▮▮▮▮▮ Fax (202) ▮▮▮▮▮▮▮
shawn.mcburney@gsa.gov
www.gsa.gov


| | | |
|---|---|---|
| Sharon R. | To: | Shawn McBurney/S/CO/GSA/GOV@GSA |
| Jenkins | cc: | Anthony Costa/WP/RW/GSA/GOV@GSA |
| | Subject: | Re: Naval Weapons Facility(Document |

link: Shawn McBurney)
07/24/2002
06:57 AM


o.k.  We will confirm what we can release and get back to you today.


| | | |
|---|---|---|
| Shawn McBurney | To: | Sharon R. Jenkins/WPY/RW/GSA/GOV@GSA |
| | cc: | Anthony Costa/WP/RW/GSA/GOV@GSA |
| 07/23/2002 | Subject: | Naval Weapons Facility |
| 06:12 PM | | |


The group that would like the info is the National Capital Athletic Association (evidently they organize sports activities for disadvantaged children).  They understand that space is available and, if so, they would like to know if the could occupy it. Thanks. Shawn McBurney Associate Administrator, Congressional and Intergovernmental Affairs U.S. General Services Administration 1800 F Street, NW, Room 6105 Washington, DC 20405 (202) ▮▮▮▮▮▮▮ Fax (202) ▮▮▮▮▮▮▮
shawn.mcburney@gsa.gov
www.gsa.gov

2                                        DOJ-DS-001035


GTG-E000093106

From:       david.safavian@gsa.gov
Sent:       Friday, July 26, 2002 8:05 PM
To:         abramoffj@gtlaw.com
Subject:    Fw: Ethics question


Jack - fyi. It looks like Scotland is a go.

Have a good weekend.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld


        From: Raymond J. McKenna
        Sent: 07/26/2002 05:06 PM
        To: David H. Safavian/A/CO/GSA/GOV@GSA
        Subject: Ethics question


This is in response to your inquiry on whether you can accept a gift of free air
transportation from a friend to attend a golf trip. You stated that a friend and former
colleague, Jack Abramhoff, invited you, along with several members of Congress and a few
Congressional staff, to Scotland to play golf for four days. You stated that you will be
paying for all of your hotel expenses, meals and greens fees. You noted, however, that
your friend would be providing the air transportation at no cost to you and the other
guests attending the event. You stated that your friend, who is a lawyer and lobbyist
with Greenberg and Traurig, is chartering a private jet to take you and the other
participants from BWI to Scotland and back. You stated that neither Mr. Abramhoff nor his
firm does business with or is seeking to do business with GSA. Based upon the information
you have provided, you may accept the gift of free transportation from your friend.

Section 2635.202 of the Standards of Ethical Conduct for Employees of the Executive Branch
states that an employee shall not solicit or accept a gift from a prohibited sources or a
gift given because of the employee's official position. 5 C.F.R. 2635.202. A prohibited
source is any person who:

        "(1) Is seeking official action by the employee's agency;
        (2) Does business or seeks to do business with the employee's agency;
        (3) Conducts activities regulated by the employee's agency;
        (4) Has interests that may be substantially affected by performance or
nonperformance of the employee's official duties; or
        (5) Is an organization a majority of whose members are described in paragraphs (1)
and (4) above.

5 C.F.R. 2635.203 (d).

A gift is solicited or accepted because of an employee's official position "if it is from
a person other than an employee and would not have been solicited, offered or given had
the employee not held the status, authority or duties associated with his Federal
position. 5 C.F.R. 2635.203(e).

Since the gift is not being offered by a prohibited source and the it is not being given
because of your official position, the gift acceptance restrictions under 5 C.F.R.
2635.202 do not apply to you. Consequently, you may accept the gift of free air
transportation.

You are reminded that you must report the gift of free transportation on Schedule B, Part
II of your next Public Financial Disclosure Report if the gift totals more than $260.

                                        1

DOJ-DS-001037

GTG-E000092643

If you have any questions, please feel free to contact Eugenia Ellison or Dan Ross on 501-1460.


Raymond J. McKenna
General Counsel
Phone (202) ████████
FAX    (202) ████████

CREATING A SUCCESSFUL FUTURE AT GSA
by Living Our Values Everyday and Working Together to Achieve Our Goals

2

DOJ-DS-001038

GTG-E000092644

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Saturday, July 27, 2002 8:37 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Ethics question |

Superb!!

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, July 26, 2002 9:05 PM
To:   abramoffj@gtlaw.com
Subject:    Fw: Ethics question

Jack - fyi. It looks like Scotland is a go.

Have a good weekend.

Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld


       From: Raymond J. McKenna
       Sent: 07/26/2002 05:06 PM
       To: David H. Safavian/A/CO/GSA/GOV@GSA
       Subject: Ethics question


This is in response to your inquiry on whether you can accept a gift of free air
transportation from a friend  to attend an golf trip.  You stated that a friend and former
colleague, Jack Abramoff, invited you, along with several members of Congress and a few
Congressional staff, to Scotland to play golf for four days.  You stated that you will be
paying for all of your hotel expenses, meals and greens fees.  You noted, however, that
your friend would be providing the air transportation at no cost to you and the other
guests attending the event.  You stated that your friend, who is a lawyer and lobbyist
with Greenberg and Traurig, is chartering a private jet to take you and the other
participants from BWI to Scotland and back.  You stated that neither Mr. Abramoff nor his
firm does business with or is seeking to do business with GSA.  Based upon the information
you have provided, you may accept the gift of free transportation from your friend.

Section 2635.202 of the Standards of Ethical Conduct for Employees of the Executive Branch
states that an employee shall not solicit or accept a gift from a prohibited sources or a
gift given because of the employee's official position.  5 C.F.R. 2635.202.  A prohibited
source is any person who:

       "(1) Is seeking official action by the employee's agency;
       (2) Does business or seeks to do business with the employee's agency;
       (3) Conducts activities regulated by the employee's agency;
       (4) Has interests that may be substantially affected by performance or
nonperformance of the employee's official duties; or
       (5) Is an organization a majority of whose members are described in paragraphs (1)
and (4) above.

5 C.F.R. 2635.203 (d).

A gift is solicited or accepted because of an employee's official position "if it is from
a person other than an employee and would not have been solicited, offered or given had
the employee not held the status, authority or duties associated with his Federal

1                                                    DOJ-DS-001040

GTG-E000093096

position. 5 C.F.R. 2635.203(e).

Since the gift is not being offered by a prohibited source and the it is not being given because of your official position, the gift acceptance restrictions under 5 C.F.R. 2635.202 do not apply to you. Consequently, you may accept the gift of free air transportation.

You are reminded that you must report the gift of free transportation on Schedule B, Part II of your next Public Financial Disclosure Report if the gift totals more than $260.

If you have any questions, please feel free to contact Eugenia Ellison or Dan Ross on 501-1460.


Raymond J. McKenna
General Counsel
Phone (202) ████████
FAX    (202) ████████

CREATING A SUCCESSFUL FUTURE AT GSA
by Living Our Values Everyday and Working Together to Achieve Our Goals

2

DOJ-DS-001041

GTG-E000093097

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Saturday, July 27, 2002 8:37 PM |
| To: | 'David Safavian home' |
| Subject: | hi there |

If you can spare a moment, please let me know where I can call you this weekend.  If not, chat on Monday.  Regards.

DOJ-DS-001039

GTG-E000093098

1

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, July 28, 2002 8:14 PM |
| **To:** | 'David Safavian home'; 'David Safavian Office' |
| **Subject:** | you around for a call? |

1

DOJ-DS-001042

GTG-E000093094

From:       Abramoff, Jack (Dir-DC-Gov)
Sent:       Sunday, July 28, 2002 9:05 PM
To:         'MerrittDC@aol.com'
Subject:    Re: FROM SAFAVIAN: Your letter

Can I call u now
Jack Abramoff

-----Original Message-----
From: MerrittDC@aol.com <MerrittDC@aol.com>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Sun Jul 28 21:58:33 2002
Subject: FROM SAFAVIAN: Your letter

Jack -- SOrry but becuase of delays, we just got home.  And I didnt want to
call and disturb yoru family.

