| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, October 01, 2002 11:38 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: Jim Callaway from Security Dept at GSA called |

FYI

-----Original Message-----
From:   Bowers, Holly M. (AdmAst-DC-Gov/Adm)
Sent:   Tuesday, October 01, 2002 10:25 AM
To:        Abramoff, Jack (Dir-DC-Gov)
Subject:      Jim Callaway from Security Dept at GSA called

Wants to set up a time to speak/meet with you regarding David Saffavian. Please advise.

Holly Bowers
Office of the Senior Director, Governmental Affairs
Greenberg Traurig, LLP
ph: 202.█████████

1

DOJ-DS-001116

GTG-E000093222

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, October 01, 2002 11:43 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | lunch or dinner |

Let's do a meal so we can start getting some of these business ideas for GSA moving.  What's good for you?

1

DOJ-DS-001118

GTG-E000093220

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, October 01, 2002 6:19 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: OPO minority staff meeting |

Thanks.

-----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, October 01, 2002 7:13 PM
To:    abramoffj@gtlaw.com
Subject:    Fw: OPO minority staff meeting

Fyi.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld

      From: Mary Mitschow
      Sent: 10/01/2002 06:45 PM
      To: David H. Safavian/A/CO/GSA/GOV@GSA; Shawn McBurney/S/CO/GSA/GOV; Gayland
Barksdale/S/CO/GSA/GOV@GSA
      Subject: OPO minority staff meeting

Susan Brita called the meeting today on behalf of  House Transportation and Infrastructure
minority staff director David Heymsfeld.

To no avail, the Women's History Museum representatives have lobbied T&I staff regarding
their interest in obtaining the OPO annex, and now they have apparently taken their case
directly to Mr. Oberstar, and through him to David Heymsfeld. Oberstar seems very
interested in helping them.

The Women's History Museum would like the GSA solicitation for proposals (RFQ and RFP) to
include criteria that will specifically advantage the Women's History Museum in its quest
to obtain the OPO annex .  In the alternative, they would request GSA issue separate
solicitations for development of the annex and the building.

Tony Costa  explained that the GSA award process generally and the current status of the
OPO (OMB has asked the numbers be reviewed again as they are based on data that is 2 years
old) .Tony subtly questioned the Women's History museum's contentions the atrium was
unwanted by developers and that a developer would charge them excessive upfront rent to
obtain the annex. He pointed out that GSA quite typically provides advantage to cultural
institutions, but quite rarely specifies just what institutions should receive this
benefit (e.g. a museum over a theater group).  It was also suggested that  there was need
for more quantifiable data before the Women's history museum could determine they had the
best use for the property. For example, a test market to developers was suggested.

Susan Brita was very helpful in arguing GSA's case. For example, she pointed out that
previous Congressional efforts to specify uses for specific properties had often been
wildly unsuccessful, often because they were done without an understanding of area market
forces. She also attempted to dissuade the Oberstar office of any attempt to introduce
stand alone legislation directing GSA sell the property to the Women's History Museum by
arguing it would be a very heavy lift given the premium placed on DC real estate among
federal agencies (etc),  and pointing out that no single directed sale effort had been
successful in the Senate since John Glenn's tenure at GAC.

The Women's History Museum effort is apparently lead by Joan Wages,  a former airline

                                              1                     DOJ-DS-001119


                                                          GTG-E000093216

lobbyist with some connection to the Oberstar office. The organization has apparently also obtained some lobbyist representation, although the facts they are providing the group seem questionable by the account of Susan Brita.

Tony is going to circle back to the committee with specific information on the draft RFQ and any advantage the museum might have under the proposal, and he also indicated he would meet with museum representatives.

DOJ-DS-001120

GTG-E000093217

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, October 01, 2002 6:19 PM |
| To: | 'David Safavian home' |
| Subject: | FW: OPO minority staff meeting |

What idiots' This would kill any five star hotel for sure.

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, October 01, 2002 7:13 PM
To:    abramoffj@gtlaw.com
Subject:    Fw: OPO minority staff meeting

Fyi.

Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld

        From: Mary Mitschow
        Sent: 10/01/2002 06:45 PM
        To: David H. Safavian/A/CO/GSA/GOV@GSA; Shawn McBurney/S/CO/GSA/GOV; Gayland
Barksdale/S/CO/GSA/GOV@GSA
        Subject: OPO minority staff meeting

Susan Brita called the meeting today on behalf of  House Transportation and Infrastructure
minority staff director David Heymsfeld.

To no avail, the Women's History Museum representatives have lobbied T&I staff regarding
their interest in obtaining the OPO annex, and now they have apparently taken their case
directly to Mr. Oberstar, and through him to David Heymsfeld. Oberstar seems very
interested in helping them.

The Women's History Museum would like the GSA solicitation for proposals (RFQ and RFP) to
include criteria that will specifically advantage the Women's History Museum in its quest
to obtain the OPO annex .  In the alternative, they would request GSA issue separate
solicitations for development of the annex and the building.

Tony Costa  explained that the GSA award process generally and the current status of the
OPO (OMB has asked the numbers be reviewed again as they are based on data that is 2 years
old) .Tony subtly questioned the Women's History museum's contentions the atrium was
unwanted by developers and that a developer would charge them excessive upfront rent to
obtain the annex. He pointed out that GSA quite typically provides advantage to cultural
institutions, but quite rarely specifies just what institutions should receive this
benefit (e.g. a museum over a theater group).  It was also suggested that  there was need
for more quantifiable data before the Women's history museum could determine they had the
best use for the property. For example, a test market to developers was suggested.

