**From:**   Abramoff, Jack (Dir-DC-Gov)
**Sent:**   Monday, January 06, 2003 3:02 PM
**To:**   'MerrittDC@aol.com'
**Subject:** RE: From Safavian

I have made a lot of progress on what we discussed at lunch.  When you are next free to get together, let's do so so I can bring you up to date.


-—-Original Message-—-
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, January 06, 2003 3:06 PM
To: abramoffj@gtlaw.com
Subject: From Safavian


Got your email. Let me dig in LA.

David

DOJ-DS-001203

GTG-E000093585

5/7/2004

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
            Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Monday, January 06, 2003 4:49 PM

**To:**    'MerrittDC@aol.com'

**Subject:** RE: From Safavian

Totally! 12:30?

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, January 06, 2003 5:22 PM
To: abramoffj@gtlaw.com
Subject: Re: From Safavian

In a message dated 1/6/2003 4:03:19 PM Eastern Standard Time, abramoffj@gtlaw.com writes:

I have made a lot of progress on what we discussed at lunch.  When you are next free to get together, let's do so
so I can bring you up to date.

How about some racquetball on Friday?  DHS

DOJ-DS-001204

5/9/2004

GTG-E000093584

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, January 08, 2003 10:53 PM |
| To: | 'David Safavian home' |
| Subject: | rb on Friday |

We on for 12:30?  Do you need a guest pass to the Y?

1

DOJ-DS-001208

GTG-E000093642

From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, January 09, 2003 11:51 AM
To:    abramoffj@gtlaw.com
Subject:    Re: Super Bowl 2003

Ill ask Steve.

---------------------------
Sent from my BlackBerry Wireless Handheld

        From:    abramoffj
        Sent:    01/09/2003 11:41 AM
        To:      david.safavian@gsa.gov
        Subject:      RE: Super Bowl 2003


Do you think Perry would like to come, or any of your other guys? -----Original
Message-----
From: david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, January 09, 2003 8:52 AM
To:    abramoffj@gtlaw.com
Subject:    Re: Super Bowl 2003

Count me in. Can I bring Jennifer?

---------------------------
Sent from my BlackBerry Wireless Handheld

        From:    abramoffj
        Sent:    01/09/2003 12:54 AM
        Subject:      Super Bowl 2003


I hope you will join us for a Super Bowl party at Stacks on Super Bowl Sunday, January 26,
2003.   The invitation is attached.  Please rsvp to me via email.  thanks so much!


<<SuperBowlInvite.doc>>

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message. To reply to our email administrator directly, please send an email
to postmaster@gtlaw.com. (See attached file: SuperBowlInvite.doc)

---

                                    1                          DOJ-DS-001209


                                                        GTG-E000093635

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

2

DOJ-DS-001210

GTG-E000093636

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, January 12, 2003 10:18 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | 8a contracts |

We are moving forward fast, but in order to get around the need for the 8a company to be in business a few years, we need to involve in the company those with relevant skill sets and government experience. Consequently, my guys are asking me to find out the first four or five contracts we might be competing for. Can you get me that info really fast? Thanks David.

Rb this week?

1

DOJ-DS-001211

GTG-E000093640

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, January 14, 2003 5:58 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | you in town this week? |

Sent you an email to your home address.  Rb this week?

DOJ-DS-001212

GTG-E000093679

From:      Abramoff, Jack (Dir-DC-Gov)
Sent:      Wednesday, January 15, 2003 1:54 PM
To:       'david.safavian@gsa.gov'
Subject:   RE: you in town this week?


That is indeed true!

   -----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, January 15, 2003 2:41 PM
To:  abramoffj@gtlaw.com
Subject:  RE: you in town this week?


Wish I could, but you know I am a hard working civil servant, and I hae the people's
business to do....

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ██████
Fax: (202) ██████
Email: david.safavian@gsa.gov




             abramoffj@gtla    To:   david.safavian@gsa.gov
             w.com           cc:
                           Subject:    RE: you in town this week?
             01/15/2003
             02:38 PM




Sounds good, though I'll be in Florida for the Nickles tournament (join me?). :)

   -----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:   Wednesday, January 15, 2003 12:58 PM
To: abramoffj@gtlaw.com
Subject: RE: you in town this week?


Love to. But I am all booked up that day, since I have had to calncel all my meetings
from yesterday and today. And the following week is toast, as I will be back to traveling
to my regional headquarters.

Can we talk on Sunday?

DHS

                        1                 DOJ-DS-001219


GTG-E000093667

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████
Fax: (202) ████
Email: david.safavian@gsa.gov

|                          |                            |
| ------------------------ | -------------------------- |
| abramoffj@gtla           | To:    david.safavian@gsa.gov |
| w.com                    | cc:                        |
|                          | Subject:    RE: you in town this |
| week?                    |                            |
| 01/15/2003               |                            |
| 12:45 PM                 |                            |

Gosh, sorry to hear that. can I take you out on Friday and get you some chicken soup at the deli?

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:    Wednesday, January 15, 2003 12:25 PM
To:    abramoffj@gtlaw.com
Subject:    Re: you in town this week?

Sorry. I have had the worst case of flu for the past couple of days.  Just getting to email. Raincheck on rb?DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████
Fax: (202) ████
Email: david.safavian@gsa.gov

|                          |                            |
| ------------------------ | -------------------------- |
| abramoffj@gtla           | To:    david.safavian@gsa.gov |
| w.com                    | cc:                        |

2                              DOJ-DS-001220

GTG-E000093668

Subject:      you in town this week?

01/14/2003

07:05 PM

Sent you an email to your home address.  Rb this week?

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

3

DOJ-DS-001221

GTG-E000093669

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Thursday, January 16, 2003 4:54 PM |
| To: | 'David Safavian home' |
| Subject: | FW: 8a contracts |

If you have a chance, let me know how I can make it easier for you to get me the info on this. Thanks.

-----Original Message-----
From:  Abramoff, Jack (Dir-DC-Gov)
Sent:   Sunday, January 12, 2003 11:53 PM
To:     David Safavian home
Subject:    8a contracts

We are moving forward fast, but in order to get around the need for the 8a company to be in business a few years, we need to involve in the company those with relevant skill sets and government experience. Consequently, my guys are asking me to find out the first four or five contracts we might be competing for. Can you get me that info really fast? Thanks David.

Rb this week?

1

DOJ-DS-001224

GTG-E000093664

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, January 21, 2003 10:31 PM |
| **To:** | 'David Safavian Office' |
| **Subject:** | are you in town? |

Have you had a chance to see the email I sent to your home email yet?

