IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR-05-370 |
| ) | |
| DAVID HOSSEIN SAFAVIAN, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is Tami Ware. I am an official custodian of records for Verizon Legal Compliance (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

> The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 05/13/2002 to | Billing Statement | DOJ-DS-010858 |
| | | Billing Statement | DOJ-DS-010859 |
| | | Billing Statement | DOJ-DS-010860 |
| | | Billing Statement | DOJ-DS-010861 |
| | | Billing Statement | DOJ-DS-010862 |
| | | Billing Statement | DOJ-DS-010863 |
| | | Billing Statement | DOJ-DS-010864 |
| | | Billing Statement | DOJ-DS-010865 |
| | | Billing Statement | DOJ-DS-010866 |
| | | Billing Statement | DOJ-DS-010867 |
| | | Billing Statement | DOJ-DS-010868 |
| | | Billing Statement | DOJ-DS-010869 |
| | | Billing Statement | DOJ-DS-010870 |
| | | Billing Statement | DOJ-DS-010871 |
| | | Billing Statement | DOJ-DS-010872 |
| | | Billing Statement | DOJ-DS-010873 |
| | | Billing Statement | DOJ-DS-010874 |
| | | Billing Statement | DOJ-DS-010875 |
| | | Billing Statement | DOJ-DS-010876 |
| | | Billing Statement | DOJ-DS-010877 |
| | | Billing Statement | DOJ-DS-010878 |
| | | Billing Statement | DOJ-DS-010879 |
| | 09/04/2002 | Billing Statement | DOJ-DS-010880 |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 17th day of March, 2006.

_____
RECORDS CUSTODIAN