Form 26.1.05A
Certified copy of
material part of
document - by
authorised
representative
of possessor
of original

# CERTIFICATE OF AUTHENTICATION

I,[1]  ___GORDON THOMAS WILSON, FINANCE DIRECTOR,___
___OLD COURSE HOTEL GOLF RESORT & SPA, OLD STATION ROAD, ST. ANDREWS, FIFE___
being the authorised representative of [2] ___OLD COURSE HOTEL GOLF RESORT & SPA___
___OLD STATION ROAD, ST. ANDREWS, FIFE___

who (or which) is in possession and control of the original of the copy document on which this certificate is endorsed (or to which this certificate is attached) hereby certify that it is a true copy of a material part of the original in the possession and control of

[3]  ___OLD COURSE HOTEL GOLF RESORT & SPA___

of whom (or which) I am the authorised representative.

Date: ___5 October, 2005.___     (Signed): ___[signature]___
                                        [4] ___Finance Director___

[1]   insert name, address and title of office held.
[2]   insert name and address of person or body in possession and control of document.
[3]   insert name of person or body as at note 2 above.
[4]   insert authorised capacity in which certificate signed.

xf3 (02/97) w2k