# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**
**FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Gerard Bonito. I am an official custodian of records for American Express TRS Company, Inc. (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, <u>United States v. David Hossein Safavian</u>. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters
set forth by, or from information transmitted by, a person with
knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 08/07/2002 to | American Express Statement | DOJ-DS-012367 |
| | | American Express Statement | DOJ-DS-012368 |
| | | American Express Statement | DOJ-DS-012369 |
| | | American Express Statement | DOJ-DS-012370 |
| | | American Express Statement | DOJ-DS-012371 |
| | | American Express Statement | DOJ-DS-012372 |
| | | American Express Statement | DOJ-DS-012373 |
| | | American Express Statement | DOJ-DS-012374 |
| | | American Express Statement | DOJ-DS-012375 |
| | | American Express Statement | DOJ-DS-012376 |
| | | American Express Statement | DOJ-DS-012377 |
| | | American Express Statement | DOJ-DS-012378 |
| | 09/08/2002 | American Express Statement | DOJ-DS-012379 |
| | 05/14/2002 to | American Express Statement | DOJ-DS 0012901 |
| | | American Express Statement | DOJ-DS 0012902 |
| | | American Express Statement | DOJ-DS 0012903 |
| | | American Express Statement | DOJ-DS 0012904 |
| | | American Express Statement | DOJ-DS 0012905 |
| | | American Express Statement | DOJ-DS 0012906 |
| | | American Express Statement | DOJ-DS 0012907 |
| | | American Express Statement | DOJ-DS 0012908 |
| | | American Express Statement | DOJ-DS 0012909 |
| | | American Express Statement | DOJ-DS 0012910 |
| | | American Express Statement | DOJ-DS 0012911 |
| | | American Express Statement | DOJ-DS 0012912 |
| | | American Express Statement | DOJ-DS 0012913 |
| | | American Express Statement | DOJ-DS 0012914 |
| | | American Express Statement | DOJ-DS 0012915 |
| | | American Express Statement | DOJ-DS 0012916 |
| | | American Express Statement | DOJ-DS 0012917 |
| | | American Express Statement | DOJ-DS 0012918 |
| | | American Express Statement | DOJ-DS 0012919 |
| | | American Express Statement | DOJ-DS 0012920 |
| | | American Express Statement | DOJ-DS 0012921 |
| | | American Express Statement | DOJ-DS 0012922 |
| | | American Express Statement | DOJ-DS 0012923 |
| | | American Express Statement | DOJ-DS 0012924 |
| | | American Express Statement | DOJ-DS 0012925 |

| | | American Express Statement | DOJ-DS 0012926 |
|---|---|---|---|
| | | American Express Statement | DOJ-DS 0012927 |
| | | American Express Statement | DOJ-DS 0012928 |
| | | American Express Statement | DOJ-DS 0012929 |
| | | American Express Statement | DOJ-DS 0012930 |
| | 08/14/2002 | American Express Statement | DOJ-DS 0012931 |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this *17th* day of *MARCH*, 2006.

*assistant to the* → RECORDS CUSTODIAN

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**
**FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Tami Ware. I am an official custodian of records for Verizon Legal Compliance (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 05/13/2002 to | Billing Statement | DOJ-DS-010858 |
| | | Billing Statement | DOJ-DS-010859 |
| | | Billing Statement | DOJ-DS-010860 |
| | | Billing Statement | DOJ-DS-010861 |
| | | Billing Statement | DOJ-DS-010862 |
| | | Billing Statement | DOJ-DS-010863 |
| | | Billing Statement | DOJ-DS-010864 |
| | | Billing Statement | DOJ-DS-010865 |
| | | Billing Statement | DOJ-DS-010866 |
| | | Billing Statement | DOJ-DS-010867 |
| | | Billing Statement | DOJ-DS-010868 |
| | | Billing Statement | DOJ-DS-010869 |
| | | Billing Statement | DOJ-DS-010870 |
| | | Billing Statement | DOJ-DS-010871 |
| | | Billing Statement | DOJ-DS-010872 |
| | | Billing Statement | DOJ-DS-010873 |
| | | Billing Statement | DOJ-DS-010874 |
| | | Billing Statement | DOJ-DS-010875 |
| | | Billing Statement | DOJ-DS-010876 |
| | | Billing Statement | DOJ-DS-010877 |
| | | Billing Statement | DOJ-DS-010878 |
| | | Billing Statement | DOJ-DS-010879 |
| | 09/04/2002 | Billing Statement | DOJ-DS-010880 |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this *17th* day of *March*, 2006.

