UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

### ORDER

UPON CONSIDERATION of Defendant Safavian's Motion to Exclude Evidence that is Hearsay or Irrelevant, and the entire record herein, Defendant's Motion is hereby GRANTED and such evidence is deemed INADMISSIBLE.

Ordered this _____ day of _____, 2006.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick L. Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter R. Zeidenberg
Nathaniel B. Edmonds
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005