# EXHIBIT 1

From: Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov)
Sent: Sunday, June 16, 2002 10:18 PM
To: 'Jon van Horne'
Cc: van Horne, Jon (Shld-DC-Legis); Bozniak, Allison R. (AdmAst-DC-Gov/Adm)
Subject: RE: your message regarding new "fairly urgent" project

Hi Jon. Answers below in ALL CAPS

ALLISON: PLEASE MAKE SURE JON GETS THIS TOMORROW IN CASE HE DOES NOT GET IT TODAY.

-----Original Message-----
From: Jon van Horne [mailto:jonvanhorne@comcast.net]
Sent: Sunday, June 16, 2002 5:39 PM
To: abramoffj@gtlaw.com
Subject: your message regarding new "fairly urgent" project

My office mailbox is full; so I can't send anything from it. Using my home email.

I can meet with you on Tuesday. Is this a surplus government building? IT IS THE OLD POST OFFICE ON PENNSYLVANIA AVENUE. THEY ARE CLEARING OUT THE LEASED PROPERTY TO GET IT READY AS SURPLUS Or is GSA subletting it? THEY WILL LEASE IT NOT SELL IT Do we know where it is located? I'm not sure Choctaw has any 8a businesses (as opposed to small disadvantaged businesses or hubzone businesses). If this is a government sale, the rules might be somewhat different. If this were a procurement contract, we could first make sure it was a SDB setaside. Guess we need more background before we can develop a plan. NOT SURE WHAT THE ANSWERS ARE, BUT WE'LL DISCUSS AT OUR MEETING AND FIGURE IT OUT.

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
To: van Horne, Jon (Shld-DC-Legis)
Sent: 6/16/2002 10:33 AM
Subject: new project -- fairly urgent

Can you familiarize yourself (if you don't already know them) with the rules related to the government granting contracts/bids to minorities, though Section 8a (?)? here's the deal. A group, which will include the Choctaws probably, will be making a bid for a GSA controlled building for use as a hotel/office complex. The building has to go out to bid, but I can get the specs written so tightly that we might be the only group who can bid, by including an Indian tribe. Can you meet with me on Tuesday about this?

5/7/2004

DOJ-DS007537