UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-0370 (PLF) |
| ) | |
| DAVID HOSSEIN SAFAVIAN, ) | |
| ) | |
| Defendant. ) | |

ORDER

On April 14, 2006, the government filed a motion to seal its motion in limine to exclude improper evidence attacking the credibility of a government witness. Based upon consideration of the government's motion to seal, it is hereby

ORDERED that the government's motion to seal the motion in limine to exclude improper evidence [63] is GRANTED, and the Clerk's office is directed to place under seal the motion in limine to exclude improper evidence attacking the credibility of a government witness; it is

FURTHER ORDERED that counsel for the defendant shall file any opposition under seal and the government shall file any reply under seal.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 18, 2006