UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>  v. )<br> )   Criminal No. 05-0370 (PLF)<br>DAVID HOSSEIN SAFAVIAN, )<br> )<br>  Defendant. )<br>_____) | |

ORDER

On April 7, 2006, the Court entered a scheduling order directing the parties, among other things, to submit proposed voir dire questions ten days prior to the start of trial. In view of the nature of the charges in this case, the media attention, and defense counsel's concerns about prejudicial pretrial publicity, the Court has determined that it will administer a written questionnaire during the first morning of jury selection and allow follow up questions to jurors individually on the second day and (if necessary) the third. Accordingly, it is hereby

ORDERED that instead of the previously ordered filing of proposed voir dire questions ten days before trial, the parties shall submit, on or before May 3, 2006, a joint proposed written questionnaire that includes both the kind of standard questions that would be propounded in any criminal trial and those tailored to the particulars of the case, such as ones addressing the nature of the charges and juror exposure to press coverage. If counsel wishes to refer to past questionnaires used by the Court as models, they may call Chambers for copies. It is

      FURTHER ORDERED that during the previously scheduled May 5, 2006 status conference the Court will also hear oral arguments on the motions in limine already submitted by counsel.

      SO ORDERED.

      _____/s/_____
      PAUL L. FRIEDMAN
      United States District Judge

DATE: April 21, 2006