## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES of AMERICA,**

**v.**

**DAVID HOSSEIN SAFAVIAN,**                          **Criminal No. 05-370 (PLF)**

**Defendant**

## <u>ORDER</u>

UPON CONSIDERATION of Defendant Safavian's Motion to Preclude the
Government's Supplemental Filing, and the entire record herein, it is hereby ORDERED that the
Government SHALL NOT FILE additional attachments in support of its Motion in Limine for
Pretrial Determination of Admissibility of Certain Evidence until the Court has ruled on the legal
issues and after the government's disclosure of proposed trial exhibits.

Ordered this _____ day of _____, 2006.


_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder                 Peter R. Zeidenberg
Roderick L. Thomas                 Nathaniel B. Edmonds
Albert C. Lambert                  United States Department of Justice
Wiley Rein & Fielding LLP          1400 New York St. NW
1776 K Street NW                   Suite 12100
Washington, DC  20006              Washington, DC 20005