## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

UPON CONSIDERATION of Defendant Safavian's Motion to Preclude the Government's Supplemental Filing, and the Government's Opposition thereto, Defendant Safavian's Motion is DENIED.

Ordered this ____ day of _____, 2006.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies to:

Barbara Van Gelder
Roderick L. Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

Peter R. Zeidenberg
Nathaniel B. Edmonds
United States Department of Justice
1400 New York Avenue, N.W.
Suite 12000
Washington, D.C. 20005