Form 26.1 - A.20
Certified copy of material part of document - by authorised representative of possessor of original

# CERTIFICATE OF AUTHENTICATION

I,[1] _GORDON THOMAS WILSON, FINANCE DIRECTOR, OLD COURSE HOTEL GOLF RESORT & SPA, OLD STATION ROAD, ST. ANDREWS, FIFE_

being the authorised representative of[2] _OLD COURSE HOTEL GOLF RESORT & SPA, OLD STATION ROAD, ST. ANDREWS, FIFE_

who (or which) is in possession and control of the original of the copy document on which this certificate is endorsed (or to which this certificate is attached) hereby certify that it is a true copy of a material part of the original in the possession and control of

[3] _OLD COURSE HOTEL GOLF RESORT & SPA_

of whom (or which) I am the authorised representative.

Date: _5 October, 2005._      (Signed): _Wilson_
                                      [4] _Finance Director_

---

[1]  insert name, address and title of office held.

[2]  insert name and address of person or body in possession and control of document.

[3]  insert name of person or body as at note 2 above.

[4]  insert authorised capacity in which certificate signed.

xf3 *(02/97)* w2k

Certified copy of material part of document - by authorised representative of possessor of original

# CERTIFICATE OF AUTHENTICATION

I,[1] _Gordon Thomas Wilson, Finance Director,_
_Old Course Hotel, Golf Resort & Spa, Old Station Road, St Andrews, Fife_

being the authorised representative of[2] _Old Course Hotel Golf Resort & Spa._
_Old Station Road, St Andrews, Fife_

who (or which) is in possession and control of the original of the copy document on which this certificate is endorsed (or to which this certificate is attached) hereby certify that it is a true copy of a material part of the original in the possession and control of

[3] _Old Course Hotel, Golf Resort & Spa_
_Old Station Road, St. Andrews, Fife_

of whom (or which) I am the authorised representative.

Date: _5 October, 2005._   (Signed): _[signature]_
                                    [4] _Finance Director_

---

[1]   insert name, address and title of office held.

[2]   insert name and address of person or body in possession and control of document.

[3]   insert name of person or body as at note 2 above.

[4]   insert authorised capacity in which certificate signed.

xf3 (02/97) w2k

Form 20.1 - A.20
Certified copy of Case 1:05-cr-00370-PLF   Document 78-3   Filed 04/25/2006   Page 3 of 4
material part of
document - by
authorised
representative
of possessor
of original

## CERTIFICATE OF AUTHENTICATION

I,[1] _Gordon Thomas Wilson, Finance Director,_
_Old Course Hotel Golf Resort & Spa, Old Station Road, St. Andrews, Fife_
being the authorised representative of[2] _Old Course Hotel Golf Resort & Spa,_
_Old Station Road, St. Andrews, Fife_

who (or which) is in possession and control of the original of the copy document on which this certificate is endorsed (or to which this certificate is attached) hereby certify that it is a true copy of a material part of the original in the possession and control of

[3] _Old Course Hotel Golf Resort & Spa_

of whom (or which) I am the authorised representative.

Date: _5 October, 2005._   (Signed): _G Wilson_
[4] _Finance Director_

---

[1]  insert name, address and title of office held.

[2]  insert name and address of person or body in possession and control of document.

[3]  insert name of person or body as at note 2 above.

[4]  insert authorised capacity in which certificate signed.

xf3 (02/97) w2k

Form 20A.25
Certified copy of
material part of
document - by
authorised
representative
of possessor
of original

# CERTIFICATE OF AUTHENTICATION

I,[1]  GORDON THOMAS WILSON, FINANCE DIRECTOR,
OLD COURSE HOTEL, GOLF RESORT & SPA, OLD STATION ROAD, ST ANDREWS, FIFE
being the authorised representative of [2] OLD COURSE HOTEL GOLF RESORT & SPA
OLD STATION ROAD, ST. ANDREWS, FIFE

who (or which) is in possession and control of the original of the copy document on which this certificate is endorsed (or to which this certificate is attached) hereby certify that it is a true copy of a material part of the original in the possession and control of

[3]  OLD COURSE HOTEL, GOLF RESORT & SPA
OLD STATION ROAD, ST. ANDREWS, FIFE

of whom (or which) I am the authorised representative.

Date: 5 October, 2005.      (Signed): G Wilson
                                    [4] Finance Director

---

[1]  insert name, address and title of office held.

[2]  insert name and address of person or body in possession and control of document.

[3]  insert name of person or body as at note 2 above.

[4]  insert authorised capacity in which certificate signed.

xf3 (02/97) w2k