UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S MOTION TO SUPPLEMENT ITS PREVIOUSLY FILED
MOTION IN LIMINE FOR PRETRIAL DETERMINATION OF CERTAIN EVIDENCE**

The United States of America, by and through its undersigned attorneys, hereby respectfully moves to supplement its previously filed Motion in Limine for Pretrial Determination of Admissibility of Certain Evidence (Docket # 66). As grounds for this filing, the government represents that the attached exhibit represents a batch of e-mails that came into the government's possession after the filing of the government's previously filed Motion in Limine, therefore we were unable to include them in the previous submission to the Court.[1] In order to prevent unnecessary delay during trial, we respectfully submit these materials now so that the Court may rule on their admissibility prior to trial for the reasons stated in our previous filing.[2]

---

[1] The Government will providing to the Defendant and the Court an additional 902(11) certification regarding the new production of e-mails.

[2] While the government contends that all of the proffered e-mails attached hereto support the previously articulated argument that defendant and Jack Abramoff were engaged in a conspiracy to commit honest services fraud, the government specifically directs the Court's attention to the following bates nos.: DOJ-DS 0015093; 15091; 15103; 15102; 15025; 15213; 15214; 15212; and 15014, which provide particularly compelling evidence in support of this argument.

For the foregoing reasons, the government respectfully requests that the Court permit the government to supplement its previously filed Motion in Limine for Pre-trial Determination of Admissibility of Certain Evidence.

Respectfully submitted,

| | |
|---|---|
| /s/ Nathaniel B. Edmonds | /s/ Peter R. Zeidenberg |
| NATHANIEL B. EDMONDS | PETER R. ZEIDENBERG |
| Trial Attorney, Fraud Section | Trial Attorney, Public Integrity Section |
| Criminal Division | Criminal Division |
| United States Department of Justice | United States Department of Justice |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| Defendant | : | |

## ORDER

UPON CONSIDERATION of Government's Motion to Supplement its Previously Filed Motion in Limine for Pretrial Determination of Admissibility of Certain Evidence (Docket no. 66), Government's Motion is GRANTED.

Ordered this _____ day of _____, 2006.

_____

The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE


Copies to:

Barbara Van Gelder
Roderick L. Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

Peter R. Zeidenberg
Nathaniel B. Edmonds
United States Department of Justice
1400 New York Avenue, N.W.
Suite 12000
Washington, D.C. 20005

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 25th day of April, 2006, a copy of the foregoing was served on the following counsel by electronic service to:

        Barbara Van Gelder, Esq.
        Wiley Rein & Fielding
        1776 K Street NW
        Washington, DC 20006
        Tel: 202-719-7032
        Facsimile: 202-719-7049

        /s/ Nathaniel B. Edmonds
        NATHANIEL B. EDMONDS
        Trial Attorney
        Fraud Section, Criminal Division
        United States Department of Justice