From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, December 17, 2000 2:51 PM
To: jacka@prestongates.com
Subject: Re: Hi David

In a message dated 12/16/00 9:42:07 PM Pacific Standard Time,
jacka@prestongates.com writes:

Let's try to get together with her this week. We have been pushing someone
else, but Terry Martin tells me that he likes her. Can we meet with her
(together, you and I? On the racquetball court! Kidding). Thanks for your
good wishes on Greenberg.

Absolutely. Tell me when we can get together. Given how busy you must be, I
will clear my decks for a few minutes of your time. After all, you are the
most watched lobbyist of the new generation. [I can only hope to follow suit
someday. ;-) ]

Tell me when and where, and I will set it up with Jana.

With warm regards,

David

David H. Safavian
Principal
Janus-Merritt Strategies, L.L.C.
1133 21st Street, N.W.
Suite 700
Washington, D.C. 20036

Tel: (202) 887████
Fax: (202)887████
www.janus-merritt.com

DOJ-DS 0015135

GTG-E000468608

**From:**            Abramoff, Jack (Dir-DC-Gov)
**Sent:**            Friday, June 07, 2002 11:02 AM
**To:**            'david.safavian@gsa.gov'
**Subject:**            Re: are you free for lunch on Monday?

```
Yup
Jack Abramoff

-----Original Message-----
From: david.safavian@gsa.gov <david.safavian@gsa.gov>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Fri Jun 07 11:59:14 2002
Subject: Re: are you free for lunch on Monday?

I assume at Signatures?

Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld
```

1

DOJ-DS 0015077

GTG-E000468497

From:           Abramoff, Jack (Dir-DC-Gov)
Sent:           Monday, June 10, 2002 3:59 PM
To:             'david.safavian@gsa.gov'
Subject:        RE: see you at 6 today

You da man.

 -----Original Message-----
From:        david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, June 10, 2002 4:58 PM
To:   abramoffj@gtlaw.com
Subject:     Re: see you at 6 today

Thursday, June 20, 7pm, Signatures.

Its in the book.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld


     From: abramoffj
     Sent: 06/10/2002 04:57 PM
     To: david.safavian@gsa.gov
     Subject: RE: see you at 6 today


Perfect.  The 20th, right?  7 PM?

 -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Monday, June 10, 2002 4:55 PM
To:   abramoffj@gtlaw.com
Subject:  Re: see you at 6 today

Dinner Thursday nite?

---------------------------
Sent from my BlackBerry Wireless Handheld


     From: abramoffj
     Sent: 06/10/2002 04:54 PM
     To: david.safavian@gsa.gov
     Subject: RE: see you at 6 today


Have to take the boys to the game (my team - Altoona Curve - playing). Then we have a team
party for their little league team.  Dinner next week any night, except Monday?

 -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:      Monday, June 10, 2002 4:50 PM
To:   abramoffj@gtlaw.com
Subject:  Re: see you at 6 today

Ill be flying back from Atlanta then.

                                    1

DOJ-DS 0015078

GTG-E000468505

Golf on Sunday?

---------------------------
Sent from my BlackBerry Wireless Handheld

> From: abramoffj
> Sent: 06/10/2002 04:49 PM
> To: david.safavian@gsa.gov
> Subject: RE: see you at 6 today

Loser! I told you to come with me and not the gov!!  you'd be playing golf non-stop.
Anyway, how about Thursday dinner at 8 PM?

 -----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Monday, June 10, 2002 4:46 PM
To:  abramoffj@gtlaw.com
Subject:  Re: see you at 6 today

Can't pull weekday golf until I'm a bit more ensconced as chief of staff. Sorry.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld

> From: abramoffj
> Sent: 06/10/2002 04:45 PM
> To: david.safavian@gsa.gov
> Subject: RE: see you at 6 today

How about golf Friday afternoon?  don't say no!!!! :)

 -----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Monday, June 10, 2002 4:41 PM
To:  abramoffj@gtlaw.com
Subject:  Re: see you at 6 today

Can't do dinner tomorrow. I'm on travel to Boston and Atlanta.  How about breakfast on
Friday?

---------------------------
Sent from my BlackBerry Wireless Handheld

> From: abramoffj
> Sent: 06/10/2002 12:48 PM
> To: david.safavian@gsa.gov
> Subject: RE: see you at 6 today

You're too popular!  Free for dinner tomorrow night around 7?

 -----Original Message-----
From:     david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:     Monday, June 10, 2002 11:52 AM
To:  abramoffj@gtlaw.com
Subject:  Re: see you at 6 today

Sorry, but I am booked solid all day.

2

DOJ-DS 0015079

GTG-E000468506

---------------------------

Sent from my BlackBerry Wireless Handheld

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS 0015080

GTG-E000468507

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

4

DOJ-DS 0015081

GTG-E000468508

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, June 18, 2002 7:19 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: golf cart |

Got it.  thanks David.  Sorry for my not being clear about it.  let me know if you want me to send someone over to get the materials on our favorite building.  We are working away at that one.

  -----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, June 18, 2002 10:01 AM
To:    abramoffj@gtlaw.com
Subject:    Re: golf cart

I thought it was the club's, so I left it at the Proshop.

I apologize for the mistake.

Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld

     From: abramoffj
     Sent: 06/18/2002 07:13 AM
     To: david.safavian@gsa.gov
     Subject: golf cart

I can't seem to find the golf cart I lent you when we played on Friday. Did you ever give it back to me, or did you leave it at the club?

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

1

DOJ-DS 0015093

GTG-E000468523

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj]] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, June 19, 2002 2:01 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: sent you an email to your home address |

Have a good and safe trip.

 -----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, June 19, 2002 1:24 PM
To:   abramoffj@gtlaw.com
Subject:    Re: sent you an email to your home address

I'm in nyc today. I'll check it tonight.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld

1

DOJ-DS 0015092

GTG-E000468522

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, June 19, 2002 6:34 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: FW: Leasing of Historic Buildings |

Thanks David.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, June 19, 2002 6:22 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: Leasing of Historic Buildings

Jack -- I have some materials in my office that i will get over to you.

David

In a message dated 6/19/02 9:45:38 AM Pacific Daylight Time, abramoffj@gtlaw.com writes:

David, can you get us this stuff so we can put together the bid specs?

