UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

### ORDER

UPON CONSIDERATION of the Government's Motion for Pre-trial Admissibility of Certain Evidence, Defendant Safavian's Response, and entire record herein, the Government's Motion is hereby DENIED.

Ordered this _____ day of _____, 2006.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick L. Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter R. Zeidenberg
Nathaniel B. Edmonds
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005