# Attachment A

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, July 16, 2002 5:46 PM |
| To: | van Horne, Jon (Shld-DC-Legis) |
| Subject: | RE: breakfast Friday 9 am |

Yes, OPO. We need to go meet the Administrator so this is a prep/question/answer meeting.

-----Original Message-----
From:     van Horne, Jon (Shld-DC-Legis)
Sent: Tuesday, July 16, 2002 6:41 PM
To:    Abramoff, Jack (Dir-DC-Gov)
Subject:    Re: breakfast Friday 9 am

Of course. Topic is OPO? Preparation?
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: van Horne, Jon (Shld-DC-Legis) <Van_horneJ@gtlaw.com>
Sent: Tue Jul 16 18:33:35 2002
Subject: breakfast Friday 9 am

Can you join me and David Safavian, the COS of GSA at Signatures?

1

DOJ-DS-001389

GTG-E000093022

**From:** Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov)
**Sent:** Monday, August 12, 2002 7:27 AM
**To:** van Horne, Jon (Shld-DC-Legis)
**Subject:** FW: FW: OPO

Had good chats with David during the trip. He wants us to push hard on this project and he thinks we can get it. we have not heard back from Starwood. Can you be in touch with Jeff Cohen to see where we are on getting a proposal?

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Monday, July 29, 2002 3:44 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

I concur with Neil. Better that you have the letter in BEFORE we set the criteria and parameters for the public-private partnership than AFTER the deal is set.

As for your follow-up regarding OMB, yes, there are a couple of folks at OMB who dont like the idea of public-private partnerships. (These same people would also like to do away compeltely with GSA.) They told us last week that they would not authorize any funds to be used to buyout the remaining leases at the OPO. This move would essentially shut down our privatization activities with respect to this property. (I think I blind CCed you on this issue.)

However, the OMB staffer in the way (David Haun) does not realize that we have a legislative directive FROM CONGRESS regarding this matter. In fact, we had a letter sent to us by Don Young, Steve LaTourette, Byron Dorgan, and Harry Reid just 10 months ago reaffirming their committment to the OPO public-private partnership.

What this means is that we will have to go to Mitch Daniels and roll this idiot. I suspect it will take a week or so to do that. So we're in a holding pattern until Steve and Mitch get together.

DHS

In a message dated 7/29/2002 3:31:11 PM Eastern Daylight Time, abramoffj@gtlaw.com writes:

Subj FW: OPO
Date: 7/29/2002 3:31:11 PM Eastern Daylight Time
From: abramoffj@gtlaw.com
To: Merrittdc@aol.com
Sent from the Internet

What do you recommend?

-----Original Message-----
From: Williams, Michael E. (Dir-DC-Gov)
Sent: Monday, July 29, 2002 2:18 PM
To: Volz, Neil G. (AstDir-DC-Gov/Adm); van Horne, Jon (Shld-DC-Legis)
Cc: Abramoff, Jack (Dir-DC-Gov)
Subject: RE: OPO

I think Colin Chapman has been speaking with the same staffer or one with a similar story.

-----Original Message-----
From: Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Monday, July 29, 2002 2:16 PM
To: van Horne, Jon (Shld-DC-Legis); Williams, Michael E (Dir-DC-Gov)
Cc: Abramoff, Jack (Dir-DC-Gov)
Subject: RE: OPO

LaTourette's guys has suggested writing a generic letter after this project's bid is sent out. The committee had heard the bid would be put out today, but GSA said Friday don't expect to see it for several more days. I think our best proposal still consists of getting a letter containing preferential language for Hubzones put together before the bid as we have planned all along. I have sent an email to LaTourette's COS ( instead of the committee guy I have been talking with ) in hopes of getting LaTourette to write a letter before the bid, but the staff guy seems to be set on writing the letter after. I'll let you know what LaTourette's COS says when I finally get through to her.

NV

-----Original Message-----
From: van Horne, Jon (Shld-DC-Legis)
Sent: Monday, July 29, 2002 1:58 PM
To: Williams, Michael E. (Dir-DC-Gov); Volz, Neil G. (AstDir-DC-Gov/Adm)
Cc: Abramoff, Jack (Dir-DC-Gov)
Subject: RE: OPO

Thanks Mike. Anything new with you, Neil?

-----Original Message-----
From: Williams, Michael E. (Dir-DC-Gov)
Sent: Monday, July 29, 2002 1:57 PM
To: Abramoff, Jack (Dir-DC-Gov); van Horne, Jon (Shld-DC-Legis); Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject: RE: OPO

Don Young's CoS is working on this. He and Young are in Alaska so it may take a while. He mentioned that he spoke with someone at GSA about the issue. Trying to get more information. Will get back to you!!!

