UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| **Defendant** | : | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBIT TO DOCKET 85

The United States of America, by and through its undersigned attorneys, hereby respectfully submits this Motion for Leave to File Supplemental Exhibit to Docket 85. As noted on p. 11 of Docket 85, the Government stated that it would seek to introduce "eight" emails between Abramoff and third parties as statements made in furtherance of the conspiracy. Because of an error in scanning the documents, only seven emails were included. The Government respectfully moves for leave to supplement Docket 85 with the eighth email as "Attachment C."

Respectfully submitted,

/s/ Nathaniel B. Edmonds
NATHANIEL B. EDMONDS
Trial Attorney, Fraud Section
Criminal Division, U.S. Dept. of Justice
Bond Building, 1400 N.Y. Avenue, N.W.
Washington, D.C. 20005
(202)307-0629

/s/ Peter R. Zeidenberg
PETER R. ZEIDENBERG
Trial Attorney, Public Integrity Section
Criminal Division, , U.S. Dept. of Justice
Bond Building, 1400 N.Y. Avenue, N.W.
Washington, D.C. 20005
(202)514-2042

**SO ORDERED:**
Dated: _____

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

     I hereby certify that on this 3rd day of May, 2006, a copy of the foregoing was served on the following counsel by electronic service to:

        Barbara Van Gelder, Esq.
        Wiley Rein & Fielding
        1776 K Street NW
        Washington, DC 20006
        Tel: 202-719-7032
        Facsimile: 202-719-7049

        /s/ Nathaniel B. Edmonds
        NATHANIEL B. EDMONDS
        Trial Attorney
        Fraud Section, Criminal Division
        United States Department of Justice