# ATTACHMENT C

| | |
|---|---|
| From: | Abramoff, Jack (Dir-DC-Gov) [/o=GTLAW/ou=WDC/cn=Recipients/cn=abramoffj] on behalf of Abramoff, Jack (Dir-DC-Gov) |
| Sent: | Sunday, December 08, 2002 4:58 PM |
| To: | van Horne, Jon (Shld-DC-Legis) |
| Subject: | FW: FW: OPO |

Please pass this on to Groh. Obviously we don't want to tell him who our contact is.

-----Original Message-----
From: MerrittDC@aol.com [mailto:MerrittDC@aol.com]
Sent: Sunday, December 08, 2002 1:24 PM
To: abramoffj@gtlaw.com
Subject: Re: FW: OPO

In a message dated 12/8/2002 1:02:20 PM Eastern Standard Time, abramoffj@gtlaw.com writes:


Any ideas on this one? our developer wants to get info if possible. thanks
David.


Ill do my best. You should know that we generally keep plans close for obvious security reasons. But let me see what I can do.

DHS

DOJ-DS-001502

GTG-E000468312