# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,** | |
| **v.** | |
| **DAVID HOSSEIN SAFAVIAN,** | **Criminal No. 05-370 (PLF)** |
| **Defendant** | |

## SUPPLEMENTAL JUROR QUESTIONNAIRE

Pursuant to the Court's April 21, 2006 Order (Docket # 72), which directed the parties to file a joint proposed questionnaire that includes "both standard questions propounded in any criminal trial and those tailed to the particulars of this case," such as the "nature of the charges and the juror exposure to press coverage," Defendant David H. Safavian submits this Joint Proposed Juror Questionnaire. The parties have met and conferred over the Government's objections, and as a result have resolved some, but not all, areas of disagreement. The Government's remaining objections and the Defendant's responses are highlighted in the attached proposal. Specifically, the Government maintains objections to questions: 19, 24-27, 29-51, 52(g), and 53.

Respectfully submitted,

By:   /s/ Barbara Van Gelder
      Barbara Van Gelder (D.C. Bar # 265603)
      Roderick L. Thomas (D.C. Bar # 433433)
      Albert C. Lambert (D.C. Bar # 489562)
      WILEY REIN & FIELDING LLP
      1776 K Street NW
      Washington, DC  20006
      TEL: 202.719.7032

Dated: May 3, 2006        *Attorneys for David H. Safavian*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,                    Criminal No. 05-370 (PLF)

Defendant

SUPPLEMENTAL JUROR QUESTIONNAIRE

This juror questionnaire has been prepared for your completion, and has been approved by the Court. Please answer each question as completely and accurately as you reasonably can. Your complete written answers will save a great deal of time for the judge, the lawyers, and for you. Your answers will have the effect of a statement given to the Court under oath. Your very best, honest effort to answer the questions is needed. There are no right or wrong answers to any of the questions, please answer thoughtfully, thoroughly and candidly.

If there is not sufficient space provided for you to write your full answer, there are blank pages at the end of the questionnaire. When you need to do so, continue your answer on one of those pages.

For some of the questions, limited follow up questions by the Court or the attorneys may be necessary. If there is any question that you would rather not discuss publicly, or would only want to discuss further in private, please place a (*) by that question and/or answer. If it is necessary to discuss that matter further with you, it will not be done in front of other jurors.

Juror Number _____

1. Name _____

2. Address _____

    a)  How long have you lived at your present address?_____

    b)  Where else have you lived in the past 10 years?
        _____

3.      What is your race or ethnic background? _____

2

4.      What is your age? _____

5.      Where did you grow up? _____

6.      What is your last grade of school completed? _____

7.      If you attended any schools, colleges or universities past high school, please
        list the name(s) of the school(s), major area(s) of study, and any degrees
        received.

        School          Area of Study                           Degree
        _____
        _____
        _____

8.      Are you currently enrolled in any classes?  If yes where, and what classes?
        _____
        _____

9.      Do you have difficulty reading, speaking or understanding the written or spoken English
        language?  If yes, please explain.
        _____

10.     Do you have any significant problems with your hearing or eyesight?  If yes, please explain.
        _____
        _____

11.     Do you take any medication that affects your thinking, attention, concentration, or might
        otherwise affect your service as a juror?  If yes, please explain.
        _____

12.     Do you have any health, physical, mental, or emotional problems that might affect your ability
        to see and listen to witnesses, review exhibits, or might otherwise affect your service as a juror?
        If yes, please
        explain._____
        _____

13.     This trial is scheduled to begin on May 22, 2006 and is expected to last approximately one week.
        Is there any reason that you could not sit as a juror for that length of time? If yes, please explain.
        _____

14.     If you are chosen to sit on this jury, will your employer continue to pay you?
        _____

15.     If you are currently employed, please provide the following information about your job:

    a)       How many hours a week do you work? _____

    b)       Who is your employer? _____

    c)       What are your main job duties? _____

    d)       How long have you worked for this employer? _____

    e)       Do you supervise others?  If yes, how many? _____

    f)       Please describe any other kinds of jobs you have had as an adult: _____
           _____
           _____

