UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **DAVID HOSSEIN SAFAVIAN** | : | |
| | : | |
| **Defendant** | : | |

ORDER

Upon consideration of the Government's Motion For Reciprocal Discovery and the entire record herein, it is, this \_\_\_\_ day of May, 2006

ORDERED, that the Government's motion is granted and it is

FURTHER ORDERED, that Defendant shall produce to the Government

1) immediately, all documentary evidence required under Rule 16 reciprocal discovery;

2) by May 17, 2006, produce to the Government all evidence that he intends to use during his case-in-chief and during cross-examination; and

2) immediately, provide a summary of expert witness testimony, as required by Rule 16.

_____ SO ORDERED: _____
                              Paul L. Friedman
                              U.S. District Judge

Copies to:

| | |
|---|---|
| Peter Zeidenberg | Barbara Van Gelder, Esq. |
| Nathaniel B. Edmonds | Roderick L. Thomas, Esq. |
| Criminal Division, U.S. Dept of Justice | Albert C. Lambert, Esq. |
| 1400 New York Ave., N.W. | Wiley Rein & Fielding LLP |
| Washington, D.C. 20005 | 1776 K Street, N.W. |
| | Washington, D.C. 20006 |