**Anthony H. Anikeeff**
Partner
Washington, D.C. Office

**Practices:** Trial · Government Contracts · Defense and Homeland Security · International Trade · Renewable Energy · Internal Investigations and Special Matters

**T:** 202.828.7636   **F:** 202.857.2142
**Washington, D.C. Office**

**E-mail:** anthony.anikeeff@bracewellgiuliani.com



**Admitted**
State Bar of Virginia
District of Columbia Bar

**Education**
L.L.M., London School of Economics and Political Science, University of London, 1981
J.D., William and Mary School of Law, 1980
B.A., with distinction, University of Virginia, 1975

**Court Admissions**
U.S. Court of Appeals, District of Columbia
U.S. Court of Appeals, Federal Circuit
U.S. Court of Appeals, Fifth Circuit
U.S. Court of Federal Claims
U.S. Court of International Trade

**Profile**
Mr. Anikeeff is a partner in the trial section and leads the Government Contracts practice. He represents and counsels companies and other organizations that conduct or desire to conduct business with the federal government or with state and local governments.   He has represented numerous clients in resolving matters through litigation, trial, appeal and alternative methods of dispute resolution.  He also represents entities subject to various civil fraud, debarment, related investigations and proceedings.

Mr. Anikeeff has represented clients in a range of industries, including, among others: energy and energy-related products; information technology; biotechnology; manufacturing; construction; ship building; aircraft maintenance and ground support equipment; military products and services; security services; medical equipment and services; engineering services; and real estate.

Mr. Anikeeff has advised and represented domestic and overseas clients across a broad cross section of issues that arise in the context of government contracting, such as: obtaining contracts, teaming, outsourcing and privatization, solicitations, negotiations, protests, conflicts of interest, regulatory compliance, contract performance, claims and terminations, dispute avoidance, small business issues, classified matters and security clearances, homeland security, intellectual property, export controls, allegations of fraudulent and other misconduct, and proposed suspensions and debarments.

Mr. Anikeeff has represented clients in various bid protests, claims, and debarment proceedings. He has also worked with clients in conducting internal investigations. In doing so, he draws upon having represented the United States for many years in resolving complex contract disputes, a range of statutory and constitutional claims, and

Congressional Reference matters while a Senior Trial Counsel and Assistant Director in the Civil Division, United States Department of Justice.

Mr. Anikeeff also counsels clients regarding various international trade regulation laws, such as those pertaining to export controls, Foreign Trade Zones, civil penalty and related regulations of the United States Customs Service.

**Representative Cases**

Successful use of informal and formal bid protest methods to overcome attempted exclusion of renewable energy producer industry from series of federal solicitations issued by Defense Department and General Services Administration

Successful bid protest of District of Columbia contract award resulting in award of multi-million dollar contract to client

Successful resolution of proposed federal debarment of international aid institute

Successful defense of client alleged to have violated Social Security fraudulent mailing statute

Various ongoing claims and appeals of claims regarding government contracts

Weidemann Associates v. CFTC, 04-2-BCA 32, 782 (GSBCA) (Successful contract claim)

Landoll Corporation, 18 CGEN 111, 427 (Comp. Gen.)(Successful defense of Air Force contract award)

McDonnell Douglas Corporation and General Dynamics Corp. v. United States, 35 Fed. Cl. 358 (Fed. Cl. 1996), rev'd 182 F.3d 1319 (Fed. Cir. ), cert. denied 120 S. Ct. 1831 (A-12 Litigation)(Lead trial counsel for United States in initial liability trials of $2.3 billion default termination, for which United States prevailed on appeal)

Granite Construction Co. v. United States, 24 Cl. Ct. 735 (Lead trial counsel for United States on multi-million dollar claim resulting from dam construction contract)

Spalding Brothers v. United States, 24 Cl. Ct. 112, revd 28 Fed. Cl. 242 (Lead trial counsel and co-counsel on successful appeal in Congressional Reference matter involving alleged contract breach in sale of timber)

**Recent Seminars & Publications**

Chapter Author, "Maximizing Opportunities in the Market," Winning Legal Strategies for Government Contracts: Leading Lawyers on Structuring Contracts, Handling Litigation, and Strategies for Successful Procurement (Aspatore Books, 2005)

Speaker: "Sale of Renewable Energy Credits to Federal Government" (NAWTEC, 2005)

Speaker: "Organizational Conflicts of Interest" (San Diego, 2005)

Speaker: "Opportunities & Pitfalls in Negotiating Federal Market Subcontracts," (National Association of Purchasing Managers, January 2004)

Co-Author, "Procurements, Grants, and Appropriations," Homeland Security Law Handbook (ABS Consulting, 2003)

Program Coordinator and Moderator: Homeland Security and Commercialization: Emerging Trends and Strategies (Fed. Bar Assoc., 2003)

Program Coordinator and Speaker: "Selling in the Homeland Security Marketplace", (NCMA, 2003)

Program Coordinator and Panel Moderator: The Changing Procurement Landscape (NCMA, 2002)

Meeting the Section 508 Challenge: Legal and Business Issues in Providing Access to Electronic and Information Technology for Those with Disabilities (DC Bar, 2001; Section 508 Alliance, 2001)

Integrity and Business Ethics in Federal Contracting: Avoiding the Blacklisting Minefield, *The FederalLawyer* (2001)

**Professional Background**

- Law Clerk to Hon. D. Dortch Warriner, U.S. District Court, Eastern District of Virginia, 1981-1982

- Associate Kilpatrick Cody, Washington, D.C., 1982-1987

- U.S. Department of Justice, 1987-1999
  Trial Attorney, then Senior Trial Counsel, then Assistant Director of Commercial Litigation Branch, Civil Division, addressing matters regarding (1) contractual, regulatory, and statutory claims, (2) international trade and U.S. Customs, and (3) civil fraud

- Vice President and General Counsel, Alliance of Automobile Manufacturers, Washington, 1999-2000

**Affiliations**
Federal American Inn of Court, Past President
American Bar Association, Public Contracts, International Trade, Litigation Sections
District of Columbia Bar, Government Contracts and Litigation Section
National Contracts Management Association
Federal Circuit Bar Association
Court of Federal Claims Bar Association
Federal Bar Association, Government Contracts Section
Institute of Management Consultants