# DOING BUSINESS WITH THE FEDERAL GOVERNMENT

**Anthony H. Anikeeff**

**May 10, 2006**

© Anthony H. Anikeeff, 2006



# AGENDA

- **WHAT IS THE "FEDERAL GOVERNMENT"?**

- **WHY DO BUSINESS WITH THE FEDS?**

- **SHOULD WE DO BUSINESS WITH THE FEDS?**

- **IS DOING BUSINESS WITH THE FEDS DIFFERENT THAN WITH OTHER CUSTOMERS?**

- **HOW DO WE CAPTURE FED BUSINESS?**

- **WHAT DO WE DO ONCE WE GET FED BUSINESS?**

- **DO WE NEED ASSISTANCE TO SUCCEED?**



# WHO IS THE FED "CUSTOMER"?

- **Civilian Agencies**
- **DHS**
  - **22 Agencies**
- **DOD**
  - **Navy, Air Force, Army, Marines**
    - o **Commands, Bases**
  - **Defense Logistics Agency**



# Why Do Business With The Feds?









# Should We Do Business With The Feds?

# SHOULD WE DO BUSINESS WITH THE FEDS?

- **DEPENDS**
  - Who are you?
  - What do you sell?
  - Does government need what you sell?
  - Could you convince government to buy what you sell?
  - Why buy from you?
  - Ready to take on new and different market?
    - Competitive
    - Regulated
    - Bureaucratic
    - Unforgiving

- **COMMITMENT**

- **SUBSTANTIAL REWARD POTENTIAL**



8

# IS DOING BUSINESS WITH THE FEDS DIFFERENT THAN WITH OTHER CUSTOMERS?

- **PRIVATE vs. PUBLIC**

- **CIVILIAN AGENCIES vs. DOD & DHS**

9

# HOW DO WE CAPTURE FED BUSINESS?

# HOW DO WE CAPTURE FED BUSINESS?

- **GETTING IN THE GAME**
  - Obtain DUNS Number: http://www.dnb.com/us/
  - Register with CCR: http://www.ccr.gov/

- **IDENTIFY OPPORTUNITIES**
  - Target Market
  - Market Research
    - Information Sources:
      - o FEDBIZOPPS: http://www.fedbizopps.gov/
      - o DOD: http://www.defenselink.mil/other_info/business.html
      - o DHS: http://www.dhs.gov/dhspublic/display?theme=37
      - o GSA: www.gsa.gov
      - o Commercial Sources
    - Players - Relationships (Expos, Conferences)

- ***REALISTIC* GOALS AND PLANS**



# HOW DO WE CAPTURE FED BUSINESS?

- **CONSIDER POTENTIAL APPROACHES**
  - Prime contracts
    - Open Market
    - FSS ("Schedule Contracts"), MAS
    - Small Business Programs, Mentor-Protégé, SBIR
    - Sole Source (Unsolicited Proposals, Set Asides)
  - Subcontracts and Teaming
    - Subcontracting
    - Teaming Arrangements
    - GWACS
    - Mentor-Protégé
  - Grants

# HOW DO WE CAPTURE FED BUSINESS?

- **LEARN THE RULES**

  - FARS

  - DFARS, HSARS, OTHERS

  - "COMMERCIAL ITEMS"

- **MARKET!!!**

13

B G

# HOW DO WE CAPTURE FED BUSINESS?

- **GOING IT ALONE**
  - SOLICITATION
    - Obtain
    - Analyze
    - Questions?
    - Challenge?
    - Response

- **SUBCONTRACTS / TEAMING**
  - Teaming Agreements
  - Subcontracts

- **PROTECTING YOUR TURF**
  - Bid Protests (Solicitation, Award)
  - "Frank and Open" Discussions

# CONGRATULATIONS! YOU WON THE AWARD -- NOW WHAT?

## WHAT DO WE DO ONCE WE GET FED BUSINESS?

- **THE CONTRACT**

- **PERFORMANCE**

- **COMPLIANCE**

- **PROTECTING YOUR "ASSET"**

# WHAT DO WE DO ONCE WE GET FED BUSINESS?

- **THE CONTRACT**
  - Know It & Use It
  - Different Contracts >> Different Obligations
    - "Commercial Item" Contracts
  - Key Clauses
    - Scope
    - Delivery Schedule
    - Inspection / Warranty
    - Pricing / Payments
    - Intellectual Property
    - Changes
    - Claims and Disputes
    - Termination (Default vs. Convenience)
    - Records and Audits
    - Socio Economic Obligations

17

B
G

# WHAT DO WE DO ONCE WE GET FED BUSINESS?

- **PERFORMANCE**
  - Scope
  - Changes
  - Modifications
  - Questions
  - Claims
  - Disputes

- **GOVERNMENT AUTHORITY**
  - Contracting Officer
  - Contracting Officer's Technical Representative
  - Others

18

# WHAT DO WE DO ONCE WE GET FED BUSINESS?

- **COMPLIANCE**
  - Turning Square Corners  -- Compliance Program

    - Scope
    - Timeliness
    - Records
    - Audits
    - Invoices
    - Socio-economic commitments
    - Security Clearance, Export Control, Buy America
    - Ethics

  - Award Fees
  - Past Performance Ratings
  - Mistakes, Errors, Omissions vs. Fraud
  - Suspension and Debarment

19

B
G

# WHAT DO WE DO ONCE WE GET FED BUSINESS?

- **PROTECTING YOUR "ASSET"**
  - A Challenging Customer
  - Mission Creep
  - Government Authority
  - Getting Paid
  - Adjustments, Claims & Disputes
  - Audits and Investigations

20

B
G

ASSISTANCE -- Do We Need It?

# ASSISTANCE – Do We Need It?

- **DIY**

  - DOD:  http://www.defenselink.mil/other_info/business.html
  - DHS: http://www.dhs.gov/dhspublic/display?theme=37
  - GSA: www.gsa.gov
  - SBA: www.sba.gov

- **ASSISTANCE**
  - **LAWYERS**

  - **LOBBYISTS**

  - **CONSULTANTS**



22

# THANK YOU

I appreciate your sharing part of your day with me. If you desire to discuss a matter further or have questions about the program or our practice, please contact me or visit our website:

Anthony H. Anikeeff

Bracewell & Giuliani LLP

202-828-7636

anthony.anikeeff@bracewellgiuliani.com

www.bracewellgiuliani.com

