UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>**Defendant** | Criminal No. 05-370 (PLF) |

## ORDER

UPON CONSIDERATION of Defendant Safavian's Motion to Confer Immunity for Selected Defendant Witnesses Under Subpoena or In the Alternative to Dismiss the Indictment, and the entire record herein, the Defendant's Motion is hereby GRANTED.

Ordered this _____ day of _____, 2006.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick L. Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter R. Zeidenberg
Nathaniel B. Edmonds
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005