SUMMARY OF TESTIMONY OF ANTHONY H. ANIKEEFF

Mr. Anikeeff will testify regarding the highly regulated filed of government contracting.

In particular, he will testify regarding the process by which one goes about contracting with the government and the formal processes that are involved. He will focus upon the requirements necessary for a party to do business with the government. In doing so, Mr. Anikeeff will explain that someone desiring to do business with GSA as a contractor must first obtain a DUNs number and register with Central Contractor Registry (CCR). The prospective contractor must then obtain or, for a restricted solicitation receive, the government's solicitation. The prospective contractor must then submit a bid or offer in compliance with the solicitation. After the person/company has submitted a bid or responded to a proposal, the GSA selects the likely successful offeror. At that point the government still must make a responsibility determination regarding the offeror before it may award the contract. It is the opinion of Mr. Anikeeff that only when the government actually awards a contract to the prevailing offeror can a person/company be said to be doing business with the government.

An alternative means by which a prospective contractor might do business with the government is by submitting an unsolicited proposal to the government. In such circumstances, the government might decide to contract with the offeror on a sole source basis or to put the matter out for a competitive solicitation. If the government decides to seek with a sole source procurement, the DUNS, CCR and contracting processes are similar to the competitive procurement process other than for the lack of a solicitation. Mr. Anikeeff will opine that the ultimate conclusion to the process remains the same for purposes of being deemed to do business with the government – one must be awarded a contract

Mr. Anikeeff also will testify about the stages that one goes through if one is considering whether to do business with the government and at what point one might be said to be seeking to do business with the government. In this regard, he will testify that the GSA often seeks information from the public before it solicits bids. He also will explain that a company / person might undertake a variety of marketing efforts as part of the process by which one explores and develops the market before deciding actually to seek to do business with the government. He will explain what an RFI (request for information), RFP (Request for proposal), IFB (invitation for Bids), RFQ (request for quotation) are. He will explain what an expression of interest is.

Mr. Anikeeff will explain that GSA holds public fora to announce upcoming opportunities and that information about future procurement opportunities may be disseminated through a variety of media. He will explain GSA and the rest of the government are required to publish virtually all contracting opportunities on the government's FEDBIZOPPS web page. He will opine that getting information to respond to an RFI is just that, getting information. Ultimately, one does not seek to do business with the government until one submits an offer. Prior to that point, one is taking the steps necessary to put oneself in a position to seek to do business with the government.