UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

JURY NOTE

> Hon. Freidman -
>
> Juror #3 has admitted to having conversations with her father regarding golf trip expenses during the trail. She wanted to confirm costs comparisons/discrepancies.
>
> Does this conversation compromise our deliberations?
>
> Foreperson
> Juror #12

Date: June 13 2006
Time: 11:50 am

_____
Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                   Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

JURY NOTE

> I have a problem with people using cell phones in the jury room.
>
> I think they should wait until lunch - when we are in the jury lounge.
>
> Want to know the Court's thoughts on this.
>
> Juror #3

Date: 6/14/06
Time: 9:40

Foreperson