UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

### JURY NOTE

Hon Judge Freidman

It appears that the Exhibit #83 referenced w/ the attached is not the Exhibit indexed in our Government's Trial Exhibits — Vol 1.

It appears to be a simple switch.

Please advise.

Thank You
Juror #12

Date: June 15 2006

Time: 9:15

Foreperson