UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

JURY NOTE

> Hon Judge Freidman
>
> Just FYI, Juror #6 saw the ticker tape on CNN that mentioned the case and the excused juror
>
> Juror #12

Date: June 16 2006
Time: 9:08

_____
Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

JURY NOTE

> When the jury instructions were read to us in court, some of us remember some language about "adopting" statements. However, we can't find any mention of it in the judge's instructions. If it is in the instructions, could you point it out to us? I believe it related to the ethics statement and opinion and counts 4 and 5.

Date: Jun 16, 2006

Time: 11:45 am

_____
Foreperson