UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,

Defendant

FILED

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal No. 05-370 (PLF)

**DEFENDANT WAIVER OF RIGHT TO BE PRESENT AT BENCH CONFERENCES**

Pursuant to this Court's May 17, 2006 Order (Doc. 97), I, David H. Safavian, hereby waive my right to be present at bench conferences during the trial which commences at 9 a.m. on May 22, 2006. This waiver applies to this trial only and does not constitute a waiver to any other right or privilege.

Executed on May 22, 2006

_____
DAVID H. SAFAVIAN