UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-0370 (PLF) |
| | ) | |
| DAVID SAFAVIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Defendant, having been found guilty on June 20, 2006 by a jury on Counts 1, 2, 3 and 5, shall file his motion for new trial on or before July 10, 2006; the government's response shall be due on or before July 31, 2006; and defendant's reply, if any, shall be due on or before August 10, 2006; it is

FURTHER ORDERED that a motions hearing is scheduled for August 24, 2006 at 10:00 a.m.; it is

FURTHER ORDERED that sentencing in this matter has been scheduled for October 12, 2006 at 10:00 a.m.; it is

FURTHER ORDERED that any party wishing to file a memorandum in aid of sentencing shall do so on or before October 2, 2006; and that any response to such a memorandum shall be filed on or before October 6, 2006; it is

FURTHER ORDERED that any motion for an extension of time in which to file papers shall be filed at least four days prior to the deadline the motion is seeking to extend, and shall include (1) the number of previous extensions of time granted, (2) the good cause supporting the motion, (3) a statement of the effect that the granting of the motion will have on

existing deadlines, and (4) a statement of the opposing party's position with respect to the motion; and it is

FURTHER ORDERED that any motion to reschedule the sentencing shall be filed (and hand-delivered or faxed to the Chambers of this Court and to opposing counsel) on or before October 9, 2006, and shall state (1) the good cause supporting the motion, (2) a statement of the opposing party's position with respect to the motion, and (3) four alternative dates and times that are convenient to both parties. In the absence of such a timely motion by one or both parties, sentencing shall take place as scheduled.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 20, 2006