UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

## JURY NOTE

Judge Friedman,

My dau. daughter is at the age of 5 years old and she is having a graduation ceromony on Wed. June 21, 06 at Easter Seal child development Center. If we aren't complete with deliberation will I be able too attend.

(14)

Date: 6/19/06

Time: 9:30

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                       Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

## JURY NOTE

> Juror #11 has a planned vacation beginning June 23rd with a flight from Reagan International to Manchester, NH. Should I plan at this time to change my flight to a later date? Your advice would be appreciated.

Date: 6/14/06
Time: 4:35pm

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 05-370 (PLF)

DAVID HOSSEIN SAFAVIAN

JURY NOTE

> Hon Judge Friedman
>
> We have reached a verdict on Counts I, II, III, IV and V regarding USA v David H Safavian

Date: June 20 2006

Time: 9:30 Am

_____
Foreperson