UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
                                    )   CASE NO.   05-370
                                    )
       v.                           )
                                    )                    **FILED**
                                    )
DAVID HOSSEIN SAFAVIAN,             )                    JUN 2 0 2006
                                    )   VERDICT
       Defendant.                   )           NANCY MAYER WHITTINGTON, CLERK
                                    )                U.S. DISTRICT COURT

## COUNT I

With respect to the offense of obstruction of justice of an investigation by the GSA Office of Inspector General, we the jury unanimously find the defendant:

NOT GUILTY _____  GUILTY ___✓_____

## COUNT II

With respect to the offense of false statement to a GSA ethics official, we the jury unanimously find the defendant:

**NOT GUILTY** _____    **GUILTY** \_\_\_\_✓\_\_\_\_\_

If we have found the defendant GUILTY of COUNT II, it is because we have agreed unanimously and beyond a reasonable doubt that the defendant:

A. concealed his assistance to Mr. Abramoff in GSA-related activities;    A. \_\_\_\_✓\_\_\_\_\_

or    or

B. concealed Mr. Abramoff's business relationships with GSA;    B. _____

or    or

C. falsely stated to the GSA ethics officer that Mr. Abramoff did all his work on Capitol Hill, when in truth and in fact, Mr. Safavian well knew, prior to the August 2002 Scotland trip that Mr. Abramoff was seeking to lease or purchase GSA-controlled property.    C. \_\_\_\_✓\_\_\_\_\_

## COUNT III

With respect to the offense of false statement to the GSA Office of Inspector General, we the jury unanimously find the defendant:

**NOT GUILTY** _____  **GUILTY** \_\_\_✓\_\_\_

If we have found the defendant GUILTY of COUNT III, it is because we have agreed unanimously and beyond a reasonable doubt that the defendant:

A. concealed his assistance to Mr. Abramoff in GSA-related activities;      A. \_\_\_✓\_\_\_

or                                                                          or

B. concealed Mr. Abramoff's business relationships with GSA;                B. _____

or                                                                          or

C. falsely stated to the GSA-OIG Regional Inspector General for Investigations that Mr. Abramoff did not have any business with GSA, when in truth and in fact, Mr. Safavian well knew, prior to the August 2002 Scotland trip that Mr. Abramoff was seeking to lease or purchase GSA-controlled property.   C. _____

## COUNT IV

With respect to the offense of obstruction of justice of an investigation by Senate Committee on Indian Affairs, we the jury unanimously find the defendant:

**NOT GUILTY** \_\_\_✓\_\_\_   **GUILTY** _____

3

## COUNT V

With respect to the offense of false statement to the Senate Committee on Indian Affairs, we the jury unanimously find the defendant:

**NOT GUILTY** _____    **GUILTY** \_\_\_\_✓\_\_\_\_\_

If we have found the defendant GUILTY of COUNT V, it is because we have agreed unanimously and beyond a reasonable doubt that the defendant::

A. concealed his assistance to Mr. Abramoff in GSA-related activities;    A. _____

or    or

B. concealed Mr. Abramoff's business relationships with GSA;    B. _____

or    or

C. falsely stated in a letter to the Committee that Mr. Abramoff did not have any business with GSA at the time Mr. Safavian was invited on the trip to Scotland, when in truth and in fact, Mr. Safavian well knew, prior to the August 2002 Scotland trip that Mr. Abramoff was seeking to lease or purchase GSA-controlled property;    C. \_\_\_\_✓\_\_\_\_\_

or    or

D. provided documentation in which Mr. Safavian stated that Mr. Abramoff did all of his work on Capitol Hill, when in truth and in fact, Mr. Safavian well knew, prior to the August 2002 Scotland trip that Mr. Abramoff was seeking to lease or purchase GSA-controlled property.    D. _____

4

DATED this **20** day of **June**, 2006

_____
FOREPERSON