UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> v. <br><br> DAVID HOSSEIN SAFAVIAN, <br><br> Defendant | Criminal No. 05-370 (PLF) |

MOTION TO EXCEED THE PAGE LIMIT FOR DEFENDANT'S MOTION TO SET ASIDE THE VERDICT

Defendant David H. Safavian respectfully requests permission to exceed the 45-page limit for his forthcoming motion to set aside the verdict. The extension is necessary given the nature and complexity of the arguments presented and the substantial trial testimony therein.[1]

          Respectfully submitted,

          By: /s/ Barbara Van Gelder
              Barbara Van Gelder (D.C. Bar # 265603)
              Roderick L. Thomas (D.C. Bar # 433433)
              Albert C. Lambert (D.C. Bar # 489562)
              WILEY REIN & FIELDING LLP
              1776 K Street NW
              Washington, DC  20006
              TEL: 202.719.7032

Dated: July 10, 2006          *Attorneys for David H. Safavian*

---

[1] Defense counsel contacted the government by e-mail on July 10, 2006 at approximately 5:45 pm in an effort to obtain its consent to the instant motion. Having not receiving a reply, defense counsel followed up with a phone call to the government, during which the government indicated it would not consent to defense counsel's request. Defense counsel indicated that the memorandum would not exceed the limit by more than ten pages, significantly shorter than the pre-trial briefs filed earlier in the case by both parties.