UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, | |
| v. | |
| DAVID HOSSEIN SAFAVIAN, | Criminal No. 05-370 (PLF) |
| Defendant | |

**DEFENDANT DAVID H. SAFAVIAN'S MOTION FOR A JUDGMENT OF ACQUITTAL**

Defendant David H. Safavian respectfully moves this Court for a judgment of acquittal on the four counts for which Mr. Safavian was found guilty by a jury. As explained in the accompanying Memorandum of Points and Authorities, the jury's guilty verdict on Counts One, Two, Three, and Five should be reversed. The Court should reverse Count One because the government cannot demonstrate obstruction of the GSA-OIG investigation into whether Mr. Safavian accepted a gift. Likewise, Count Two should be reversed as a matter of law because the government cannot show fair notice to Mr. Safavian, falsity of his statements, a legal duty to disclose, or that any alleged false statement was material. Finally, the Court should reverse Counts Three and Five because the government cannot establish as a matter of law that Mr. Safavian did knowingly or willfully use a trick, scheme, or device to conceal any material facts for which he had a duty to disclose, or falsify any material facts through such means during the GSA-OIG or Senate investigation.

For these reasons, as well as those set forth in the Memorandum of Points and Authorities, Mr. Safavian respectfully requests that this Court issue the attached Proposed Order reversing the jury's verdicts on these counts.

                        Respectfully submitted,

                        WILEY REIN & FIELDING LLP

                        By: /s/ Barbara Van Gelder

                            Barbara Van Gelder (D.C. Bar # 265603)
                            Roderick L. Thomas (D.C. Bar # 433433)
                            Albert Lambert (D.C. Bar # 489562)
                            Wiley Rein & Fielding LLP
                            1776 K Street NW
                            Washington, DC  20006
                            TEL: 202.719.7032
                            FAX: 202.719.7049

Dated: July 10, 2006            *Attorneys for David H. Safavian*