You will see that I added comments in a middle paragraph.  I think you need
to lay out a case for this lease.  It doesnt have to be detailed.  But you do
need to explain what, why, where, and when.  See the bracketed commentary
below.

Let's talk tomorrow morning.

David


DATE

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Commissioner Moravec:

I want to take this opportunity to request the assistance of the General Services
Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3
educational institution with a building suitable for teaching 200 students within the
former Naval Surface Weapons Research Center located at White Oak, in Silver Spring,
Maryland.

[I would add a couple of paragraphs concerning the school's history (if there
is some), its mission, its annual budget, etc. How is this unique or
different than schools currently available to students from the area.   If
you are comfortable with it, I would also add a paragraph explaining what
happened with Montgomery County in order to drive home the urgency of this
issue.  You need the property access sooner rather than later.  Finally, I
would include a short graph about your long term plans -- to acquire land in
the area -- since so many students come from Montgomery County -- and build a
permanent institution.  In this section, I would NOT raise the possibility of
obtaining GSA land from White Oak.  That could be seen as an unofficial
reason to deny your request for use of the property this year (i.e., once
they get here, it wil lbe hard to deny them a conveyance of property later).]

In addition to the building, the Academy requests sufficient property to conduct
operations including up to fifty acres for sports activities and street access.  We
request use of the facility for three years, ideally at
the cost

1

DOJ-DS-001043

GTG-E000093091

of occupancy and are grateful for your consideration of this request.

Thank you.

Sincerely yours,


Colin Stevens
Headmaster

CC:    Hon. Stephen Perry, Administrator
       Hon. David Safavian, Chief of Staff
       Hon. Donald Williams, Regional Administrator

2

DOJ-DS-001044

GTG-E000093092

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Sunday, July 28, 2002 9:16 PM |
| To: | 'David Safavian home' |
| Subject: | next draft |

How about this?

DATE
Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Commissioner Moravec:
I want to take this opportunity to request the assistance of the General Services Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3 educational institution with a building suitable for teaching 200 students within the former Naval Surface Weapons Research Center located at White Oak, in Silver Spring, Maryland. Eshkol Academy is an educational institution serving up to several hundred students in the Seventh through Twelfth Grades from all over the nation, but primarily Montgomery County, Maryland.  In fact, most of the students live very close to the White Oak facility.  The school stresses a rigorous and disciplined educational experience for its students, and is available to any qualified student, without regard to race or creed. The urgency of our request stems from a recent set back to the school in the form of an unfortunate zoning ruling by the authorities in Montgomery County, which ruled that the school's proposed site was no longer suitable for the planned use.  The school is in the process of obtaining an alternative location in Montgomery County (ideally also situated close to our student body base), however, there is no way to obtain such a location and be open in time for the Fall semester.   A favorable response by your office would enable the school to open on time.
In addition to the building, the Academy requests sufficient property to conduct operations including up to fifty acres for sports activities and street access.  We request use of the facility for three years, ideally at the cost of occupancy and are grateful for your consideration of this request.
Thank you.
Sincerely yours,


Colin Stevens
Headmaster

CC:   Hon. Stephen Perry, Administrator
      Hon. David Safavian, Chief of Staff
      Hon. Donald Williams, Regional Administrator

1

DOJ-DS-001045


GTG-E000093093

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, July 28, 2002 9:19 PM |
| To: | abramoffj@gtlaw.com |
| Subject: | Second draft GSA |

Second draft

DATE

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room ___
Washington, DC 20405

Dear Commissioner Moravec:

I want to take this opportunity to request the assistance of the General Services
Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3
educational institution with a building suitable for teaching 200 students within the
former Naval Surface Weapons Research Center located at White Oak, in Silver Spring,
Maryland. Eshkol Academy is an educational institution serving up to several hundred
students in the Seventh through Twelfth Grades from all over the nation, but primarily
Montgomery County, Maryland.  In fact, most of the students live very close to the White
Oak facility.  The school stresses a rigorous and disciplined educational experience for
its students, and is available to any qualified student, without regard to race or creed.
The urgency of our request stems from a recent set back to the school in the form of an
unfortunate zoning ruling by the authorities in Montgomery County, which ruled that the
school's proposed site was no longer suitable for the planned use.  The school is in the
process of obtaining an alternative location in Montgomery County (ideally also situated
close to our student body base), however, there is no way to obtain such a location and be
open in time for the Fall semester.  A favorable response by your office would enable the
school to open on time.
In addition to the building, the Academy requests sufficient property to conduct
operations including up to fifty acres for sports activities and street access.  We
request use of the facility for three years, ideally at the cost of occupancy and are
grateful for your consideration of this request.
Thank you.
Sincerely yours,


Colin Stevens
Headmaster

CC:    Hon. Stephen Perry, Administrator
       Hon. David Safavian, Chief of Staff
       Hon. Donald Williams, Regional Administrator

1

DOJ-DS-001046

GTG-E000093090

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf |
|---|---|
| | of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, July 28, 2002 9:36 PM |
| To: | Bowers, Holly M. (AdmAst-DC-Gov/Adm) |
| Subject: | revised GSA letter |

| Importance: | High |



eshkol.doc (71 KB)

      Please note that the letter is edited.  I also fixed the spelling of Colin's name, and removed the rabbinic titles. We still need the address/phone/website at bottom, and Polly is supposed to email that to you and me before 8 am.  Once you get it, make sure it is done right (full text on full letterhead - call me if there are ANY questions) and then put Colin's signature in the right place, and then courier all copies to the precise rooms at GSA for each of the Cc people. Do not allow our firm's name or my name to appear anywhere.  Call me as soon as this is done, and once the courier is sent, please email David Safavian that it is on the way.  thanks.

DOJ-DS 0014913

GTG-E000093088

1



**ESHKOL ACADEMY**
THE ACADEMY OF THE NATION'S CAPITAL

| Dean | Head Master | Principal of General Studies |
|------|-------------|------------------------------|
| B. David Lapin | Colin Stevens | Katrina Martin |

July 29, 2002

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Adminstration
1800 F Street, NW Room 6340
Washington, DC 20405

Dear Commissioner Moravec:

I want to take this opportunity to request the assistance of the General Services Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3 educational institution with a building suitable for teaching 200 students within the former Naval Surface Weapons Research Center located at White Oak, in Silver Spring, Maryland.

Eshkol Academy is an educational institution serving up to several hundred students in the Seventh through Twelfth Grades from all over the nation, but primarily Montgomery County, Maryland. In fact, most of the students live very close to the White Oak facility. The school stresses a rigorous and disciplined educational experience for its students, and is available to any qualified student, without regard to race or creed.

The urgency of our request stems from a recent set back to the school in the form of an unfortunate zoning ruling by the authorities in Montgomery County, which ruled that the school's proposed site was no longer suitable for the planned use. The school is in the process of obtaining an alternative location in Montgomery County (ideally also situated close to our student body base), however, there is no way to obtain such a location and be open in time for the Fall semester. A favorable response by your office would enable the school to open on time.

In addition to the building, the Academy requests sufficient property to conduct operations including up to fifty acres for sports activities and street access. We request use of the facility for three years, ideally at the cost of occupancy and are grateful for your consideration of this request.