Susan Brita was very helpful in arguing GSA's case. For example, she pointed out that
previous Congressional efforts to specify uses for specific properties had often been
wildly unsuccessful, often because they were done without an understanding of area market
forces. She also attempted to dissuade the Oberstar office of any attempt to introduce
stand alone legislation directing GSA sell the property to the Women's History Museum by
arguing it would be a very heavy lift given the premium placed on DC real estate among
federal agencies (etc),  and pointing out that no single directed sale effort had been
successful in the Senate since John Glenn's tenure at GAC.

The Women's History Museum effort is apparently lead by Joan Wages,  a former airline

1                         DOJ-DS-001121

GTG-E000093218

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, October 02, 2002 10:52 AM |
| To: | 'David Safavian Office' |
| Subject: | golf for Sunday is now possible |

Woodmore at 2?

DOJ-DS-001124

GTG-E000093213

From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, October 02, 2002 12:24 PM
To: abramoffj@gtlaw.com
Subject: Re: lunch or dinner

In a message dated 10/1/2002 1:16:47 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


Let's do a meal so we can start getting some of these business ideas for GSA
moving. What's good for you?


On the road for the next two weeks. Then I should be around for a while. Why dont you have Holly call Renee
Courtland in my office to set something up? Her number is 501-████

DHS



DOJ-DS-001125

5/8/2004

GTG-E000093212

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, October 17, 2002 4:00 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | Redskins dinner |

Don't forget to let me know if you want to go, Friday night Oct 25.

1

DOJ-DS-001132

GTG-E000093239

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf |
|---|---|
| | of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Friday, October 18, 2002 11:26 AM |
| To: | 'David Safavian home' |
| Subject: | RE: 11000 Wilshire Boulevard, LA, CA 90024 |

This is from me by the way.

——Original Message——
From:  Boice, Jennifer (AdmAst-DC-AdGov)
Sent:  Friday, October 18, 2002 10:57 AM
To:      'David Safavian home'
Subject:      11000 Wilshire Boulevard, LA, CA 90024

Per our discussion, the attached has a site map of the LA property of interest to our friends.  They want to put up a
parking garage for the federal employee use, but also use the air rights to build condos, etc.   Please let me know if you
think this can happen.   Thanks David.

<< File: jho51300.PDF >>

1

DOJ-DS-001133

GTG-E000093234


jho51300.PDF (114
KB)

From:    Boice, Jennifer (AdmAst-DC-AdGov)
Sent:    Friday, October 18, 2002 10:57 AM
To:      'David Safavian home'
Subject:    11000 Wilshire Boulevard, LA, CA 90024

Per our discussion, the attached has a site map of the LA property of interest to our friends.  They want to put up a
parking garage for the federal employee use, but also use the air rights to build condos, etc.   Please let me know if you
think this can happen.   Thanks David.

1

DOJ-DS-001134

GTG-E000093230

FROM :                          FAX NO. :7602          Sep. 26 2002 11:03AM P3



Address is 11000 Wilshire Boulevard, Los Angeles, CA 90024 for the Federal Building in West L.A.

1-800-345-7334

Description: Los Angeles,CA Assessor Map 4324.00 Page: 1 of 1
Order: lizzzyy Comment:

DOJ-DS-001135

GTG-E000093231

FROM : FAX NO. :7602027302 Sep. 26 2002 11:04AM P4

liz guerrero

# NCS - FIRST AMERICAN TITLE

September 15, 2002 12:12:57 pm PST
LOS ANGELES COUNTY 2001-02 TAX ROLL

Report Origination ID: 58-F30-4

## Customer Service Request

APN 4324-017-903

PAYMENTS AS OF 09/08/200

TRA 01365 - LA COUNTY (UNINCORP) - 80

Legal LOT/SECT 12 BLK/DIV/TWN 13 SUB OF RO SAN JOSE DE BUENOS AYRES LOTON NE LINE OF SEPULVEDA BLVD COM NW THEREON 556 FT FROM INTERSECTION OF SD NE

Assessed Owner U S GOVT

| Taxes | 1st Half | 2nd Hal |
|---|---|---|
| Status | NO TAX DUE | NO TAX DUE |
| Payment Date | | |
| Total Tax | | .0 |
| Tax Install | .00 | .0 |
| Penalty | .00 | .0 |
| Balance Due | .00 | .0 |
| Total Taxes Due | | .0 |

### Additional Property Information

| REGION # | USE CODE | ZONE |
|---|---|---|
| 22 | 8800 | LCR4* |

End Of Report

DOJ-DS-001136

GTG-E000093232

FROM :    FAX NO. :7602    2    Sep. 26 2002 11:04AM P5



Description: Los Angeles,CA Assessor Map 4324.17 Page: 1 of 1
Order: lizzzyy Comment:

RANCHO SAN VICENTE Y SANTA MONICA
P. 3 - 30 - 31

SUBDIVISION OF
RANCHO SAN JOSE DE BUENOS AYRES
F.M.R. 26-19 - 25.

JUL 3 1 1995

BLK 13
SOLDIERS HOME

HOME FOR DISABLED
VOLUNTEER
SOLDIERS

SAN DIEGO    FRWY.

4324  17
SCALE 1" = 400'

1997

DOJ-DS-001137

GTG-E000093233

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, October 21, 2002 5:48 PM |
| **To:** | 'David Safavian Office', 'David Safavian home' |
| **Subject:** | tried to call you, left vmails |

DOJ-DS-001138

1

GTG-E000093229

| From: | Abramoff, Jack (Dir-DC-Gov) |
| --- | --- |
| Sent: | Wednesday, October 23, 2002 3:19 PM |
| To: | 'David Safavian home' |
| Subject: | want to go to the Redskins game on Sunday? |

DOJ-DS-001140

1

GTG-E000093244

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, October 23, 2002 9:34 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: David and GSA |

What do you suggest?