DOJ-DS-001226

GTG-E000093655

**From:**      Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
                of Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Wednesday, January 22, 2003 9:31 AM
**To:**        'David Safavian Office'
**Subject:**   Cantor event

Is 6:30 tomorrow night at Stacks. 1101 Penn Ave. see you there.

DOJ-DS-001228

GTG-E000093653

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, January 23, 2003 5:07 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Cantor |

No problem.  See you Sunday.

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Thursday, January 23, 2003 6:06 PM
To:    abramoffj@gtlaw.com
Subject:    Cantor


Jack -- As you might have seen this morning on the front page of the Washington Post, I
have a small issue with Homeland I am dealing with.  As such, I wont be able to make it to
Stacks tonight as promised.  I apologize, but I am swamped.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov

1

DOJ-DS-001229


GTG-E000093645

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Saturday, February 01, 2003 9:17 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: 8a contracts |

You mentioned you might have an email for me on this?

—---Original Message-----
From:    Abramoff, Jack (Dir-DC-Gov)
Sent:    Sunday, January 12, 2003 11:53 PM
To:      David Safavian home
Subject:     8a contracts

We are moving forward fast, but in order to get around the need for the 8a company to be in business a few years, we need to involve in the company those with relevant skill sets and government experience. Consequently, my guys are asking me to find out the first four or five contracts we might be competing for. Can you get me that info really fast? Thanks David.

Rb this week?

1

DOJ-DS-001230

GTG-E000093650

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, February 04, 2003 2:54 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: any thoughts on the discussion we had last night? |

Thanks David. You are great.

    -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, February 04, 2003 3:33 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: any thoughts on the discussion we had last night?

My guys are crashing on a natl security project today. I should have a better idea of our
inventory by noon Wed.

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ███████
Fax: (202) ███████

---------------------------
Sent from my BlackBerry Wireless Handheld

        From: abramoffj
        Sent: 02/04/2003 03:06 PM
        To: david.safavian@gsa.gov
        Subject: any thoughts on the discussion we had last night?

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

1

DOJ-DS-001234

GTG-E000093643

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf |
|---|---|
|  | of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Friday, February 07, 2003 12:11 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Four things |

Hi David. I'll be at Sigs at 1:30. see you there. had dinner last night with Dan Snyder
there. he loved the tuna tempura. Told him about you (he's a racquetball nut) and our
trip to Scotland. Was a lot of fun. Jon Van Horne and Jeff Houle are best on the 8a.
who should they call? thanks for anything you can do on Eshkol.

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, February 07, 2003 12:31 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:    Four things

Jack - Four quick things:

1. We just went to ORANGE alert status for terrorism. Fyi.

2. My folks are set to brief your team on 8a contracting opportunities. Who is the best
person to get that briefing?

3. Still trying to find some space for Eschkol.

4. I'm sitting at Sigs. I love those tempura tuna rolls!

David

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) █████████
Fax: (202) █████████

----------------------------
Sent from my BlackBerry Wireless Handheld

DOJ-DS-001237

GTG-E000093595

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Monday, February 10, 2003 11:36 AM |
| To: | 'David Safavian Office' |
| Subject: | 8a |

Please let me know what our guys should do regarding hooking up on this. thanks. interested in racquetball this week?

1

DOJ-DS-001245

GTG-E000093686

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, February 11, 2003 5:13 PM |
| To: | 'David Safavian Office' |
| Subject: | FW: 8a |

How about rb on Thursday?

-----Original Message-----
From:   Abramoff, Jack (Dir-DC-Gov)
Sent:   Monday, February 10, 2003 12:40 PM
To:     David Safavian Office
Subject:        8a

Please let me know what our guys should do regarding hooking up on this.  thanks.  interested in racquetball this week?

1

DOJ-DS-001249

GTG-E000093684

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, February 12, 2003 4:04 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Ben Waldeman |

What's good for racquetball next week?

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, February 12, 2003 1:12 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Ben Waldeman


I finally have an idea for Ben.  Can you shoot me his phone number?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮▮▮▮▮▮
Fax: (202) ▮▮▮▮▮▮
Email: david.safavian@gsa.gov

1

DOJ-DS-001250

GTG-E000093680

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, February 12, 2003 5:39 PM |
| To: | 'David Safavian Office' |
| Subject: | 8a |

Was I supposed to get you the names for the 8a briefing?

1

DOJ-DS-001251

GTG-E000093677

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, February 13, 2003 11:16 AM |
| **To:** | 'David Safavian home' |
| **Subject:** | FW: OPO |

Let's discuss when you are free.  When are we getting together?

-----Original Message-----
From:        Tesler, Shana (Assoc-DC-Legis)
Sent: Thursday, February 13, 2003 11:51 AM
To:    van Horne, Jon (Shld-DC-Legis); Abramoff, Jack (Dir-DC-Gov)
Subject:    OPO


-----Original Message-----
From: james.s.kane@gsa.gov [mailto:james.s.kane@gsa.gov]
Sent: Thursday, February 13, 2003 10:31 AM
To:    jskane@bellatlantic.net
Subject:


Good morning, many potential bidders, for the opportunity to redevelop the Old Post
Office, have expressed interest in touring the facility. In response, GSA is scheduling
tours. Go to the Old Post Office website (www.gsa.gov/oldpostoffice) and look in the right
hand column for the section on tour information to find instructions on how to reserve
space on the tours, for the dates listed.

1

DOJ-DS-001252

GTG-E000093676

From:           Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
                of Abramoff, Jack (Dir-DC-Gov)
Sent:           Sunday, February 16, 2003 6:12 PM
To:             'David Safavian home'
Subject:        8a project

What do I need to do to get this moving?  I hate to see the time tick by.

1

DOJ-DS-001253

GTG-E000093665

From:       Abramoff, Jack (Dir-DC-Gov)
Sent: Wednesday, February 18, 2004 11:23 PM
To:     Boulanger, Todd A. (Dir-DC-Gov)
Subject:    FW: California Property

Let's discuss this when we get together about this project.

-----Original Message-----
From: david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, September 17, 2003 6:20 PM
To:     peter.stamison@gsa.gov
Subject:    California Property

Peter-
Can you have your folks check out a parcel of property in California for me?  It is in
Riverside County, bordered by Ramon Road and State Highway 10, and I believe it is in our
inventory.  It is designated as 80 acres and ownership is shown as U.S.A. 670.  It is
described as vacant desert land and, supposedly, in Cathedral City, CA.  There is no known
mailing address nor when the property was acquired.  It is described on the Riverside
County Assessor's Map as BK670, PG23 and the parcel number is 670230005.  Obviously, it
does not have any sale price or assessed value price because it is Government property.
Would you please have someone check out whether or not we have any plans to develop or
dispose of this parcel if its in our inventory? Thanks. DHS David H. Safavian Chief of
Staff General Services Administration 1800 F Street, N.W., Room 6137 Washington, D.C.
20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov

1

DOJ-DS-001254

GTG-E000092529

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Friday, February 21, 2003 10:35 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: catch up |

How about bringing her?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, February 21, 2003 11:30 AM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: catch up

I'd better take a rain check, since I've been on the road all week. Otherwise, Jenn might kill me.