*Janic Ware*

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**
**FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Lynn Coulson. I am an official custodian of records for ETrade Financial (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, <u>United States v. David Hossein Safavian</u>. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 08/1-31/2002 | August 2002 Statement | DOJ-DS008727 |
| | 08/1-31/2002 | August 2002 Statement | DOJ-DS008728 |
| | 07/29/2002 | Check number 838 | DOJ-DS008729 |
| | 07/31/2002 | Check number 842 | DOJ-DS008730 |
| | 08/03/2002 | Check number 844 | DOJ-DS008731 |
| | 08/16/2002 | Check number 846 | DOJ-DS008732 |
| | 08/22/2002 | Check number 851 | DOJ-DS008733 |
| | 02/28/2005 | Fax Cover Sheet | DOJ-DS009204 |
| | 02/28/2005 | Memorandum from Safavian | DOJ-DS009205 |
| | 02/28/2005 | Interaction Log - Detail | DOJ-DS009232 |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 22ND day of _MARCH_, 2006.

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is Gina Steineke. I am an official custodian of records for Citibank (South Dakota), N.A. (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 09/06/2002 | Diners Club Statement | DOJ-DS-012058 |
| | 09/06/2002 | Diners Club Statement | DOJ-DS-012059 |
| | 09/06/2002 | Diners Club Statement | DOJ-DS-012060 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this __17__ day of __March__ , 2006.

_Gina Steineck_

RECORDS CUSTODIAN

GINA J. STEINEKE
Citibank (South Dakota), N.A.
Legal Department/MC 1251
Ph. (605) 331-7459
Fx (605) 330-6745

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is Timothy Jansen. I am an official custodian of records for Capital One Bank/FSB (hereinafter, 'the business").    Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action.  Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters
set forth by, or from information transmitted by, a person with
knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 12/15/1999 | Capital One Invitation | DOJ-DS-011590 |
| | 07/25/2002 to | Capital One Statement | DOJ-DS-011676 |
| | 08/24/2002 | Capital One Statement | DOJ-DS-011677 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 18th day of March, 2006.

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**
**FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Paul Fournier. I am an official custodian of records for America Online Incorporated (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, <u>United States v. David Hossein Safavian</u>. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 07/22/2005 | AOL Statement of Confidentiality | DOJ-DS-011122 |
| | | AOL Account information | DOJ-DS-011123 |
| | | AOL Billing Information | DOJ-DS-011124 |
| | | AOL Monthly Billing Detail | DOJ-DS-011125 |
| | | AOL Account information | DOJ-DS-011126 |
| | | AOL Billing Information | DOJ-DS-011127 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this _24_ day of _MARCH_, 2006.

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)
FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Tom Runnels. I am an official custodian of records for Air Travel Network (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters
set forth by, or from information transmitted by, a person with
knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 02/10/2005 | Contract Terms & Agreement | DOJ-DS 0013351 |
| | | Itinerary | DOJ-DS 0013352 |
| | | Passenger List | DOJ-DS 0013353 |
| | | Passenger List | DOJ-DS 0013354 |
| | | Trip #120 | DOJ-DS 0013355 |
| | 09/27/2002 | Air Travel Network Invoice | DOJ-DS 0013356 |
| | | Fax Cover to Holly Bowers | DOJ-DS 0013357 |
| | | Fax History Report | DOJ-DS 0013358 |
| | 07/22/2002 | Charter Quote (New World Aviation) | DOJ-DS 0013359 |
| | | Charter Quote (New World Aviation) | DOJ-DS 0013360 |
| | 07/26/2002 | Wire Transfer Instructions | DOJ-DS 0013361 |
| | 07/15/2002 | Fax Cover to Holly Bowers | DOJ-DS 0013362 |
| | 08/12/2002 | Air Travel Network Statement | DOJ-DS 0013363 |
| | | Trip information and confirmation | DOJ-DS 0013364 |
| | | Trip information and confirmation | DOJ-DS 0013365 |
| | 08/16/2002 | Fax Cover to Holly Bowers | DOJ-DS 0013366 |
| | | Air Travel Network Invoice | DOJ-DS 0013367 |
| | | Air Travel Network Invoice | DOJ-DS 0013368 |
| | | Itinerary | DOJ-DS 0013369 |
| | 07/23/2002 | Contract Terms & Agreement | DOJ-DS 0013370 |
| | | Passenger List | DOJ-DS 0013371 |
| | | Passenger List | DOJ-DS 0013372 |
| | | Copy of Safavian's Passport | DOJ-DS 0013373 |
| | 07/23/2002 | Fax Cover to Holly Bowers | DOJ-DS 0013374 |
| | 07/23/2002 | Contract Terms & Agreement | DOJ-DS 0013375 |
| | 07/22/2002 | Air Travel Network Invoice | DOJ-DS 0013376 |
| | 08/12/2002 | Air Travel Network Statement | DOJ-DS 0013377 |
| | | Air Travel Network Statement | DOJ-DS 0013378 |
| | | Air Travel Network Statement | DOJ-DS 0013379 |
| | | Air Travel Network Statement | DOJ-DS 0013380 |
| | 07/16/2002 | Charter Quote (New World Aviation) | DOJ-DS 0013381 |
| | | Charter Quote (New World Aviation) | DOJ-DS 0013382 |
| | 07/08/2002 | Charter Quote (New World Aviation) | DOJ-DS 0013383 |
| | | Charter Quote (New World Aviation) | DOJ-DS 0013384 |
| | | Passenger List | DOJ-DS 0013385 |
| | | Passenger List | DOJ-DS 0013386 |
| | | Passenger List | DOJ-DS 0013387 |
| | | Passenger List | DOJ-DS 0013388 |