-----Original Message-----
From:    van Horne, Jon (Shld-DC-Legis)
Sent:    Wednesday, June 19, 2002 11:10 AM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:    Leasing of Historic Buildings

Recently the General Post Office Building, also know as the US Tariff
Commission Building was leased to a developer for conversion into a luxury
hotel under the authority of section 111 of the National Historic
Preservation Act (NHPA). It would be very helpful if we could obtain a copy
of the solicitation that was used in that case (without any full size
architectural drawings) to select the developer.

Also that transaction was proceeded by consultation with the Advisory
Council on Historic Preservation pursuant to section 106 of the NHPA. This
consultation resulted in a Memorandum of Agreement. It would be useful to
know first whether there has been such a consultation with respect to the
Old Post Office Building at 12th and Pennsylvania NW and whether a MOA has
been issued and whether we can get a copy of it.

DOJ-DS 0015091

5/8/2004

GTG-E000468521

From:    Abramoff, Jack (Dir-DC-Gov)
Sent:    Wednesday, July 03, 2002 5:30 PM
To:      'MerrittDC@aol.com'
Subject: RE: FW: OPO

Want to bring him with us?  I have an opening.  Let me know.  If not, no problem at all.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, July 03, 2002 5:39 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

In a message dated 7/3/2002 10:57:01 AM Eastern Daylight Time, abramoffj@gtlaw.com writes:


we still on for golf Friday 11 am Four Streams?


I have to cancel for golf on Friday.  My boss just asked whether I want to play, and quite frankly, I could use some "bonding time" with him.  I hope this isnt too much of an inconvenience.

David

DOJ-DS 0015094

5/6/2004

GTG-E000468534

From:          Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
               of Abramoff, Jack (Dir-DC-Gov)
Sent:          Wednesday, July 17, 2002 11:44 AM
To:            'david.safavian@gsa.gov'
Subject:       RE: Golf


Morning might work.  what time do you have in mind?

  -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, July 17, 2002 9:19 AM
To:    abramoffj@gtlaw.com
Subject:    Golf

Jack - My handicap is a 23. My home course is Springield Golf and Country Club in
Springfield, Virginia.

Do you want to try to play Sunday morning or late afternoon?

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld

1

DOJ-DS 0015095

GTG-E000468536

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, July 23, 2002 6:44 AM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: do you have access to your home email from the road? |

Sorry, just got this.  hope your trip was good.

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Monday, July 22, 2002 10:41 PM
To:    abramoffj@gtlaw.com
Subject:    Re: do you have access to your home email from the road?

Yes. I just got in. Shall I check it tonight?

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld


     From: abramoffj
     Sent: 07/22/2002 07:25 PM
     To: david.safavian@gsa.gov
     Subject: do you have access to your home email from the road?



The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,   you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

1

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 23, 2002 6:53 AM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: FW: OPO |

Great. we'll try to get it today. Thanks David.

—---Original Message—--
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, July 22, 2002 11:55 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

That's fine. I suspect it is a Don Young/Steve LaTourette letter? Make sure I get a copy directly (as well as thru the normal mail process) so I can begin to lay the groundwork as soon as possible.

David

In a message dated 7/22/02 4:31:37 PM Pacific Daylight Time, abramoffj@gtlaw.com writes:

—---Original Message—--
From:    van Horne, Jon (Shld-DC-Legis)
Sent:    Monday, July 22, 2002 1:53 PM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:    OPO

Draft congressional letter:

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service Administration's National Capital Region on July 15th issued a draft Request for Qualifications for redevelopment of the Old Post Office Building located in the Federal Triangle.

As GSA proceeds with this important historic reuse project, I urge you to give consideration to providing additional opportunities for Hubzone businesses in the redevelopment process. Specifically, I would like you to consider giving Hubzone businesses an advance opportunity to provide redevelopment proposals that could be given priority if they otherwise meet

DOJ-DS 0015103

5/8/2004

GTG-E000468544

the RFQ and RFP requirements.

DOJ-DS 0015104

5/8/2004

GTG-E000468545

From:    Abramoff, Jack (Dir-DC-Gov)
Sent:    Tuesday, July 23, 2002 6:08 PM
To:      'MerrittDC@aol.com'
Subject: RE: Fw: GSA

You are wonderful!

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, July 23, 2002 1:29 PM
To: abramoffj@gtlaw.com
Subject: Re: Fw: GSA

In a message dated 7/23/2002 12:32:06 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


David, can you push this guy, or what else should we do?
Jack Abramoff


I spoke with our Congressional Affairs guy.  He has reservations, but i have overruled him.  What I am trying to get a hold of is an actual map of the land and facilities.  I hope to have something this afternoon for you...uh...I mean ...for Ms. Capito.

DHS

DOJ-DS 0015102

GTG-E000468543

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, July 23, 2002 10:23 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: golf Friday?  golf Monday?  golf Sunday?  golf golf golf!!! |

But don't they understand you have to practice before our trip!!

```
 -----Original Message-----
From:     MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, July 23, 2002 9:38 PM
To:   abramoffj@gtlaw.com
Subject:   Re: golf Friday?  golf Monday?  golf Sunday?  golf golf golf!!!
```

Would love to but I am out of town this weekend to see my in-laws.  fun fun
fun.

DHS

1

DOJ-DS 0015101

GTG-E000468542

From:        Abramoff, Jack (Dir-DC-Gov)
Sent:        Wednesday, July 24, 2002 10:34 AM
To:          'Merrittdc@aol.com'
Subject:     Fw: Can we light another fire under GSA?


Jack Abramoff

-----Original Message-----
From: Volz, Neil G. (AstDir-DC-Gov/Adm) <volzn@gtlaw.com>
To: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
Sent: Wed Jul 24 11:32:47 2002
Subject: Can we light another fire under GSA?

I just talked with Capito's chief of staff who talked with GSA last night again and the
ball is now apparently in GSA's hands........he is waiting to hear back from them with
info. on the building.

NV

1

DOJ-DS 0015100

GTG-E000468541

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| --- | --- |
| Sent: | Wednesday, July 24, 2002 1:32 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: can you check your home email? |

Thanks.

```
  -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, July 24, 2002 1:28 PM
To:   abramoffj@gtlaw.com
Subject:    Re: can you check your home email?
```

I will in 20 min.

Dhs

```
-------------------------
Sent from my BlackBerry Wireless Handheld
```

1

DOJ-DS 0015099

GTG-E000468540

From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, July 29, 2002 3:44 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

I concur with Neil. Better that you have the letter in BEFORE we set the criteria and parameters for the public-private partnership than AFTER the deal is set.