5/8/2004

DOJ-DS007455

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Tuesday, July 23, 2002 8:28 AM
To: van Horne, Jon (Shld-DC-Legis);
Volz, Neil G. (AstDir-DC-Gov/Adm); Williams, Michael E. (Dir-DC-Gov)
Subject: FW: OPO
Importance: High

Guys, this is a letter we need to have issued and signed by Don Young and Steve Latourette. Can you three meet on this to discuss so we can get this asap? We need to get this letter in hand really quickly. The text below enables a tribe to do this project, so Young should be enthusiastic. Thanks

-----Original Message-----
From: van Horne, Jon (Shld-DC-Legis)
Sent: Monday, July 22, 2002 1:53 PM
To: Abramoff, Jack (Dir-DC-Gov)
Subject: OPO

Draft congressional letter:

Stephen A. Perry
Administrator
General Services Administration

Dear Mr. Perry:

I note that the General Service Administration's National Capital Region on July 15th issued a draft Request for Qualifications for redevelopment of the Old Post Office Building located in the Federal Triangle.

As GSA proceeds with this important historic reuse project, I urge you to give consideration to providing additional opportunities for Hubzone businesses in the redevelopment process. Specifically, I would like you to consider giving Hubzone businesses an advance opportunity to provide redevelopment proposals that could be given priority if they otherwise meet the RFQ and RFP requirements.

---

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an

5/8/2004

DOJ-DS007456

email to postmaster@gtlaw.com

5/8/2004                                                                DOJ-DS007457

Case 1:05-cr-00370-PLF    Document 85-2    Filed 05/02/2006    Page 6 of 12

```
From:           Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf
                of Abramoff, Jack (Dir-DC-Gov)
Sent:           Sunday, July 21, 2002 8:26 PM
To:             Volz, Neil G. (AstDir-DC-Gov/Adm)
Subject:        RE: the ask of all asks
```

You are wonderful by the way!

-----Original Message-----
From:       Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Sunday, July 21, 2002 4:07 PM
To:   'abramoffj@gtlaw.com'
Subject:  Re: the ask of all asks

You bet

------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: Volz, Neil G. (AstDir-DC-Gov/Adm) <volzn@gtlaw.com>
Sent: Sun Jul 21 16:04:19 2002
Subject: RE: the ask of all asks

Can you call me on cell in about 30 minutes to discuss?

-----Original Message-----
From:       Volz, Neil G. (AstDir-DC-Gov/Adm)
Sent: Sunday, July 21, 2002 3:56 PM
To:   'abramoffj@gtlaw.com'
Subject:  Re: the ask of all asks

Jack, do you know what the FDA will say of this type of move? I am going to call safavian tomorrow if that is ok with you to work though this completely because the election reform negotiators have been meeting all weekend and may be close to agreement. This means we would have to move asap.

NV
------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: Volz, Neil G. (AstDir-DC-Gov/Adm) <volzn@gtlaw.com>
Sent: Sun Jul 21 14:28:51 2002
Subject: the ask of all asks

I just got done seeing David Safavian, CoS of GSA now. there is a federal property (used to be the Naval Research facility, not part of it is the FDA) in Silver Spring. The property would be perfect for our school and David is totally supportive. He said that the quickest way to get this done is to slip something into a moving bill, which directs the GSA to transfer the property to the school, or even better to lease it to the school for long term? If we were to craft something oblique, any chance of slipping into the election reform bill? I know we are loading that up, but I thought I'd ask. Needless to say, it would be the greatest thing in the world to me.

1

DOJ-DS-001394

GTG-E000093051

**From:** Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov)
**Sent:** Sunday, July 21, 2002 8:31 PM
**To:** van Horne, Jon (Shld-DC-Legis)
**Subject:** urgent matter - GSA

**Importance:** High

They have control of a federal property in Silver Spring. It is in White Oak and it was the site of the Naval Surface Warfare Center. It is approximately 200 acres and approximately 60 of them are going to be the new headquarters for the FDA. The rest of the property is not being used right now. I was with David Safavian today and we discussed this, and my getting it for our school. He said that one way to do this (quickly) is to get something in legislation which mandates that the GSA lease the property for 99 years for a nominal amount to the school (or foundation, perhaps?) I spoke with Neil this afternoon and we have a chance to slip this into the Election Reform bill, but have to move mega fast. Can you get language for us to get approximately 50 acres in this property (not sure which acres we want - ideally those with some buildings on them - I hope to have some more info on the property tomorrow)? We have to move fast because they are locking this bill within the next day or so. Also, can we have it so that the county has no say on how the property is used etc? can we keep it in fed control with the greatest of latitude being given to the school? Call me on this and the rest of this. we have to move mega fast on this one. thanks!!!