16.    If you are NOT currently employed, please provide the following information about your most recent job:

    a)       Who was your employer?_____

    b)       What were your main job duties? _____

    c)       How long did you worked for this employer? _____

    d)       When did you last work? _____

    e)       Did you supervise others?  If yes, how many? _____

    f)       Please describe any other kinds of jobs you have had as an adult: _____
_____
_____

17.    What is your current marital status? _____

    a)       If currently married or living with a partner, please list spouse/partner's occupation and employer if employed
           _____

    b)       What other kinds of jobs has your spouse/partner had as an adult? _____
_____
_____

18.    If you are divorced, widowed or separated, please list former spouse/partner's employment when last you were together:
           _____

    a)       What other kinds of jobs did your former spouse/partner have as an adult?
           _____
           _____

19.    Have you had any education, training, work or volunteer experience in any of the following areas:

[   ] Accounting/Auditing

[   ] Banking

[   ] Bookkeeping

[   ] Business

[   ] Ethics

[   ] Finance

[    ] Government
[    ] Law
[    ] Law Enforcement
[    ] Management
[    ] Media (for example:  TV, radio, newspapers)
[    ] Medicine
[    ] Politics
[    ] Prisons/Correctional Facilities
[    ] Religion

If you checked yes to any of the above, please explain your experience.

_____
_____
_____
_____
_____

Government objects to Question 19: Not relevant to the Court's concerns about pre-trial publicity.

Defendant contends that Question 19 is standard and relevant to the nature of the charges.

20.    If you have adult children or stepchildren, please list their occupations and employers, if working:

Child                          age                          job/employer

_____
_____
_____
_____
_____
_____

21.    Have you ever served as a trial juror? _____ If yes, please answer the following:

        a)    How many times? _____
        b)    When? _____
        c)    Where? _____
        d)    What kind(s) of cases?
              _____
              _____
        e)    Were you ever the foreperson? _____
        f)    In all cases, did the jury reach a verdict? _____

22.    Have you ever served as a grand juror? _____ If yes, when and where?_____
        _____

23.     Have you, or has anyone close to you, ever been employed in local, state or federal law enforcement, or worked or volunteered *in any capacity* for a law enforcement agency?  If yes, please explain.

_____
_____
_____

24.     Have you, or has anyone close to you, ever been employed by a prosecutor's office, or have you worked or volunteered *in any capacity* for a prosecutorial agency or office or a criminal defense law firm?  If yes, please explain.

_____
_____
_____

Government: objects to Question 24 as not relevant to the Court's concerns about pre-trial publicity.

Defendant: contends that Question 24 is standard and relevant to the nature of the charges.

25.     Have you, or has anyone in your immediate family or household ever *applied for a job* with law enforcement agency, prosecutorial agency, criminal defense law firm, or a correctional facility? If yes, please explain

_____
_____
_____
_____

Government: objects to Question 25 as not relevant to the Court's concerns about pre-trial publicity, and duplicative.

Defendant: contends that Question 25 is standard and relevant to the nature of the charges.

26.     Have you ever worked, volunteered, or given contributions to any organizations that assist crime victims, or deal with victim's rights?  If yes, please explain.

_____
_____

Government: objects to Question 26 as not relevant to the Court's concerns about pre-trial publicity.

Defendant: contends that Question 26 is standard and relevant to the nature of the charges.

27.     a)     What is your opinion of lawyers who prosecute individuals charged with crimes?

_____
_____

        b)     What is your opinion of criminal defense attorneys?

_____

_____

Government: objects to Question 27 as not relevant to the Court's concerns about pre-trial publicity.

Defendant: contends that Question 27 is standard and relevant to the nature of the charges.