Thank you.
Sincerely yours,


Colin Stevens
Headmaster

CC:    Hon. Stephen Perry, Administrator
       Hon. David Safavian, Chief of Staff
       Hon. Donald Williams, Regional Administrator

DOJ-DS 0014914

GTG-E000093089

From:       abramoffj@gtlaw.com [mailto:abramoffj@gtlaw.com]
Sent: Monday, July 29, 2002 6:03 PM
To:   rabbilapin@earthlink.net; Pam@abramoff.com;
colinstevens@earthlink.net
Subject:   White Oak

I just got a call from the GSA CoS. Things are moving, believe it or not. They met on our
letter today and the discussion revolved around their being concerned that we would want
to be there while construction is going on. I assured him that we could find a place
within 700 + acres to be happy' Keep in mind that we do not have any county requirements,
since it is federal land. In any event, we are tentatively going to meet with the GSA on
the site Friday morning. Rabbi Lapin, you will be here, right, so you can join us. Pam,
you should come too. Can you?

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

1

GTG-E000098716

DOJ-DS007056

From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, July 29, 2002 3:44 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

I concur with Neil. Better that you have the letter in BEFORE we set the criteria and parameters for the public-private partnership than AFTER the deal is set.

As for your follow-up regarding OMB, yes, there are a couple of folks at OMB who dont like the idea of public-private partnerships. (These same people would also like to do away compeltely with GSA.) They told us last week that they would not authorize any funds to be used to buyout the remaining leases at the OPO. This move would essentially shut down our privatization activities with respect to this property. (I think I blind CCed you on this issue.)

However, the OMB staffer in the way (David Haun) does not realize that we have a legislative directive FROM CONGRESS regarding this matter. In fact, we had a letter sent to us by Don Young, Steve LaTourette, Byron Dorgan, and Harry Reid just 10 months ago reaffirming their committment to the OPO public-private partnership.

What this means is that we will have to go to Mitch Daniels and roll this idiot. I suspect it will take a week or so to do that. So we're in a holding pattern until Steve and Mitch get together.

DHS

In a message dated 7/29/2002 3:31:11 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Subj:FW: OPO
Date:7/29/2002 3:31:11 PM Eastern Daylight Time
From: abramoffj@gtlaw.com
To: Merrittdc@aol.com
Sent from the Internet

What do you recommend?

——Original Message——
From:    Williams, Michael E. (Dir-DC-Gov)
Sent:    Monday, July 29, 2002 2:18 PM

5/7/2004                                                      DOJ-DS007450

To:   Volz, Neil G. (AstDir-DC-Gov/Adm); van Horne, Jon (Shld-DC-Legis)
Cc:   Abramoff, Jack (Dir-DC-Gov)
Subject:   RE: OPO

I think Colin Chapman has been speaking with the same staffer or one with a similar story.
    ——-Original Message——
    From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
    Sent:   Monday, July 29, 2002 2:16 PM
    To:   van Horne, Jon (Shld-DC-Legis); Williams, Michael E.
(Dir-DC-Gov)
    Cc:   Abramoff, Jack (Dir-DC-Gov)
    Subject:   RE: OPO

    LaTourette's guys has suggested writing a generic letter after this project's bid is sent out. The committee had heard the bid would be put out today, but GSA said Friday don't expect to see it for several more days. I think our best proposal still consists of getting a letter containing preferential language for Hubzones put together before the bid as we have planned all along. I have sent an email to LaTourette's COS ( instead of the committee guy I have been talking with ) in hopes of getting LaTourette to write a letter before the bid, but the staff guy seems to be set on writing the letter after. I'll let you know what LaTourette's COS says when I finally get through to her.

    NV

        ——-Original Message——
        From:   van Horne, Jon (Shld-DC-Legis)
        Sent:   Monday, July 29, 2002 1:58 PM
        To:   Williams, Michael E. (Dir-DC-Gov); Volz, Neil G.
(AstDir-DC-Gov/Adm)
        Cc:   Abramoff, Jack (Dir-DC-Gov)
        Subject:   RE: OPO

        Thanks Mike. Anything new with you, Neil?

            ——-Original Message——
            From:   Williams, Michael E. (Dir-DC-Gov)
            Sent:   Monday, July 29, 2002 1:57 PM
            To:   Abramoff, Jack (Dir-DC-Gov); van Horne, Jon
(Shld-DC-Legis); Volz, Neil G. (AstDir-DC-Gov/Adm)
            Subject:   RE: OPO

            Don Young's CoS is working on this. He and Young are in Alaska so it may take a while. He mentioned that he spoke with someone at GSA about the issue. Trying to get more information. Will get back to you!!!
                ——-Original Message——
                From:   Abramoff, Jack (Dir-DC-Gov)
                Sent:   Tuesday, July 23, 2002 8:28 AM

DOJ-DS007451

To:  van Horne, Jon (Shld-DC-Legis),
Volz, Neil G. (AstDir-DC-Gov/Adrn); Williams, Michael E. (Dir-DC-Gov)
        Subject:  FW: OPO
        Importance:  High


        Guys, this is a letter we need to have
issued and signed by Don Young and Steve Latourette. Can you three meet on
this to discuss so we can get this asap? we need to get this letter in hand
really quickly. The text below enables a tribe to do this project, so Young
should be enthusiastic. Thanks.

                —--Original Message—---
                From:  van Horne, Jon (Shld-DC-Legis)
                Sent:  Monday, July 22, 2002 1:53 PM
                To:  Abramoff, Jack (Dir-DC-Gov)
                Subject:  OPO

        Draft congressional letter:

        Stephen A. Perry
        Administrator
        General Services Administration

        Dear Mr. Perry:

        I note that the General Service
Administration's National Capital Region on July 15th issued a draft Request
for Qualifications for redevelopment of the Old Post Office Building located
in the Federal Triangle.

        As GSA proceeds with this important historic
reuse project, I urge you to give consideration to providing additional
opportunities for Hubzone businesses in the redevelopment process.
Specifically, I would like you to consider giving Hubzone businesses an
advance opportunity to provide redevelopment proposals that could be given
priority if they otherwise meet the RFQ and RFP requirements.

---

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

5/7/2004

DOJ-DS007452

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, July 30, 2002 8:46 AM |
| To: | 'David Safavian Office' |
| Subject: | Friday |

Please let me know as soon as you can regarding Friday's meeting. afterwards, do you want to do a special field examination at a site near Fed Ex field? :-)

1

DOJ-DS-001047

GTG-E000093083

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 30, 2002 10:54 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Eschkol Academy & White Oak |

Looks great for us.  thanks.

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 30, 2002 11:08 AM
To:    ann.everett@gsa.gov; tony.costa@gsa.gov
Subject:    Eschkol Academy & White Oak


Per our conversation, how do you folks look for a meeting on this issue and possibly a
quick trip to White Oak on Friday morning?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov

1

DOJ-DS-001048

GTG-E000093082

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 30, 2002 2:20 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: White Oak |

The religious proscription makes me think we should have gone with Cap Athletic. What do you think?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 30, 2002 1:37 PM
To:    abramoffj@gtlaw.com
Subject:    Fw: White Oak


-----------------------------
Sent from my BlackBerry Wireless Handheld

    From:    Anthony Costa
    Sent:    07/30/2002 01:32 PM
    To:      David H. Safavian/A/CO/GSA/GOV@GSA; Shawn McBurney/S/CO/GSA/GOV@GSA
    Cc:      DC Williams/WA/RW/GSA/GOV@GSA; Ann.Everett@gsa.gov
    Subject:    White Oak