------Original Message-----
From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent:   Wednesday, October 23, 2002 5:08 PM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:    David and GSA

Jack,

I just spoke with the Staff Director of the Transportation subcommittee who works with GSA. He mentioned to me that the staff at GSA is working on the post office project right now in response to the Young/LaTourette letter. Apparently, the GSA staff does not want to respond in an official letter that they are going to give a complete contracting preference to hubzones. However, they want to make sure the two chairman are happy with the response. Therefore the GSA staff have called the Hill for ideas ( which led to the call to me ), made verbal commitments to work to implement the project in a way that the chairmen are comfortable with, and are trying to write a letter back to the Hill that potentially offers a preferential process, hubzone outreach, extra meetings or something like that but not concrete preference in contracting. Please advise. Thanks.

Neil

1

DOJ-DS-001139

GTG-E000093243

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, October 29, 2002 3:16 PM |
| To: | 'David Safavian Office' |
| Subject: | sent you an email to the home email |

DOJ-DS-001141

GTG-E000093255

**From:**      Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Tuesday, October 29, 2002 3:18 PM
**To:**        'David Safavian home'
**Subject:**   Utah Jazz Game for Wizards

Do you want to give our box to Cannon to use for that game? It's Thursday November 14. Of course, you and I should
sit on the court in the front row! Or you and I could take Chris and sit down there. Your call.

When are we getting together? I want to get that IT thing moving. I have the tribe lined up. Can you let me know which
contracts are available to bid on now? Also, I need to tell you about my golf lesson!

1

DOJ-DS-001142

GTG-E000093253

From:           Abramoff, Jack (Dir-DC-Gov)
Sent:           Wednesday, October 30, 2002 3:11 PM
To:             'David Safavian Office'
Subject:        where are you these days?  in town?

How about some racquetball?

1

DOJ-DS-001143

GTG-E000093251

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Wednesday, November 06, 2002 3:36 PM
**To:** 'David Safavian Office'
**Subject:** you home yet?

DOJ-DS-001144

GTG-E000093276

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Thursday, November 07, 2002 8:21 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | Re: you home yet? |

He's not one of my folks period. Why r u meeting with him? If he used my name to ge the meeting cancel it.
Jack Abramoff

-----Original Message-----
From: david.safavian@gsa.gov <david.safavian@gsa.gov>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Thu Nov 07 09:10:47 2002
Subject: RE: you home yet?


And I took a meeting with Schiffman. Not one of your top folks, FYI.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████
Fax: (202) ████
Email: david.safavian@gsa.gov




|                          |        |                       |
|--------------------------|--------|-----------------------|
| abramoffj@gtla<br>w.com  | To:    | david.safavian@gsa.gov |
|                          | cc:    |                       |
| 11/07/2002               | Subject: | RE: you home yet?   |
| 09:07 AM                 |        |                       |




you free for a 1 PM lunch? We HAVE to start playing racquetball!

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Thursday, November 07, 2002 8:59 AM
To:  abramoffj@gtlaw.com
Subject:  Re: you home yet?


Just got in today. Big win in MO.

What's new?

DHS

David H. Safavian

1

DOJ-DS-001146

GTG-E000093273

Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████
Fax: (202) ████████
Email: david.safavian@gsa.gov

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

2

DOJ-DS-001147

GTG-E000093274

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Thursday, November 07, 2002 8:34 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: you home yet? |

Let me know when you can get together. See home email.

    -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, November 07, 2002 9:10 AM
To:    abramoffj@gtlaw.com
Subject:    RE: you home yet?


I wish I could.  I am snowed under with Homeland issues.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov

| | |
|---|---|
| abramoffj@gtla w.com<br><br>11/07/2002<br>09:07 AM | To:    david.safavian@gsa.gov<br>cc:<br>Subject:    RE: you home yet? |

you free for a 1 PM lunch? We HAVE to start playing racquetball!

    -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:    Thursday, November 07, 2002 8:59 AM
To: abramoffj@gtlaw.com
Subject:    Re: you home yet?


Just got in today. Big win in MO.

What's new?

DHS

David H. Safavian
Chief of Staff

1

DOJ-DS-001148


GTG-E000093271

General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS-001149

GTG-E000093272

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, November 07, 2002 8:34 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | want to go to the ravens game on Sunday? |

DOJ-DS-001150

GTG-E000093270

From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, November 07, 2002 3:36 PM
To:      abramoffj@gtlaw.com
Subject:    RE: Tina Jonas

Renee Courtland.  501-████

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) █████
Fax: (202) ██████
Email: david.safavian@gsa.gov


           abramoffj@gtla          To:      david.safavian@gsa.gov
           w.com                   cc:
                                   Subject:    RE: Tina Jonas
           11/07/2002
           02:07 PM


Great.  We'll set it up.  Who is your assistant?

 -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Thursday, November 07, 2002 1:26 PM
To:  abramoffj@gtlaw.com
Subject:  Re: Tina Jonas


Absolutely.  Any excuse to have lunch with you.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405

                                    1              DOJ-DS-001155


                                                GTG-E000093263

Tel: (202) ▓▓▓▓▓
Fax: (202) ▓▓▓▓▓
Email: david.safavian@gsa.gov

| | | |
|---|---|---|
| abramoffj@gtla | To: | david.safavian@gsa.gov |
| w.com | cc: | |
| | Subject: | Tina Jonas |
| 11/07/2002 | | |
| 01:11 PM | | |

Is my former assistant from 1982 and, after serving as a top staffer on House Defense
Approps and as Deputy Under Sec of Defense, is now the CFO of the FBI.  You guys need to
know each other.  Can I arrange for the three of
us to have lunch?   We'll be in touch with your secretary.  Thanks David.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

DOJ-DS-001156

GTG-E000093264

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, November 18, 2002 5:42 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: when are we playing racquetball? |

Yup.  See you then.