But let's talk Sunday either way.

Dhs

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ▇▇▇▇
Fax: (202) ▇▇▇▇

----------------------------
Sent from my BlackBerry Wireless Handheld


        From: abramoffj
        Sent: 02/21/2003 11:19 AM
        To: david.safavian@gsa.gov
        Subject: RE: catch up

Sounds good.  up to come to the Wizards-Mavericks game at 12:30 on Sunday?

-----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:  Friday, February 21, 2003 10:50 AM
To:  Abramoff, Jack (Dir-DC-Gov)
Subject:  Re: catch up

Stuck in Dallas. Let's chat on Sunday?

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ▇▇▇▇
Fax: (202) ▇▇▇▇

----------------------------
Sent from my BlackBerry Wireless Handheld

1

DOJ-DS-001257

GTG-E000093656

From: abramoffj
Sent: 02/21/2003 10:21 AM
To: david.safavian@gsa.gov; Merrittdc@aol.com
Subject: catch up

Hi David. You around today? lunch? Next week? Want to catch up with you on a number of
fronts.

---

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

---

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

DOJ-DS-001258

GTG-E000093657

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, February 26, 2003 10:42 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: Joanna MacKay |

Hi there. I imagine it's too late tonight. how about tomorrow? do you want me to call you, or you me? on Joanna MacKay, Holly from my office is recommending her to replace Allison my secretary. What do you think? Who's Chris Mackay?

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, February 26, 2003 6:40 PM
To:  Abramoff, Jack (Dir-DC-Gov)
Subject:    Re: Joanna MacKay

She did. She is Chris MacKay's (Cannon's AA) litte sister, and a pretty good person. Hard worker, straight shooter and diligent. We still need to talk. I have one of our contracting folks ready to call Van Horne to walk him thru the opportunities for your Tribe. But I need to give you some background first. When can we talk?

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███
Fax: (202) ███
Email: david.safavian@gsa.gov


| | | |
|---|---|---|
| abramoffj@gtlaw.com | **To:** | david.safavian@gsa.gov |
| | **cc:** | |
| 02/26/2003 | **Subject:** | Joanna MacKay |
| 05:57 PM | | |


Do you know a Joanna MacKay who might have worked at one point for Cannon? Can you chat with me about her

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

1

DOJ-DS-001263

GTG-E000093637

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

2

DOJ-DS-001264

GTG-E000093638

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf |
|---|---|
| | of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Friday, February 28, 2003 4:45 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: OPO |

You have a horrible job/life! I need to correct that for you!!!

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, February 28, 2003 5:44 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:    RE: OPO


Noon on Tuesday works. I'll meet you there. For the same reasons I cant do Saturday, I
have a Sunday meeting as well (related to Iraq).

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███████
Fax: (202) ███████
Email: david.safavian@gsa.gov



| abramoffj@gtla w.com | To: cc: | david.safavian@gsa.gov |
|---|---|---|
| 02/28/2003 05:41 PM | Subject: | RE: OPO |


Perfect. Should we meet there at noon so I can get you a pass? By the way, interested in
the Caps on Sunday?

-----Original Message-----
From:   david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:   Friday, February 28, 2003 4:05 PM
To: Abramoff, Jack (Dir-DC-Gov)
Subject:    RE: OPO


I have a Homeland "thing" tomorrow night that I cant avoid. (Yes, I know tomorrow is
Saturday.)

How about some ball on Tiuesday at Noon?

DHS

1

DOJ-DS-001270

GTG-E000093597

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ███
Fax: (202) ███
Email: david.safavian@gsa.gov

|  |  |
|---|---|
| abramoffj@gtla<br>w.com<br><br>02/28/2003<br>03:46 PM | To:     david.safavian@gsa.gov<br><br>cc:<br><br>Subject:     RE: OPO |

Ouch. when can we get together?  Free tomorrow night for the Wiz game?

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Friday, February 28, 2003 2:35 PM
To:  Abramoff, Jack (Dir-DC-Gov)
Subject:  Fw: OPO

Fyi. Still getting pushback from OMB.

Dhs

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ███
Fax: (202) ███
--------------------------
Sent from my BlackBerry Wireless Handheld

     From: Anthony Costa
     Sent: 02/28/2003 02:29 PM
     To: david.safavian@gsa.gov
     Subject: Fw: OPO

FYI.  OMB has asked another set of questions...

2

DOJ-DS-001271

GTG-E000093598

---------------------------

Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Julie L. Haas
Sent: 02/25/2003 02:42 PM
To: ted.davis@gsa.gov
Cc: tony.costa@gsa.gov; paul.chistolini@gsa.gov
Subject: OPO

Ted,

I've reviewed the OPO information provided and have several
comments/questions:

1.  Assumptions for outlease income.  The information provided regarding the market
conditions for hotel/residential use in DC did not include an explanation on the
assumptions used to develop the outlease income estimates.  Please provide an explanation
on the assumptions behind the $20m estimate for hotel/residential use, $2m for outleasing
the east atrium, and $4m for outleasing the lower floors; the payment stream; and a
discussion on why these estimates changed from Sept. 2000.

2.  Economic analyses.  Various 30-year cost analyses were provided for several scenarios.
Unfortunately, its difficult to compare these analyses with one another because different
square footage was used.  To make the analyses consistent and comparisons easier, I
suggest that we revise them so that the
same square footage is assumed (249,936 usf) for all.   I recommend the
following scenarios:

    a.  OPO hotel/residential and Federal govt. in 249,936 usf leased space
    b.  Federal govt. occupies entire OPO (249,936 usf)
    c.  Demolish east atrium, Fed occupies 196,936 usf in OPO and 53,000 usf
    leased space
    d.  Outlease east atrium, Fed occupies 196,936 usf in OPO and 53,000 usf
    leased space
    e.  Outlease east atrium and lower floors, Fed occupies 140,936 usf in OPO
    and 109,000 usf leased space.

Further, since we are tweaking the e.a., please use the latest economic assumptions (1.9%
inflation; 5.1% discount rate; and 2.1% construction rate).

3.  R&A estimates.  Please provide an itemized breakout of the r&a work items assumed in
Sept. 2000 and Feb. 2003.  Why are we assuming 2 years for design, when previously we
assumed 1 year?  Why are the design and M&I assumptions the same for scenarios b, c, and d,
while the construction estimates are different?  Please explain why tenant alterations
almost double from the Sept. 2000 estimates.