3

| | | | |
|---|---|---|---|
| | | Letter to Holly | DOJ-DS 0013389 |
| | | Letter to Holly | DOJ-DS 0013390 |
| | 06/06/2002 | Million Air Richmond flight estimate | DOJ-DS 0013391 |
| | | Million Air Richmond flight estimate | DOJ-DS 0013392 |
| | 06/06/2002 | Quote from EFFIE | DOJ-DS 0013393 |
| | | Quote from EFFIE | DOJ-DS 0013394 |
| | | Quote from EFFIE | DOJ-DS 0013395 |
| | | Quote from EFFIE | DOJ-DS 0013396 |
| | | Quote from EFFIE | DOJ-DS 0013397 |
| | | Gulfstream IIB (New World Aviation) | DOJ-DS 0013398 |
| | | Gulfstream IIB (New World Aviation) | DOJ-DS 0013399 |
| | | Deniston | DOJ-DS 0013400 |
| | 07/02/2002 | Charter Quote (New World Aviation) | DOJ-DS 0013401 |
| | | Quote from EFFIE | DOJ-DS 0013402 |
| | | Quote from EFFIE | DOJ-DS 0013403 |
| | | Quote from EFFIE | DOJ-DS 0013404 |
| | | Quote from EFFIE | DOJ-DS 0013405 |
| | | Quote from EFFIE | DOJ-DS 0013406 |
| | | Quote from EFFIE | DOJ-DS 0013407 |
| | | Quote from EFFIE | DOJ-DS 0013408 |
| | | Quote from EFFIE | DOJ-DS 0013409 |
| | | Quote from EFFIE | DOJ-DS 0013410 |
| | | Flightworks Quote | DOJ-DS 0013411 |
| | 06/19/2002 | E-mail to Tom Runnels | DOJ-DS 0013412 |
| | 05/09/2002 | Air Charter Guide | DOJ-DS 0013413 |
| | | Air Charter Guide | DOJ-DS 0013414 |
| | | Air Charter Guide | DOJ-DS 0013415 |
| | 05/10/2002 | Letter to Ilisa | DOJ-DS 0013416 |
| | | Flightworks Quote | DOJ-DS 0013417 |
| | 05/30/2002 | NetJets Quote | DOJ-DS 0013418 |
| | | Summit Aviation (Mid Jets) | DOJ-DS 0013419 |
| | 05/29/2002 | Executive Jet Management Quote | DOJ-DS 0013420 |
| | | Executive Jet Management Quote | DOJ-DS 0013421 |
| | 05/13/2002 | United Air Group Quote | DOJ-DS 0013422 |
| | | United Air Group Quote | DOJ-DS 0013423 |
| | 05/13/2002 | Richmor Aviation Quote | DOJ-DS 0013424 |
| | | Richmor Aviation Quote | DOJ-DS 0013425 |
| | | Richmor Aviation Quote | DOJ-DS 0013426 |
| | | Richmor Aviation Quote | DOJ-DS 0013427 |
| | 05/30/2002 | East Coast Jets Invoice | DOJ-DS 0013428 |
| | 05/30/2002 | NetJets Quote | DOJ-DS 0013429 |
| | 05/09/2002 | E-mail from Tom Runnels | DOJ-DS 0013430 |

4

| | 05/13/2002 | E-mail to Tom Runnels | DOJ-DS 0013431 |
|---|---|---|---|
| | 05/09/2002 | E-mail from Tom Runnels | DOJ-DS 0013432 |
| | 05/09/2002 | E-mail from Tom Runnels | DOJ-DS 0013433 |
| | 05/09/2002 | Air Charter Guide | DOJ-DS 0013434 |
| | | Citation X note | DOJ-DS 0013435 |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 27 day of March , 2006.