As for your follow-up regarding OMB, yes, there are a couple of folks at OMB who dont like the idea of public-private partnerships. (These same people would also like to do away compeltely with GSA.) They told us last week that they would not authorize any funds to be used to buyout the remaining leases at the OPO. This move would essentially shut down our privatization activities with respect to this property. (I think I blind CCed you on this issue.)

However, the OMB staffer in the way (David Haun) does not realize that we have a legislative directive FROM CONGRESS regarding this matter. In fact, we had a letter sent to us by Don Young, Steve LaTourette, Byron Dorgan, and Harry Reid just 10 months ago reaffirming their committment to the OPO public-private partnership.

What this means is that we will have to go to Mitch Daniels and roll this idiot. I suspect it will take a week or so to do that. So we're in a holding pattern until Steve and Mitch get together.

DHS

In a message dated 7/29/2002 3:31:11 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Subj:FW: OPO
Date:7/29/2002 3:31:11 PM Eastern Daylight Time
From: abramoffj@gtlaw.com
To: Merrittdc@aol.com
Sent from the Internet

What do you recommend?

-----Original Message-----
From:    Williams, Michael E. (Dir-DC-Gov)
Sent:    Monday, July 29, 2002 2:18 PM

DOJ-DS 0015096

5/8/2004

GTG-E000468537

To:   Volz, Neil G. (AstDir-DC-Gov/Adm); van Horne, Jon (Shld-DC-Legis)
Cc:   Abramoff, Jack (Dir-DC-Gov)
Subject:   RE: OPO

I think Colin Chapman has been speaking with the same staffer or one with a
similar story.
       -----Original Message-----
       From:    Volz, Neil G. (AstDir-DC-Gov/Adm)
       Sent:   Monday, July 29, 2002 2:16 PM
       To:   van Horne, Jon (Shld-DC-Legis); Williams, Michael E.
(Dir-DC-Gov)
       Cc:   Abramoff, Jack (Dir-DC-Gov)
       Subject:   RE: OPO

    LaTourette's guys has suggested writing a generic letter after this
project's bid is sent out.  The committee had heard the bid would be put out
today, but GSA said Friday don't expect to see it for several more days.  I
think our best proposal still consists of getting a letter containing
preferential language for Hubzones put together before the bid as we have
planned all along.  I have sent an email to LaTourette's COS ( instead of
the committee guy I have been talking with ) in hopes of getting LaTourette
to write a letter before the bid, but the staff guy seems to be set on
writing the letter after.  I'll let you know what LaTourette's COS says when
I finally get through to her.

    NV.

       -----Original Message-----
       From:    van Horne, Jon (Shld-DC-Legis)
       Sent:   Monday, July 29, 2002 1:58 PM
       To:   Williams, Michael E. (Dir-DC-Gov); Volz, Neil G.
(AstDir-DC-Gov/Adm)
       Cc:   Abramoff, Jack (Dir-DC-Gov)
       Subject:   RE: OPO

    Thanks Mike.  Anything new with you, Neil?

       -----Original Message-----
       From:    Williams, Michael E. (Dir-DC-Gov)
       Sent:   Monday, July 29, 2002 1:57 PM
       To:   Abramoff, Jack (Dir-DC-Gov); van Horne, Jon
(Shld-DC-Legis); Volz, Neil G. (AstDir-DC-Gov/Adm)
       Subject:   RE: OPO

    Don Young's CoS is working on this.  He and Young
are in Alaska so it may take a while.  He mentioned that he spoke with
someone at GSA about the issue.  Trying to get more information.  Will get
back to you!!!
          -----Original Message-----
          From:    Abramoff, Jack (Dir-DC-Gov)
          Sent:   Tuesday, July 23, 2002 8:28 AM

DOJ-DS 0015097

5/8/2004

GTG-E000468538

To:   van Horne, Jon (Shld-DC-Legis);
Volz, Neil G. (AstDir-DC-Gov/Adm); Williams, Michael E. (Dir-DC-Gov)
Subject:   FW: OPO
Importance:   High

Guys, this is a letter we need to have
issued and signed by Don Young and Steve Latourette.  Can you three meet on
this to discuss so we can get this asap?  we need to get this letter in hand
really quickly.  The text below enables a tribe to do this project, so Young
should be enthusiastic.  Thanks.

-----Original Message-----
From:   van Horne, Jon (Shld-DC-Legis)
Sent:   Monday, July 22, 2002 1:53 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   OPO

Draft congressional letter:

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service
Administration's National Capital Region on July 15th issued a draft Request
for Qualifications for redevelopment of the Old Post Office Building located
in the Federal Triangle.

As GSA proceeds with this important historic
reuse project, I urge you to give consideration to providing additional
opportunities for Hubzone businesses in the redevelopment process.
Specifically, I would like you to consider giving Hubzone businesses an
advance opportunity to provide redevelopment proposals that could be given
priority if they otherwise meet the RFQ and RFP requirements.

---

The information contained in this transmission may contain
privileged and confidential information.  It is intended only
for the use of the person(s) named above. If you are not the
intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this
communication is strictly prohibited. If you are not the
intended recipient, please contact the sender by reply email
and destroy all copies of the original message.

To reply to our email administrator directly, please send an
email to postmaster@gtlaw.com.

DOJ-DS 0015098

GTG-E000468539

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, July 31, 2002 7:43 AM |
| To: | 'MerrittDC@aol.com' |
| **Subject:** | RE: Friday meeting |

Thanks.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, July 31, 2002 8:29 AM
To: abramoffj@gtlaw.com
Subject: Re: Friday meeting

In a message dated 7/30/2002 9:49:26 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


If it's OK, I am going to have Jon Van Horne attend with the rest of the group since he will be doing a lot of the paperwork on our side.  Let me know if this is a problem. Thanks again David.


No problem.

DHS

DOJ-DS 0015106

GTG-E000468547

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, August 13, 2002 12:25 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Golf today. |

No problem.  Maybe next week?  Monday?

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, August 13, 2002 11:00 AM
To:   abramoffj@gtlaw.com
Subject:    Re: Golf today.

I am stuck. I have a 3-430 at the White House that I can't reschedule.

---------------------------
Sent from my BlackBerry Wireless Handheld


    From: abramoffj
    Sent: 08/13/2002 10:57 AM
    To: david.safavian@gsa.gov
    Subject: Re: Golf today.