DOJ-DS 0014909

GTG-E000093050

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, July 28, 2002 9:36 PM |
| To: | Bowers, Holly M. (AdmAst-DC-Gov/Adm) |
| Subject: | revised GSA letter |
| Importance: | High |



eshkol.doc (71 KB)

    Please note that the letter is edited. I also fixed the spelling of Colin's name, and removed the rabbinic titles. We still need the address/phone/website at bottom, and Polly is supposed to email that to you and me before 8 am. Once you get it, make sure it is done right (full text on full letterhead - call me if there are ANY questions) and then put Colin's signature in the right place, and then courier all copies to the precise rooms at GSA for each of the Cc people. Do not allow our firm's name or my name to appear anywhere. Call me as soon as this is done, and once the courier is sent, please email David Safavian that it is on the way. thanks.

DOJ-DS 001493

GTG-E000093088



**ESHKOL ACADEMY**

| Dean | Head Master | Principal of General Studies |
|---|---|---|
| B. David Lapin | Colin Stevens | Katrina Martin |

July 29, 2002

Hon. Joseph Moravec
Commissioner of Public Buildings
General Services Administration
1800 F Street, NW Room 6340
Washington, DC 20405

Dear Commissioner Moravec:

I want to take this opportunity to request the assistance of the General Services Administration under the Cooperative Use Act to provide Eshkol Academy, a non-profit 501c3 educational institution with a building suitable for teaching 200 students within the former Naval Surface Weapons Research Center located at White Oak, in Silver Spring, Maryland.

Eshkol Academy is an educational institution serving up to several hundred students in the Seventh through Twelfth Grades from all over the nation, but primarily Montgomery County, Maryland. In fact, most of the students live very close to the White Oak facility. The school stresses a rigorous and disciplined educational experience for its students, and is available to any qualified student, without regard to race or creed.

The urgency of our request stems from a recent set back to the school in the form of an unfortunate zoning ruling by the authorities in Montgomery County, which ruled that the school's proposed site was no longer suitable for the planned use. The school is in the process of obtaining an alternative location in Montgomery County (ideally also situated close to our student body base), however, there is no way to obtain such a location and be open in time for the Fall semester. A favorable response by your office would enable the school to open on time.

In addition to the building, the Academy requests sufficient property to conduct operations including up to fifty acres for sports activities and street access. We request use of the facility for three years, ideally at the cost of occupancy and are grateful for your consideration of this request.

Thank you
Sincerely yours,


Colin Stevens
Headmaster

CC:  Hon. Stephen Perry, Administrator
     Hon. David Safavian, Chief of Staff
     Hon. Donald Williams, Regional Administrator

DOJ-DS-0014914

GTG-E000093089

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Tuesday, July 30, 2002 4:18 PM |
| To: | 'Pam Abramoff'; 'Colin Stevens Eshkol'; 'Rabbi David Lapin Eshkol' |
| Subject: | Meeting with GSA |

I just went to David Safavian's office. He is the Chief of staff of the GSA and my good friend. I saw a map of the White Oak property. We identified some potential sites. They want to meet downtown on Friday at 11:30 am at the GSA building (1800 F Street, NW, room 6137). David does not think that I should be there, given my high profile politically. I agree. the three of you can go, though.

They want to go through what they have with you, looking at the map, and discuss what is possible. please confirm that you can do this. I recommend that Colin drive you guys. I am not certain of the parking nearby so you might want to get there 15-20 mins early just to be sure.

DOJ-DS-001425

GTG-E00009307 1

From:    abramoffj@gtlaw.com [mailto:abramoffj@gtlaw.com]
Sent: Tuesday, July 30, 2002 5:24 PM
To:    Pam@abramoff.com
Subject:    GSA meeting

When you are in the room with David and the other GSA folks, identify yourself as Pam Alexander or Pam Clarke. David does not want Abramoff used in the meeting. when you check in at the door, however, you'll need your driver's license, and it's OK for you to be Abramoff there, since that won't get up to the guy in the meeting (who probably does not know me, but David and I don't want to take a chance). OK?

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

GTG-F000098707

DOJ-DS007050