28.     Have you, any member of your immediate family or any close friend ever (check all that apply):

<u>Self</u>          <u>Relative</u>     <u>Close Friend</u>

a)     Been a victim of a crime?

b)     Been a witness to any crime?

c)     Appeared as a witness before any federal, state or municipal court, grand jury, or government body or agency (including any legislative committee)?

d)     Been a plaintiff or defendant in any civil case?

e)     Been a defendant in a criminal case?

f)     Been arrested for or accused of a crime?

g)     Ever participated in a criminal case in any other capacity?

If you checked any of the above, please explain

_____

_____

_____

29.     (a) Do you belong to any professional, political, religious, community, civic, sports or social organizations of which you are a member or activities in which you participate: _____

_____

_____

Government: Objects to Question 29(a) as not relevant to the Court's concerns about pre-trial publicity.

Defendant: contends that Question 29(a) is relevant to the nature of the charges.

(b)     In addition, please list any organizations to which you contribute money or volunteer time: _____

_____

Government: Objects to Question 29(b) as not relevant to the Court's concerns about pre-trial publicity.

Defendant: contends that Question 29(b) is relevant to the nature of the charges.

Government: Objects to Questions 30-51 as not relevant to the Court's concerns about pre-trial publicity.

Defendant: contends that Questions 30-51 are standard, relevant to the media attention given this case, and to the nature of the charges against a government official

30.     In general, which of the following categories best describes your political views:

[ ] Very conserv          [ ] Liberal
[ ] Conservative          [ ] Very Lib
[ ] Middle of the         [ ] Other (sp

_____

31.     Do you belong to or identify with a political party?  If yes, which party?
_____

32.     Have you ever worked or volunteered on a political campaign?  If yes, please tell which campaign(s) and the capacity of your work
_____
_____

33.     Have you ever supported a candidate for political office by donating money, collecting signatures, attending rallies, putting a sign in your yard, bumper sticker on your car, etc? If yes, please tell which candidate(s) and campaign(s)?
_____
_____

34.     Have you ever supported or opposed any amendment or referendum that was on a ballot by donating money, collecting signatures, attending rallies, putting a sign in your yard or bumper sticker on your car, etc.?  If yes, please explain.
_____
_____
_____

35.     Do you attend religious services?  _____ Yes  _____ No
        a.      Please name the  place of worship that you attend: _____
        b.      Please tell us what activities you attend or responsibilities you hold in place of worship and how often you attend services
                _____
                _____
                _____

36.     Do you , or does anyone in your household, have any bumper stickers or decals on your vehicle, or a personalized license plate?  If yes, what does each say?

_____
_____
_____
_____

37.     Have you, or has any member of your family or household ever worked for the District of Columbia, or one of its agencies, departments or authorities?  If yes, please explain.

_____
_____
_____

38.     Have you, or any member of your family or household ever worked for the U.S. government, or one of its agencies, departments or authorities?  If yes, please explain.

_____
_____
_____

39.     Have you, or has any member of your family or household ever worked for, or *applied for a job* with *any* local, state or federal government?  If yes, please explain._____

_____
_____
_____

40.     Have you, or has anyone close to you ever held an elected office, or been a candidate for an elected office?  If yes, please explain.

_____
_____
_____

41.     a.   Have you, or has anyone close to you, ever been received a political appointment to an office, position or board?  If yes, please explain.

_____
_____

        b.   Have you, or has anyone close to you, ever been involved in the process of making political appointments?  If yes, please explain.

_____
_____

        c.   Have you ever been considered for a political appointment, but did not receive it?

_____
_____

42.     Do you now or have you ever done any work that is subject to regular examinations or supervision by federal, state or local regulatory agencies, such as the FDIC, FEC, SEC, or any other regulatory agency?  If yes, please explain.