David and Shawn,

You all have received a couple of expressions of interest regarding possible use of White Oak. I want to make sure you have some baseline information on hand. The most important issue is a basic lack of available buildings. There are a few buildings that could be used, but all need a lot of work to meet code requirements and other basic operational issues (e.g., hazardous materials abatement, HVAC). There are also basic infrastructure issues throughout the site (e.g., water, power, roads). Any real reuse of buildings would require significant funding. Site reuse might be easier. Current Status of the Property 710 acre property; 660 acres GSA responsibility, 40 Air Force Transferred to GSA in 1997; property was heading toward a BRAC disposal 130 acres to become FDA campus; 140 acres developable remaining (behind the Paint Branch stream, after demolition of existing shacks, sheds, etc.) GSA is planning to study the federal need for the property; study will begin in October GSA is working with Navy on the environmental remediation of the site There are ongoing construction and demolition projects The Air Force continues to use the 400 section of the site as well as Bldg 212 Process for Excessing Unneeded Property If federal properties are no longer needed by the federal government they are first made available for various public purposes, including negotiated sale, to state and local governments and eligible nonprofit institutions. For this list, please refer to the Office of Property Disposal website: http://propertydisposal.gsa.gov/Property/. It should be noted that homeless needs/uses have priority over all other public uses (Title V of Public Law 100-77, as amended by Public Law 100-628). These public benefit conveyances may be discounted up to 100% of the fair market value and in turn there are terms that may restrict or limit the use of the property to the public purpose specified. Surplus federal properties that are not conveyed to state or local governments or eligible nonprofit institutions are sold competitively to the general public. This is done by sealed bid or auction (public, written, or on-line). The properties are advertised and can be found on the above website. Possible Interim Use of the Property Under the Public Buildings Cooperative Use Act, GSA can allow nonfederal agencies to use government owned property. The entity seeking the use must be nonreligious and nonpolitical. We can do a formal outlease of the property, charging rent and expenses to the user. This method is typically done when its a "for profit" requester. We've done several outleases at White Oak, most recently for a convention and a movie company. The Building Manager can also issue a revocable license for use of the property. This is typically for "non-profit"

1                                                          DOJ-DS-001051


GTG-E000093076

organizations requesting use of space.  You see this type of permit for use of
auditoriums, conference space, etc. Sorry for the long note.  We might want to get
together with the folks who are asking just to provide some information on the site.  I
think that'll provide some context to any decision we might make to support or not
support. Tony

2

DOJ-DS-001052

GTG-E000093077

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 30, 2002 1:50 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | Re: White Oak |

When u r free can u call my cell,236 ████████
Jack Abramoff

DOJ-DS 0014906

GTG-E000390678

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoff]] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, July 30, 2002 4:18 PM |
| To: | 'Pam Abramoff'; 'Colin Stevens Eshkol'; 'Rabbi David Lapin Eshkol' |
| Subject: | Meeting with GSA |

I just went to David Safavian's office. He is the Chief of staff of the GSA and my good friend. I saw a map of the White Oak property. We identified some potential sites. They want to meet downtown on Friday at 11:30 am at the GSA building (1800 F Street, NW, room 6137).   David does not think that I should be there, given my high profile politically. I agree. the three of you can go, though.

They want to go through what they have with you, looking at the map, and discuss what is possible. please confirm that you can do this.   I recommend that Colin drive you guys. I am not certain of the parking nearby so you might want to get there 15-20 mins early just to be sure.

DOJ-DS-001425

GTG-E000093071

1

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 30, 2002 8:31 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | Friday meeting |

If it's OK, I am going to have Jon Van Horne attend with the rest of the group since he will be doing a lot of the paperwork on our side. Let me know if this is a problem. Thanks again David.

1

DOJ-DS-001057

GTG-E000093067

From:      abramoffj@gtlaw.com [mailto:abramoffj@gtlaw.com]
Sent: Tuesday, July 30, 2002 5:24 PM
To:    Pam@abramoff.com
Subject:    GSA meeting

When you are in the room with David and the other GSA folks, identify yourself as Pam
Alexander or Pam Clarke. David does not want Abramoff used in the meeting.  when you
check in at the door, however, you'll need your driver's license, and it's OK for you to
be Abramoff there, since that won't get up to the guy in the meeting (who probably does
not know me, but David and I don't want to take a chance). OK?

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient,  you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

i

GTG-E000098707

DOJ-DS007050

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, July 31, 2002 1:23 PM |
| **To:** | 'MerrittDC@aol.com' |
| **Subject:** | Re: FROM SAFAVIAN |

Just tried u and got vmail. U on cell?
Jack Abramoff

-----Original Message-----
From: MerrittDC@aol.com <MerrittDC@aol.com>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Wed Jul 31 14:13:44 2002
Subject: FROM SAFAVIAN


Just tried to call but got a recording.  Give me a buzz (501-████) when you get time.

DHS

1

DOJ-DS-001060

GTG-E000093148

**From:**      Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Wednesday, July 31, 2002 2:43 PM
**To:**        'David Safavian Office'
**Subject:**   give me a call when you are free

I left a message for you

DOJ-DS-001061

GTG-E000093145

From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, July 31, 2002 2:14 PM
To: abramoffj@gtlaw.com
Subject: FROM SAFAVIAN

Just tried to call but got a recording.  Give me a buzz (501███) when you get time.

DHS

DOJ-DS-001062

5/7/2004

GTG-E000093144

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Thursday, August 01, 2002 1:36 PM |
| To: | 'David Safavian home' |
| Subject: | FW: OPO |

Good stuff.

-----Original Message-----
From:   van Horne, Jon (Shld-DC-Legis)
Sent:   Thursday, August 01, 2002 1:19 PM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:        OPO

This was on the GSA website today:

The General Services Administration will not be issuing the Request for Qualifications (RFQ) for the Old Post Office (OPO) on July 31, 2002 because of additional, internal reviews. In the mean time, we encourage you to submit your contact information, using the email sign-up form on this website, so that we can notify you when the RFQ is posted on the website. GSA anticipates issuing the RFQ, shortly.

I assume this is good news.

1

DOJ-DS-001063

GTG-E000093172

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Saturday, August 03, 2002 8:54 PM |
| To: | 'David Safavian Office'; Ralph E. Reed, Jr.; Volz, Neil G. (AstDir-DC-Gov/Adm); Williams, Michael E. (Dir-DC-Gov) |
| Subject: | u at the airport? |

We're on the way.

DOJ-DS-001064

GTG-E000093168

**From:**   Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
              Abramoff, Jack (Dir-DC-Gov)
**Sent:**   Monday, August 12, 2002 7:27 AM
**To:**     van Horne, Jon (Shld-DC-Legis)
**Subject:** FW: FW: OPO

Had good chats with David during the trip. He wants us to push hard on this project and he thinks we can get it.
we have not heard back from Starwood. Can you be in touch with Jeff Cohen to see where we are on getting a
proposal?

----Original Message----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, July 29, 2002 3:44 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

I concur with Neil. Better that you have the letter in BEFORE we set the criteria and parameters for the public-
private partnership than AFTER the deal is set.

As for your follow-up regarding OMB, yes, there are a couple of folks at OMB who dont like the idea of public-
private partnerships. (These same people would also like to do away compeltely with GSA.) They told us last
week that they would not authorize any funds to be used to buyout the remaining leases at the OPO. This move
would essentially shut down our privatization activities with respect to this property. (I think I blind CCed you on
this issue.)

However, the OMB staffer in the way (David Haun) does not realize that we have a legislative directive FROM
CONGRESS regarding this matter. In fact, we had a letter sent to us by Don Young, Steve LaTourette, Byron
Dorgan, and Harry Reid just 10 months ago reaffirming their committment to the OPO public-private partnership.

What this means is that we will have to go to Mitch Daniels and roll this idiot. I suspect it will take a week or so to
do that. So we're in a holding pattern until Steve and Mitch get together.

DHS

In a message dated 7/29/2002 3:31:11 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Subj:FW: OPO
Date:7/29/2002 3:31:11 PM Eastern Daylight Time
From: abramoffj@gtlaw.com
To: Merrittdc@aol.com
Sent from the Internet

What do you recommend?