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, November 18, 2002 8:43 AM
To:     abramoffj@gtlaw.com
Subject:    Re: when are we playing racquetball?


This week is tough with all the terrorrism alerts around the country.  And next week, I am
in Italy for some R&R.

Are we still having lunch this week?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202)
Fax: (202) ████████
Email: david.safavian@gsa.gov


|                          |                                            |
|--------------------------|--------------------------------------------|
| abramoffj@gtla           | To:    david.safavian@gsa.gov              |
| w.com                    | cc:                                        |
|                          | Subject:    when are we playing racquetball? |
| 11/18/2002               |                                            |
| 12:00 AM                 |                                            |


The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

1

DOJ-DS-001160

GTG-E000093277

**From:**      Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoff]] on behalf
               of Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Sunday, November 17, 2002 10:52 PM
**To:**        'David Safavian Office'
**Subject:**   when are we playing racquetball?

DOJ-DS-001162

GTG-E000093285

**From:**  Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj]] on behalf of Abramoff, Jack (Dir-DC-Gov)
**Sent:**  Monday, November 18, 2002 9:42 AM
**To:**  'David Safavian home'
**Subject:**  FW: OPO BUILDING PROJECT

David, just wanted to let you see the team we have on the OPO, as well as the Chitimacha tribe. Let me know if you think there are any problems. See you soon.

——Original Message——
From: Grohcompanies@aol.com [mailto:Grohcompanies@aol.com]
Sent: Friday, November 15, 2002 1:56 PM
To: abramoffj@gtlaw.com
Subject: OPO BUILDING PROJECT

The following is a tentative list of the team that we're putting together for this project:

Developer - Groh Hotel Corp. - Virginia Beach, Va,
    (Has developed 34 hotels)
Contractor - Whiting-Turner Construction - Batimore, Md.
    (8th largest in the US)
Architects -  RTKL Associates - Baltimore, Md.
    (One of the largest in th US)
Designers  -  Frank Nicholson Associes - Concord, Mass.
    (Has designed more five star hotels than any design firm)
Feasibility Study - HVS Associates - Mineola, N.Y.
    (Largest firm of its type in US)
Hotel Brand - Regent Hotels - Minneapolis, Minn.
    (Five Star brand equal to Ritz Carlton or Four Seasons with a significant Asian presence)

if there is any problem with any of the members, now is the time to know about them.

Regards.. Norman

DOJ-DS-001163

5/8/2004

GTG-E000093284

**From:**   Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
            Abramoff, Jack (Dir-DC-Gov)
**Sent:**   Monday, November 18, 2002 8:39 PM
**To:**     'MerrittDC@aol.com'
**Subject:** RE: FW: OPO BUILDING PROJECT

Yes. we'll put it together.

——Original Message——
From: MerrittDC@aol.com [mailto.MerrittDC@aol.com]
Sent: Monday, November 18, 2002 11:32 AM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO BUILDING PROJECT

In a message dated 11/18/2002 11:18:37 AM Eastern Standard Time, abramoffj@gtlaw.com writes:

David, just wanted to let you see the team we have on the OPO, as well as the Chitimacha tribe.  Let me know if
you think there are any problems. See you soon.

OUTSTANDING!!! I assume that it will be under the auspices of the Tribe to get HubZone status?

DHS

DOJ-DS 0014908

5/7/2004

GTG-E000391044

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, November 20, 2002 3:02 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: Another Public Meeting -- GSA Plans re: demolition of structures at White Oak |

Is that property worth revisiting?

-----Original Message-----
From: Sheila ██████████ [mailto:███████████]
Sent: Wednesday, November 20, 2002 3:37 PM
To: ████████████████████████████████████████████████████████████████;
██████████████████████████████████████████████████████████████████████;
██████████████████████████████████████████████████████████████████████;
████████████████████████████ ; abramoffj@gtlaw.com;
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████ ;
██████████████████████████████████████████████ ;

Subject: Another Public Meeting -- GSA Plans re: demolition of structures at White Oak

Dear Everyone,

Recently I received notice of another public meeting. The General Services Administration
(GSA) is preparing an Environmental Assessment (EA) for the phased demolition of
approximately 184 structures in the 300 area of the Federal Research Center at White Oak.
The 300 area is described in the notice as extending from Dahlgren Road to the southern
perimeter of the research site. This is NOT the New Hampshire Avenue side of the research
center site. Therefore is it not directly adjacent to our neighborhood. However, I do not
know the implications for our neighborhood.

The meeting is referred to as a "Public Scoping Meeting" with the purpose of allowing
"members of the community and the general public an opportunity to assist GSA in
identifying potential impacts and potential problems that may occur as a result of the
proposed Federal action" (of demolishing approximately 184 structures at the Federal
Research Center at White Oak). This meeting is scheduled for Thursday (TOMORROW) of this
week, November 21 from 6:30 to 8:30 p.m. in the CHI Centers, located at 10501 New
Hampshire Ave., Silver Spring.

I plan to attend the meeting. If you would like to see the original notice or the map
that accompanied the notice, please let me know and will make copies for you.

I hope that some of you will be able to attend the two meetings that are scheduled today
at 5 p.m. regarding the Purple Line planning and at 8 p.m. regarding Go Montgomery! The
Go Montgomery! meeting is located close to our neighborhood at the CHI Center in
Hillandale on New Hampshire, as indicated in may earlier message to you.