4.  Please explain why interim housing more than doubled from the Sept. 2000 estimates.

Feel free to call me if you want to discuss.  I am around most of this week.  I will be
out of the office next week and will return on Tuesday, March 11.

Thanks,

Julie

3

DOJ-DS-001272

GTG-E000093599

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

4

DOJ-DS-001273

GTG-E000093600

| From: | Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Monday, March 03, 2003 8:16 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | Re: tomorrow |

I tore my hamstring a bit playing latourette on friday. I can still play (played today with him and beat him with my torn hamstring) but if u would like to have lunch instead I would not argue! Just let me know. Thanks Jack Abramoff

-----Original Message-----
From: david.safavian@gsa.gov <david.safavian@gsa.gov>
To: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
Sent: Mon Mar 03 20:00:21 2003
Subject: Re: tomorrow

Just got your message. Ill be there, albeit a bit late.

Dhs

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) █████
Fax: (202) █████

---------------------------
Sent from my BlackBerry Wireless Handheld

      From: abramoffj
      Sent: 03/03/2003 06:07 PM
      To: david.safavian@gsa.gov
      Subject: tomorrow

Can you call me to discuss?

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

DOJ-DS-001279

GTG-E000093623

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, March 04, 2003 7:18 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: tomorrow |

Perfect.  See you there.

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, March 04, 2003 8:12 AM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: tomorrow

How about noon at Stacks?

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ▉
Fax: (202) ▉

--------------------------
Sent from my BlackBerry Wireless Handheld


       From: abramoffj
       Sent: 03/04/2003 08:01 AM
       To: david.safavian@gsa.gov
       Subject: RE: tomorrow


12:30 at Signatures?

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Tuesday, March 04, 2003 7:56 AM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: tomorrow

Larry worked you so hard that you tore your hamstring!?! Either he's getting better or
you're getting old.

Lunch works just as well. You know, were having dinner together tonight as well with the
scotland folks. But we need to chat one on one so lunch is great. Where and when?

Dhs

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ▉
Fax: (202) ▉

--------------------------
Sent from my BlackBerry Wireless Handheld

                                        1

DOJ-DS-001287

GTG-E000093612

```
From: abramoffj
Sent: 03/04/2003 07:35 AM
To: david.safavian@gsa.gov
Subject: RE: tomorrow
```

David, did you get my email from last night??

```
  -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Monday, March 03, 2003 8:00 PM
To: Abramoff, Jack (Dir-DC-Gov)
Subject:  Re: tomorrow
```

Just got your message. Ill be there, albeit a bit late.

Dhs

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ██████
Fax: (202)██████

-----------------------------
Sent from my BlackBerry Wireless Handheld

```
    From: abramoffj
    Sent: 03/03/2003 06:07 PM
    To: david.safavian@gsa.gov
    Subject: tomorrow
```

Can you call me to discuss?

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

DOJ-DS-001288

GTG-E000093613

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

3

DOJ-DS-001289

GTG-E000093614

**From:**          Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
                  of Abramoff, Jack (Dir-DC-Gov)
**Sent:**          Tuesday, March 04, 2003 7:00 AM
**To:**            'david.safavian@gsa.gov'
**Subject:**       RE: tomorrow

Sounds good

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, March 04, 2003 7:56 AM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: tomorrow

Sorry I've been so hard to reach. Ill explain when I see you.  Dhs

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) █████████
Fax: (202) █████████

--------------------------
Sent from my BlackBerry Wireless Handheld

       From: abramoffj
       Sent: 03/04/2003 07:35 AM
       To: david.safavian@gsa.gov
       Subject: RE: tomorrow

David, did you get my email from last night??

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Monday, March 03, 2003 8:00 PM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: tomorrow

Just got your message. Ill be there, albeit a bit late.

Dns

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) █████████
Fax: (202) █████████

--------------------------
Sent from my BlackBerry Wireless Handheld

       From: abramoffj
       Sent: 03/03/2003 06:07 PM

1

DOJ-DS-001283

GTG-E000093618

To: david.safavian@gsa.gov
Subject: tomorrow

Can you call me to discuss?

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS-001284

GTG-E000093619

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, March 04, 2003 9:08 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: OK to switch to Stacks for lunch today? |

See you there at noon.

    -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, March 04, 2003 10:02 AM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:    Re: OK to switch to Stacks for lunch today?

Perfect.

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ██████
Fax: (202) ██████

---------------------------
Sent from my BlackBerry Wireless Handheld

    From: abramoffj
    Sent: 03/04/2003 09:58 AM
    To: david.safavian@gsa.gov
    Subject: OK to switch to Stacks for lunch today?

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

1

DOJ-DS-001291

GTG-E000093610

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, March 06, 2003 9:34 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | OPO |

They gave tours of the facility a week or so ago. Our guys were the first to sign up and took the first available time, which was 2 PM. They were told, subsequently, that another group got a special tour at 10 am. Any sense as to who is out there with such clout?

1

DOJ-DS-001297

GTG-E000093689

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf |
| | of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Monday, March 17, 2003 9:13 PM |
| To: | 'David Safavian home' |
| Subject: | FW: GSA question for NYC client |

Hi David. If you can easily find this out can you let me know? Thanks. you in town for some rb?

-----Original Message-----
From:   van Horne, Jon (Shld-DC-Legis)
Sent:   Monday, March 17, 2003 5:38 PM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:      RE: GSA question for NYC client

The project in question was the FBI field office in Chicago. Our client is the Claremont Group LLC. They were bidding as Claremont Tishman Chicago LLC. The solicitation was SFO No. ████████ The Contracting Officer was Deborah D. Orkowski. Claremont was tossed out of the competition on Phase One. The reasons given were not at all believable. Claremont wants to bid on other similar FBI field offices (they have already done one in Newark). Rather than go to court to protest being thrown out in Chicago, they would rather know the real reason GSA has a problem with their proposal in that case so they can fix it in the future bids. They suspect, but don't know that GSA has a problem with one of their partners in the Chicago bid (who were different than those for the Newark project). This is just an information gathering exercise, but we need the non-bureaucratic, non-CYA reason, rather than what was obviously dreamed up to cover the procurement situation.

-----Original Message-----
From:   Abramoff, Jack (Dir-DC-Gov)
ent:   Monday, March 10, 2003 11:14 AM
⁊:     van Horne, Jon (Shld-DC-Legis)
Subject:      RE: GSA question for NYC client

Get me the details.