RECORDS CUSTODIAN

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)
## FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is George Elzey. I am an official custodian of records for the General Services Administration, Office of Inspector General (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 05/22/2003 | Case Closing Form, File number Z03-0062. | DOJ-DS-001489 to |
| | | | DOJ-DS-001530 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this ___6___ day of ___April___, 2006.

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)
## FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is Major Stevie Boose. I am an official custodian of records for Wachenhut Services Incorporated at the General Services Administration Headquarters Building (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

2

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 08/02/2002 | Sign-in sheet for GSA Central Building | DOJ-DS 013489 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this _6th_ day of _April_ , 2006.

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**
**FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Laura M. Leussing. I am an official custodian of records for the General Services Administration, Office of General Council (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters
set forth by, or from information transmitted by, a person with
knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

# INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 09/05/2002 | Letter from Congressman LaTourette | DOJ-DS006553 |
| | 09/12/2002 | Letter from Chairman Don Young | DOJ-DS006554 |
| | 11/01/2002 | GSA response to Congressional inquiries related to the Old Post Office | DOJ-DS006560 |
| | 11/19/2002 | Letter from Stephen Perry to Chairman Don Young | DOJ-DS006561 |
| | | | DOJ-DS006562 |
| | | | DOJ-DS006563 |
| | | | DOJ-DS006564 |
| | | | DOJ-DS006565 |
| | | | DOJ-DS006566 |
| | | | DOJ-DS006567 |
| | | | DOJ-DS006568 |
| | 11/19/2002 | Letter from GSA to Congressman LaTourette | DOJ-DS006569 |
| | | | DOJ-DS006570 |
| | | | DOJ-DS006571 |
| | | | DOJ-DS006572 |
| | | | DOJ-DS006573 |
| | | | DOJ-DS006574 |
| | 05/15/2002 to | GSA telephone records | DOJ-DS-010735 |
| | | | DOJ-DS-010736 |
| | | | DOJ-DS-010737 |
| | | | DOJ-DS-010738 |
| | | | DOJ-DS-010739 |
| | | | DOJ-DS-010740 |
| | | | DOJ-DS-010741 |
| | | | DOJ-DS-010742 |
| | | | DOJ-DS-010743 |
| | | | DOJ-DS-010744 |
| | | | DOJ-DS-010745 |
| | | | DOJ-DS-010746 |
| | | | DOJ-DS-010767 |
| | | | DOJ-DS-010768 |
| | | | DOJ-DS-010769 |
| | | | DOJ-DS-010770 |
| | | | DOJ-DS-010771 |
| | | | DOJ-DS-010772 |

3

| | | | |
|---|---|---|---|
| | | | DOJ-DS-010773 |
| | | | DOJ-DS-010774 |
| | | | DOJ-DS-010775 |
| | | | DOJ-DS-010776 |
| | | | DOJ-DS-010777 |
| | 11/13/2002 | | DOJ-DS-010778 |
| | | | |
| | | | |
| | | | |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 7ᵗʰ day of ___April___, 2006.

RECORDS CUSTODIAN

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)
## FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is Thomas Dryer. I am an official custodian of records for the General Services Administration, Office of Congressional Affairs (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters
set forth by, or from information transmitted by, a person with
knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
| | 11/19/2002 | Package of documents related to a letter from Stephen Perry to Chairman Don Young | DOJ-DS 0014871 |
| | | | DOJ-DS 0014872 |
| | | | DOJ-DS 0014873 |
| | | | DOJ-DS 0014874 |
| | | | DOJ-DS 0014875 |
| | | | DOJ-DS 0014876 |
| | | | DOJ-DS 0014877 |
| | | | DOJ-DS 0014878 |
| | | | DOJ-DS 0014879 |
| | | | DOJ-DS 0014880 |
| | | | DOJ-DS 0014881 |
| | | | DOJ-DS 0014882 |
| | | | DOJ-DS 0014883 |
| | | | DOJ-DS 0014884 |
| | | | DOJ-DS 0014885 |
| | 11/19/2002 | Package of documents related to a letter from Stephen Perry to Chairman Don Young | DOJ-DS 0014886 |
| | | | DOJ-DS 0014887 |
| | | | DOJ-DS 0014888 |
| | | | DOJ-DS 0014889 |
| | | | DOJ-DS 0014890 |
| | | | DOJ-DS 0014891 |
| | | | DOJ-DS 0014892 |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this _6th_ day of _April_ , 2006.