Actually its tomorrow afternoon for golf. Can u do it?
Jack Abramoff

-----Original Message-----
From: david.safavian@gsa.gov <david.safavian@gsa.gov>
To: abramoffj@gtlaw.com <abramoffj@gtlaw.com>
Sent: Tue Aug 13 10:53:38 2002
Subject: Golf today.

I am stuck in the office today. So, unfortunately, I have to take a raincheck.  Hit 'em
well.

Dhs

---------------------------
Sent from my BlackBerry Wireless Handheld



The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

1

DOJ-DS 0015117

GTG-E000468567

DOJ-DS 0015118

GTG-E000468568

From:    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
         Abramoff, Jack (Dir-DC-Gov)

Sent:    Wednesday, August 21, 2002 10:36 PM

To:      'MerrittDC@aol.com'

Subject: RE: cars

I was thinking of the druggies bounty. No problem. Thanks. see you Friday.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, August 21, 2002 10:51 PM
To: abramoffj@gtlaw.com
Subject: Re: cars

Unfortunately, the government doesnt generally buy (and therefore, sell) limos.  Even when we use Lincolns for
execs, we generally lease.  Sorry.

DHS

in a message dated 8/21/02 3:34:46 AM Pacific Daylight Time, abramoffj@gtlaw.com writes:

I have a need to buy a stretch limo for the restaurant.  Are there any
coming up on any of the GSA drug property sales?

DOJ-DS 0015116

GTG-E000468565

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
           Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Thursday, August 22, 2002 11:31 AM

**To:**      'MerrittDC@aol.com'

**Subject:** RE: cars

Thanks.  See you in the morning.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Thursday, August 22, 2002 10:48 AM
To: abramoffj@gtlaw.com
Subject: Re: cars

Let me call a friend at the Marshal's Service. They handle drug seizures.

David

In a message dated 8/21/2002 11:35:31 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


I was thinking of the druggies bounty.  No problem.  Thanks.  see you Friday.

DOJ-DS 0015115

5/8/2004

GTG-E000468564

From:            Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
                 of Abramoff, Jack (Dir-DC-Gov)
Sent:            Sunday, August 25, 2002 10:32 AM
To:              'david.safavian@gsa.gov'
Subject:         RE: Done with the movie

Can't think of anyone off hand, though Howie Sabrin usually likes to play. Should I find
cut if he wants to go?

  -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Sunday, August 25, 2002 9:48 AM
To:   abramoffj@gtlaw.com
Subject:    Re: Done with the movie

We're on for 3pm, today. Directions below. See you there!!! CAN YOU THINK OF A FOURTH?

Sprinfield Golf and Country Club
8301 Old Keene Mill Road
Springfield, Virginia

Directions:

Take the beltway to Braddock Road. Exit on Braddock west. Go 3 or 4 miles to Rolling Road.
Turn left on Rolling. Go down about 2 miles to Old Keene Mill. (you will see a 7-11 and an
Einstein bagels on the far left corner.) Turn Left on Old Keene Mill. The Club will be on
your immediate right.

----------------------------
Sent from my BlackBerry Wireless Handheld

     From: abramoffj
     Sent: 08/24/2002 11:02 PM
     To: david.safavian@gsa.gov
     Subject: RE: Done with the movie

Yes, would 3 PM be OK?  I have to get Alex at 2 PM in Potomac, and could come right over
from there?  would that be alright?  Can you give me the street address of the country
club?  Thanks.

  -----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:       Saturday, August 24, 2002 10:01 PM
To:   abramoffj@gtlaw.com
Subject:    Done with the movie

So do you want to play late Sunday?

(sorry I couldn't get an earlier t-time.)

Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld

                                          1

DOJ-DS 0015112

GTG-E000468559

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS 0015113

GTG-E000468560

From:    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
         Abramoff, Jack (Dir-DC-Gov)
Sent:    Friday, August 30, 2002 4:44 PM
To:      'MerrittDC@aol.com'
Subject: RE: RobinGolf.WMV

Thanks.  please let me know.  sure hope you can play.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Friday, August 30, 2002 4:13 PM
To: abramoffj@gtlaw.com
Subject: Re: RobinGolf.WMV

In a message dated 8/30/2002 3:39:17 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Monday is fine. Can we still do sunday too?  Rain doesn't scare us!
Jack Abramoff

Let me talk with Jennifer.

I will email you tonight.

DHS

DOJ-DS 0015108

GTG-E000468550

5/7/2004

**From:** Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:** Sunday, September 01, 2002 6:47 PM

**To:** 'MerrittDC@aol.com'

**Subject:** RE: what's the plan for golf Sunday?

No problem. I went out there and shot a horrible round. Tomorrow still set? 2 PM at Woodmore OK?

------Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, September 01, 2002 6:12 PM
To: abramoffj@gtlaw.com
Subject: Re: what's the plan for golf Sunday?

In a message dated 8/31/02 10:22:35 PM Pacific Daylight Time, abramoffj@gtlaw.com writes:

Can we play around 1 PM?

Sorry, I left my Blackberry at the office and this just completely slipped my mind. I apologize.

Do you want to play tomorrow (Monday)?

DHS

DOJ-DS 0015121

5/8/2004

GTG-E000468577

From:    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
         Abramoff, Jack (Dir-DC-Gov)
Sent:    Wednesday, September 04, 2002 11:23 PM
To:      'MerrittDC@aol.com'
Subject: RE: FW: Old Post Office

Thanks David.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, September 04, 2002 10:38 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: Old Post Office

In a message dated 9/4/02 2:46:25 PM Pacific Daylight Time, abramoffj@gtlaw.com writes:


Hi there.  Are we playing on Friday?  Morning?  also, can we get the stuff
he requests or is that impossible?  Thanks David.


I cannot get the plans before the release of the RFQ.  That is because right now, its a working federal building
with security concerns. I will inquire tomorrow morning as to the exact date on the RFQ.

Cant do golf on Friday.  Im on travel with the boss.

I'll call you tomorrow after I get the RFQ information.

DHS

DOJ-DS 0015120

5/7/2004

GTG-E000468575

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
        Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Wednesday, September 11, 2002 7:13 AM

**To:**    'MerrittDC@aol.com'

**Subject:** RE: golf

Absolutely. Hope your travel is safe.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, September 11, 2002 7:56 AM
To: abramoffj@gtlaw.com
Subject: Re: golf

In a message dated 9/10/2002 9:00:29 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:


Any interest tomorrow afternoon, Thursday morning or Friday at 11:30?  Or
Sunday?