_____
_____
_____

43.     Have you ever worked in any way in the area of auditing or compliance?  If yes, please explain.
_____
_____
_____

44.     Have you, or has anyone close to you been affected by the financial problems of a company where there have been allegations of corporate fraud, or wrongdoing on the part of corporate executives?  If yes, please explain.
_____
_____
_____
_____

45.     Have you, or has anyone close to you, been affected by or close to any situation in which public officials accepted bribes, or participated in any other illegal or unethical conduct?  If yes, please explain.
_____
_____
_____

46.     Have followed any case or cases in the news that have to do with "public corruption" or illegal or unethical conduct by public or elected officials?  If yes, which case(s) and what interested you about the case(s)?
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Government: Also objects to Question 46 on the ground that it is overbroad and that concerns about pretrial publicity are better handled by questions related to the specific case.  The Government proposes specific questions addressed to the instant case.

Defendant: Contends that the language of Question 46 is necessary and appropriate given that, as the government is aware, there are several related cases that have garnered substantial pre-trial publicity and have been packaged together in the press.

47.     Do you believe that public officials should be held to a greater level of accountability than others by the criminal justice system simply because they are public officials?  Please explain your answer.

_____
_____
_____
_____
_____
_____
_____

48.     Please indicate which statement most closely matches your views:

[ ] Generally, public officials are no more and no less honest than other people.

[ ] Generally, public officials are more honest that other people.

[ ] Generally, public officials than other people.

49.     Have you ever expressed your opinion on any topic by:

a.     Writing a "letter to the editor"?  If yes, what was the topic(s)?

_____
_____
_____

b.     Calling in to a radio or television talk show?  If yes, what was the topic(s)?

_____
_____
_____

c.     Posting on an internet forum, blog, or other internet site?  If yes, what was the topic(s)?

_____
_____
_____

50.     Have you ever collected names on a petition?  If yes, what was the subject of the petition?

_____
_____
_____

51.     Have you ever attended or participated in a "march", demonstration or similar rally?  If yes, what was the cause or issue?

_____
_____
_____

52.     Please check all sources from which you receive news on a regular basis:

11

[ ] TV    [ ] Radio    [ ] Newspapers    [ ] News magazines    [ ] Internet

[ ] Newsletters        [ ] Conversations with others

a.    What newspapers , newsletters or news magazines, if any, do you subscribe to or read on a regular basis?

Title                                                    How Frequently Read

_____
_____
_____

b)    What TV stations or programs do you usually watch for news?

_____
_____
_____

c )    What radio stations or radio programs do you listen to for news?

_____
_____
_____

d)    Do you listen to talk radio?  If yes, which program(s)?

_____
_____
_____
_____

e)    What internet site or sites do you visit to read news stories?

_____
_____
_____

f)    Do you read any "bloggers?"  If yes, what are the topics of the "blogs"?

_____
_____
_____
_____

g)    In general, which best describes your opinion on the accuracy of the news media?

[ ] Always accurate                    [ ] Occasionally accurate

[ ] Generally accurate                 [ ] Generally inaccurate

==Government: Objects to Question 52g and contends that the options should be symmetrical, proposing==

the following.

[ ] Generally accurate                    [ ] Sometimes inaccurate

[ ] Sometimes accurate                   [ ] Generally inaccurate

Defendant: contends that the Government's proposal is too narrow.  There is no significant difference between "generally accurate" or "sometimes inaccurate" and vice versa.

You are being considered as a potential juror in a case in which the federal government is bringing charges against David Safavian, the former Chief of Staff of the General Services Administration.  There has been media coverage about this case, and the individuals involved.

***There is absolutely nothing wrong with you having seen or read news stories about the case, having discussed the case, or having opinions about the case or the individual charged. We simply need to know what you know, what you have heard and discussed, and what those opinions are.***

***Please answer the following questions thoughtfully and candidly.***

53.    In this case, the Government has charged Mr. Safavian, former Chief of Staff at the General Services Administration (GSA) with three counts of false statements and two counts of  obstruction of justice in connection with statements Mr. Safavian made when he sought an advisory opinion from the GSA asking whether he could attend a golf trip in Scotland with lobbyist, Jack Abramoff.