5/8/2004                                                  DOJ-DS007454

——Original Message——
From:   Williams, Michael E. (Dir-DC-Gov)
Sent:  Monday, July 29, 2002 2:18 PM
To:  Volz, Neil G. (AstDir-DC-Gov/Adm); van Horne, Jon (Shld-DC-Legis)
Cc:  Abramoff, Jack (Dir-DC-Gov)
Subject:  RE: OPO

I think Colin Chapman has been speaking with the same staffer or one with a
similar story.
        ——Original Message——
    From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
    Sent:  Monday, July 29, 2002 2:16 PM
    To:  van Horne, Jon (Shld-DC-Legis); Williams, Michael E.
(Dir-DC-Gov)
    Cc:  Abramoff, Jack (Dir-DC-Gov)
    Subject:  RE: OPO

    LaTourette's guys has suggested writing a generic letter after this
project's bid is sent out. The committee had heard the bid would be put out
today, but GSA said Friday don't expect to see it for several more days. I
think our best proposal still consists of getting a letter containing
preferential language for Hubzones put together before the bid as we have
planned all along. I have sent an email to LaTourette's COS ( instead of
the committee guy I have been talking with ) in hopes of getting LaTourette
to write a letter before the bid, but the staff guy seems to be set on
writing the letter after. I'll let you know what LaTourette's COS says when
I finally get through to her.

    NV

        ——Original Message——
    From:   van Horne, Jon (Shld-DC-Legis)
    Sent:  Monday, July 29, 2002 1:58 PM
    To:  Williams, Michael E. (Dir-DC-Gov); Volz, Neil G.
(AstDir-DC-Gov/Adm)
    Cc:  Abramoff, Jack (Dir-DC-Gov)
    Subject:  RE: OPO

    Thanks Mike. Anything new with you, Neil?

        ——Original Message——
    From:   Williams, Michael E. (Dir-DC-Gov)
    Sent:  Monday, July 29, 2002 1:57 PM
    To:  Abramoff, Jack (Dir-DC-Gov); van Horne, Jon
(Shld-DC-Legis); Volz, Neil G. (AstDir-DC-Gov/Adm)
    Subject:  RE: OPO

    Don Young's CoS is working on this. He and Young
are in Alaska so it may take a while. He mentioned that he spoke with
someone at GSA about the issue. Trying to get more information. Will get
back to you!!!

DOJ-DS007455

5/8/2004

———Original Message———
From:   Abramoff, Jack (Dir-DC-Gov)
Sent:   Tuesday, July 23, 2002 8:28 AM
To:   van Horne, Jon (Shld-DC-Legis);
Volz, Neil G. (AstDir-DC-Gov/Adm); Williams, Michael E. (Dir-DC-Gov)
Subject:   FW: OPO
Importance:   High

Guys, this is a letter we need to have
issued and signed by Don Young and Steve Latourette. Can you three meet on
this to discuss so we can get this asap? we need to get this letter in hand
really quickly. The text below enables a tribe to do this project, so Young
should be enthusiastic. Thanks.

———Original Message———
From:   van Horne, Jon (Shld-DC-Legis)
Sent:   Monday, July 22, 2002 1:53 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   OPO

Draft congressional letter:

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service
Administration's National Capital Region on July 15th issued a draft Request
for Qualifications for redevelopment of the Old Post Office Building located
in the Federal Triangle.

As GSA proceeds with this important historic
reuse project, I urge you to give consideration to providing additional
opportunities for Hubzone businesses in the redevelopment process.
Specifically, I would like you to consider giving Hubzone businesses an
advance opportunity to provide redevelopment proposals that could be given
priority if they otherwise meet the RFQ and RFP requirements.

---

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an

DOJ-DS007456

5/8/2004

email to postmaster@gtlaw.com.

5/8/2004

DOJ-DS007457

From:        Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
             of Abramoff, Jack (Dir-DC-Gov)
Sent:        Monday, August 12, 2002 12:39 PM
To:          Volz, Neil G. (AstDir-DC-Gov/Adm); 'David Safavian Office'
Subject:     golf Wednesday afternoon?

DOJ-DS-001065

GTG-E000093162

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, August 12, 2002 1:14 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: golf Wednesday afternoon? |

Sometime between 2-3. how about joining us as soon as you can, and we'll do 9 together?

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, August 12, 2002 1:44 PM
To:      abramoffj@gtlaw.com
Subject:      Re: golf Wednesday afternoon?


Im stuck until 4PM.  What time were you thinking?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮▮▮▮▮▮
Fax: (202) ▮▮▮▮▮▮
Email: david.safavian@gsa.gov



| | | |
|---|---|---|
| abramoffj@gtlaw.com | To: | volzn@gtlaw.com, david.safavian@gsa.gov |
| | cc: | |
| | Subject:   golf Wednesday afternoon? | |
| 08/12/2002 01:43 PM | | |



The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS-001066

GTG-E000093159

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, August 12, 2002 2:34 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: golf Wednesday afternoon? |

Woodmore.

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, August 12, 2002 2:44 PM
To:   abramoffj@gtlaw.com
Subject:   Re: golf Wednesday afternoon?

Where are you playing?

------------------------------
Sent from my BlackBerry Wireless Handheld

        From: abramoffj
        Sent: 08/12/2002 02:38 PM
        To: david.safavian@gsa.gov
        Subject: RE: golf Wednesday afternoon?

Sometime between 2-3.  how about joining us as soon as you can, and we'll do 9 together?

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:    Monday, August 12, 2002 1:44 PM
To:   abramoffj@gtlaw.com
Subject:   Re: golf Wednesday afternoon?

Im stuck until 4PM.  What time were you thinking?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████
Fax: (202) ████
Email: david.safavian@gsa.gov

| | | | |
|---|---|---|---|
| | abramoffj@gtla | To: | volzn@gtlaw.com, |
| david.safavian@gsa.gov | w.com | cc: | |
| | | Subject: | golf Wednesday |
| afternoon? | | | |

1

DOJ-DS-001068

GTG-E000093157

08/12/2002

01:43 PM

The information contained in this transmission may contain privileged and confidential
information.   It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.   It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

DOJ-DS-001069

GTG-E000093158

**From:**          Volz, Neil G. (AstDir-DC-Gov/Adm)
**Sent:**          Monday, August 12, 2002 5:49 PM
**To:**            'david.safavian@gsa.gov'
**Subject:**       RE: Meeting Request


That is great news David. Thanks. Any chance you'll be around either the 22nd or 23rd.
The CEO of the company will be in from San Diego that day and a DS dog and pony show would
be perfect if you can do it - and then maybe we could follow-up with the FTS commissioner
meeting you outlined sometime in September. Is that workable do you think?  Thanks a lot
David.  Take care.

NV

-----Original Message-----
From: david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, August 12, 2002 6:23 PM
To: volzn@gtlaw.com
Subject: Re: Meeting Request


Neill -- I'd be happy to put that together.  What I would suggest is that we do two
meetings .... one with me where I can put on a dog and pony show, and a follow-up wth our
commissioner at the Federal Technology Service.  Quite frankly, the FTS commissioner is a
career appointee -- but one who has some critical imformation she can impart to you and
your client.  In contrast, I can orchestrate an impressive meeting with your client with
relative ease.

As for a meeting with the Adminsitrator, he tends not to take such meetings unless there
is an outstanding issue to be resolved.  However, if you think that would be important,
I'll make it happen.

Maybe we can shoot for the first week in September?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮▮▮▮▮▮
Fax: (202) ▮▮▮▮▮▮
Email: david.safavian@gsa.gov



          volzn@gtlaw.co        To:    david.safavian@gsa.gov
          m                     cc:
                                Subject:    Meeting Request
          08/12/2002
          04:43 PM



                                   DOJ-DS 0014910


                                        GTG-E000222190

David,

How are you doing? Per our previous conversation, I was wondering if you were available
( or the administrator if appropriate ) to meet with the CEO of Network Appliance, a
billion dollar data storage and software company, on August 22nd while he is in town.
They are looking to increase their profile with the federal government and are wondering
how the system works and who is involved in the decision making of federal contracts,
etc.. Any chance our schedules can be coordinated to put a meeting together? Any help
would be greatly apreciated. Thanks David.