Best regards,

Sheila

301-█████████

DOJ-DS-001164

GTG-E000093286

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, December 08, 2002 11:55 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: OPO |

Any ideas on this one? our developer wants to get info if possible. thanks David.

-----Original Message-----
From:    van Horne, Jon (Shld-DC-Legis)
Sent: Sunday, December 08, 2002 12:37 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Cc:   Tesler, Shana (Assoc-DC-Legis)
Subject:   OPO

We need to figure out what info we can get from GSA.  Groh wants plans, etc.,  Could your
contact determine what might be reasonably available and what their new time frame is?

DOJ-DS-001166

GTG-E000092544

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, December 09, 2002 7:25 AM |
| To: | 'David Safavian home' |
| Subject: | OPO plans |

Regarding the security concerns, is it something we could work through by handling procedures, or is there a clearance issue too?

1

DOJ-DS-001169

GTG-E000092541

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, December 10, 2002 6:54 AM |
| To: | 'David Safavian Office' |
| Subject: | you in town Wed or Thurs this week? |

DOJ-DS-001170

GTG-E000092595

1

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Friday, December 13, 2002 12:29 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Here is the invitation |

Thanks.  I'll be there.  Please don't mistake me for Santa Claus!  He's much thinner than I am.

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, December 13, 2002 12:56 PM
To:   david.safavian@gsa.gov
Subject:    Here is the invitation

  << File: pic12105.pcx >> Hope you can join us.

Best wishes this holiday season.

David

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov


            (Embedded image moved to file: pic12105.pcx)

                    Mark your calendars

            Administrator and Mrs. Stephen A. Perry
                  Invites you to join them
              to Celebrate the Holiday Season.

                Wednesday, December 18, 2002
                    12 noon until 3:00 p.m.
                Ceremonial Office - Suite 6137

DOJ-DS-001171


GTG-E000092567

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, December 15, 2002 4:05 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | you in town this week to get together? |

1

DOJ-DS-001173

GTG-E000092564

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, December 18, 2002 2:37 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: GSA post office project letter |

Fax Image.TIF (76
KB)

I assume you saw this.

——Original Message——
From:   Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent:   Wednesday, December 18, 2002 3:03 PM
To:     Abramoff, Jack (Dir-DC-Gov); van Horne, Jon (Shld-DC-Legis); Short, Stephanie Leger (Assoc-DC-Gov/Adm);
Tesler, Shana (Assoc-DC-Legis)
Subject:     GSA post office project letter

Here is GSA response to the Hill

——Original Message——
From:   RightFAX E-mail Gateway
Sent:   Wednesday, December 18, 2002 2:36 PM
To:     Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject:     A new fax has arrived from 202 225 ████ (Part 1 of 1)

Time: 12/18/2002 2:33:53 PM
Received from remote ID: 202 225 ████
Inbound user ID VOLZN, routing code 143
Result: (0/352;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 01:38 on channel 2

Fax Images: [double-click on image to view page(s)]

DOJ-DS-001174

1

GTG-E000092585

DEC-18-2002 WED 03:34 PM CONG S LATOURETTE         FAX NO. 202 225 3307         P. 01

# Congressman Steven C. LaTourette
### 19th District of Ohio

• 2453 Rayburn House Office Building • Washington, D.C. 20515
• 202-225-5731 • Fax 202-225-3307

## FACSIMILE TRANSMITTAL

TO: Neil Volz

FAX #: 261-0143

RE:

DATE:

PAGES (INCLUDING COVER SHEET): 3

FROM:

[ ] Congressman LaTourette
[ ] Jennifer Laptook /Chief of Staff
[ ] Kathy Kato
[ ] Jackie Allenbaugh
[ ] Terry McNaughton
[ ] Jason Kratovil
[ ] Colleen Peppard
[ ] Deborah Setliff
[ ] Paula Steiner
[ ] Intern

Comments:

DOJ-DS-001175

GTG-E000092586

DEC-18-2002 WED 03:36 PM CONG S LATOURETTE          FAX NO. 202 225 3307          P. 02

**GSA**

GSA Administrator

November 19, 2002

$FYI$

The Honorable Steven C. LaTourette
Chairman, Subcommittee on Economic
Development, Public Buildings,
and Emergency Management
Committee on Transportation
and Infrastructure
House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

Thank you for your letter of September 12, 2002, requesting that the General Services Administration (GSA) provide advance opportunities to HUBZone small businesses to submit proposals in support of the redevelopment of the Old Post Office Building (OPO), located on Pennsylvania Avenue. We are redeveloping the OPO under Section 111 of the National Historic Preservation Act, and plan to start the redevelopment in the near future by issuing a Request for Qualifications (RFQ) to interested developers.

The redevelopment of the OPO will require significant diversity in skills and experience. Qualified participants, for example, will be required to have expertise in such fields as historic preservation, architecture/design, real estate finance, construction management, utilization, commercial development, residential development, and property management. We believe it unlikely that any single firm possesses the breadth of knowledge and experience needed for this project. Based on the diverse nature of this requirement, we expect development teams to respond to the RFQ.

GSA anticipates that there will be many opportunities for small business concerns which will include HUBZone small businesses, minority, and women-owned businesses. We anticipate opportunities for small businesses to participate either as development team members or subcontractors to team members.

Because we are committed to maximizing small business participation in the redevelopment, GSA will conduct a small business networking session in support of this project. This session will provide a forum to introduce prospective offerors to interested small businesses.

U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
Telephone: (202) 501-0800
Fax: (202) 219-1243
www.gsa.gov

DOJ-DS-001176

GTG-E000092587

-2-

GSA will broadly publicize the event. In addition, to encourage participation, and maximize HUBZone small business concern attendance, we are working with the Small Business Administration (SBA) to identify HUBZone vendors in the Metropolitan Washington, DC area. We will provide advance notice of this event to HUBZone small businesses.