-----Original Message-----
From:   van Horne, Jon (Shld-DC-Legis)
Sent:   Monday, March 10, 2003 10:33 AM
To:     Abramoff, Jack (Dir-DC-Gov)
Subject:      GSA question for NYC client

Real estate developer client got knocked out of bidding for GSA contract to build to lease for an FBI field office. Reasons given were not credible. He thinks one of his partners is not acceptable to GSA but they wont say it. He wondered if we could determine the real problem. He would rather fix it than sue (which he would be entitled to do). Can you find this out? (You and I briefly discussed this before.)

1

DOJ-DS-001298

GTG-E000093633

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, March 18, 2003 10:39 AM |
| **To:** | van Horne, Jon (Shld-DC-Legis); Houle, Jeffrey (Shld-TCO-CP) |
| **Subject:** | FW: Indians |

Can you guys do a call with GSA regarding 8a set asides?  David Safavian will get it scheduled.

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, March 18, 2003 10:21 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Re: Indians

In a message dated 3/18/2003 7:46:37 AM Eastern Standard Time, abramoffj@gtlaw.com writes:


Yes, they are ready, though Jeff Houle from our office should be on the call as well if possible.  thanks David.


So it will be Jeff and Van Horne?  I'll have the scheduling call made today.


DOJ-DS-001299

5/7/2004

GTG-E000093632

**From:**     Abramoff, Jack (Dir-DC-Gov)
**Sent:**     Tuesday, July 01, 2003 6:29 AM
**To:**       David Safavian home
**Subject:**  just confirming...

Scotland. You all set?

DOJ-DS-001300

GTG-E000092492

From:           Abramoff, Jack (Dir-DC-Gov)
Sent:           Tuesday, July 01, 2003 11:46 AM
To:             david.safavian@gsa.gov
Subject:        RE: Opo

Check home email

    -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 01, 2003 9:50 AM
To:    abramoffj@gtlaw.com
Subject:    Opo

We will be putting out a request for proposals in the next couple of weeks to test the
market. Omb wants to see what comes in before signing off unconditionally.

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ████████
Fax: (202) ████████

--------------------------
Sent from my BlackBerry Wireless Handheld

1

DOJ-DS-001301

GTG-E000092513

**From:**      Abramoff, Jack (Dir-DC-Gov)
**Sent:**      Tuesday, July 01, 2003 11:47 AM
**To:**        David Safavian home
**Subject:**   FW: Opo

I figured it best to respond to this at your home email. Should we submit our full blown proposal? We have been spending months preparing it and lots of $. One question we need to resolve, and perhaps you could help me figure it out: will we gain an advantage if the tribe is the partner in the structure? How big a share should they have to make it work? Thanks David.

-----Original Message-----
**From:**      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
**Sent:** Tuesday, July 01, 2003 9:50 AM
**To:**   abramoffj@gtlaw.com
**Subject:**   Opo

We will be putting out a request for proposals in the next couple of weeks to test the market. Omb wants to see what comes in before signing off unconditionally. David David Safavian Chief of Staff General Services Administration
Tel: (202) ███████
Fax: (202) ███████

---------------------------
Sent from my BlackBerry Wireless Handheld

DOJ-DS-001302

GTG-E000092511

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Tuesday, July 01, 2003 11:48 AM
**To:** David Safavian home
**Subject:** golf Friday? Sunday?

We have to get ready for Scotland!

DOJ-DS-001303

GTG-E000092512

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 08, 2003 7:47 AM |
| **To:** | 'David Safavian Office' |
| **Subject:** | you in the office today? |

I want to show you something.  Can I courier it to you?  When/where?

DOJ-DS-001306

GTG-E000092506

1

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 08, 2003 9:04 AM |
| **To:** | david.safavian@gsa.gov |
| **Subject:** | RE: you in today? |

Will do.

```
-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 08, 2003 9:03 AM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: you in today?
```

Just heading to the office now. Mark it "personal and confidential".

David

David Safavian
Chief of Staff
General Services Administration
Tel: (202) ▮▮▮▮▮▮
Fax: (202) ▮▮▮▮▮▮

```
-----------------------------
Sent from my BlackBerry Wireless Handheld
```

> From: abramoffj
> Sent: 07/08/2003 08:40 AM
> To: david.safavian@gsa.gov; Merrittdc@aol.com
> Subject: you in today?

I want to have you look at something. Can I courier it to you? When/where?

1

DOJ-DS-001307

GTG-E000092505

From:        Abramoff, Jack (Dir-DC-Gov)
Sent:        Tuesday, July 08, 2003 11:50 AM
To:          david.safavian@gsa.gov
Subject:     RE: thanks for the fax

Thanks.

    -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, July 08, 2003 12:40 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:    Re: thanks for the fax

Happy to help.  Istook said he will likely accept the language, possibly in the chairman's
mark on the Treasury-Transportation appropriation.  OMB is strongly opposed.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ▮
Fax: (202) ▮
Email: david.safavian@gsa.gov


            abramoffj@gtla      To:     david.safavian@gsa.gov
            w.com               cc:
                                Subject:     thanks for the fax
            07/08/2003
            12:36 PM


DOJ-DS-001309

GTG-E000092502

1

From:           Abramoff, Jack (Dir-DC-Gov)
Sent:           Friday, July 11, 2003 3:16 PM
To:             david.safavian@gsa.gov
Subject:        RE: Sweeney amendment


Thanks so much!

    -----Original Message-----
From:           david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Friday, July 11, 2003 2:44 PM
To:  Abramoff, Jack (Dir-DC-Gov)
Subject:     Sweeney amendment

Jack --

Note the last sentence of this email. I dont know if this impacts any of your clients
(e.g., garment manufacturers, etc.), but I thought it might be worth your folks checking
out. If I can get a copy of the amendment's text, I will fax it over.

DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████
Fax: (202) ████
Email: david.safavian@gsa.gov

----- Forwarded by David H. Safavian/A/CO/GSA/GOV on 07/11/2003 02:45 PM
-----


                       Debi Schilling        To:    Stephen A. Perry/A/CO/GSA/GOV@GSA, David
H.
                                                     Safavian/A/CO/GSA/GOV@GSA, Raymond J.
McKenna/L/CO/GSA/GOV@GSA, Marty
                       07/11/2003                    Wagner/M/CO/GSA/GOV@GSA, David A.
Drabkin/MV/CO/GSA/GOV@GSA
                       02:21 PM              cc:     Kathleen M. Turco/B/CO/GSA/GOV, Wayne R.
                                                     VanOster/BBA/CO/GSA/GOV@GSA, Joel P.
Hinzman/S/CO/GSA/GOV@GSA, Judy A.
                                                     Cooley/A/CO/GSA/GOV@GSA, Sandra N.
Bates/T/CO/GSA/GOV@GSA
                                             Subject:      Sweeney amendment



Mr. Sweeney ultimately did not formally offer his amendment at the subcommittee mark-up
this morning.  He did, however, have alot to say about Worldcom and GSA.  He said that GSA
was not doing its job in this case. That we had not been responsive to request for
information from Senator Collins, for example.  He asked the Chairman for a meeting with
GSA on this issue.  Chairman Istook agreed to have such a meeting before the full
committee mark-up next Wednesday. Mr. Olver asked to be included in the
meeting.   Mr. Sweeney said he wanted to send a message to GSA that he was
going to continue to pursue this issue.  He suggested that might mean language requiring
GSA to complete their work and render a decision by some date certain in the near future.