_(signature)_

RECORDS CUSTODIAN

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR-05-370 |
| | ) | |
| DAVID HOSSEIN SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

My name is Laura M. Leussing. I am an official custodian of records for the General Services Administration, Office of General Council (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business.

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, <u>United States v. David Hossein Safavian</u>. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11):

## INVENTORY OF DOCUMENTS

| Exhibit No. | Date | Description | Bates No. |
|---|---|---|---|
|  | 03/01/2005 | Facsimile Cover Sheet with Memorandum of call from David Safavian | DOJ-DS005795 |
|  |  | Facsimile Cover Sheet and report | DOJ-DS005796 |
|  |  | Facsimile Cover Sheet | DOJ-DS005797 |
|  | 07/25/2002 | E-mail from Safavian to McKenna | DOJ-DS005798 |
|  |  | Ethics opinion | DOJ-DS005799 |
|  | 10/18/2002 | Review of Public Financial Disclosure Report (SF 278) | DOJ-DS005800 |
|  |  |  | DOJ-DS005801 |
|  | 10/18/2002 | Public Financial Disclosure Report     (SF 278), page 1 | DOJ-DS005802 |
|  |  | page 2 | DOJ-DS005803 |
|  |  | page 3 | DOJ-DS005804 |
|  |  | page 4 | DOJ-DS005805 |
|  |  | page 6 | DOJ-DS005806 |
|  |  | page 7 | DOJ-DS005807 |
|  | 07/25/2002 | E-mail from Safavian to McKenna | DOJ-DS005808 |
|  |  | Ethics opinion | DOJ-DS005809 |
|  | 04/27/2002 | Acknowledgement of Receipt of SF 278 | DOJ-DS005810 |
|  | 10/31/2002 | E-mail from Safavian to Ellison | DOJ-DS005811 |
|  | 07/21/2003 | E-mail from Safavian to Ellison | DOJ-DS005812 |
|  | 07/21/2003 | E-mail from Safavian to Ellison | DOJ-DS005813 |
|  | 07/09/2003 | Review of Public Financial Disclosure Report (SF 278) | DOJ-DS005814 |
|  |  |  | DOJ-DS005815 |
|  | 07/09/2003 | Public Financial Disclosure Report     (SF 278), page 1 | DOJ-DS005816 |
|  |  | page 2 | DOJ-DS005817 |
|  |  | page 3 | DOJ-DS005818 |
|  |  | page 4 | DOJ-DS005819 |
|  |  | page 5 | DOJ-DS005820 |
|  |  | page 6 | DOJ-DS005821 |
|  |  | page 7 | DOJ-DS005822 |
|  | 12/30/2003 | Return Receipt | DOJ-DS005823 |
|  | 01/08/2004 | Return Receipt | DOJ-DS005824 |
|  | 09/03/2003 | Sign-in Sheet for Annual Ethics Briefing | DOJ-DS005825 |
|  | 09/03 | Sign-in Sheet for Public Financial Report | DOJ-DS005826 |