I am on the road the entire week, so Fridayis out.  Because of that, if I make Jennifer a golf widdow this weekend,
she will kill me.  Can I take a raincheck?

David

DOJ-DS 0015122

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, September 24, 2002 7:20 AM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: Hi there |

Great.  Monday morning?  If not, Friday?

-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Tuesday, September 24, 2002 8:12 AM
To:  abramoffj@gtlaw.com
Subject:    Re: Hi there

Unfortunately, I am just finishing up on three weeks of performance reviews across the
country. So this week is out.

Maybe next week?

--------------------------
Sent from my BlackBerry Wireless Handheld


    From: abramoffj
    Sent: 09/23/2002 10:43 PM
    To: david.safavian@gsa.gov
    Subject: RE: Hi there


I'd love to, but Sunday is the final Jewish holiday of this season and we can't
drive/play/work/etc.  darn!  Any other time good?
-----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:    Monday, September 23, 2002 10:16 PM
To:  abramoffj@gtlaw.com
Subject:    Re: Hi there

Can't pull Friday. Hoqw 'bout Sunday? Its my turn to host.

Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld


    From: abramoffj
    Sent: 09/23/2002 05:40 PM
    To: david.safavian@gsa.gov
    Subject: Hi there


You back in town?  Golf Friday?

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not

1

DOJ-DS 0015123

GTG-E000468583

the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

DOJ-DS 0015124

GTG-E000468584

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, October 02, 2002 2:07 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: FW: Jim Callaway from Security Dept at GSA called |

No problem.

----Original Message----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, October 02, 2002 12:18 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: Jim Callaway from Security Dept at GSA called


This is about my security clearance. He knows about why the management and I mutually agreed that I should leave PGERM when I did. He will want to know whether I had any face to face contact with people from places like Montenegro and Pakistan. (None that I recall).

Thanks.

DHS

In a message dated 10/1/2002 1:16:49 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:




FYI

----Original Message----
From:    Bowers, Holly M. (AdmAst-DC-Gov/Adm)
Sent:    Tuesday, October 01, 2002 10:25 AM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:    Jim Callaway from Security Dept at GSA called

Wants to set up a time to speak/meet with you regarding David Saffavian.
Please advise.

Holly Bowers
Office of the Senior Director, Governmental Affairs
Greenberg Traurig, LLP
ph: 202.533.▓▓▓▓

DOJ-DS 0015127

5/8/2004

GTG-E000468587

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Wednesday, October 02, 2002 2:07 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: lunch or dinner |

Super. Will do. do you want to play golf Sunday? My day just cleared?

----Original Message----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, October 02, 2002 12:24 PM
To: abramoffj@gtlaw.com
Subject: Re: lunch or dinner

In a message dated 10/1/2002 1:16:47 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Let's do a meal so we can start getting some of these business ideas for GSA moving. What's good for you?

On the road for the next two weeks. Then I should be around for a while. Why dont you have Holly call Renee Courtland in my office to set something up? Her number is 501-██████

DHS

DOJ-DS 0015126

GTG-E000468586

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Wednesday, October 23, 2002 9:39 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: want to go to the Redskins game on Sunday? |

Thanks

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, October 23, 2002 4:37 PM
To: abramoffj@gtlaw.com
Subject: Re: want to go to the Redskins game on Sunday?

Would love to, but I have to put in some hours with the Police Department. Rain check?

Also, I am still working on something for Ben.

DHS

DOJ-DS 0015129

5/8/2004

GTG-E000468595

**From:** Abramoff, Jack (Dir-DC-Gov)
**Sent:** Thursday, October 24, 2002 3:19 PM
**To:** Volz, Neil G. (AstDir-DC-Gov/Adm)
**Subject:** FW: FW: David and GSA

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Thursday, October 24, 2002 4:18 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: David and GSA

In a message dated 10/23/2002 11:02:17 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

What do you suggest?

I concur that the right sentiments are there on my end. We really do want to be responsive to Chairman LaTourette and Chairman Young.

On one hand, I think our friends on the Hill might want to insist upon a written response to lock the bureaucrats into the position. However, I am concerned that a written response request will result is our folks cowing a bit from their verbal position of strong support. A letter that softens up the position isnt helpful. Moreover, if that letter gets out (regardless of how strong our language is), I suspect some of the folks who do not have that special preference might begin to add some political pressure to keep us from including any preferences. At a minimum, the letter could trigger a counterreaction.

I also know that Matt W. from LaTourette's staff is committed to this, as are our folks in the Region. So my gut (which is big enogh) tells me that a verbal committment is the way to go. Dont push it right now.

D

DOJ-DS 0015128

GTG-E000468594

From:           Abramoff, Jack (Dir-DC-Gov)
Sent:           Wednesday, October 30, 2002 5:33 PM
To:             'david.safavian@gsa.gov'
Subject:        RE: where are you these days? in town?

Great. When are we getting together?

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Wednesday, October 30, 2002 5:52 PM
To:   abramoffj@gtlaw.com
Subject:    Re: where are you these days? in town?

I'm back next Wed.

----------------------------
Sent from my BlackBerry Wireless Handheld

     From: abramoffj
     Sent: 10/30/2002 05:43 PM
     To: david.safavian@gsa.gov
     Subject: RE: where are you these days? in town?

No problem, just wanted to see if you were around and wanted to play rb. You back after
the election, or before?

-----Original Message-----
From:       david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent:       Wednesday, October 30, 2002 5:26 PM
To:   abramoffj@gtlaw.com
Subject:  Re: where are you these days? in town?

Sorry. I am in St. Louis on the Talent campaign. Call my cell if you need me. Either 255-
0775 or 365-1108.

Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld

     From: abramoffj
     Sent: 10/30/2002 04:11 PM
     To: david.safavian@gsa.gov
     Subject: where are you these days? in town?

How about some racquetball?

The information contained in this transmission may contain privileged and confidential
information. It is intended only for the use of the person(s) named above. If you are not
the intended recipient, you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

DOJ-DS 0015130

GTG-E000468599

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

The information contained in this transmission may contain privileged and confidential
information.  It is intended only for the use of the person(s) named above. If you are not
the intended recipient,  you are hereby notified that any review, dissemination,
distribution or duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and destroy all copies of
the original message.