Government: objects to content of Question 53 as inadequately describing the nature of charges. It proposes the alternative:

This is a criminal case in which the defendant, David Hossein Safavian, former Chief of Staff of the General Services Administration ("GSA"), is charged with making false statements to and concealing information from GSA, the General Services Administration Office of Inspector General ("GSA-OIG") and the United States Senate Committee on Indian Affairs, and obstructing the investigations of the GSA-OIG and the United States Senate Committee on Indian Affairs.  As a very brief summary, Mr. Safavian's statements related to the activities of lobbyist Jack Abramoff and Mr. Abramoff's actions with and interest in properties controlled by GSA at the time that Mr. Safavian was planning on attending a golfing trip to Scotland with Mr. Abramoff.

a)    Have you read, seen or heard any news coverage of this case?  If yes, from which sources?

[ ] Radio  [ ] Newspaper  [ ] Television  [ ] Internet  [ ] Word of mouth  [ ] Other

b)     If yes, what do you remember hearing, seeing or reading about the case?

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____

c)      What, if anything, have you heard others say in conversation about the case?

_____
_____
_____
_____
_____
_____
_____
_____
_____

d)      What kinds of things have you said in conversation about the case?

_____
_____
_____

e)      Whether from news sources or any other source, how would you characterize your knowledge of the case?

[ ] I have followed the case closely

[ ] I have followed the case from time to time

[ ] I have barely followed the case

[ ] I have never heard of the case until reading this questionnaire

[ ] I have not followed the case.

54.     Please tell us anything else you may have seen, heard or read about Mr. Safavian.

_____
_____
_____
_____
_____
_____
_____
_____

15

55.    What is your opinion of Mr. Safavian?

_____
_____
_____
_____
_____
_____
_____

56.    Please tell us anything else you may have seen, heard or read about Jack Abramoff?

_____
_____
_____
_____
_____
_____
_____
_____

57.    What is your opinion about Jack Abramoff?

_____
_____
_____
_____
_____
_____

60.    As stated earlier, Mr. Safavian was the former Chief of Staff of the General Services
       Administration (GSA).

a.     Do you know anyone who has ever worked at GSA or for or with David Safavian?  If
       yes, in what capacity and during what time period?

_____
_____
_____
_____

b.     Did s/he/they ever give an opinion about David Safavian? If yes, what was said?

_____
_____
_____
_____

61.    Given what you have read, seen, heard or discussed about this case or related
       cases, can you put that information aside and focus only on the facts that are
       presented at trial?

       YES    _____            NO_____

62.    Do you know, or have you heard of any of the attorneys for the United States?

Peter Zeidenberg and Nathaniel Edmonds.

63.    Do you know anyone who now works or has ever worked for the United States Department of Justice, the United States Attorney's Office, or a criminal defense firm in any capacity, e.g. clerical, investigator, etc. as well as lawyers?

64.     Do you know, or have you heard of any of the attorneys for the defense?

 Barbara Van Gelder, Rod Thomas, Albert Lambert

65.    Is there anything else that you think the Court or the parties should know about you?  If yes, please tell us what that is:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


Respectfully submitted,

By:   /s/ Barbara Van Gelder
         Barbara Van Gelder (D.C. Bar # 265603)
         Roderick L. Thomas (D.C. Bar # 433433)
         Albert C. Lambert (D.C. Bar # 489562)
         WILEY REIN & FIELDING LLP
         1776 K Street NW
         Washington, DC  20006
         TEL: 202.719.7032

Dated: May 3, 2006                    *Attorneys for David H. Safavian*

**CERTIFICATE OF SERVICE**

I hereby certify that on the __3rd____ day of May 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

Peter Zeidenberg
Nathaniel Edmonds
U.S. Department of Justice
1400 New York Avenue, N.W.
Ninth Floor
Washington, DC  20530

_____/s/ Barbara Van Gelder___