Neil Volz
Greenberg Traurig
ph - 202-████████

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

2

DOJ-DS 0014911

GTG-E000222191

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramolfj} on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, August 13, 2002 2:35 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Golf today. |

Thursday afternoon would work, I think.  Let's confirm as we get closer.

    -----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, August 13, 2002 2:30 PM
To:   abramoffj@gtlaw.com
Subject:   RE: Golf today.


Unfortunately, I am in Seattle Sun thru Wedensday.  Maybe Thursday?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ██████████
Fax: (202) ██████████
Email: david.safavian@gsa.gov




          abramoffj@gtla        To:    david.safavian@gsa.gov
          w.com                 cc:
                                Subject:    RE: Golf today.
          08/13/2002
          02:02 PM




No problem.  Maybe next week?  Monday?

    -----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:    Tuesday, August 13, 2002 11:00 AM
To:   abramoffj@gtlaw.com
Subject:  Re: Golf today.

I am stuck.  I have a 3-430 at the White House that I can't reschedule.

-------------------------
Sent from my BlackBerry Wireless Handheld

    From: abramoffj
    Sent: 08/13/2002 10:57 AM
    To: david.safavian@gsa.gov

1

DOJ-DS-001071

GTG-E000093188

Subject: Re: Golf today.

Actually its tomorrow afternoon for golf. Can u do it?
Jack Abramoff

-----Original Message-----
From: david.safavian@gsa.gov <david.safavian@gsa.gov>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Tue Aug 13 10:53:38 2002
Subject: Golf today.

I am stuck in the office today. So, unfortunately, i have to take a raincheck.  Hit 'em
well.

Dhs

------------- ------------
Sent from my BlackBerry Wireless Handheld

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

2

DOJ-DS-001072

GTG-E000093189

From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, August 13, 2002 3:46 PM
To:    abramoffj@gtlaw.com
Subject:    RE: Golf today.


Deal.
DHS
David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮▮▮▮▮▮
Fax: (202) ▮▮▮▮▮▮
Email: david.safavian@gsa.gov


                        abramoffj@gtla      To:    david.safavian@gsa.gov
                        w.com               cc:
                                            Subject:    RE: Golf today.
08/13/2002
                        03: 46 PM


Thursday afternoon would work, I think.  Let's confirm as we get closer. -----Original
Message-----
From: david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, August 13, 2002 2:30 PM
To:    abramoffj@gtlaw.com
Subject:    RE: Golf today.


Unfortunately, I am in Seattle Sun thru Wedensday.  Maybe Thursday? DHS David H. Safavian
Chief of Staff General Services Administration 1800 F Street, N.W., Room 6137 Washington,
D.C. 20405
Tel: (202) ▮▮▮▮▮
Fax: (202) ▮▮▮▮▮
Email: david.safavian@gsa.gov


                                        I

DOJ-DS-001075

GTG-E000093183

```
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, August 14, 2002 10:31 AM
To:   abramoffj@gtlaw.com
Subject:    Made call to Jon van Horne regarding White Oak as we promised last week

FYI.
DHS
David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov
```

----- Forwarded by David H. Safavian/A/CO/GSA/GOV on 08/14/2002 10:33 AM
-----

| | | |
|---|---|---|
| Thomas E. James | To: | David H. Safavian/A/CO/GSA/GOV@GSA |
| | cc: | Anthony Costa/WP/RW/GSA/GOV@GSA |
| | Subject: | Made call to Jon van Horne regarding |

White Oak as we
08/14/2002        promised last week
10:14 AM


David,

Our asset manager stopped by White Oak to investigate the two open areas at the back of
the site last week as promised.  Both open areas are being used by the Navy as staging
areas for their clean-up which is estimated to be complete at the end of this calendar
year.  The Navy plans to vacate these areas at that time.  The cleared areas appear to be
less than 3 to 5 acres.  The cleared cul de sac immediately adjacent to our site that is
controlled by the Army is contaminated.  Ironically, the Army hopes to engage the Navy
crews from our site to help with their clean-up of this area and esitmate the clean-up of
their site about 2 years from now. I shared this with Jon and offered them a tour.  Jon
said his team were actually investigating other sites as we spoke and he would call me
back if they were interested in a tour. We spoke on August 6th.  I have not heard from Jon
since last week and must assume they are concentrating on other sites for now.

DOJ-DS-001078

GTG-E000093182

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, August 14, 2002 6:28 PM |
| To: | 'David Safavian home' |
| Subject: | FW: Client Development |

Thanks!

-----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, August 14, 2002 2:06 PM
To:    vanhornej@gtlaw.com
Cc:    abramoffj@gtlaw.com
Subject:    Client Development

Jon-
This afternoon, I met with Charles Pryor and Kevin Murray of L.Robert Kimball and
Associates. LRKA is an architectural and engineering firm.  It aslo does a substantial
amount of telecom work.  They are looking for some competent help in terms of getting on
the GSA schedule.  I recommended you for the work. Let me know if either one ends up
calling you. Hope all's well. DHS David H. Safavian Chief of Staff General Services
Administration 1800 F Street, N.W., Room 6137 Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov

1

DOJ-DS-001079

GTG-E000093181

| | |
|---|---|
| **From:** | Volz, Neil G. (AstDir-DC-Gov/Adm) |
| **Sent:** | Friday, August 16, 2002 2:36 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | FW: Johns Hopkins and GSA |



GSA - GSA Office of
Citizen Se...

David, can you give me a mailing address? I have great pictures I can send to you. Also, I just called your assistant. The company I was hoping to bring in and talk with you next friday has some business before GSA pending so we thought it would be best if we tried to set up a meeting later. Thanks for setting up in the first place, but knowing you'll be returning from the west coast and it was an early meeting, hopefully that will give a little breather. Well, thanks again and have a good weekend.

NV

oh, any chance you can take at the below email. I am wondering if there is a way to help set up or work something out - I can have Dan contact the appropriate person if that works on your end. Well, have a good one...

Neil Volz
Greenberg Traurig
ph - 202-█████████

-----Original Message-----
From: Ayoob, Edward (Assoc-DC-Gov/Adm)
Sent:    Monday, August 12, 2002 11:59 AM
To:    Volz, Neil G. (AstDir-DC-Gov/Adm)
Cc:    Daniel Bradfield (E-mail 2)
Subject:    Johns Hopkins and GSA

Neil:

As we discussed earlier, Dan is teaching a graduate-level course later this year at Johns Hopkins on cyber advocacy and politics. In fact, he wrote his own thesis on this matter not too long ago. Anyway, one of the aspects of this subject that he would like to cover is the internet and the federal government, and it is my understanding that GSA has an office under its jurisdiction that covers these matters - the GSA Office of Citizen Services and Communications. Ideally, Dan would like to invite the Administrator of this department to appear before his class and deliver a guest lecture or similar presentation. Do you think that you could ask your friend at GSA for some help or advice on this???
Let me know what you think. Thanks. Eddie

DOJ-DS 0014912

GTG-E000158132

⊠ GSA Logo

Username [____] · Password [____] ⊠ Submit | Register for MyGSA Search [____]

⊠ ·

⊠ ·    ⊠ · ⊠ Hon ⊠ · ⊠ Buying through GSA    ⊠ · ⊠ Selling to the    ⊠ · ⊠ About

Offerings
· Forms Management
· Federal Consumer
  Information Center
Publications
· GSA Strategic Plan
· GSA FY 2001
  Annual Performance
  Report
· GSA FY 2001
  Annual
  Accountability
  Report

· GSA Jobs
· Volunteer

⊠ FirstGov - Your First Click to the U.S. Government

⊠ ·

# GSA Office of Citizen Servi
# and Communications

1800 F Street, NW          MJ Jameson, Associate Adm
Washington, DC 20405
(202) 501-0705             Ed Larkin, Director, Media

Printer Friendly | Add

⊠ Rate

The General Services Administration's Office of Citizen S
and Communications is the nation's new front door to the
information and services of the federal government. Comb
of GSA's citizen-centered activities into a single office, O(
opens the way for citizens, businesses, other governments,
media to easily obtain information and services from the
government.