We conducted a similar small business networking session on October 11, 2002 for our National Oceanic and Atmospheric Administration, Census Bureau and the Bureau of Alcohol, Tobacco and Firearms projects. This session, held at the National Building Museum, was very successful. We had high attendance, and it provided small businesses with the opportunity to showcase their qualifications and experience to potential prime contractors for these significant projects. Similarly, we anticipate that the GSA networking session will result in additional small business opportunities for HUBZone businesses.

I hope that this information addresses your concerns. However, if you require any additional information, please do not hesitate to contact me at (202) 501-0800, or Mr. Donald C. Williams, Regional Administrator, National Capital Region, at (202) 708-9100.

Sincerely,

Stephen A. Perry
Administrator

cc: The Honorable Don Young

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, December 19, 2002 11:23 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: GSA post office project letter |

Fax Image.TIF (76
KB)

        Thoughts?

-----Original Message-----
From:    van Horne, Jon (Shld-DC-Legis)
Sent: Thursday, December 19, 2002 11:35 PM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:    FW: GSA post office project letter


This is about the Old Post Office.  Not the ringing endorsement of hubzone primes that we
were hoping for.  Do we need to talk to David again? -----Original Message-----
From: Volz, Neil G. (AstDir-DC-Gov/Adm)
To:    Abramoff, Jack (Dir-DC-Gov); van Horne, Jon (Shld-DC-Legis); Short, Stephanie Leger
(Assoc-DC-Gov/Adm); Tesler, Shana (Assoc-DC-Legis)
Sent: 12/18/2002 3:03 PM
Subject:    GSA post office project letter

Here is GSA response to the Hill
> -----Original Message-----
>From:     RightFAX E-mail Gateway
>Sent:     Wednesday, December 18, 2002 2:36 PM
>To:  Volz, Neil G. (AstDir-DC-Gov/Adm)
>Subject:  A new fax has arrived from 202 225 ████ [Part 1 of 1]
>
>Time: 12/18/2002 2:33:53 PM
>Received from remote ID: 202 225 ████
>Inbound user ID VOLZN, routing code 143
>Result: (0/352;0/0) Successful Send
>Page record: 1 - 3
>Elapsed time: 01:38 on channel 2
>
>Fax Images: [double-click on image to view page(s)] <<Fax Image.TIF>>

DOJ-DS-001181

GTG-E000092573

DEC-18-2002 WED 03:34 PM CONG S LATOURETTE          FAX NO. 202 225 3307          P. 01

# Congressman Steven C. LaTourette
## 19th District of Ohio

• 2453 Rayburn House Office Building • Washington, D.C. 20515
• 202-225-5731 • Fax: 202-225-3307

## FACSIMILE
## TRANSMITTAL

TO: _Neil Volz_

FAX #: _261-0143_

RE: _____

DATE: _____

PAGES (INCLUDING COVER SHEET): _3_

FROM:

[ ] Congressman LaTourette
[ ] Jennifer Laptook /Chief of Staff
[ ] Kathy Kato
[ ] Jackie Allenbaugh
[ ] Terry McNaughton
[ ] Jason Kratovil
[ ] Colleen Peppard
[ ] Deborah Setliff
[ ] Paula Steiner
[ ] Intern

Comments: _Neil — here are the providers we discussed. Is there a way to get moving on these?_

DOJ-DS-001182

GTG-E000092574



GSA Administrator

*F Y I*

November 19, 2002

The Honorable Steven C. LaTourette
Chairman, Subcommittee on Economic
    Development, Public Buildings,
    and Emergency Management
Committee on Transportation
    and Infrastructure
House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

Thank you for your letter of September 12, 2002, requesting that the General Services Administration (GSA) provide advance opportunities to HUBZone small businesses to submit proposals in support of the redevelopment of the Old Post Office Building (OPO), located on Pennsylvania Avenue. We are redeveloping the OPO under Section 111 of the National Historic Preservation Act, and plan to start the redevelopment in the near future by issuing a Request for Qualifications (RFQ) to interested developers.

The redevelopment of the OPO will require significant diversity in skills and experience. Qualified participants, for example, will be required to have expertise in such fields as historic preservation, architecture/design, real estate financing, construction management, utilization, commercial development, residential development, and property management. We believe it is unlikely that any single firm possesses the breadth of knowledge and experience needed for this project. Based on the diverse nature of this requirement, we expect development teams to respond to the RFQ.

GSA anticipates that there will be many opportunities for small business concerns which will include HUBZone small businesses, minority, and women-owned businesses. We anticipate opportunities for small businesses to participate either as development team members or subcontractors to team members.

Because we are committed to maximizing small business participation in the redevelopment, GSA will conduct a small business networking session in support of this project. This small business session will provide a forum to introduce prospective offerors to interested small businesses.

U.S. General Services Administration
1800 F Street, NW
Washington, DC 20405-0002
Telephone: (202) 501-0800
Fax: (202) 219-1243
www.gsa.gov

DOJ-DS-001183

GTG-E000092575

-2-

GSA will broadly publicize the event. In addition, to encourage participation, and maximize HUBZone small business concern attendance, we are working with the Business Administration (SBA) to identify HUBZone vendors in the Metropolitan, Washington, DC area. We will provide advance notice of this event to HUBZone small businesses.

We conducted a similar small business networking session on October 11, 2002 for our National Oceanic and Atmospheric Administration, Census Bureau and the Bureau of Alcohol Tobacco and Firearms projects. This session, held at the National Building Museum, was very successful. We had high attendance, and it provided small businesses with the opportunity to showcase their qualifications and experience to potential prime contractors for these significant projects. Similarly, we anticipate that the GPO networking session will result in additional small business opportunities for HUBZone businesses.