                                        1                DOJ-DS-001316

GTG-E000092499

The Chairman said he takes this matter very seriously and that the subcommittee needs to do more fact-finding on this issue and that the subcommittee has a responsibility to make sure that GSA does its job timely.

Other than this exchange the mark-up was uneventful vis a vis GSA. The subcommittee pretty much stuck to the President's Budget, at least for PBS. They did not fund a courthouse program. There was not a handout available.

Mrs. Kilpatrick offered an amendment, no text available to the audience, on the Buy America provisions. The language tightened the definition of manufactured in USA and eliminated exemptions for micro-computers and processors.

2

DOJ-DS-001318

GTG-E000092500

From:          Abramoff, Jack (Dir-DC-Gov)
Sent:          Wednesday, July 16, 2003 9:15 AM
To:            'David Safavian home'
Subject:       OPO

Just wanted to see if you had any updates on when the RFP might go out?  Thanks my friend.

DOJ-DS-001317

GTG-E000092519

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Monday, July 21, 2003 10:02 AM
**To:** 'David Safavian home'
**Subject:** FW: OPO

How should we do this?

-----Original Message-----
From: Volz, Neil G. (Dir-DC-Gov/Adm)
Sent: Monday, July 21, 2003 10:59 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: RE: OPO

yes, who should they call?
-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Mon 7/21/2003 10:53 AM
To: Volz, Neil G. (Dir-DC-Gov/Adm)
Cc:
Subject: FW: OPO
Please do not forward or share this message with anyone, but can you get the Hill, and particularly Latourette
pushing this again?

-----Original Message-----
From:
Sent: Monday, July 21, 2003 10:13 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: OPO

This may require a renewed Congressional inquiry. Also, note that McMillen is a political appointee.

<<OMB is back to its position of a year ago on the OPO,to wit: economic analysis supports either reclaiming the
building as federal space or selling it. Ken Swartz and Julie Miller delivered their verdict (really Steve McMillen's
verdict) in a meeting on other matters last Thursday. I took strong exception to this conclusion and said we
needed to think again. I think Ken and Julie could be persuaded. The block is McMillen who can't seem to get this
plan out of his head. Paul suggested that we try to get McMillen down to tour the building which would give him a
feel for how dysfunctional it is as office space. Let's work on this.>>

DOJ-DS-001319

5/6/2004

GTG-E000092504

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Monday, July 21, 2003 3:02 PM |
| **To:** | 'David Safavian home' |
| **Subject:** | GSA space in NYC |

Are you guys looking for space in NYC or in the state?  I have someone who has a ton of space up there if you guys need it.  Do you?

DOJ-DS-001320

GTG-E000092501

1

From: david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, July 21, 2003 12:21 PM
To: Bowers, Holly M. (AdmAst-DC-Gov/Adm)
Subject: Re: Scotland


Holly -- It looks like I may have a conflict.  I told Jack that I would let him know by
COB this afternoon. DHS

David H. Safavian
Chief of Staff
General Services Administration
1800 F Street, N.W., Room 6137
Washington, D.C. 20405
Tel: (202) ████████
Fax: (202) ████████
Email: david.safavian@gsa.gov


        "Bowers, Holly          To:     david.safavian@gsa.gov
        M.                      cc:
        (AdmAst-DC-Gov          Subject:    Scotland
        /Adm)"
        <bowersh@gtlaw
        .com>

        07/21/2003
        10:57 AM


Hi David: We are getting the final details together for the Scotland trip, and I need a
couple things from you.  Can you please send me the following info today if possible?

- Passport number and expiration date

                                            1                     DOJ-DS-001321


GTG-E000092517

```
From:        renee.courtland@gsa.gov [mailto:renee.courtland@gsa.gov]
Sent: Tuesday, February 10, 2004 10:07 AM
To:     andrew.albert@gsa.gov; stanton.anderson@omb.eop.gov; rburton@omb.eop.gov;
pcaparso@blackstone-consulting.net; jotcarpenter@att.com; kellyanne@pollingcompany.com;
thad.bingel@mail.house.gov; jenny.davis@mail.house.gov; manus.cooney@potomaccounsel.com;
tony.costa@gsa.gov; sdacey@pace-capstone.com; scott@lawmedia.net; kenneth.ehinger@gsa.gov;
mark@esus.com; nmray@fierce-isakowitz.com; yvonne.furka@mci.com;
kgallant@alexanderstrategy.com; jguzik@williamsmullen.com; j.haddow@att.net;
joel.hinzman@oracle.com; rhorn@pattonboggs.com; dhorowitz@digmedia.org;
thyde@dcigroup.com; wlowery@leo.gov; joe.mcneill@usda.gov; mchappell@fierce-isakowitz.com;
onashashibi@williamsmullen.com; nicole.nason@ost.dot.gov; bnoble@williamsmullen.com;
dennis.oconnor@gsa.gov; bill.s.oneill@mail.sprint.com; mrobertson@williamsmullen.com;
wroesing@aol.com; wendell.shingler@gsa.gov; billsh@prestongates.com; stang@dykema.com;
astyles@milchev.com; dthompson@caphillgrp.com; Abramoff, Jack (Dir-DC-Gov)
Cc:     David_Safavian@omb.eop.gov
Subject:    February 12th after work gathering to welcome Karl Reichelt to Washington DC
```

David Safavian is hosting an informal get together at 5:30 this Thursday, February 12th at
Signatures (801 Penn Ave NW) to welcome his successor and good friend Karl Reichelt to
Washington DC.  Prior to being named GSA's new Chief of Staff, Karl has spent the past two
years in New York serving as GSA's regional Administrator for the Northeast and Caribbean
region.

Renée Courtland
General Services Administration
Special Assistant to the Chief of Staff
1800 F Street NW
Washington DC 20405
Phone (202) ▮▮▮▮▮
Fax (202) ▮▮▮▮▮

CREATING A SUCCESSFUL FUTURE AT GSA by Living our values everyday and working together to
achieve our goals.