3

| | | Filers | |
|---|---|---|---|
| | 06/20/2002 | GSA Ethics Briefing Sign-in sheet | DOJ-DS005827 |
| | 09/03 | Sign-in Sheet for Public Financial Report Filers | DOJ-DS005828 |
| | 07/25/2002 | E-mail from Safavian to McKenna | DOJ-DS005829 |
| | | Ethics opinion | DOJ-DS005830 |
| | 05/30/2003 | E-mail from Safavian to Ellison | DOJ-DS005831 |
| | | | DOJ-DS005832 |
| | 06/20/2002 | GSA Ethics Briefing Sign-in sheet | DOJ-DS 0013490 |
| | | Acknowledgement of Receipt of Standards of Conduct | DOJ-DS 0013491 |
| | | Ethics in the 21st Century | DOJ-DS 0013492 |
| | | | DOJ-DS 0013493 |
| | | | DOJ-DS 0013494 |
| | | | DOJ-DS 0013495 |
| | | | DOJ-DS 0013496 |
| | | | DOJ-DS 0013497 |
| | 10/2002 | Standards of Ethical Conduct for Employees of the Executive Branch | DOJ-DS 0013498 to |
| | | | DOJ-DS 0013579 |
| | | Attachment 3 | DOJ-DS 0013580 |
| | | Summary of Conflict of Interest Laws | DOJ-DS 0013581 |
| | | | DOJ-DS 0013582 |
| | | | DOJ-DS 0013583 |
| | | Attachment 4 | DOJ-DS 0013584 |
| | | Supplemental Standards of Ethical Conduct for Employees of the GSA | DOJ-DS 0013585 |
| | | | DOJ-DS 0013586 |
| | | | DOJ-DS 0013587 |
| | | Attachment 5 | DOJ-DS 0013588 |
| | | GSA Order | DOJ-DS 0013589 |
| | | | DOJ-DS 0013590 |
| | | | DOJ-DS 0013591 |
| | | Attachment 6 | DOJ-DS 0013592 |
| | | Procurement Intrgrity Requirements | DOJ-DS 0013593 |
| | | | DOJ-DS 0013594 |
| | | Attachment 7 | DOJ-DS 0013595 |
| | | Political Activities of Most Federal Employees | DOJ-DS 0013596 |
| | | Attachment 8 | DOJ-DS 0013597 |
| | | GSA Deputy Standards of Conduct Counselors | DOJ-DS 0013598 |
| | | | DOJ-DS 0013599 |
| | | | DOJ-DS 0013600 |

4

| | | | DOJ-DS 0013601 |
|---|---|---|---|
| | 09/03/2003 | Sign-in Sheet for Annual Ethics Briefing | DOJ-DS 0013602 |
| | 07/11/2003 | Annual Agency Ethics Briefing for CY 2003 | DOJ-DS 0013603 |
| | | | DOJ-DS 0013604 |
| | | Public Filers Guide | DOJ-DS 0013605 to |
| | | | DOJ-DS 0013661 |
| | 10/18/2002 | Review of Public Financial Disclosure Report (SF 278) | DOJ-DS 0013662 to |
| | | | DOJ-DS 0013667 |
| | 07/09/2003 | Public Financial Disclosure Report    (SF 278), page 1 to 7. | DOJ-DS 0013668 to |
| | | | DOJ-DS 0013674 |
| | | Public Financial Disclosure Report    (SF 278), page 5 | DOJ-DS 0014904 |
| | | | |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 7th day of April , 2006.

RECORDS CUSTODIAN

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
                                         )
                                         )        Case No. CR-05-370
v.                                       )
                                         )
DAVID HOSSEIN SAFAVIAN,                  )
                                         )
                    Defendant.           )

**CERTIFICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**
**FOR DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

My name is Jay Nogle. I am an official custodian of records for Greenberg Traurig, LLP (hereinafter, 'the business"). Part of my duties as the custodian may include testifying in court and/or certifying the authenticity of our business records, including, but not limited to, original records or duplicate copies of records which truly and accurately reflect - as a matter of business practice - the information recorded on the corresponding records in the normal course of business. The Greenberg Traurig e-mail system retains e-mails that are either transmitted from a Greenberg Traurig employee who is the sender, as noted by the name listed as "From," or a Greenberg Traurig employee who is the recipient, as noted by the name listed as "To."

I have been requested by the Criminal Division of the Department of Justice, on behalf of the United States of America, to examine duplicate copies of certain business records which may be offered as evidence during trial of the above-styled action, United States v. David Hossein Safavian. The records were originally transmitted by our business to representatives of the United States voluntarily or pursuant to subpoena in connection with this action. Further, I have been asked to certify those duplicate copies as being in compliance with FED. R. EVID. 902(11) in lieu of testifying in person at the trial.

The requirements of FED. R. EVID. 902 (11), and with which these records comport, are as follows:

The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under FED. R. EVID. 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record -

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I have personally examined duplicate copies of the attached described business records, which have been identified further in this certification below, and in my capacity as records custodian, I certify that each of the following documents meet the requirements listed above and set forth by FED. R. EVID. 902(11).

| Document Description | Bates Range |
|---|---|
| Greenberg Traurig e-mails | GTG – E00000001 to GTG – E00467747 |

I declare under penalty of perjury as provided by 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 7th day of April, 2006.

RECORDS CUSTODIAN