To reply to our email administrator directly, please send an email to
postmaster@gtlaw.com.

DOJ-DS 0015131

GTG-E000468600

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
            Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Sunday, December 08, 2002 4:57 PM

**To:**      'MerrittDC@aol.com'

**Subject:** RE: FW: OPO

Thanks David.

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, December 08, 2002 1:24 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

In a message dated 12/8/2002 1:02:20 PM Eastern Standard Time, abramoffj@gtlaw.com writes:


Any ideas on this one?  our developer wants to get info if possible. thanks
David.


Ill do my best.  You should know that we generally keep plans close for obvious security reasons.  But let me see
what I can do.


DHS

DOJ-DS 0015025

5/6/2004

GTG-E000468313

**From:**  Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:**  Sunday, December 08, 2002 4:58 PM

**To:**  van Horne, Jon (Shld-DC-Legis)

**Subject:** FW: FW: OPO

Please pass this on to Groh.   Obviously we don't want to tell him who our contact is.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, December 08, 2002 1:24 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

In a message dated 12/8/2002 1:02:20 PM Eastern Standard Time, abramoffj@gtlaw.com writes:


Any ideas on this one?  our developer wants to get info if possible. thanks
David.


Ill do my best.  You should know that we generally keep plans close for obvious security reasons.  But let me see
what I can do.

DHS

DOJ-DS 0015024

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Sunday, December 08, 2002 10:24 PM |
| To: | 'david.safavian@gsa.gov' |
| Subject: | RE: EST 6pm Conference Call to Guam |

Thanks.

-----Original Message-----
From:    david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Sunday, December 08, 2002 8:14 PM
To:   abramoffj@gtlaw.com
Subject:    Fw: EST 6pm Conference Call to Guam

More detailed information on Saipan.

Dhs

----------------------------
Sent from my BlackBerry Wireless Handheld

    From: EST-ESF07-A [EST-ESF07-A@fema.gov]
    Sent: 12/08/2002 07:44 PM
    To: "'thurman.davis@gsa.gov'" <thurman.davis@gsa.gov>; "'david.safavian@gsa.gov'"
<david.safavian@gsa.gov>; "'gail.lovelace@gsa.gov'" <gail.lovelace@gsa.gov>;
"'june.huber@gsa.gov'" <june.huber@gsa.gov>; "'michael.zanotti@gsa.gov'"
<michael.zanotti@gsa.gov>; "'larry.monroe@gsa.gov'" <larry.monroe@gsa.gov>;
"'paolin.hatch@gsa.gov'" <paolin.hatch@gsa.gov>
    Subject: EST 6pm Conference Call to Guam

6pm conference call between FEMA's Emergency Support Team (EST), Regional Operations
Center (ROC) and Emergency Response Team (ERT)-Advance (A) in Guam.

Current situation on Guam -
    -    severe damage to harbors
    -    100 % power outage
    -    phone lines down (100 % outages)
    -    Guam International and Anderson AFB airports sustained
heavy damage (navigational gage is down)
    -    widespread water shortages (which will cause sewer issues)
    -    15 shelters opened (using 26 schools as shelters)
    -    all hotels are fully booked and damaged
    -    Guam and Navy hospitals sustained damages
         o    59 patients were moved
         o    maternity ward closed at Guam Memorial
    -    mobilization center will be established on Anderson AFB
    -    numerous rescue missions are ongoing.

Chuuk -
    -    1 fatality
    -    storm surge caused washed out roads and building damage
    -    power outages on Weno.

Saipan -
    -    minimal damage
    -    power operational
    -    9 shelters opened housing 328 persons.
    -    Disaster Field Office (DFO) will be established in Saipan

DOJ-DS 0015022

GTG-E000468310

Rota –
- – 100 % power outage
- – wind gusts up to 170
- – substantial residential damage
- – 2 shelters opened.

Tinian –
- – 100 % power outage
- – 800 fallen banana trees
- – major wind damage to crops on southern exposure
- – 10 buildings with major roof damage

All ESF teams will depart from Oakland for Guam on Tuesday morning.

The EST will conduct two conference calls daily to Guam at 8am and 8pm.

DOJ-DS 0015023

GTG-E000468311

## Unknown

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Sunday, December 15, 2002 10:45 PM |
| **To:** | 'david.safavian@gsa.gov' |
| **Subject:** | RE: you in town this week to get together? |

Will do.

```
  -----Original Message-----
From:      david.safavian@gsa.gov [mailto:david.safavian@gsa.gov]
Sent: Sunday, December 15, 2002 9:36 PM
To:    abramoffj@gtlaw.com
Subject:    Re: you in town this week to get together?
```

Actually, I am in town. And I'd like to get together. Give me a buzz on Monday.

Dhs

--------------------------
Sent from my BlackBerry Wireless Handheld

```
    From: abramoffj
    Sent: 12/15/2002 05:24 PM
    To: david.safavian@gsa.gov
    Subject: you in town this week to get together?
```

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

DOJ-DS 0015030

GTG-E000468318

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Monday, December 23, 2002 11:14 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: what's our plan for tomorrow? |

Well, I am such a sweltering hog, that perhaps just lunch, though I will bring my stuff downtown and, if I feel I won't keel over with a heart attack, and you are still in the mood, we can do both. I am telling you, I have never been so fat. Never.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, December 23, 2002 2:13 PM
To: abramoffj@gtlaw.com
Subject: Re: what's our plan for tomorrow?

In a message dated 12/23/2002 12:17:48 PM Eastern Standard Time, abramoffj@gtlaw.com writes:


Just lunch or lunch and rb or just rb?

You tell me. I can do either.

DHS

DOJ-DS 0015133

GTG-E000468606

From:       Abramoff, Jack (Dir-DC-Gov)
Sent:       Monday, January 13, 2003 6:58 PM
To:         'MerrittDC@aol.com'
Subject:    RE: Stanley Black

Thanks David. Will do. Thanks so much.

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, January 13, 2003 3:00 PM
To: abramoffj@gtlaw.com
Subject: Re: Stanley Black

Jack — The current lease expires in Jan 2005. It originated in 1987. It is equivalent to a class "C" bldg., i.e., one that is not great. The Social Security Administration is asking for new space rather than an extension of the current lease. GSA effected a market survey a few weeks back to see what alterantives are available and will be presenting alternatives based upon the survey to the customer soon.

Hope this helps.