OCSC is organized into two components – Citizen Service
Communications

Citizen Services houses three offices:

· The Federal Citizen Information Center
· E-Gov Solution Support
· Intergovernmental Solutions

The Federal Citizen Information Center serves the public,
businesses, and other government agencies by operating,
maintaining and providing content for a variety of informa
channels: websites including Firstgov.gov, a toll-free telep.
number, e-mail and print publications.

E-Gov Solution Support develops and implements innovati
technologies that improve the delivery of government infoi
and services to citizens and other federal agencies.

Intergovernmental Solutions collaborates with managers fr

DOJ-DS007637

federal, state, local and foreign governments and internatic
organizations to promote more effective use of informatior
technology and E-Gov solutions.

The Communications component of OCSC plans, administ
coordinates GSA media relations, internal and external
communications, marketing activities, events planning, gra
audiovisual production, and writing and editing services.

The Communications component of OCSC is the front doc
public and the news media to GSA. We can answer your qu
about GSA and help you to contact the right person with G
can solve your problem. E-mail us at public.affairs@gsa.gc

Members of the Media should contact the Media Relations
information and answers to their questions.

Media Relations Staff:

Ed Larkin (202) 501-1231

Eleni Martin (202) 501-1231

Viki Reath (202) 501-1231

Last Modified (

Accessibility Aids - Cookies - Privacy and Security Polic
Map - Contact Us

DOJ-DS007638

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, August 21, 2002 5:16 AM |
| To: | 'David Safavian Office' |
| Subject: | golf Friday morning? |

1

DOJ-DS-001081

GTG-E000093179

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, August 21, 2002 5:29 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | cars |

I have a need to buy a stretch limo for the restaurant. Are there any coming up on any of the GSA drug property sales?

1

DOJ-DS-001082

GTG-E000093178

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Thursday, August 22, 2002 8:52 PM |
| To: | 'David Safavian Office'; 'David Safavian home'; 'Paul Vinovich' |
| Subject: | see you tomorrow |

Tee time is 8 am.  We are first off, so please try to get there on time.  See you then.

DOJ-DS-001085

GTG-E000093175

1

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, August 25, 2002 11:10 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | thanks for a great time today! |

DOJ-DS-001086

GTG-E000093167

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj} on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, August 25, 2002 11:19 PM |
| To: | 'David Safavian Office' |
| Subject: | airplane leasing |

This is the company I told you about today.  Let me know how we can look into the matter of airplane use. Thanks.

www.FlightInternational.com

DOJ-DS-001087

GTG-E000093166

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj} on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, August 26, 2002 6:19 PM |
| To: | 'David Safavian Office' |
| Subject: | golf on Friday?  what time is good for you? |

1

DOJ-DS-001088

GTG-E000093165

**From:**      Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
               of Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Sunday, September 01, 2002 12:23 AM
**To:**        'David Safavian Office'; 'David Safavian home'
**Subject:**   what's the plan for golf Sunday?

Can we play around 1 PM?

DOJ-DS-001091

GTG-E000093197

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, September 04, 2002 4:46 PM |
| To: | 'David Safavian home' |
| Subject: | FW: Old Post Office |

Hi there. Are we playing on Friday? Morning? also, can we get the stuff he requests or is that impossible? Thanks David.

    -----Original Message-----
From:      Cohen, Jeff [mailto:jeff.cohen@starwoodhotels.com]
Sent: Wednesday, September 04, 2002 5:43 PM
To:    'abramoffj@gtlaw.com'
Subject:    Old Post Office

Jack:

Has a new date been set for the release of
the RFQ? Would it be possible to get a hold of the plans and engineering studies conducted
on the property prior to release of RFQ? Obviously, the sooner we can get started the
better.

Regards -

1

DOJ-DS-001092

GTG-E000093195

**From:**       Abramoff, Jack (Dir-DC-Gov)
**Sent:**       Wednesday, September 04, 2002 4:46 PM
**To:**         'David Safavian Office'
**Subject:**    sent you an email to your home email address

DOJ-DS-001093

GTG-E000093196

| | |
|---|---|
| From: | Abramoff, Jack {Dir-DC-Gov} [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Thursday, September 05, 2002 4:59 PM |
| To: | 'David Safavian home' |
| Subject: | FW: A new fax has arrived from 202 225 3307 (Part 1 of 1) |



Fax Image.TIF (42 KB)

Getting there.

-----Original Message-----
From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent:   Thursday, September 05, 2002 3:28 PM
To:     Abramoff, Jack (Dir-DC-Gov); van Horne, Jon (Shld-DC-Legis); Williams, Michael E. (Dir-DC-Gov); Short, Stephanie Leger (Assoc-DC-Gov/Adm)
Subject:      FW: A new fax has arrived from 202 225 ●●● (Part 1 of 1)

Mike, per our conversation, here is the letter on GSA and Hubzones from Rep. LaTourette. Can we get to Young's chief of staff and see if they will sign the same letter asap? I think we need to send this in as soon as possible. Thanks.

NV

-----Original Message-----
From:   RightFAX E-mail Gateway
Sent:   Thursday, September 05, 2002 3:13 PM
To:     Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject:      A new fax has arrived from 202 225 3307 (Part 1 of 1)

Time: 9/5/2002 3:11:47 PM
Received from remote ID: 202 225 ●●●
Inbound user ID VOLZN, routing code 143
Result: (0/352;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 01:08 on channel 2

Fax Images: [double-click on image to view page(s)]

DOJ-DS-001094

GTG-E000093192

GTG-E00009319З

DOJ-DS-001095

SEP-06-2002 THU 03:12 PM CONG S LATOURETTE          FAX NO. 202 225 3307          P. 01

# Congressman Steven C. LaTourette
### 19th District of Ohio

• 2453 Rayburn House Office Building • Washington, D.C. 20515
• 202-225-5731 • Fax: 202-225-3307

## FACSIMILE
## TRANSMITTAL

TO:

FAX #:

RE:

DATE:

PAGES (INCLUDING COVER SHEET): 2

FROM:

[ ] Congressman LaTourette
[ ] Jennifer Laptook / Chief of Staff
[ ] Kathy Kato
[ ] Jackie Allenbaugh
[ ] Terry McNaughton
[ ] Jason Kratovil
[ ] Colleen Peppard
[ ] Deborah Setliff
[ ] Paula Steiner
[ ] Intern

Comments:

GTG-E000093194

DOJ-DS-001096

SEP-06-2002 THU 03:13 PM CONG S LATOURETTE   FAX NO. 202 226 3307   P. 02

**Steven C. LaTourette**
19th District, Ohio

**Congress of the United States**

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE

COMMITTEE ON
FINANCIAL SERVICES

COMMITTEE ON
GOVERNMENT REFORM

COMMITTEE ON
STANDARDS OF OFFICIAL
CONDUCT

September 5, 2002

Stephen A. Perry
Administrator
General Services Administration
1800 F Street, N.W.
Washington, D.C. 20405

Dear Administrator Perry,

I am writing to you in regard to the redevelopment of the Old Post Office Building located in the Federal Triangle in Washington, D.C. I understand that the General Services Administration's National Capital Region issued a draft Request for Qualifications for this project on July 15, 2002.

As GSA proceeds with this important historic reuse project, I urge you to give consideration to providing additional opportunities for Hubzone businesses in the redevelopment process. Specifically, I ask that you consider giving Hubzone businesses an advance opportunity to provide redevelopment proposals that could be given priority if they otherwise meet the RFQ and RFP requirements.

I appreciate your consideration. If you have any questions, please feel free to contact Matt Wallen at the Subcommittee on Economic Development, Public Buildings, and Emergency Management at 202-225-3014.