I hope that this information addresses your concerns. However, if you require any additional information, please do not hesitate to contact me at (202) 501-0800, or Mr. Donald C. Williams, Regional Administrator, National Capital Region, at (202) 708-9100.

Sincerely,

Stephen Anthony
Administrator

cc: The Honorable Don Young

DOJ-DS-001184

GTG-E000092576

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, December 24, 2002 8:44 AM |
| **To:** | 'David Safavian Office', 'David Safavian home' |
| **Subject:** | today |

I'll meet you at Stacks. When you get there, just tell them you are with me, in case you beat me there.

1

DOJ-DS-001192

GTG-E000093299

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, December 24, 2002 8:51 AM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: FW: Capitol Region Head of FPS Vacancy |

Thanks.

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, December 24, 2002 9:41 AM
To:    abramoffj@gtlaw.com
Subject:    Fwd: FW: Capitol Region Head of FPS Vacancy

 << File: Tom Francis Resume.doc >>  << File: GSA Job Vacancy.doc >> Have Ben tell his
brother in law to go thru the formal application process on line and we'll see what
happens. DHS David H. Safavian Chief of Staff General Services Administration 1800 F
Street, N.W., Room 6137 Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov

----- Forwarded by David H. Safavian/A/CO/GSA/GOV on 12/24/2002 09:42 AM
-----

| | | | |
|---|---|---|---|
| | MerrittDC@aol.<br>com | To:    david.safavian@gsa.gov | |
| | | cc: | |
| | | Subject:    Fwd: FW: Capitol Region Head of FPS | |

Vacancy
12/24/2002
09:12 AM

1

DOJ-DS-001193

GTG-E000093298

**From:**     Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
          Abramoff, Jack (Dir-DC-Gov)
**Sent:**     Tuesday, December 24, 2002 8:18 AM
**To:**       'MerrittDC@aol.com'
**Subject:** RE: FW: Capitol Region Head of FPS Vacancy

Sounds good.  See you today.

——-Original Message——-
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, December 24, 2002 9:12 AM
To: abramoffj@gtlaw.com
Subject: Re: FW: Capitol Region Head of FPS Vacancy

In a message dated 12/24/2002 12:26:18 AM Eastern Standard Time, abramoffj@gtlaw.com writes:

This under your control?

It is under my control.  I can tell you that we have a VERY strong candidate from the US Marshals Service.  If Mr.
Francis is interested in other positions with FPS before the organization is moved to Homeland Security, he is free
to call me.

David

DOJ-DS007460

5/8/2004

**From:**  Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:**  Tuesday, December 24, 2002 1:12 PM

**To:**  'David Safavian home'; 'Rodney Lane'

**Subject:** "East Meets West" - Ring in the New Year with Signatures Restaura nt

Let me know which one (or both!) you want to attend. We have 2 seatings at Sigs for New Years. Rodney,
please make sure David is taken care of. Thanks.

Ring in the New Year at Signatures!
801 Pennsylvania Avenue, NW
Reservations 202-628-5900

Choose from two different dinner seatings with two special menus

The second seating offers a unique five-course tasting menu
"East meets West"
Each course features a Western version prepared by Executive Chef Morou
and an Eastern version prepared by our Sushi Chef Jeff

Guests will also enjoy the great jazz tunes of Lou Natale all evening long

1st Seating 5:30 pm - 7:00 pm
$50/person, exclusive of tax and gratuity

To Begin
Select one of the following
Lobster and "Pearls"
French Butter-Poached Maine Lobster, Tricolor Peppers,
Red Onions and Black Tapioca Pearls
Wild Mushroom Gratinee
Seasonal Forest Mushrooms Simmered with Garlic, Madeira and Cream Silky
Chestnut and Parmesan Rind Bisque Pumpkin Flan, Green Onion and Crème
Fraiche
Warm Chicory Salad
Sliced Granny Smiths, Crispy Virginia Bacon, Toasted
Walnuts and Sherry-Bacon Vinaigrette

Main Course
Select one of the following:
'Salmon Shank' Tempura
Slow-Baked Quince, Pumpkin-Roasted Rice Tea Broth,
and Horseradish Mashed Potatoes
Pan-seared Muscovy Duck Breast
Honey -Lavender Brushed with Foie Gras and Date Fritters,
Apple-Walnut Salad and Caramelized Kumquat Sauce

DOJ-DS-001194

5/7/2004

GTG-E000093294

Pan-Roasted Cashew-Crusted Chicken
Pounded Sweet Plantain Mash, Sautéed Spinach and
Wild Melon-Seed Harissa
Grilled Filet Mignon
Flash-Seared Bitter Greens, Wine-Marrow Reduction,
"Mac and Cheese" Ragout and Oregon Black Truffle

To Finish
Select one of the following:
Crème Brûlée with Tahitian Vanilla
Hazelnut Ganache Cake
Served Warm, with Raspberry Vanilla Ice Cream Swirl
Signatures Cheesecake with a Ginger Crust and Peach Compote
Champagne and Strawberries
Dark Chocolate truffles, Champagne Sorbet and
Caramel Balsamico Sauce

2nd Seating
East meets West
8:00 pm - until...
Live music, party favors, champagne toast
$95/person, exclusive of tax and gratuity
$135/person paired with wine, exclusive of tax and gratuity

An elegant celebration featuring the Signatures of
Executive Chef Morou and Sushi Chef Jeff

Hawaiian Clay Salt Baked Sea Bream
Pink Grapefruit, Amaranth Cake and Fresh Coriander Froth
and
Broiled Japanese Tai
with Kyoto Miso Glaze, Braised Five Hour Daikon and Mikan Compote