DOJ-DS-001322

GTG-E000093850

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, February 11, 2004 9:24 AM |
| To: | David Safavian home |
| Subject: | Pollin property in PG County |

Abe called to call my attention to this piece, asking whether GPO might be a possible tenant, since what they want is what he has. Also, do you think it would be possible to develop a huge building on their current site, which also included private space? They want a developer it seems. Can i call you to discuss a strategy? Also, is your gsa email address still working or do you have a new one?

GPO Seeking A New Home
Agency Wants to Redevelop Its Current Headquarters
By Dana Hedgpeth
Washington Post Staff Writer
Wednesday, February 11, 2004; Page E01
The U.S. Government Printing Office said yesterday that it wants to move out of its headquarters on North Capitol Street, which it has occupied since 1860, and redevelop the complex for other uses -- possibly office and retail space.
The government agency put out a request for a lawyer to help it find a developer interested in transforming the 1.5 million square feet in the four buildings at North Capitol and H streets, just blocks from Capitol Hill and Union Station.
The GPO does not want to pay for a new building. Instead it wants to strike a long-term agreement with a developer, who would build the GPO a new headquarters and in return would share in the profits of the redeveloped site on North Capitol Street. The government said it wants to retain ownership of the site.
Bruce James, public printer of the United States, said he plans to keep the GPO's headquarters in the District but is searching for a smaller space, about 700,000 square feet. He said he doesn't yet know where the facility will be located but that the new site must have Metro access, parking and entrances suitable for large trucks to maneuver. He said he wants a "21st century" building, complete with sophisticated telecommunications systems.
James said it costs $35 million a year -- or 12 percent of his agency's budget -- to maintain the current building's 78 elevators, 144 bathrooms and a sometimes-leaky roof.
"This is such a valuable piece of real estate," James said. "But it's an unproductive asset to taxpayers."
The printing agency plans to develop a plan for its real estate by summer 2005 and move into a new building by the end of 2007. The plans would need congressional approval.
Developers say the location and the historic Federalist-styled buildings could make the property an attractive investment, although they add that the complex could need significant and expensive work. Many of the wide hallways and spread-out columns -- designed for large printing machines -- are not well-suited to office space.
"It's a well-located site in an up-and-coming area and it's an interesting building," said Andrew Pellman, the project manager for Bristol Group. The San Francisco-based developer plans to build up to 2 million square feet of office buildings at a site of the former Woodward & Lothrop warehouse at First and M streets, just north of GPO's building.
The GPO's search for a developer comes as the agency itself is changing the way it does business. Last month, for example, two-thirds of the government documents it published were put out on the Web and not printed.
"The nature of our business is changing," James said. "It's because of technology. We're doing more distribution of government documents electronically than we are actually printing."
About 90 percent of the work the agency does is outsourced to more than 2,500 printers across the country who can do the printing for roughly half what it costs the agency.
In its heyday, the GPO housed 8,500 employees. Now it has fewer than 2,300 workers.
Several office buildings are planned in an estimated 250-acre area known as NoMa -- which sits north of Massachusetts Avenue. NoMa is bounded by New York Avenue and Florida Avenue on the north; by railroad tracks on the east; Massachusetts Avenue on the south; and Seventh Street on the west. The area was once mainly home to industrial warehouses.
The GPO's site is in the southeast corner of the NoMa area, surrounded by mostly government office buildings and parking lots.
Rising land costs in the city's downtown have pushed developers toward NoMa.
In the last decade, developers -- including major players such as the John Akridge Cos. -- have been buying up lots in the NoMa area and waiting for the market to develop before they start construction.
"That area is ripe for development and a mixed-use project could probably go there," said John E. "Chip" Akridge III, who plans to build offices on top of the Metro stop at Union Station. "It's close to Capitol Hill. It's got Union Station." But he said it is not clear that the value of the GPO building would cover the cost of a new headquarters for the agency. Other developers agreed.
D.C. Congresswoman Eleanor Holmes Norton said she likes the GPO's proposal. "They're making a really smart real

1

DOJ-DS-001323

GTG-E000093839

estate deal, considering that they are sitting on land that's paid for. They will be upgrading that space and they, in turn, get new space," Norton said.

2

DOJ-DS-001324

GTG-E000093840

**From:**      David_Safavian@omb.eop.gov
**Sent:**      Wednesday, February 18, 2004 2:08 PM
**To:**        Abramoff, Jack (Dir-DC-Gov)
**Subject:**   Van Horne

I called John to enquire as to his interest in joining the govt contracting panel we are
putting together. I was told he's no longer at GT. I assume that means you have no
interest in seeing him named to the panel. Correct?

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ███████████

1

DOJ-DS-001331

GTG-E000093836

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Tuesday, February 17, 2004 5:23 PM
**To:** David Safavian home
**Subject:** Jewish Museum

Hi there. anything we can do to help them find a safe location? Can you pave the way with Carl and I'll call him?

DOJ-DS-001332

GTG-E000092713

| | |
|---|---|
| **From:** | David_Safavian@omb.eop.gov |
| **Sent:** | Sunday, February 22, 2004 1:35 PM |
| **To:** | Abramoff, Jack (Dir-DC-Gov) |
| **Subject:** | Let me know if there isanything I can do to help with... |

Damage contol.


DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ██████████

DOJ-DS-001333

GTG-E000092525

**From:**      David_Safavian@omb.eop.gov
**Sent:**      Sunday, February 22, 2004 1:53 PM
**To:**        Abramoff, Jack (Dir-DC-Gov); David_Safavian@omb.eop.gov
**Subject:**   Re: Let me know if there isanything I can do to help with...

395████

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ████████

1

DOJ-DS-001334

GTG-E000092526

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, February 22, 2004 2:11 PM |
| To: | David_Safavian@omb.eop.gov |
| Subject: | RE: Let me know if there isanything I can do to help with... |

202?

-----Original Message-----
From:     David_Safavian@omb.eop.gov [mailto:David_Safavian@omb.eop.gov]
Sent: Sunday, February 22, 2004 2:53 PM
To:   Abramoff, Jack (Dir-DC-Gov); David_Safavian@omb.eop.gov
Subject:   Re: Let me know if there isanything I can do to help with...

395█████

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) █████████

1

DOJ-DS-001335

GTG-E000092539

**From:**     Abramoff, Jack (Dir-DC-Gov)
**Sent:**     Sunday, February 22, 2004 1:50 PM
**To:**       David_Safavian@omb.eop.gov
**Subject:**  RE: Let me know if there isanything I can do to help with...


You around for a call?

    -----Original Message-----
**From:**     David_Safavian@omb.eop.gov [mailto:David_Safavian@omb.eop.gov]
**Sent:** Sunday, February 22, 2004 2:35 PM
**To:**  Abramoff, Jack {Dir-DC-Gov}
**Subject:**   Let me know if there isanything I can do to help with...