Please dont forward this email onward.  Rather if you can let them know via phone, or put it into a separate email as though it came from you, that would be more appropriate.

David

DOJ-DS 0015213

GTG-E000469057

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Friday, March 07, 2003 11:02 AM |
| To: | 'MerrittDC@aol.com' |

**Subject:** RE: OPO

If it's not too much effort, sure. Racquetball next week?

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Friday, March 07, 2003 11:40 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Re: OPO

In a message dated 3/6/2003 10:37:37 PM Eastern Standard Time, abramoffj@gtlaw.com writes:


They gave tours of the facility a week or so ago. Our guys were the first to sign up and took the first available time, which was 2 PM. They were told, subsequently, that another group got a special tour at 10 am. Any sense as to who is out there with such clout?


No idea. Want me to dig?

DHS

DOJ-DS 0015214

5/9/2004

GTG-E000469111

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Tuesday, March 18, 2003 6:29 AM |
| **To:** | 'MerrittDC@aol.com' |
| **Subject:** | RE: OPO |

Super. Thanks so much David.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, March 18, 2003 7:26 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: OPO

Jack -- I finally touched base with my people in Property Disposal who are handling the OPO. The group that took that 10am slot was made up of a consortium lead by Hilton. They got that slot not because of any extra swak, I am told. Rather, the team showcasing the building decided after your folks made your appointment to begin the tours earlier because of the level of demand. WHile I am not totally sure that holds water, that is the response I got. But merely askingthe question has put them off kilter.

DHS

DOJ-DS 0015212

GTG-E000469056

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, March 18, 2003 6:47 AM |
| To: | 'MerrittDC@aol.com' |

**Subject:** RE: Indians

Yes, they are ready, though Jeff Houle from our office should be on the call as well if possible.  thanks David.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, March 18, 2003 7:28 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Indians

Have you had the discussion with John and Duane such that I can schedule the briefing by my folks in the Kansas City office who take the lead on minority set asides? (Remember that my excuse for setting up this brifing was that Chairman Don Young was interested.)

If so, I will schedule the call for this week.

DHS

DOJ-DS 0015211

5/8/2004

GTG-E000469055

**From:**    Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
Abramoff, Jack (Dir-DC-Gov)

**Sent:**    Tuesday, March 18, 2003 10:39 AM

**To:**    'MerrittDC@aol.com'

**Subject:** RE: Indians

How should we schedule from our side?

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, March 18, 2003 10:21 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Re: Indians

In a message dated 3/18/2003 7:46:37 AM Eastern Standard Time, abramoffj@gtlaw.com writes:


Yes, they are ready, though Jeff Houle from our office should be on the call as well if possible.  thanks David.


So it will be Jeff and Van Horne?  I'll have the scheduling call made today.

DOJ-DS 0015209

5/8/2004

GTG-E000469053

**From:**   Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of
          Abramoff, Jack (Dir-DC-Gov)

**Sent:**   Tuesday, March 18, 2003 10:36 AM

**To:**     'MerrittDC@aol.com'

**Subject:** RE: Indians

Yes, thanks.

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, March 18, 2003 10:21 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Re: Indians

In a message dated 3/18/2003 7:46:37 AM Eastern Standard Time, abramoffj@gtlaw.com writes:


Yes, they are ready, though Jeff Houle from our office should be on the call as well if possible.  thanks David.


So it will be Jeff and Van Horne?  I'll have the scheduling call made today.


DOJ-DS 0015210

GTG-E000469054

5/9/2004

| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
|---|---|
| Sent: | Tuesday, March 18, 2003 12:40 PM |
| To: | 'MerrittDC@aol.com' |
| Subject: | RE: Indians |

Will do.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Tuesday, March 18, 2003 1:27 PM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Re: Indians

In a message dated 3/18/2003 11:43:01 AM Eastern Standard Time, abramoffj@gtlaw.com writes:


How should we schedule from our side?


Can you provide me with a date sometime next week?

dhs

DOJ-DS 0015207

GTG-E000469051

—

**From:**  Abramoff, Jack (Dir-DC-Gov)
**Sent:**  Monday, July 07, 2003 7:20 AM
**To:**  MerrittDC@aol.com
**Subject:** RE: FW: Opo

is it possible to put out the bid so it requires the components we discussed within a very short time frame?

——Original Message——
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Thursday, July 03, 2003 5:15 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: Opo

FROM MY STAFF IN THE NATIONAL CAPITAL REGION REGARDING OPO:

<<I have talked briefly with you both about my meeting with Julie (and her new boss) [OMB folks] last week re: Old Post Office. I promised a recap. Here it is.

*When we first sent the economic analysis to OMB in 1999, it included three alternatives. Over the years, OMB has added a couple and is still tooling with assumptions. There's still some confusion regarding some assumptions, including OMB's own revisions. Some of the results change from one alternative to the next. Some change from our proposed to her "revised". Some can be explained by square footage. Some by number of years in the analysis. Some by scope. This is complex, but happens constantly with OMB and is easily resolved. We have an answer now.

*The reversion value. Last week, Julie told us OMB's budget folks contend the Old Post Office would have no value to the gov't in 30 years if it's converted to hotel use. They argue we can't use it for gov't office space, so it has no value. I was able to point out how absurd that notion was. We are putting together stuff that'll help them with their own budgeteers. (This is why doing real estate in the government is fun.)

*OMB is skittish about our future revenue numbers. They don't trust the market and revenue projections. Even if they did, they don't want the government to do normal real estate deal stuff. They are looking at a failed OPO and they don't want another failed joint venture. Based on their view of life, makes sense. I convinced them to consider testing the market. We could go out with an RFI/RFQ-like thing that would include a request for some basic revenue to the gov't numbers. Based on the market response, the gov't could then decide whether to proceed. This was one of the risk management approaches I've been thinking about. I promised to sketch this out for them.

Julie and her new boss seemed intrigued, but they don't know if their bosses will agree.
GSA and OMB would have to agree on how the market responses would be reviewed (i.e., the gov't's threshhold). This sounds fine in theory, but we first sent the economic analysis to OMB in 1999.

If we do this, I would want to approach the market in a slightly different fashion. First, we'd have to make it clear we've altered our approach. Second, I would like to make sure we don't ask for a lot of stuff and we have quick turnaround (both their response time and our review). Don't know if this'll work and I don't know how this would do to our lease strategy for federal agencies. We need to sketch this part out.