Sincerely,

Steven C. LaTourette
Member of Congress

ROOM 2453
RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5731

1 VICTORIA PLACE
PAINESVILLE, OH 44077
(440) 352-3939

MOORELAND HILLS VILLAGE HALL
MOORELAND HILLS, OH 44022
(440) 543-6868

**From:**  Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:**  Friday, September 06, 2002 2:35 PM

**To:**  'MerrittDC@aol.com'

**Subject:**  RE: FW: A new fax has arrived from 202 225 3307 (Part 1 of 1)

Let me find out and let you know. hope you are well.

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Friday, September 06, 2002 9:16 AM
To: abramoffj@gtlaw.com
Subject: Re: FW: A new fax has arrived from 202 225 3307 (Part 1 of 1)

In a message dated 9/5/2002 6:23:46 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Getting there.

Can I circulate this or are we expecting it to be revised with Chairman Young's signature? My preference is to get
this floating before the RFQ is issued so that the bureaucrats — who hate hubzones - dont paint us into a corner.
But if you are confident that Don Young will sign on, let's hold off.

Please advise.

David

DOJ-DS 0014907

5/8/2004

GTG-E000390830

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Friday, September 06, 2002 3:44 PM

**To:**    'David Safavian home'

**Subject:** FW: FW: A new fax has arrived from 202 225 3307 (Part 1 of 1)

We are sorting it ou.

-----Original Message-----
From: Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Friday, September 06, 2002 3:47 PM
To: Abramoff, Jack (Dir-DC-Gov); Williams, Michael E. (Dir-DC-Gov)
Subject: RE: FW: A new fax has arrived from 202 225 3307 (Part 1 of 1)

I would think it would be best to get this in today, unless we know Chairman Young will definitely be signing
Tuesday morning. We could always ask him to send the same letter after LaTourette's is already in. What do you
think Mike?

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Friday, September 06, 2002 3:38 PM
To: Volz, Neil G. (AstDir-DC-Gov/Adm); Williams, Michael E. (Dir-DC-Gov)
Subject: FW: FW: A new fax has arrived from 202 225 3307 (Part 1 of 1)
What can I tell him? I shared with him the letter to show him where we are. Are we going to get the Young sig?

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Friday, September 06, 2002 9:16 AM
To: abramoffj@gtlaw.com
Subject: Re: FW: A new fax has arrived from 202 225 3307 (Part 1 of 1)

In a message dated 9/5/2002 6:23:46 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Getting there.

Can I circulate this or are we expecting it to be revised with Chairman Young's signature? My preference is to get
this floating before the RFQ is issued so that the bureaucrats -- who hate hubzones - dont paint us into a corner.
But if you are confident that Don Young will sign on, let's hold off.

Please advise.

David

DOJ-DS-001097

GTG-E000093191

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, September 10, 2002 7:53 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | golf |

Any interest tomorrow afternoon, Thursday morning or Friday at 11:30?  Or Sunday?

1

DOJ-DS-001098

GTG-E000093190

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, September 23, 2002 4:41 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | Hi there |

You back in town?  Golf Friday?

DOJ-DS-001099

GTG-E000093208

1

**From:**  Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:**  Friday, September 27, 2002 5:29 PM

**To:**  'MerrittDC@aol.com'

**Subject:**  RE: FROM SAFAVIAN: Golf on Sunday?

I'd love to , but we have a holiday over the weekend.  Perhaps next week?

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Friday, September 27, 2002 4:35 PM
To: abramoffj@gtlaw.com; jotcarpenter@att.com; dansell@atr.org
Subject: FROM SAFAVIAN: Golf on Sunday?

I have a 1045 am tee time on Sunday at Springfield Country Club.  Interested?

David

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
             Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Sunday, September 29, 2002 10:22 PM

**To:**      'MerrittDC@aol.com'

**Subject:** RE: FROM SAFAVIAN: Golf on Sunday?

Unfortunately, I have plans already for that day. are you out of town all week? How about a meal at least? I miss
our fun!


——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Friday, September 27, 2002 6:48 PM
To: abramoffj@gtlaw.com
Subject: Re: FROM SAFAVIAN: Golf on Sunday?

Im on travel most of next week, but maybe NEXT Sunday?

DHS

In a message dated 9/27/2002 6:41:49 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:



I'd love to , but we have a holiday over the weekend   Perhaps next week?

DOJ-DS-001104

5/7/2004

GTG-E000093203

**From:** Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:** Monday, September 30, 2002 2:04 PM

**To:** 'MerrittDC@aol.com'

**Subject:** RE: FROM SAFAVIAN: Golf on Sunday?

Sounds good.

—---Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, September 30, 2002 1:33 PM
To: abramoffj@gtlaw.com
Subject: Re: FROM SAFAVIAN: Golf on Sunday?

In a message dated 9/29/2002 11:27:03 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


Unfortunately, I have plans already for that day, are you out of town all week? How about a meal at least? I miss
our fun!


I am on the West Coast from Tuesday thru Friday. Same for next week. So maybe the week after that?

Hope you are well.

David

DOJ-DS-001105

5/8/2004

GTG-E000093202

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, September 30, 2002 6:34 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Free for dinner? |

Well, then how about letting me treat you guys to a dinner (sans moi, without me for all you French challenged) at Sigs?

    -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, September 30, 2002 6:40 PM
To:    abramoffj@gtlaw.com
Subject:   Re: Free for dinner?

Would love to.  But tonight is my seventh wedding anniversary.  And unlike Pam, my wife wont accept my absence on such an auspicious occasion.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov

                    abramoffj@gtla        To:   david.safavian@gsa.gov
                    w.com                 cc:
                                          Subject:   Free for dinner?
                    09/30/2002
                    06:37 PM

Jack Abramoff

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

DOJ-DS-001106

GTG-E000093200

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, October 01, 2002 7:54 AM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Free for dinner? |

Will do.

    -----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, October 01, 2002 8:27 AM
To:   abramoffj@gtlaw.com
Subject:    Re: Free for dinner?

I am leaving this afternoon. Give me a buzz around noon. 365-████

----------------------------
Sent from my BlackBerry Wireless Handheld

        From: abramoffj
        Sent: 09/30/2002 09:07 PM
        To: david.safavian@gsa.gov
        Subject: RE: Free for dinner?

Blank?!  Ha ha ha.  Wish I could hear that call!  Thanks for the OMB info. are you leaving
in the morning, or can I call you then to discuss the OMB project?

    -----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:       Monday, September 30, 2002 8:12 PM
To:   abramoffj@gtlaw.com
Subject:    Re: Free for dinner?

Love to, but I am cooking for her. Veal cutlets a la suisse. Yum. But thank you for the
kind offer.

Guess who called me today for a favor?  Jonathan Blank. Returning that call tomorrow
should be fun.

Hey, on a separate note, tell your Starwood team that OMB is holding us up on the OPO. But
with a bit of luck, that will be rectified this week.

Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld

        From: abramoffj
        Sent: 09/30/2002 07:34 PM
        To: david.safavian@gsa.gov
        Subject: RE: Free for dinner?

Well, then how about letting me treat you guys to a dinner (sans moi, without me for all
you French challenged) at Sigs?

    -----Original Message-----

1

DOJ-DS-001110

GTG-E000093226

```
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:       Monday, September 30, 2002 6:40 PM
To:         abramoffj@gtlaw.com
Subject:    Re: Free for dinner?
```

Would love to.  But tonight is my seventh wedding anniversary.  And unlike Pam, my wife
wont accept my absence on such an auspicious occasion.

DHS

```
David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov
```

```
          abramoffj@gtla        To:     david.safavian@gsa.gov

          w.com                 cc:

                                Subject:     Free for dinner?

          09/30/2002

          06:37 PM
```

Jack Abramoff

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential

2                    DOJ-DS-001111

GTG-E000093227