Caramelized Lobster Filet
with Oregon Black Truffle, Black Quinoa and Palm Oil Foam
and
Tian of Lobster Sashimi
with Beluga Caviar and Wasabi Sauce

Smoked Quail Shank
Port Braised Figs and Celery Root Risotto
and
Pan Roasted Quail Breast
with Ginger and Five Spice Dust

Kobe Beef Tenderloin
Golden Barley-Kobe tail Gratin, Foie Gras Butter and Sun Dried Okra powder
and
Kobe Beef Tataki
Seared Carpaccio of Kobe with Orange Soy Vinaigrette and Grated Chile Radish

DOJ-DS-001195

5/7/2004

GTG-E000093295

Chocolate Banana Split
and
Banana Nigiri

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

The information contained in this transmission may contain
privileged and confidential information. It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

DOJ-DS-001196

5/7/2004

GTG-E000093296

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, January 06, 2003 1:39 PM |
| To: | 'David Safavian home' |
| Subject: | Stanley Black |



a5s36100.PDF (61 KB)

    Hi David. The attached is from a very good friend of our family. can you give me any advice to pass back to him on this? not a huge priority, but if we can do it with little effort, it would be nice. Thanks so much.

1

DOJ-DS-001197

GTG-E000093589

VIA TELEFAX (760) ▓▓▓▓▓▓▓



**Black Equities**
OWNERS OF INCOME PROPERTIES

December 4, 2002

Frank Abramoff
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓, CA 92270

RE:  GSA Lease ▓▓▓▓▓▓▓▓
      6730 Sunset Boulevard, Los Angeles, CA
      Hollywood SSA Office

Dear Frank:

The above information pertains to the GSA lease that I discussed with you. Although the lease was recently extended, there is a cancellation privilege for early termination.

We had been negotiating, including submitting a "Request for Proposal" to GSA over the last eighteen months to extend the lease for an additional term. Our proposal included extensive remodeling, including expansion into the approximate 5,000 adjacent square feet currently occupied by a third party. We also submitted a rendering of the proposed newly remodeled facility, which met with approval from the local personnel.

However, after considerable expense in preparing the proposal, renderings, etc., we were then informed that GSA was unable to go forward with a long-term lease and therefore we were given the shorter term, which included a cancellation privilege.

We have made numerous attempts to obtain information as to what GSA's future plans are for this location and have been met with a brick wall. We are not sure if the people we are dealing with actually do not know what the future plans are, or if they are not allowed to discuss them with us.

Needless to say, we are now at a disadvantage on how to proceed with the future of our property. Keep in mind that the tenant occupying the adjacent space is on a month-to-month lease. Based on indications we had received from GSA, we had previously bought out a lease from another long-term occupant for a considerable sum. As you can see, this is even more frustrating as we could have maintained that lease in place and not had this additional expense.

All we are asking at this time is for someone to give us a definite answer as to what GSA's plans are. Are they going to stay or are they planning to either close or relocate this office.

DOJ-DS-001198

433 North Camden Drive, Suite 1070, Beverly Hills, California 90210   Telephone (310) ▓▓▓▓   Fax (310) ▓▓▓▓

2002/100.P √2687*      BLACK EQUITIES      ▓▓▓▓ 310 14:36, 2002,10, DEC

GTG-E000093590

Page Two
December 4, 2002

RE:    GSA Lease/Hollywood

Anything you can do to get an answer for us will be greatly appreciated.

Thanking you in advance for your assistance.

Sincerely,

Stanley Black

SB/ms

DOJ-DS-001199

GTG-E000093591

VIA TELEFAX (760) ████████

December 4, 2002



**Black Equities**
OWNERS OF INCOME PROPERTIES

Frank Abramoff
████████████
██████████, CA 92270

    RE:  GSA Lease ████████████
         6730 Sunset Boulevard, Los Angeles, CA
         Hollywood SSA Office

Dear Frank:

The above information pertains to the GSA lease that I discussed with you. Although the lease was recently extended, there is a cancellation privilege for early termination.

We had been negotiating, including submitting a "Request for Proposal" to GSA over the last eighteen months to extend the lease for an additional term. Our proposal included extensive remodeling, including expansion into the approximate 5,000 adjacent square feet currently occupied by a third party. We also submitted a rendering of the proposed newly remodeled facility, which met with approval from the local personnel.

However, after considerable expense in preparing the proposal, renderings, etc., we were then informed that GSA was unable to go forward with a long-term lease and therefore we were given the shorter term, which included a cancellation privilege.

We have made numerous attempts to obtain information as to what GSA's future plans are for this location and have been met with a brick wall. We are not sure if the people we are dealing with actually do not know what the future plans are, of if they are not allowed to discuss them with us.

Needless to say, we are now at a disadvantage on how to proceed with the future of our property. Keep in mind that the tenant occupying the adjacent space is on a month-to-month lease. Based on indications we had received from GSA, we had previously bought out a lease from another long-term occupant for a considerable sum. As you can see, this is even more frustrating as we could have maintained that lease in place and not had this additional expense.

All we are asking at this time is for someone to give us a definite answer as to what GSA's plans are. Are they going to stay or are they planning to either close or relocate this office.

DOJ-DS-001200

433 North Camden Drive, Suite 1070, Beverly Hills, California 90210   Telephone (310) ██████   Fax (310) ████████

GTG-E000093590

Page Two
December 4, 2002

RE:    GSA Lease/Hollywood

Anything you can do to get an answer for us will be greatly appreciated.

Thanking you in advance for your assistance.

Sincerely,

Stanley Black

SB/ms

DOJ-DS-001201

GTG-E000093591