Damage contol.


DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, .D.C. 20500
(202) ███████

DOJ-DS-001336

GTG-E000092693

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Wednesday, February 18, 2004 2:30 PM
**To:** David_Safavian@omb.eop.gov
**Subject:** RE: Van Horne

No, not at all. he has left to give me more flexibility and make sure he has more earning potential. He is still absolutely part of our family. Please put him on if convenient and he wants to do it. Thanks so much David.

-----Original Message-----
**From:** David_Safavian@omb.eop.gov [mailto:David_Safavian@omb.eop.gov]
**Sent:** Wednesday, February 18, 2004 3:08 PM
**To:** Abramoff, Jack (Dir-DC-Gov)
**Subject:** Van Horne

I called John to enquire as to his interest in joining the govt contracting panel we are putting together. I was told he's no longer at GT. I assume that means you have no interest in seeing him named to the panel. Correct?

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ███████████

1

DOJ-DS-001340

GTG-E000092712

**From:**       Abramoff, Jack (Dir-DC-Gov)
**Sent:**       Wednesday, February 25, 2004 6:15 PM
**To:**          David Safavian Office
**Subject:**    Jewish Museum

Hi David. Any ideas on how I can help them secure a site? Did you have a chance to mention this to Karl?

DOJ-DS-001344

GTG-E000092690

| | |
|---|---|
| **From:** | david.safavian@gsa.gov |
| **Sent:** | Thursday, February 26, 2004 12:01 AM |
| **To:** | Abramoff, Jack (Dir-DC-Gov) |
| **Subject:** | David H. Safavian/A/CO/GSA/GOV is out of the office. |

I will be out of the office starting 01/25/2004 and will not return until 01/01/2005.

Disregard the dates above. I am no longer working at GSA. New contact numbers are as follows:

David Safavian
Office of Management and Budget
273 1/2 Eisenhower Exec. Office Bldg.
Washington, D.C. 20500
(202) ██████████
david_safavian@omb.eop.gov

If you wish to contact Karl Reichelt, the new GSA Chief of Staff, please dial
202 ██████████

DOJ-DS-001346

GTG-E000092685

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Thursday, February 26, 2004 12:44 PM |
| **To:** | David_Safavian@omb.eop.gov |
| **Subject:** | RE: Govt Reform Committee |

No problem. I spoke with Dan. Thanks.

-----Original Message-----
From:       David_Safavian@omb.eop.gov [mailto:David_Safavian@omb.eop.gov]
Sent: Thursday, February 26, 2004 12:19 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:    Re: Govt Reform Committee

Left my cell at the office. Ill call you when I get back from the Hill.

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ▇▇▇▇▇▇

----- Original Message -----
From:abramoffj@gtlaw.com
To:David Safavian/OMB/EOP@EOP
Cc:
Date: 02/26/2004 11:52:55 AM
Subject: RE: Govt Reform Committee

Where do I call you?

-----Original Message-----
From:      David_Safavian@omb.eop.gov [mailto:David_Safavian@omb.eop.gov]
Sent:      Thursday, February 26, 2004 11:50 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject:  Govt Reform Committee

We need to talk.

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ▇▇▇▇▇▇
------------------------------------------------------------

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message. To reply to our email administrator directly, please send an email
to postmaster@gtlaw.com.

1

DOJ-DS-001354

GTG-E000092535

**From:**       David_Safavian@omb.eop.gov
**Sent:**       Tuesday, March 02, 2004 7:38 PM
**To:**         Abramoff, Jack (Dir-DC-Gov)
**Subject:**    Are you OK?

I know you are besieged with phone calls. So I won't bother you with another. Just know
that you are in my thoughts and prayers.

David

DHS

David Safavian
Office of Management and Budget
273 1/2 EEOB
Washington, D.C. 20500
(202) ███████

1

DOJ-DS-001355

GTG-E000092531

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Monday, March 01, 2004 9:51 PM
**To:** David Safavian home
**Subject:** FW: FYI

Does Jen know this guy?

Pablo Carrillo, Senior Investigative Counsel, Senate Commerce Committee.

Born, New Orleans, LA, January 20, 1969. Louisiana State Bar Association, 1998; Fifth Circuit Court of Appeals, 1999; Eastern District of Louisiana, 1998; Western District of Louisiana, 1999. MA (National Security and Security Studies), US Naval War College, 2004 (expected); JD, Tulane University Law School, 1997; BA (Political Economy and International Relations), Tulane University, 1992. Senior Counsel, US Senate, Committee on Commerce, Science and Transportation, February 2003-present; Counsel, US House of Representatives, Committee on Government Reform, February 2000-February 2003; Associate, Rice, Fowler, Kingsmill, Vance, Flint & Rodriguez, LLP, September 1997-March 2000; Judicial Extern, Chief Judge Morey Sear, United States District Court, Eastern District of Louisiana, 1996-97. Tulane Law Review, Managing Editor, 1996-97, Junior Member, 1995-96. Congressional Report, Justice Undone: Clemency Decisions in the Clinton White House, House Committee on Government Reform, 107th Cong., H.R. Rept. No. 107-453 (Mar. 2002) (co-authored); Congressional Report, Failure of White House to Produce Subpoenaed E-Mail – Threats, Obstruction and Unanswered Questions, House Committee on Government Reform, 106th Cong., H.R. Rept. No. 106-1023 (Oct. 2000) (co-authored); Comment, Beware of Scylla and Charybdis: Stock Purchases of Privately-Held Companies and the Remedies Problem Under Rule 10b-5 – What is the Buyer to Do? 72 Tulane Law Review 2113 (June 1998); Article, Selected Topics in Negotiated Acquisitions: Pre-Closing Knowledge of Material Misrepresentations and Rule 10b-5 – A Response to the ABA Committee's Analysis of the "Leading" Cases, Louisiana State Bar Association/Business & Corporate Law Section Newsletter (Spring 1997); Casenote, Manuel v. Louisiana Sheriff's Risk Management Fund: The Louisiana Supreme Court Clarifies the Non-Retroactivity Principle in Third-Party Bad Faith Actions, 71 Tulane Law Review 325 (Nov. 1996).

DOJ-DS-001356

5/6/2004

GTG-E000092536

**From:**     Abramoff, Jack (Dir-DC-Gov)
**Sent:**     Monday, March 01, 2004 10:08 PM
**To:**       David Safavian home
**Subject:**  OPO

How do you suggest I follow up with Steve McMillen from our meeting on Jan 20?  Thanks my friend.

DOJ-DS-001357

GTG-E000092537