I'm somewhat optimistic.>>

The answer to your question is that having the tribe involved will help significantly. As to what percentage, I dont know. Lets talk.

DOJ-DS 0015008

GTG-E000468276

From:    Abramoff, Jack (Dir-DC-Gov)
Sent:    Monday, July 21, 2003 9:54 AM
To:      'MerrittDC@aol.com'
Subject: RE: OPO

Got it.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, July 21, 2003 10:13 AM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: OPO


This may require a renewed Congressional inquiry. Also, note that McMillen is a political appointee.

DHS

<<OMB is back to its position of a year ago on the OPO,to wit: economic analysis supports either reclaiming the building as federal space or selling it. Ken Swartz and Julie Miller delivered their verdict (really Steve McMillen's verdict) in a meeting on other matters last Thursday. I took strong exception to this conclusion and said we needed to think again. I think Ken and Julie could be persuaded. The block is McMillen who can't seem to get this plan out of his head. Paul suggested that we try to get McMillen down to tour the building which would give him a feel for how dysfunctional it is as office space. Let's work on this.>>

DOJ-DS 0015007

GTG-E000468275

| | |
|---|---|
| **From:** | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| **Sent:** | Wednesday, July 23, 2003 1:53 PM |
| **To:** | 'MerrittDC@aol.com' |
| **Subject:** | RE: GSA space in NYC |

Thanks David.

      -----Original Message-----
      From:      MerrittDC@aol.com [mailto:MerrittDC@aol.com]
      Sent: Wednesday, July 23, 2003 1:51 PM
      To:    Abramoff, Jack (Dir-DC-Gov)
      Subject:    Re: GSA space in NYC

In a message dated 7/21/2003 3:02:10 PM Eastern Standard Time, abramoffj@gtlaw.com writes:

> Are you guys looking for space in NYC or in the state?  I have someone
> who has a ton of space up there if you guys need
> it.  Do you?

Right now, we are not looking for space.  Much turns on the World Trade Center
development.  If things go right, we will occupy about 700,000 suare feet at the WTC. (We
lost #6 WTC in the 911 event -- that housed Customs.)

However, if we cant cut a deal, we will be looking for something slighty less.  But in any
event, our current long term leases for Customs dont expire until '09.

Feel free to share this information -- but of course, not the email directly.  If I can
set up a meeting with my NYC regional staff, just let me know.

DHS

DOJ-DS 0015014

GTG-E000468283

From:        MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Wednesday, July 23, 2003 1:56 PM
To:   Abramoff, Jack (Dir-DC-Gov)
Subject:   Re: FW: OPO

My sense is that McMillen will ignore LaTourette, quite frankly.  He is a lightweight to
OMB.  Instead, I would go to a couple of key appropriators-particularly on the Senate
side.  Shelby would be helpful, as he is our cardinal. Maybe Istook for the same reasons.
From a substantive perspective, Tom Davis carries A LOT of weight with OMB. He has partial
jurisdiction over GSA.  So that could be an alternative route.  Maybe Don Young-as our
full committee authorizing chairman-but that depends on whether the WH needs him at the
moment with the Transportation/Highway bill.  I am not sure how he is viewed in the OEOB.
Just a couple of thoughts off the top of my head. Let me give it some more thought on the
plane back tonight.

In a message dated 7/21/2003 10:02:17 AM Eastern Standard Time, abramoffj@gtlaw.com
writes:
> How should we do this?
>
> -----Original Message-----.
> From:      Volz, Neil G. (Dir-DC-Gov/Adm)
> Sent:      Monday, July 21, 2003 10:59 AM
> To: Abramoff, Jack (Dir-DC-Gov)
> Subject:   RE: OPO
>
> yes, who should they call?
> -----Original Message-----
> From:      Abramoff, Jack (Dir-DC-Gov)
> Sent:      Mon 7/21/2003 10:53 AM
> To: Volz, Neil G. (Dir-DC-Gov/Adm)
> Cc:
> Subject:   FW: OPO
> Please do not forward or share this message with anyone, but can you get the Hill, and
particularly Latourette pushing this again?
>
> -----Original Message-----
> From:
> Sent:      Monday, July 21, 2003 10:13 AM
> To: Abramoff, Jack (Dir-DC-Gov)
> Subject:   OPO
>
>
> This may require a renewed Congressional inquiry. Also, note that
> McMillen is a political appointee.
>
>
>
> <<OMB is back to its position of a year ago on the OPO,to wit:
> economic analysis supports either reclaiming the building as federal space or selling
it. Ken Swartz and Julie Miller delivered their verdict (really Steve McMillen's verdict)
in a meeting on other matters last Thursday. I took strong exception to this conclusion

1

DOJ-DS 0015015

GTG-E000468284

and said we needed to think again. I think Ken and Julie could be persuaded. The block is McMillen who can't seem to get this plan out of his head. Paul suggested that we try to get McMillen down to tour the building which would give him a feel for how dysfunctional it is as
> office space. Let's work on this.>>

DOJ-DS 0015016

GTG-E000468285

| | |
|---|---|
| **From:** | David_Safavian@omb.eop.gov |
| **Sent:** | Wednesday, February 11, 2004 3:23 PM |
| **To:** | Abramoff, Jack (Dir-DC-Gov) |
| **Subject:** | Can you give me a buzz when you get a minute? |

395-█████

Thanks.

DHS

1

From:       Abramoff, Jack (Dir-DC-Gov)
Sent:       Saturday, February 14, 2004 7:38 PM
To:         MerrittDC@aol.com
Subject:    RE: Pollin property in PG County

Thanks.  Hope you guys are having a restful weekend.

——-Original Message——-
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Saturday, February 14, 2004 1:47 PM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: Re: Pollin property in PG County

In a message dated 2/11/2004 10:24:50 AM Eastern Standard Time, abramoffj@gtlaw.com writes:
Abe called to call my attention to this piece, asking whether GPO might be a possible tenant, since what they
want is what he has.  Also, do you think it would be possible to develop a huge building on their current site,
which also included private space?  They want a developer it seems.  Can I call you to discuss a strategy?  Also,
is your gsa email address still working or do you have a new one?

Sorry that I am just responding now, but the WH system will not let me access my AOL, since they need to
archive every transmission.


I assume our conversations have answered the substantive questions.

As for your last quiery, my new email address is: david_safavian@omb.eop.gov.

DHS

DOJ-DS 0015032

5/6/2004

GTG-E000468343