# Exhibit 2

Standard Form 86
Revised September 1995
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

Form approved:
OMB No. 3206-0007
NSN 7540-00-634-4036
86-111

# Questionnaire for National Security Positions

Follow instructions fully or we cannot process your form. Be sure to sign and date the certification statement on Page 9 and the release on Page 10. *If you have any questions*, call the office that gave you the form.

## Purpose of this Form
The U.S. Government conducts background investigations and reinvestigations to establish that military personnel, applicants for or incumbents in national security positions, either employed by the Government or working for Government contractors, licensees, certificate holders, and grantees, are eligible for a required security clearance. Information from this form is used primarily as the basis for investigation for access to classified information or special nuclear information or material. Complete this form only after a conditional offer of employment has been made for a position requiring a security clearance.

Giving us the information we ask for is voluntary. However, we may not be able to complete your investigation, or complete it in a timely manner, if you don't give us each item of information we request. This may affect your placement or security clearance prospects.

## Authority to Request this Information
Depending upon the purpose of your investigation, the U.S. Government is authorized to ask for this information under Executive Orders 10450, 10865, 12333, and 12356; sections 3301 and 9101 of title 5, U.S. Code; sections 2165 and 2201 of title 42, U.S. Code; sections 781 to 887 of title 50, U.S. Code; and parts 5, 732, and 736 of Title 5, Code of Federal Regulations.

Your Social Security number is needed to keep records accurate, because other people may have the same name and birth date. Executive Order 9397 also asks Federal agencies to use this number to help identify individuals in agency records.

## The Investigative Process
Background investigations for national security positions are conducted to develop information to show whether you are reliable, trustworthy, of good conduct and character, and loyal to the United States. The information that you provide on this form is confirmed during the investigation. Investigation may extend beyond the time covered by this form when necessary to resolve issues. Your current employer must be contacted as part of the investigation, even if you have previously indicated on applications or other forms that you do not want this.

In addition to the questions on this form, inquiry also is made about a person's adherence to security requirements, honesty and integrity, vulnerability to exploitation or coercion, falsification, mis-representation, and any other behavior, activities, or associations that tend to show the person is not reliable, trustworthy, or loyal.

## Your Personal Interview
Some investigations will include an interview with you as a normal part of the investigative process. This provides you the opportunity to update, clarify, and explain information on your form more completely, which often helps to complete your investigation faster. It is important that the interview be conducted as soon as possible after you are contacted. Postponements will delay the processing of your investigation, and declining to be interviewed may result in your investigation being delayed or canceled.

You will be asked to bring identification with your picture on it, such as a valid State driver's license, to the interview. There are other documents you may be asked to bring to verify your identity as well. These include documentation of any legal name change, Social Security card, and/or birth certificate.

You may also be asked to bring documents about information you provided on the form or other matters requiring specific attention. These matters include alien registration, delinquent loans or taxes, bankruptcy, judgments, liens, or other financial obligations, agreements involving child custody or support, alimony or property settlements, arrests, convictions, probation, and/or parole.

## Organization of this Form
This form has two parts. Part 1 asks for background information, including where you have lived, gone to school, and worked. Part 2 asks about your activities and such matters as firings from a job, criminal history record, use of illegal drugs, and abuse of alcohol.

In answering all questions on this form, keep in mind that your answers are considered together with the information obtained in the investigation to reach an appropriate adjudication.

## Instructions for Completing this Form
1. Follow the instructions given to you by the person who gave you the form and any other clarifying instructions furnished by that person to assist you in completion of the form. Find out how many copies of the form you are to turn in. You must sign and date, in black ink, the original and each copy you submit. You should retain a copy of the completed form for your records.

2. Type or legibly print your answers in black ink (if your form is not legible, it will not be accepted). You may also be asked to submit your form in an approved electronic format.

3. All questions on this form must be answered. If no response is necessary or applicable, indicate this on the form (for example, enter "None" or "N/A"). If you find that you cannot report an exact date, approximate or estimate the date to the best of your ability and indicate this by marking "APPROX." or "EST."

4. Any changes that you make to this form after you sign it must be initialed and dated by you. Under certain limited circumstances, agencies may modify the form consistent with your intent.

5. You must use the State codes (abbreviations) listed on the back of this page when you fill out this form. Do not abbreviate the names of cities or foreign countries.

6. The 5-digit postal ZIP codes are needed to speed the processing of your investigation. The office that provided the form will assist you in completing the ZIP codes.

7. All telephone numbers must include area codes.

8. All dates provided on this form must be in Month/Day/Year or Month/Year format. Use numbers (1-12) to indicate months. For example, June 8, 1978, should be shown as 6/8/78.

9. Whenever "City (Country)" is shown in an address block, also provide in that block the name of the country when the address is outside the United States.

10. If you need additional space to list your residences or employments/self-employments/unemployments or education, you should use a continuation sheet, SF 86A. If additional space is needed to answer other items, use a blank piece of paper. Each blank piece of paper you use must contain **your name and Social Security Number at the top of the page.**

#### Final Determination on Your Eligibility

Final determination on your eligibility for access to classified information is the responsibility of the Federal agency that requested your investigation. You may be provided the opportunity personally to explain, refute, or clarify any information before a final decision is made.

#### Penalties for Inaccurate or False Statements

The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines of up to $10,000, and/or 5 years imprisonment, or both. In addition, Federal agencies generally fire, do not grant a security clearance, or disqualify individuals who have materially and deliberately falsified these forms, and this remains a part of the permanent record for future placements. Because the position for which you are being considered is a sensitive one, your trustworthiness is a very important consideration in deciding your eligibility for a security clearance.

Your prospects of placement or security clearance are better if you answer all questions truthfully and completely. You will have adequate opportunity to explain any information you give us on the form and to make your comments part of the record.

#### Disclosure of Information

The information you give us is for the purpose of investigating you for a national security position; we will protect it from unauthorized disclosure. The collection, maintenance, and disclosure of background investigative information is governed by the Privacy Act. The agency which requested the investigation and the agency which conducted the investigation have published notices in the Federal Register describing the systems of records in which your records will be maintained. You may obtain copies of the relevant notices from the person who gave you this form. The information on this form, and information we collect during an investigation may be disclosed without your consent as permitted by the Privacy Act (5 USC 552a(b)) and as follows:

## PRIVACY ACT ROUTINE USES

1. To the Department of Justice when: (a) the agency or any component thereof; or (b) any employee of the agency in his or her official capacity; or (c) any employee of the agency in his or her individual capacity where the Department of Justice has agreed to represent the employee; or (d) the United States Government, is a party to litigation or has interest in such litigation, by careful review, the agency determines that the records are both relevant and necessary to the litigation and the use of such records by the Department of Justice is therefore deemed by the agency to be for a purpose that is compatible with the purpose for which the records collected the records.

2. To a court or adjudicative body in a proceeding when: (a) the agency or any component thereof; or (b) any employee of the agency in his or her official capacity; or (c) any employee of the agency in his or her individual capacity where the Department of Justice has agreed to represent the employee; or (d) the United States Government, is a party to litigation or has interest in such litigation, and by careful review, the agency determines that the records are both relevant and necessary to the litigation and the use of such records is therefore deemed by the agency to be for a purpose that is compatible with the purpose for which the agency collected the records.

3. Except as noted in Question 24, when a record on its face, or in conjunction with other records, indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, and whether arising by general statute, particular program statute, regulation, rule, or order issued pursuant thereto, the relevant records may be disclosed to the appropriate Federal, foreign, State, local, tribal, or other public authority responsible for enforcing, investigating or prosecuting such violation or charged with enforcing or implementing the statute, rule, regulation, or order.

4. To any source or potential source from which information is requested in the course of an investigation concerning the hiring or retention of an employee or other personnel action, or the issuing or retention of a security clearance, contract, grant, license, or other benefit, to the extent necessary to identify the individual, inform the source of the nature and purpose of the investigation, and to identify the type of information requested.

5. To a Federal, State, local, foreign, tribal, or other public authority the fact that this system of records contains information relevant to the retention of an employee, or the retention of a security clearance, contract, license, grant, or other benefit. The other agency or licensing organization may then make a request supported by written consent of the individual for the entire record if it so chooses. No disclosure will be made unless the information has been determined to be sufficiently reliable to support a referral to another office within the agency or to another Federal agency for criminal, civil, administrative, personnel, or regulatory action.

6. To contractors, grantees, experts, consultants, or volunteers when necessary to perform a function or service related to this record for which they have been engaged. Such recipients shall be required to comply with the Privacy Act of 1974, as amended.

7. To the news media or the general public, factual information the disclosure of which would be in the public interest and which would not constitute an unwarranted invasion of personal privacy.

8. To a Federal, State, or local agency, or other appropriate entities or individuals, or through established liaison channels to selected foreign governments, in order to enable an intelligence agency to carry out its responsibilities under the National Security Act of 1947 as amended, the CIA Act of 1949 as amended, Executive Order 12333 or any successor order, applicable national security directives, or classified implementing procedures approved by the Attorney General and promulgated pursuant to such statutes, orders or directives.

9. To a Member of Congress or to a Congressional staff member in response to an inquiry of the Congressional office made at the written request of the constituent about whom the record is maintained.

10. To the National Archives and Records Administration for records management inspections conducted under 44 USC 2904 and 2906.

11. To the Office of Management and Budget when necessary to the review of private relief legislation.

## STATE CODES (ABBREVIATIONS)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Alabama | AL | Hawaii | HI | Massachusetts | MA | New Mexico | NM | South Dakota | SD |
| Alaska | AK | Idaho | ID | Michigan | MI | New York | NY | Tennessee | TN |
| Arizona | AZ | Illinois | IL | Minnesota | MN | North Carolina | NC | Texas | TX |
| Arkansas | AR | Indiana | IN | Mississippi | MS | North Dakota | ND | Utah | UT |
| California | CA | Iowa | IA | Missouri | MO | Ohio | OH | Vermont | VT |
| Colorado | CO | Kansas | KS | Montana | MT | Oklahoma | OK | Virginia | VA |
| Connecticut | CT | Kentucky | KY | Nebraska | NE | Oregon | OR | Washington | WA |
| Delaware | DE | Louisiana | LA | Nevada | NV | Pennsylvania | PA | West Virginia | WV |
| Florida | FL | Maine | ME | New Hampshire | NH | Rhode Island | RI | Wisconsin | WI |
| Georgia | GA | Maryland | MD | New Jersey | NJ | South Carolina | SC | Wyoming | WY |
| | | | | | | | | | |
| American Samoa | AS | Dist. of Columbia | DC | Guam | GU | Northern Marianas | CM | Puerto Rico | PR |
| Trust Territory | TT | Virgin Islands | VI | | | | | | |

## PUBLIC BURDEN INFORMATION

Public burden reporting for this collection of information is estimated to average 90 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Reports and Forms Management Officer, U.S. Office of Personnel Management, 1900 E Street, N.W., Room CHP-500, Washington, D.C. 20415. Do not send your completed form to this address.

Standard Form 86 (EG)
Revised September 1995
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

Form approved:
OMB No. 3206-0007
NSN 7540-00-634-4036
86-111

## Part 1

| Investigating Agency Use Only | Codes | Case Number |
|---|---|---|

**Agency Use Only (Complete items A through P using instructions provided by the Investigating agency.)**

| A Type of Investigation | B Extra Coverage | C Sensitivity Level | D Access | E Nature of Action Code | F Date of Action | Month | Day | Year |
|---|---|---|---|---|---|---|---|---|

| G Geographic Location | H Position Code | I Position Title |
|---|---|---|

| J SON | K Location of Official Personnel Folder | None / NPRC / At SON | Other Address | | | ZIP Code |
|---|---|---|---|---|---|---|

| L SOI | M Location of Security Folder | None / At SOI / NPI | Other Address | | | ZIP Code |
|---|---|---|---|---|---|---|

| N OPAC-ALC Number | O Accounting Data and/or Agency Case Number |
|---|---|

| P Requesting Official | Name and Title | Signature | Telephone Number ( ) | Date |
|---|---|---|---|---|

**Persons completing this form should begin with the questions below.**

**① FULL NAME**
• If you have only initials in your name, use them and state (IO).
• If you have no middle name, enter "NMN".
• If you are a "Jr.," "Sr.," "II," etc., enter this in the box after your middle name.

**② DATE OF BIRTH**

| Last Name | First Name | Middle Name | Jr., II, etc. | Month | Day | Year |
|---|---|---|---|---|---|---|

**③ PLACE OF BIRTH** - Use the two letter code for the State.

**④ SOCIAL SECURITY**

| City | County | State | Country (if not in the United States) |
|---|---|---|---|

**⑤ OTHER NAMES USED**
Give other names you used and the period of time you used them (for example: your maiden name, name(s) by a former marriage, former name(s), alias(es), or nickname(s)). If the other name is your **maiden name**, put "nee" in front of it.

| Name #1 | Month/Year | Month/Year To | Name #3 | | Month/Year | Month/Year To |
|---|---|---|---|---|---|---|

| Name #2 | Month/Year | Month/Year To | Name #4 | | Month/Year | Month/Year To |
|---|---|---|---|---|---|---|

**⑥ OTHER IDENTIFYING INFORMATION**

| Height (feet and inches) | Weight (pounds) | Hair Color | Eye Color | Sex (Mark one box) Female / Male |
|---|---|---|---|---|

**⑦ TELEPHONE NUMBERS**

| Work (Include Area Code and extension) Day / Night ( ) | Home (Include Area Code) Day / Night ( ) |
|---|---|

**⑧ CITIZENSHIP**

**ⓐ** Mark the box at the right that reflects your current citizenship status, and follow its instructions.

| | |
|---|---|
| I am a U.S. citizen or national by birth in the U.S. or U.S. territory/possession. (Answer items b and d) | **ⓑ** Your Mother's Maiden Name |
| I am a U.S. citizen, but I was NOT born in the U.S. (Answer items b, c and d) | |
| I am not a U.S. citizen. (Answer items b and e) | |

**ⓒ** UNITED STATES CITIZENSHIP    If you are a U.S. citizen, but were not born in the U.S., provide information about one or more of the following proofs of your citizenship.

Naturalization Certificate (Where were you naturalized?)

| Court | City | State | Certificate Number | Month/Day/Year Issued |
|---|---|---|---|---|

Citizenship Certificate (Where was the certificate issued?)

| City | | State | Certificate Number | Month/Day/Year Issued |
|---|---|---|---|---|

State Department Form 240 - Report of Birth Abroad of a Citizen of the United States

| Give the date the form was prepared and give an explanation if needed. | Month/Day/Year | Explanation |
|---|---|---|

U.S. Passport

| This may be either a current or previous U.S. Passport. | Passport Number | Month/Day/Year Issued |
|---|---|---|

**ⓓ** DUAL CITIZENSHIP    If you are (or were) a dual citizen of the United States and another country, provide the name of that country in the space to the right.    Country

**ⓔ** ALIEN    If you are an alien, provide the following information:

| Place You Entered the United States: | City | State | Date You Entered U.S. Month / Day / Year | Alien Registration Number | Country(ies) of Citizenship |
|---|---|---|---|---|---|

Exception to SF85, SF85P, SF85P-S, SF86, and SF86A approved by GSA September, 1995.
Designed using Perform Pro, WHS/DIOR, Sep 95

Page 1

**❾ WHERE YOU HAVE LIVED**

List the places where you have lived, beginning with the most recent (#1) and working back 7 years. All periods must be accounted for in your list. Be sure to indicate the actual physical location of your residence: do not use a post office box as an address, do not list a permanent address when you were actually living at a school address, etc. Be sure to specify your location as closely as possible: for example, do not list only your base or ship, list your barracks number or home port. You may omit temporary military duty locations under 90 days (list your permanent address instead), and you should use your APO/FPO address if you lived overseas.

For any address in the last 5 years, list a person who knew you at that address, and who preferably still lives in that area (do not list people for residences completely outside this 5-year period, and do not list your spouse, former spouses, or other relatives). Also for addresses in the last five years, if the address is "General Delivery," a Rural or Star Route, or may be difficult to locate, provide directions for locating the residence on an attached continuation sheet.

| Month/Year   Month/Year | Street Address | Apt. # | City (Country) | | State | ZIP Code |
|---|---|---|---|---|---|---|
| **#1**   To      Present | | | | | | |
| Name of Person Who Knows You | Street Address | Apt. # | City (Country) | State   ZIP Code | Telephone Number ( ) | |

| Month/Year   Month/Year | Street Address | Apt. # | City (Country) | | State | ZIP Code |
|---|---|---|---|---|---|---|
| **#2**   To | | | | | | |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State   ZIP Code | Telephone Number ( ) | |

| Month/Year   Month/Year | Street Address | Apt. # | City (Country) | | State | ZIP Code |
|---|---|---|---|---|---|---|
| **#3**   To | | | | | | |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State   ZIP Code | Telephone Number ( ) | |

| Month/Year   Month/Year | Street Address | Apt. # | City (Country) | | State | ZIP Code |
|---|---|---|---|---|---|---|
| **#4**   To | | | | | | |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State   ZIP Code | Telephone Number ( ) | |

| Month/Year   Month/Year | Street Address | Apt. # | City (Country) | | State | ZIP Code |
|---|---|---|---|---|---|---|
| **#5**   To | | | | | | |
| Name of Person Who Knew You | Street Address | Apt. # | City (Country) | State   ZIP Code | Telephone Number ( ) | |

**❿ WHERE YOU WENT TO SCHOOL**

List the schools you have attended, beyond Junior High School, **beginning with the most recent (#1) and working back 7 years.** List College or University degrees and the dates they were received. If all of your education occurred more than 7 years ago, list your most recent education beyond high school, no matter when that education occurred.

• Use one of the following codes in the "Code" block:

    **1 - High School**        **2 - College/University/Military College**        **3 - Vocational/Technical/Trade School**

• For schools you attended in the past 3 years, list a person who knew you at school (an instructor, student, etc.). Do not list people for education completely outside this 3-year period.

• For correspondence schools and extension classes, provide the address where the records are maintained.

| Month/Year   Month/Year | Code | Name of School | Degree/Diploma/Other | | Month/Year Awarded |
|---|---|---|---|---|---|
| **#1**   To | | | | | |
| Street Address and City (Country) of School | | | | State   ZIP Code | |
| Name of Person Who Knew You | Street Address | Apt. #   City (Country) | State   ZIP Code | Telephone Number ( ) | |

| Month/Year   Month/Year | Code | Name of School | Degree/Diploma/Other | | Month/Year Awarded |
|---|---|---|---|---|---|
| **#2**   To | | | | | |
| Street Address and City (Country) of School | | | | State   ZIP Code | |
| Name of Person Who Knew You | Street Address | Apt. #   City (Country) | State   ZIP Code | Telephone Number ( ) | |

| Month/Year   Month/Year | Code | Name of School | Degree/Diploma/Other | | Month/Year Awarded |
|---|---|---|---|---|---|
| **#3**   To | | | | | |
| Street Address and City (Country) of School | | | | State   ZIP Code | |
| Name of Person Who Knew You | Street Address | Apt. #   City (Country) | State   ZIP Code | Telephone Number ( ) | |

**Enter your Social Security Number before going to the next page** ————————————➤

**⑪  YOUR EMPLOYMENT ACTIVITIES**

List your employment activities, beginning with the present (#1) and working back 7 years.  You should list all full-time work, part-time work, military service, temporary military duty locations over 90 days, self-employment, other paid work, and all periods of unemployment.  The entire 7-year period must be accounted for without breaks, but you need not list employments before your 16th birthday.  EXCEPTION: Show all Federal civilian service, whether it occurred within the last 7 years or not.

● **Code.**  Use one of the codes listed below to identify the type of employment:

| | | |
|---|---|---|
| 1 - Active military duty stations | 5 - State Government (Non-Federal | 7 - Unemployment (Include name of | 9 - Other |
| 2 - National Guard/Reserve | employment) | person who can verify) | |
| 3 - U.S.P.H.S. Commissioned Corps | 6 - Self-employment (Include business name | 8 - Federal Contractor (List Contractor, | |
| 4 - Other Federal employment | and/or name of person who can verify) | not Federal agency) | |

● **Employer/Verifier Name.**  List the business name of your employer or the name of the person who can verify your self-employment or unemployment in this block.  If military service is being listed, include your duty location or home port here as well as your branch of service.  You should provide separate listings to reflect changes in your military duty locations or home ports.

● **Previous Periods of Activity.**  Complete these lines if you worked for an employer on more than one occasion at the same location.  After entering the most recent period of employment in the initial numbered block, provide previous periods of employment at the same location on the additional lines provided.  For example, if you worked at XY Plumbing in Denver, CO, during 3 separate periods of time, you would enter dates and information concerning the most recent period of employment first, and provide dates, position titles, and supervisors for the two previous periods of employment on the lines below that information.

| Month/Year  Month/Year | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank |
|---|---|---|---|---|---|
| #1  To  Present | | | | | |

| Employer's/Verifier's Street Address | City (Country) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|---|
| Street Address of Job Location (if different than Employer's Address) | City (Country) | State | ZIP Code | Telephone Number ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | City (Country) | State | ZIP Code | Telephone Number ( ) |

| | Month/Year  Month/Year | Position Title | Supervisor |
|---|---|---|---|
| PREVIOUS | To | | |
| PERIODS | Month/Year  Month/Year | Position Title | Supervisor |
| OF | To | | |
| ACTIVITY | Month/Year  Month/Year | Position Title | Supervisor |
| (Block #1) | To | | |

| Month/Year  Month/Year | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank |
|---|---|---|---|---|---|
| #2  To | | | | | |

| Employer's/Verifier's Street Address | City (Country) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|---|
| Street Address of Job Location (if different than Employer's Address) | City (Country) | State | ZIP Code | Telephone Number ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | City (Country) | State | ZIP Code | Telephone Number ( ) |

| | Month/Year  Month/Year | Position Title | Supervisor |
|---|---|---|---|
| PREVIOUS | To | | |
| PERIODS | Month/Year  Month/Year | Position Title | Supervisor |
| OF | To | | |
| ACTIVITY | Month/Year  Month/Year | Position Title | Supervisor |
| (Block #2) | To | | |

| Month/Year  Month/Year | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank |
|---|---|---|---|---|---|
| #3  To | | | | | |

| Employer's/Verifier's Street Address | City (Country) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|---|
| Street Address of Job Location (if different than Employer's Address) | City (Country) | State | ZIP Code | Telephone Number ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | City (Country) | State | ZIP Code | Telephone Number ( ) |

| | Month/Year  Month/Year | Position Title | Supervisor |
|---|---|---|---|
| PREVIOUS | To | | |
| PERIODS | Month/Year  Month/Year | Position Title | Supervisor |
| OF | To | | |
| ACTIVITY | Month/Year  Month/Year | Position Title | Supervisor |
| (Block #3) | To | | |

Enter your Social Security Number before going to the next page────────────►

Page 3

**YOUR EMPLOYMENT ACTIVITIES** *(CONTINUED)*

| #4 | Month/Year    Month/Year To | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank | |
|---|---|---|---|---|---|---|---|

| Employer's/Verifier's Street Address | City (Country) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|---|
| Street Address of Job Location (if different than Employer's Address) | City (Country) | State | ZIP Code | Telephone Number ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | City (Country) | State | ZIP Code | Telephone Number ( ) |

| PREVIOUS PERIODS OF ACTIVITY (Block #4) | Month/Year    Month/Year To | Position Title | Supervisor |
|---|---|---|---|
| | Month/Year    Month/Year To | Position Title | Supervisor |
| | Month/Year    Month/Year To | Position Title | Supervisor |

| #5 | Month/Year    Month/Year To | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank | |
|---|---|---|---|---|---|---|---|

| Employer's/Verifier's Street Address | City (Country) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|---|
| Street Address of Job Location (if different than Employer's Address) | City (Country) | State | ZIP Code | Telephone Number ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | City (Country) | State | ZIP Code | Telephone Number ( ) |

| PREVIOUS PERIODS OF ACTIVITY (Block #5) | Month/Year    Month/Year To | Position Title | Supervisor |
|---|---|---|---|
| | Month/Year    Month/Year To | Position Title | Supervisor |
| | Month/Year    Month/Year To | Position Title | Supervisor |

| #6 | Month/Year    Month/Year To | Code | Employer/Verifier Name/Military Duty Location | | | Your Position Title/Military Rank | |
|---|---|---|---|---|---|---|---|

| Employer's/Verifier's Street Address | City (Country) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|---|
| Street Address of Job Location (if different than Employer's Address) | City (Country) | State | ZIP Code | Telephone Number ( ) |
| Supervisor's Name & Street Address (if different than Job Location) | City (Country) | State | ZIP Code | Telephone Number ( ) |

| PREVIOUS PERIODS OF ACTIVITY (Block #6) | Month/Year    Month/Year To | Position Title | Supervisor |
|---|---|---|---|
| | Month/Year    Month/Year To | Position Title | Supervisor |
| | Month/Year    Month/Year To | Position Title | Supervisor |

**⑫ PEOPLE WHO KNOW YOU WELL**
List three people who know you well and live in the United States. They should be good friends, peers, colleagues, college roommates, etc., whose combined association with you covers as well as possible the last 7 years. Do not list your spouse, former spouses, or other relatives, and try not to list anyone who is listed elsewhere on this form.

| Name #1 | Dates Known Month/Year   Month/Year To | Telephone Number Day ( ) Night | | |
|---|---|---|---|---|
| Home or Work Address | | City (Country) | State | ZIP Code |

| Name #2 | Dates Known Month/Year   Month/Year To | Telephone Number Day ( ) Night | | |
|---|---|---|---|---|
| Home or Work Address | | City (Country) | State | ZIP Code |

| Name #3 | Dates Known Month/Year   Month/Year To | Telephone Number Day ( ) Night | | |
|---|---|---|---|---|
| Home or Work Address | | City (Country) | State | ZIP Code |

**Enter your Social Security Number before going to the next page** ────────────────▶

**❸ YOUR SPOUSE**

Mark one box to show your current marital status and provide information about your spouse(s) in items a. and/or b.

| | | |
|---|---|---|
| ☐ 1 - Never married | ☐ 3 - Separated | ☐ 5 - Divorced |
| ☐ 2 - Married | ☐ 4 - Legally Separated | ☐ 6 - Widowed |

**ⓐ Current Spouse** Complete the following about your current spouse only.

| Full Name | Date of Birth | Place of Birth (Include country if outside the U.S.) | Social Security Number |
|---|---|---|---|

| Other Names Used (Specify maiden name, names by other marriages, etc., and show dates used for each name) | Country(ies) of Citizenship |
|---|---|

| Date Married | Place Married (Include country if outside the U.S.) | State |
|---|---|---|

| If Separated, Date of Separation | If Legally Separated, Where is the Record Located?  City (Country) | State |
|---|---|---|

| Address of Current Spouse, if different than your current address (Street, city, and country if outside the U.S.) | State | ZIP Code |
|---|---|---|

**ⓑ Former Spouse(s).** Complete the following about your former spouse(s), use blank sheets if needed.

| Full Name | Date of Birth | Place of Birth (Include country if outside the U.S.) | State |
|---|---|---|---|

| Country(ies) of Citizenship | Date Married | Place Married (Include country if outside the U.S.) | State |
|---|---|---|---|

| Check one, Then Give Date  ☐ Divorced  ☐ Widowed | Month/Day/Year | If Divorced, Where is the Record Located?  City (Country) | State |
|---|---|---|---|

| Address of Former Spouse (Street, city, and country if outside the U.S.) | State | ZIP Code | Telephone Number ( ) |
|---|---|---|---|

**❹ YOUR RELATIVES AND ASSOCIATES**

Give the full name, correct code, and other requested information for each of your relatives and associates, living or dead, specified below.

| | | | |
|---|---|---|---|
| 1 - Mother (first) | 5 - Foster parent | 9 - Sister | 13 - Half-sister | 17 - Other Relative* |
| 2 - Father (second) | 6 - Child (adopted also) | 10 - Stepbrother | 14 - Father-in-law | 18 - Associate* |
| 3 - Stepmother | 7 - Stepchild | 11 - Stepsister | 15 - Mother-in-law | 19 - Adult Currently Living With You |
| 4 - Stepfather | 8 - Brother | 12 - Half-brother | 16 - Guardian | |

*Code 17 (Other Relative) - include only foreign national relatives not listed in 1 - 16 with whom you or your spouse are bound by affection, obligation, or close and continuing contact.  Code 18 (Associates) - include only foreign national associates with whom you or your spouse are bound by affection, obligation, or close and continuing contact.

| Full Name (If deceased, check box on the left before entering name) | Code | Date of Birth Month/Day/Year | Country of Birth | Country(ies) of Citizenship | Current Street Address and City (country) of Living Relatives | State |
|---|---|---|---|---|---|---|
| | 1 | | | | | |
| | 2 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Enter your Social Security Number before going to the next page ⟶** ▭

**15** CITIZENSHIP OF YOUR RELATIVES AND ASSOCIATES

If your mother, father, sister, brother, child, or current spouse or person with whom you have a spouse-like relationship is a U.S. citizen by other than birth, or an alien residing in the U.S., provide the nature of the individual's relationship to you (Spouse, Spouse-like, Mother, etc.), and the individual's name and date of birth on the first line (this information is needed to pair it accurately with information in items 13 and 14).

On the second line, provide the individual's naturalization certificate or alien registration number and use one of the document codes below to identify proof of citizenship status. Provide additional information on that line as requested.

   **1 - Naturalization Certificate:** Provide the date issued and the location where the person was naturalized (Court, City and State).
   **2 - Citizenship Certificate:** Provide the date and location issued (City and State).
   **3 - Alien Registration:** Provide the date and place where the person entered the U.S. (City and State).
   **4 - Other:** Provide an explanation in the "Additional Information" block.

| #1 | Association | Name | | Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| | Certificate/Registration # | Document Code | Additional Information | |

| #2 | Association | Name | | Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| | Certificate/Registration # | Document Code | Additional Information | |

**16** YOUR MILITARY HISTORY

| | | Yes | No |
|---|---|---|---|
| **a** | Have you served in the United States military? | | |
| **b** | Have you served in the United States Merchant Marine? | | |

List all of your military service below, including service in Reserve, National Guard, and U.S. Merchant Marine. Start with the most recent period of service (#1) and work backward. If you had a break in service, each separate period should be listed.

•**Code.** Use one of the codes listed below to identify your branch of service:
   1 - Air Force   2 - Army   3 - Navy   4 - Marine Corps   5 - Coast Guard   6 - Merchant Marine   7 - National Guard

•**O/E.** Mark "O" block for Officer or "E" block for Enlisted.
•**Status.** "X" the appropriate block for the status of your service during the time that you served. If your service was in the National Guard, do not use an "X": use the two-letter code for the state to mark the block.
•**Country.** If your service was with other than the U.S. Armed Forces, identify the country for which you served.

| Month/Year | Month/Year | Code | Service/Certificate # | O | E | Status | | | | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Active | Active Reserve | Inactive Reserve | National Guard (State) | |
| | To | | | | | | | | | |
| | To | | | | | | | | | |

**17** YOUR FOREIGN ACTIVITIES

| | | Yes | No |
|---|---|---|---|
| **a** | Do you have any foreign property, business connections, or financial interests? | | |
| **b** | Are you now or have you ever been employed by or acted as a consultant for a foreign government, firm, or agency? | | |
| **c** | Have you ever had any contact with a foreign government, its establishments (embassies or consulates), or its representatives, whether inside or outside the U.S., other than on official U.S. Government business? (Does not include routine visa applications and border crossing contacts.) | | |
| **d** | In the last 7 years, have you had an active passport that was issued by a foreign government? | | |

If you answered "Yes" to a, b, c, or d above, explain in the space below: provide inclusive dates, names of firms and/or governments involved, and an explanation of your involvement.

| Month/Year | Month/Year | Firm and/or Government | Explanation |
|---|---|---|---|
| | To | | |
| | To | | |

**18** FOREIGN COUNTRIES YOU HAVE VISITED

List foreign countries you have visited, except on travel under official Government orders, beginning with the most current (#1) and working back 7 years. (Travel as a dependent or contractor must be listed.)
•Use one of these codes to indicate the purpose of your visit: **1** - Business   **2** - Pleasure   **3** - Education   **4** - Other
•Include short trips to Canada or Mexico. If you have lived near a border and have made short (one day or less) trips to the neighboring country, you do not need to list each trip. Instead, provide the time period, the code, the country, and a note ("Many Short Trips").
•Do not repeat travel covered in items 9, 10, or 11.

| | Month/Year | Month/Year | Code | Country | | Month/Year | Month/Year | Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| #1 | | To | | | #3 | | To | | |
| #2 | | To | | | #4 | | To | | |

This concludes Part 1 of this form. If you have used Page 9, continuation sheets, or blank sheets to complete any of the questions in Part 1, give the number for those questions in the space to the right:

**Enter your Social Security Number before going to the next page** ⟶

Standard Form 86
Revised September 1995
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

Form approved:
OMB No. 3206-0007
NSN 7540-00-634-4036
86-111

**Part 2** | OFFICIAL USE ONLY

---

**⑲ YOUR MILITARY RECORD**

| | Yes | No |
|---|---|---|

Have you ever received other than an honorable discharge from the military?  If "Yes," provide the date of discharge and type of discharge below.

| Month/Year | Type of Discharge |
|---|---|

---

**⑳ YOUR SELECTIVE SERVICE RECORD**

| | Yes | No |
|---|---|---|

ⓐ  Are you a male born after December 31, 1959?  If "No," go to 21.  If "Yes," go to b.

ⓑ  Have you registered with the Selective Service System?  If "Yes," provide your registration number.  If "No," show the reason for your legal exemption below.

| Registration Number | Legal Exemption Explanation |
|---|---|

---

**㉑ YOUR MEDICAL RECORD**

| | Yes | No |
|---|---|---|

In the last 7 years, have you consulted with a mental health professional (psychiatrist, psychologist, counselor, etc.) or have you consulted with another health care provider about a mental health related condition?

If you answered "Yes," provide the dates of treatment and the name and address of the therapist or doctor below, unless the consultation(s) involved only marital, family, or grief counseling, not related to violence by you.

| Month/Year | Month/Year | Name/Address of Therapist or Doctor | State | ZIP Code |
|---|---|---|---|---|
| | To | | | |
| | To | | | |

---

**㉒ YOUR EMPLOYMENT RECORD**

| | Yes | No |
|---|---|---|

Has any of the following happened to you **in the last 7 years?**  If "Yes," begin with the most recent occurrence and go backward, providing date fired, quit, or left, and other information requested.

Use the following codes and explain the reason your employment was ended:

1 - Fired from a job
2 - Quit a job after being told you'd be fired
3 - Left a job by mutual agreement following allegations of misconduct
4 - Left a job by mutual agreement following allegations of unsatisfactory performance
5 - Left a job for other reasons under unfavorable circumstances

| Month/Year | Code | Specify Reason | Employer's Name and Address (Include city/Country if outside U.S.) | State | ZIP Code |
|---|---|---|---|---|---|

---

**㉓ YOUR POLICE RECORD**

| | Yes | No |
|---|---|---|

For this item, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record.  The single exception to this requirement is for certain convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.

ⓐ  Have you ever been charged with or convicted of any felony offense?  (Include those under Uniform Code of Military Justice)

ⓑ  Have you ever been charged with or convicted of a firearms or explosives offense?

ⓒ  Are there currently any charges pending against you for any criminal offense?

ⓓ  Have you ever been charged with or convicted of any offense(s) related to alcohol or drugs?

ⓔ  In the last 7 years, have you been subject to court martial or other disciplinary proceedings under the Uniform Code of Military Justice? (Include non-judicial, Captain's mast, etc.)

ⓕ  In the last 7 years, have you been arrested for, charged with, or convicted of any offense(s) not listed in response to a, b, c, d, or e above?  (Leave out traffic fines of less than $150 unless the violation was alcohol or drug related.)

If you answered "Yes" to a, b, c, d, e, or f above, explain below.  Under "Offense," do not list specific penalty codes, list the actual offense or violation (for example, arson, theft, etc.).

| Month/Year | Offense | Action Taken | Law Enforcement Authority/Court (Include City and county/country if outside U.S.) | State | ZIP Code |
|---|---|---|---|---|---|

---

**Enter your Social Security Number before going to the next page** ────────▶

**(24) YOUR USE OF ILLEGAL DRUGS AND DRUG ACTIVITY**

The following questions pertain to the illegal use of drugs or drug activity. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment decision or action against you, but neither your truthful responses nor information derived from your responses will be used as evidence against you in any subsequent criminal proceeding.

|  | Yes | No |
|---|---|---|
| **(a)** Since the age of 16 or in the last 7 years, whichever is shorter, have you _illegally_ used any controlled substance, for example, marijuana, cocaine, crack cocaine, hashish, narcotics (opium, morphine, codeine, heroin, etc.), amphetamines, depressants (barbiturates, methaqualone, tranquilizers, etc.), hallucinogenics (LSD, PCP, etc.), or prescription drugs? | | |
| **(b)** Have you _ever_ illegally used a controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; while possessing a security clearance; or while in a position directly and immediately affecting the public safety? | | |
| **(c)** In the last 7 years, have you been involved in the illegal purchase, manufacture, trafficking, production, transfer, shipping, receiving, or sale of any narcotic, depressant, stimulant, hallucinogen, or cannabis for your own intended profit or that of another? | | |

If you answered "Yes" to a or b above, provide the date(s), identify the controlled substance(s) and/or prescription drugs used, and the number of times each was used.

| Month/Year | Month/Year | Controlled Substance/Prescription Drug Used | Number of Times Used |
|---|---|---|---|
| | To | | |
| | To | | |

**(25) YOUR USE OF ALCOHOL**

| | Yes | No |
|---|---|---|
| In the last 7 years, has your use of alcoholic beverages (such as liquor, beer, wine) resulted in any alcohol-related treatment or counseling (such as for alcohol abuse or alcoholism)? | | |

If you answered "Yes," provide the dates of treatment and the name and address of the counselor or doctor below. Do not repeat information reported in response to item 21 above.

| Month/Year | Month/Year | Name/Address of Counselor or Doctor | State | ZIP Code |
|---|---|---|---|---|
| | To | | | |
| | To | | | |

**(26) YOUR INVESTIGATIONS RECORD**

| | Yes | No |
|---|---|---|
| **(a)** Has the United States Government ever investigated your background and/or granted you a security clearance? If "Yes," use the codes that follow to provide the requested information below. If "Yes," but you can't recall the investigating agency and/or the security clearance received, enter "Other" agency code or clearance code, as appropriate, and "Don't know" or "Don't recall" under the "Other Agency" heading, below. If your response is "No," or you don't know or can't recall if you were investigated and cleared, check the "No" box. | | |

Codes for Investigating Agency
1 - Defense Department          4 - FBI
2 - State Department            5 - Treasury Department
3 - Office of Personnel Management   6 - Other (Specify)

Codes for Security Clearance Received
0 - Not Required    3 - Top Secret        6 - L
1 - Confidential    4 - Sensitive Compartmented Information   7 - Other
2 - Secret          5 - Q

| Month/Year | Agency Code | Other Agency | Clearance Code | Month/Year | Agency Code | Other Agency | Clearance Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**(b)** To your knowledge, have you ever had a clearance or access authorization denied, suspended, or revoked, or have you ever been debarred from government employment? If "Yes," give date of action and agency. Note: An administrative downgrade or termination of a security clearance is not a revocation.

| | Yes | No |
|---|---|---|
| | | |

| Month/Year | Department or Agency Taking Action | Month/Year | Department or Agency Taking Action |
|---|---|---|---|
| | | | |

**(27) YOUR FINANCIAL RECORD**

| | Yes | No |
|---|---|---|
| **(a)** In the last 7 years, have you filed a petition under any chapter of the bankruptcy code (to include Chapter 13)? | | |
| **(b)** In the last 7 years, have you had your wages garnished or had any property repossessed for any reason? | | |
| **(c)** In the last 7 years, have you had a lien placed against your property for failing to pay taxes or other debts? | | |
| **(d)** In the last 7 years, have you had any judgments against you that have not been paid? | | |

If you answered "Yes" to a, b, c, or d, provide the information requested below:

| Month/Year | Type of Action | Amount | Name Action Occurred Under | Name/Address of Court or Agency Handling Case | State | ZIP Code |
|---|---|---|---|---|---|---|
| | | | | | | |

**Enter your Social Security Number before going to the next page** ──────────────►

**28  YOUR FINANCIAL DELINQUENCIES**

|  |  | Yes | No |
|---|---|---|---|
| **a** | In the last 7 years, have you been over 180 days delinquent on any debt(s)? | | |
| **b** | Are you currently over 90 days delinquent on any debt(s)? | | |

If you answered "Yes" to a or b, provide the information requested below:

| Incurred Month/Year | Satisfied Month/Year | Amount | Type of Loan or Obligation and Account Number | Name/Address of Creditor or Obligee | State | ZIP Code |
|---|---|---|---|---|---|---|
| | | | | | | |

**29  PUBLIC RECORD CIVIL COURT ACTIONS**

|  | Yes | No |
|---|---|---|
| In the last 7 years, have you been a party to any public record civil court actions not listed elsewhere on this form? | | |

If you answered "Yes," provide the information about the public record civil court action requested below.

| Month/Year | Nature of Action | Result of Action | Name of Parties Involved | Court (include City and county/country if outside U.S.) | State | ZIP Code |
|---|---|---|---|---|---|---|
| | | | | | | |

**30  YOUR ASSOCIATION RECORD**

|  |  | Yes | No |
|---|---|---|---|
| **a** | Have you ever been an officer or a member or made a contribution to an organization dedicated to the violent overthrow of the United States Government and which engages in illegal activities to that end, knowing that the organization engages in such activities with the specific intent to further such activities? | | |
| **b** | Have you ever knowingly engaged in any acts or activities designed to overthrow the United States Government by force? | | |

If you answered "Yes" to a or b, explain in the space below.

## Continuation Space

Use the continuation sheet(s) (SF86A) for additional answers to items 9, 10, and 11. Use the space below to continue answers to all other items and any information you would like to add. If more space is needed than is provided below, use a blank sheet(s) of paper. Start each sheet with your name and Social Security Number. Before each answer, identify the number of the item.

After completing Parts 1 and 2 of this form and any attachments, you should review your answers to all questions to make sure the form is complete and accurate, and then sign and date the following certification and sign and date the release on Page 10.

### Certification That My Answers Are True

My statements on this form, and any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both. (See section 1001 of title 18, United States Code).

Signature *(Sign in ink)*                                                                                 Date

Enter your Social Security Number before going to the next page ──────────────→

Standard Form 86
Revised September 1995
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

Form approved:
OMB No. 3206-0007
NSN 7540-00-634-4036
86-111

# UNITED STATES OF AMERICA

## AUTHORIZATION FOR RELEASE OF INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

**I Authorize** any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history record information, and financial and credit information. I authorize the Federal agency conducting my investigation to disclose the record of my background investigation to the requesting agency for the purpose of making a determination of suitability or eligibility for a security clearance.

**I Understand** that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, a separate specific release will be needed, and I may be contacted for such a release at a later date. Where a separate release is requested for information relating to mental health treatment or counseling, the release will contain a list of the specific questions, relevant to the job description, which the doctor or therapist will be asked.

**I Further Authorize** any investigator, special agent, or other duly accredited representative of the U.S. Office of Personnel Management, the Federal Bureau of Investigation, the Department of Defense, the Defense Investigative Service, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for access to classified information and/or for assignment to, or retention in a sensitive National Security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

**I Authorize** custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

**I Understand** that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. This authorization is valid for five (5) years from the date signed or upon the termination of my affiliation with the Federal Government, whichever is sooner. Read, sign and date the release on the next page if you answered "Yes" to question 21.

| Signature *(Sign in ink)* | Full Name *(Type or Print Legibly)* | Date Signed |
|---|---|---|
| Other Names Used | | Social Security Number |
| Current Address *(Street, City)* | State | ZIP Code | Home Telephone Number *(Include Area Code)* ( ) |

**Page 10**

Standard Form 86
Revised September 1995
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736

Form approved:
OMB No. 3206-0007
NSN 7540-00-634-4036
86-111

# UNITED STATES OF AMERICA

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

**Instructions for Completing this Release**

This is a release for the investigator to ask your health practitioner(s) the three questions below concerning your mental health consultations. Your signature will allow the practitioner(s) to answer only these questions.

I am seeking assignment to or retention in a position with the Federal government which requires access to classified national security information or special nuclear information or material. As part of the clearance process, **I hereby authorize** the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, to obtain the following information relating to my mental health consultations:

  Does the person under investigation have a condition or treatment that could impair his/her judgment or reliability, particularly in the context of safeguarding classified national security information or special nuclear information or material?

  If so, please describe the nature of the condition and the extent and duration of the impairment or treatment.

  What is the prognosis?

I understand the information released pursuant to this release is for use by the Federal Government only for purposes provided in the Standard Form 86 and that it may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. This authorization is valid for 1 year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full Name *(Type or Print Legibly)* | Date Signed |
|---|---|---|
| Other Names Used | | Social Security Number |

| Current Address *(Street, City)* | State | ZIP Code | Home Telephone Number *(Include Area Code)* ( ) |
|---|---|---|---|

# Exhibit 3

## The U.S. Customs Service Welcomes You to the United States

The U. S. Customs Service is responsible for protecting the United States against the illegal importation of prohibited items. Customs officers have the authority to question you and to examine you and your personal property. If you are one of the travelers selected for an examination, you will be treated in a courteous, professional, and dignified manner. Customs Supervisors and Passenger Service Representatives are available to answer your questions. Comment cards are available to compliment or provide feedback.

### Important Information

**U.S. Residents** — declare all articles that you have acquired abroad and are bringing into the United States.

**Visitors (Non-Residents)** — declare the value of all articles that will remain in the United States.

**Declare all articles** on this declaration form and show the value in U.S. dollars. For gifts, please indicate the retail value.

**Duty** — Customs officers will determine duty. U.S. residents are normally entitled to a duty-free exemption of $800 on items accompanying them. Visitors (non-residents) are normally entitled to an exemption of $100. Duty will be assessed at the current rate on the first $1,000 above the exemption.

**Controlled substances, obscene articles, and toxic substances** are generally prohibited entry.

*Thank You, and Welcome to the United States.*

The transportation of currency or monetary instruments, regardless of the amount, is legal. However, if you bring in to or take out of the United States more than $10,000 (U.S. or foreign equivalent, or a combination of both), you are required by law to file a report on Customs Form 4790 with the U.S. Customs Service. Monetary instruments include coin, currency, travelers checks and bearer instruments such as personal or cashiers checks and stocks and bonds. If you have someone else carry the currency or monetary instrument for you, you must also file a report on Customs Form 4790. Failure to file the required report or failure to report the *total* amount that you are carrying may lead to the seizure of *all* the currency or monetary instruments, and may subject you to civil penalties and/or criminal prosecution. SIGN ON THE OPPOSITE SIDE OF THIS FORM AFTER YOU HAVE READ THE IMPORTANT INFORMATION ABOVE AND MADE A TRUTHFUL DECLARATION.

### Description of Articles
(List may continue on another Form 6059B)

| Description of Articles | Value | Customs Use Only |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** |  |  |

PAPERWORK REDUCTION ACT NOTICE: The Paperwork Reduction Act of 1995 says we must tell you why we are collecting this information, how we will use it, and whether you have to give it to us. This information collected on this form is needed to carry out the Customs, Agriculture, and currency laws of the United States. Customs requires this information on this form to insure that travelers are complying with these laws and to allow us to figure and collect the right amount of duty and tax. Your response is mandatory. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information, unless it displays a valid OMB control number. The estimated average burden associated with this collection of information is 4 minutes per respondent or record keeper depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to U.S. Customs Service, Reports Clearance Officer, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1515-0041), Washington, DC 20503. THIS FORM MAY NOT BE REPRODUCED WITHOUT APPROVAL FROM THE U.S. CUSTOMS FORMS MANAGER.

Customs Form 6059B (11/02)



a. **fruits, plants, food, or insects?**

b. **meats, animals, or animal/wildlife products?**

c. **disease agents, cell cultures, or snails?**

d. **soil or have you visited a farm/ranch/pasture outside the United States?**

12. Mark an **X** in the Yes or No box. Have you or any family members traveling with you been in close proximity of (such as touching or handling) livestock outside the United States?

13. Mark an **X** in the Yes or No box. Are you or any family members traveling with you bringing $10,000 or more in U.S. dollars or foreign equivalent in any form into the United States?

Read definition of monetary instruments on the reverse side of the form.
**Examples:** *coins, cash, personal or cashier's check, traveler's checks, money orders, stocks, bonds.*
If yes, your must complete the Customs Form 4790.

14. Mark an **X** in the Yes or No box. Are you or any family members traveling with you bringing commercial merchandise into the United States?

**Examples:** *all articles intended to be sold or left in the United States, samples used for soliciting orders, or goods that are not considered personal effects.*

15. If you are a U.S. resident, print the total value of all goods (including commercial merchandise) you or any family members traveling with you have purchased or acquired abroad (including gifts for someone else, but not items mailed to the United States) and are bringing into the United States.
**Note:** *U.S. residents are normally entitled to a duty-free exemption of $800 on items accompanying them.*

If you are a **visitor (non-U.S. Resident)**, print the total value of all goods (including commercial merchandise) you or any family members traveling with you are bringing into the United States and will remain in the United States.
**Note:** *Visitors (non-U.S. Residents) are normally entitled to an exemption of $100.*

Declare all articles on this form. For gifts, please indicate the retail value. Use the reverse side of this form if additional space is needed to list the items you will declare.

The U.S. Customs officer will determine duty. Duty will be assessed at the current rate on the first $1,000 above the exemption.

- Read the notice on the reverse side of the form.

- Sign the form and print the date.
- Keep the complete form with you and hand it to the CBP inspector when you approach the Customs and Border Protection area.

**Controlled substances, obscene articles, and toxic substances are generally prohibited entry.**

**U.S. Customs and Border Protection Declaration Form - Back**

**U.S. Customs and Border Protection Welcomes You to the United States**

U.S. Customs and Border Protection is responsible for protecting the United States against the illegal importation of prohibited items. CBP officers have the authority to question you and to examine you and your personal property. If you are one of the travelers selected for an examination, you will be treated in a courteous, professional, and dignified manner. CBP Supervisors and Passenger Service Representatives are available to answer your questions. Comment cards are available to compliment or provide feedback.

**Important Information**

**U.S. Residents** — declare all articles that you have acquired abroad and are bringing into the United States.

**Visitors (Non-Residents)** — declare the value of all articles that will remain in the United States.

**Declare all articles** on this declaration form and show the value in U.S. dollars. For gifts, please use the retail value.

**Duty** — CBP officers will determine duty. U.S. residents are normally entitled to a duty-free exemption of $800 on items accompanying them. Visitors (non-residents) are normally entitled to an exemption of $100. Duty will be assessed at the current rate on the first $1,000 above the exemption.

**Controlled substances, obscene articles, and toxic substances are generally prohibited entry.** Agricultural products are restricted entry.

*Thank you, and Welcome to the United States.*

The transportation of currency or monetary instruments, regardless of the amount, is legal. However, if you bring in to or take out of the United States more than $10,000 (U.S. or foreign equivalent, or a combination of both) you are required by law to file a report on FinCEN 105 (formerly Customs Form 4790) with U.S. Customs and Border Protection. Monetary instruments include coin, currency, traveler's checks and bearer instruments such as personal or cashiers checks and stocks and bonds. If you have someone else carry the currency or monetary instrument for you, you must file a report on FinCEN 105. Failure to file the required report or failure to report the total amount that you are carrying may lead to the seizure of all the currency or monetary instruments, and may subject you to civil penalties and/or criminal prosecution. SIGN ON THE OPPOSITE SIDE OF THIS FORM AFTER YOU HAVE READ THE IMPORTANT INFORMATION ABOVE AND MADE A TRUTHFUL DECLARATION.

**Description of Articles**                                   CBP
(List may continue on another CBP Form 6059B)   **Value**   **Use Only**

**Thank you, and Welcome to the United States.**

**see also:**

**on cbp.gov:**

Ports Of Entry

**Total**

PAPERWORK REDUCTION ACT NOTICE: The Paperwork Reduction Act says we must tell you why we are collecting this information, how we will use it, and whether you have to give it to us. The information collected on this form is needed to carry out the Customs, Agriculture, and Currency laws of the United States. CBP requires the information on this form to insure that travelers are complying with these laws and is also used to figure and collect the right amount of duty and tax. Your response is mandatory. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The estimated average burden associated with this collection of information is 4 minutes but may be longer depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to U.S. Customs and Border Protection, Reports Clearance Officer, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project 1651-0009, Washington, DC 20503. THIS FORM MAY NOT BE REPRODUCED WITHOUT APPROVAL FROM THE CBP FORMS MANAGER.

CBP Form 6059B (01/04)

# Exhibit 4

&

---

This is the html version of the file http://www.fletc.gov/legal/downloads/WrayMemo.pdf.
G o o g l e automatically generates html versions of documents as we crawl the web.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:Jbyas_QRaqAJ:www.fletc.gov/legal/downloads/WrayMemo.pdf+kalkines+warning&hl=en&gl=us&ct=clnk&cd=4

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **kalkines warning**

---

**Page 1**

**U.S. Department of Justi**

**Criminal Division**

*AssistnrrAftortrey General*                                    *Washingtorr, D.C. 20530*

**May 6,,20055**

**MEMORANDUM**

**To:**      All Federal Prosecutors

**From:**    Chstopher **A.** Wra    $\mathscr{C}$
             Assistant Attorney General

**Re:**      The Increasing Role of the Offices of Inspector General, and Uniform
             Advice of Rights Forms for Interviews of Government Employees

             This memorandum is intended to highlight the increasing role of the Office:
General in the investigation of criminal conduct involving federal employees and ager
to provide you with information regarding the advice of rights forms that should be us
Inspector General agents when interviewing government employees.

             Increased Role of the Offices     of Inspector General

             Over the past several years, we have seen a substantial increase in the role
Offices of Inspector General in the investigation of criminal conduct involving federal
and agencies. The Offices of Inspector General have embraced their increased role, an

&

been provided with additional tools to help them. First, the Homeland Security Act pro
statutory law enforcement powers to Inspector General agents, including additional au
carry firearms, make arrests,     and execute search warrants. The Attorney General p
detailed guidelines for Inspector General agents        in exercising these new powers.
provide that Inspector General agents should receive additional law enforcement traini
regular basis. The Inspector General Criminal Investigator Training Academy has craf
training regimen to satisfy the Attorney General's requirements and to insure that Inspe
agents have the knowledge and skills that they need to carry out their expanding duties

**Page 2**

In addition, the Offices of Inspector General have been authorized to conduct
operations, and the Public Integrity Section is working closely with the Inspector Gene
Community to develop a comprehensive set of undercover guidelines that will provide
procedures for the initiation and completion of undercover operations by the Offices o
General.

In light of the increased presence and role of the Offices of Inspector General
anticipate more fiequent contact with Inspector General agents, and        I encoura
Attorney's Office to reach out to their offices       in your districts in order to establi
partnership with them. .

Uniform Advice of Rights Forms

I also wish to bring to your attention an issue that is presented whenever Insp
General agents interview government employees. In 1967, the Supreme Court held tha
govemment employees are compelled to answer questions under the threat of losing th
government employment, then the govemment may not use the employees' statements

evidence derived from those statements in any criminal prosecution. Garrity v. New J
U.S. 493 (1967). Such statements are effectively "immunized." This type of immunity
found if **an** employee has **an** objectively reasonable belief that he or she will be dis
or she refuses to answer questions. The      risk of creating such immunity is particu
interviews are conducted by Inspector General agents because they handle both crimir
investigations and investigations that lead to administrative discipline.

    In order to address these concerns, when a federal employees is interviewed (
course of an investigation being conducted by an Office of Inspector General, the age
provide the employee with an advice of rights form that is designed to preserve the go
ability to use the employee's statements by advising the employee that the interview is
and that the employee will not be disciplined solely for refusing to answer questions.
commonly referred to as the "Garrity" **warning**.

    On the other hand, in investigations where the government has chosen to forg
criminal prosecution of **a** government employee, and instead pursue administrative re
discipline, the government may compel the employee to answer questions. Under well
established case law, in such instances the employee must be assured that his or her st
may not be used against the employee in any criminal proceeding. **Kalkines** v. United
F.2d 1391 (Ct. Cl.     1973). To address this issue, when Inspector General agents wi
federal employee to answer questions, they provide the employee with a **warning** forr
commonly referred to as     a "Kalkines" **warning**. If an employee refuses to answer
presented with the **Kalkines warning**, the employee may be terminated for that refusa
answers that the employee provides may be used for administrative purposes, but not 1

**Page 3**

criminal prosecution. If     an employee lies during a compelled interview, however, 1
may be prosecuted for lying. In any interview of a government employee by an Inspec
agent, either the     Garrity or the **Kalkines** warnings should be given.      **In** custodia
course, the employees should also be provided with Miranda warnings.

Recently, the President's Council on Integrity and Efficiency formed a workir
including representatives from the Inspector General community and the Public
to examine the advice of rights forms that are currently being used by the Offices of Ir
General. The group found a patchwork of different forms, many of which contain lang
outdated and unnecessary-. As a result, the working group devised uniform Garrity an
advice of rights forms, and those forms have now been approved by the Attorney Gene
of the uniform advice of rights forms are attached for your reference. Although it rema
responsibility of the individual Offices of Inspector General to prepare and issue the ac
rights forms, they should be encouraged to use these uniform advice of rights foms as

Conclusion

The Offices of Inspector General have assumed a greater role in the investigat
criminal activity that affects the integrity, security, and effective operation of the feder
government. We welcome their commitment to addressing this serious criminal activit
encourage al of you to establish strong working relationships with the Offices of Inspe
General  in your districts.

Attachments

**Page 4**

## WARNINGS AND ASSURLUVCES TO EMPLOYEE REQUESTED INFORMATION ON A VOLUNTARY BASIS

You are being asked to provide information as part of         an investigation being cc
Office of the Inspector General into alleged misconduct andfor improper performance
duties. This investigation is being conducted pursuant to the Inspector General Act of
amended.

This is **a** voluntary interview. Accordingly, you do not have to answer questions. No
disciplinary action will be taken against you solely for refusing to answer questions.

Any statement you k i s h may be used as evidence in any         future  criminal pro
agency disciplinary proceeding, or both.

## ACKNOWLEDGMENT

I understand the warnings and assurances stated above and         I **am**  willing to ma
answer questions. No promises or threats have been made to me and no pressure or co
any kind has been used against me.


**Office of Inspector General**
**Special Agent**                                    **Employee's  Signature**


**Witness:**                                         **Date:**

**Time:**                                            **Location:**

**Page 5**

## WARNINGS AND ASSURANCES TO     EMTLOYEE RF,QUI
## PROVIDE  INFORMATXON  (KAZWNES)

You are being asked to provide information as part of     an investigation being conducted by the Office of the Inspector General into alleged misconduct andlor impr performance of your official duties. The investigation involves the following:

The purpose of this interview     is to obtain information which     will assist in the determination of whether administrative action is warranted. This investigation, is being conducted pursuant to the Inspector General Act of 1978, as amended.

You are going to be asked a number of specific questions concerning the performance   of yaw official duties.

You have a duty to reply to these questions, and agency disciplinary action, including dismissal, may be undertaken     if you refhe to answer, or fail to reply fully and truthfully.

The answers you furnish **and** any information or evidence resulting therefrom may

the course of civil or administrative proceedings.

Neither yow answers nor **any** information or evidence which is gained by reason of such statements can be used against you in **any** criminal proceedings, excep that if you knowingly and willfully provide false statements or information in your answers, you may be criminally prosecuted for that action.

## ACKNOWLEDGMENT

**Office of Inspector General
Special Agent**

**Ernployee's Signature**

**Witness:**

**Date:**

**Time:**

**Location:**

# Exhibit 5



Please Select an IG Trainin

July 10, 2006

| IG Academy Home | About IG Academy | Course Information |

**Main**

▸ **Course List &
Details**

**Course Schedule**

**Student Information
Fact Sheet**



# Inspector General Investigator Training Program (IG ITP)



🖨 Printer Friendly Version

### Who should attend:

Special Agents/Criminal Investigators:

- with less than three years federal criminal investigative experience
- little or no advanced training
- preferably who are within their first year of OIG employment
- who have successfully completed FLETC's Criminal Investigator Training Program (CITP) OR federal law enforcement training equivalent (such as academies for FBI, DEA, Postal Inspection Service, Army CID, etc.)
- and during the first year of OIG employment; preferably *within* 3-6 months of completing CITP.

**Length of Training:** Fifteen training days (three weeks)

**Course Description:**

The IG ITP is a 3-week training program designed to provide required basic training in investigative issues and techniques to meet the specific needs of generally inexperienced IG Special Agents. This program builds on the foundation provided in FLETC's CITP by introducing Special Agents to the *IG Act of 1978* and the multitude of authorities, duties, responsibilities, and obligations that stem from this Act.

Practical skill application is at the heart of this program - it is delivered using a student-centered and performance-based methodology. Students are expected to "learn by doing" in a controlled environment, participating in a variety of individual, small group, and large group exercises. Most of these exercises are in the context of continuing case investigations that run through the duration of the class. Students should expect to spend some after-hours and weekend time completing course assignments.

Examples of Topics Covered in the IG ITP:

- Inspector General Act of 1978
- President's and Executive Councils on Integrity & Efficiency (PCIE/ECIE)
- DOJ Guidelines for Statutory Law Enforcement Authority

- Quality Standards for Investigations
- Advanced Interviewing Techniques
- Confidential Employee Complainants
- Privacy, Whistleblower, and Civil Service Reform Acts
- Investigative Planning & Case Development
- Program Fraud Investigations
- Contract and Grant Fraud Investigations
- Administrative Subpoenas
- Employee Conduct Investigations
- Employee Rights & Advisements (Kalkines, Garrity, & Weingarten)
- Workplace Searches
- McDade and the "No Contact Rule"
- Investigative Writing
- Sworn Statements
- Case Presentation to the Prosecutor
- Criminal, Civil, and Administrative Remedies
- Non-lethal Control Techniques Refresher
- Use of Force Application in an IG Environment
- Advanced Firearms

**Available Class Sessions:**

This class will be offered at the following times this year. Please contact your authorized training officer to register for a particular class.

| Course Code | Location | Course Dates |
|---|---|---|
| IG ITP 601 | Glynco | 01/23/06 - 02/10/06 |
| IG ITP 602 | Glynco | 02/27/06 - 03/17/06 |
| IG ITP 603 | Glynco | 04/24/06 - 05/12/06 |
| IG ITP 604 | Glynco | 06/05/06 - 06/23/06 |
| IG ITP 605 | Glynco | 07/10/06 - 07/28/06 |
| IG ITP 606 | Glynco | 08/10/06 - 08/29/06 |

**Additional Information:**

For additional information or inquiries, please consult the appropriate academy point of contact.

**▶Privacy Statement**



FLETC Training Programs    FLET

# Exhibit 6


FCC Federal
Communications
Commission

FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers |
Find People

## Employee Rights and Warnings

FCC > OIG > Investigations > Employee Rights and Warnings          site map

**Search:**
[                    ] [Go]

Help | Advanced

OIG Home

Mission Statement

Organization Chart

Audits

Investigations

  Analysis of
  Complaint/Allegation

  Investigative Process

  OIG Access to
  Documents and
  Individuals

  **Employee Rights and
  Warnings**

  Investigative Report

  Report Wrongdoing

Policy/Planning

Reports

Section 508

Internships

Links

**OIG Hotline**

**Report Waste,
Fraud & Abuse**
Phone: (202) 418-0473
Toll Free: (888) 863-
2244
E-Mail: hotline@fcc.gov

## Employee Rights and Warnings

OIG interviews are conducted in compliance with constitutional rights.
Before beginning an interview, OIG investigators identify themselves,
present their credentials, and state the nature and purpose of the
interview.

When applicable, a statement of the individual's rights with regard to,
among other things, remaining silent and obtaining legal counsel or
union representation is stated directly and personally at each interview.
These statements of rights are referred to as "warnings."

The four types of warnings that may be administered during
investigations are Miranda, Kalkines, Garrity, and Weingarten.

A.  Miranda warnings are given when an individual is being
interviewed concerning his or her own potentially criminal
misconduct and is taken into custody or deprived of freedom in a
significant way. Under this warning, one is advised that pursuant
to the Fifth and Sixth Amendments to the Constitution, anything
said may be used against him or her, and that he or she is entitled
to remain silent or otherwise not incriminate himself or herself,
and to the assistance of an attorney.

B.  Kalkines warnings are given when the possibility of criminal
prosecution has been removed, usually by a declination to
prosecute by the DOJ, and the employee is required to answer
questions relating to the performance of his or her official duties or
be subject to disciplinary action.

C.  Garrity warnings are given when an individual is requested to give
information on a voluntary basis in connection with his or her own
administrative misconduct, and the answers might also be used in
a future criminal proceeding. The individual is apprised of his or
her right to remain silent if the answers may tend to incriminate
him or her; that anything said may be used against him or her in
either a criminal or administrative proceeding; and he or she
cannot be disciplined for remaining silent.

D.  Weingarten warnings are given to a bargaining unit employee, who
is the subject of an investigation. The employee is notified that he
or she is entitled to union representation during interviews that
may result in disciplinary action against such employee. An
employee must request such union representation before the right
becomes operational.

It is OIG policy to allow an interviewed employee, who may or may not be the subject of an investigation, to have a legal, union or other representative present.

Employees requesting legal, union or other representation are entitled to a reasonable amount of time to arrange this representation. Legal or other representation is at the expense of the individual employee. The Commission does not provide attorneys for this purpose.

The role of the representative is to provide counsel or advice, not to answer questions on behalf of the employee. Representatives are not permitted to question the OIG investigator or otherwise dominate or disrupt the interview or the investigation.

*last reviewed/updated on 9/4/01*

FCC Home   |   Search   |   Updates   |   E-Filing   |   Initiatives   |   For Consumers   |   Find People

Federal Communications Commission
445 12th Street SW
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232
E-mail: fccinfo@fcc.gov

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act

# Exhibit 7

OFFICE OF GOVERNMENT ETHICS

04 x 1

Letter to a Federal Employee
dated January 7, 2004

This is in response to your verbal request on December 19, 2003, for guidance concerning the executive branch's rules pertaining to gifts from outside sources. In particular, you wanted to know whether a senior procurement official for [your department] and his spouse may accept meals from a contractor that is competing for a Government contract following a solicitation of bids. More specifically, you asked whether exceptions to any general prohibition might permit the official to accept such meals if the purpose of the meetings at which the contractor pays for the meals is either: (1) to discuss the official's prospective employment with the contractor, or (2) to discuss the contractor's future business opportunities with [your department].

The Standards of Ethical Conduct for Executive Branch Employees (Standards of Conduct) at 5 C.F.R. part 2635 regulate the conduct of employees of the Federal executive branch. 5 C.F.R. § 2635.102(h). With regard to gifts from outside sources, the Standards of Conduct provide that an employee may not solicit or accept any gift that is given because of the employee's official position or that is given by a prohibited source. 5 C.F.R. §§ 2635.201, 2635.202. As defined in the Standards of Conduct, a gift is almost anything of monetary value, such as cash, meals, trips or services. 5 C.F.R. § 2635.203(b). The definition of a gift excludes certain items, such as modest items of food that are not part of a meal. 5 C.F.R. § 2635.203(b)(1). The gift prohibitions also apply to gifts given to an employee's spouse, with the employee's knowledge and acquiescence, because of the spouse's relationship to the employee. 5 C.F.R. § 2635.203(f)(1).

A meal that the procurement official or his spouse accepts from a contractor could be covered by this rule, depending on the facts. Prohibited sources include any person seeking official action by the agency, seeking to do business with the agency or actually doing business with the agency. 5 C.F.R. § 2635.203(d). A competing contractor is a prohibited source because it seeks to do business with the agency. Even a contractor that is not presently competing for new business with the agency is a prohibited source if it is actually doing business with the agency pursuant to existing arrangements. If the contractor were neither seeking to do business nor doing business with the agency, the rule would still apply if the procurement official is accepting the gift



DEFENDANT'S
EXHIBIT
tabbies
181

because of his official position. A gift is "accepted because of the employee's official position if it is from a person other than an employee and would not have been solicited, offered, or given had the employee not held the status, authority or duties associated with his Federal position." 5 C.F.R. § 2635.203(e).

There are limited exceptions that permit acceptance of gifts under certain circumstances, notwithstanding the prohibitions discussed above. 5 C.F.R. § 2635.204. One exception does permit employees to accept gifts from a prospective employer in conjunction with bona fide employment discussions. 5 C.F.R. § 2635.204(e)(3). However, in addition to other limitations that 5 C.F.R. § 2635.202(c) imposes generally on all of the gift exceptions, this exception is subject to two specific limitations. The first limitation requires that any meals provided to the procurement official must be of a sort customarily provided to prospective employees.[1] The second limitation would require the procurement official to observe regulatory disqualification requirements if the contractor's financial interests could be affected by the performance or nonperformance of the procurement official's duties. Whenever this limitation is applicable, an executive branch employee must undertake the affirmative measures prescribed by 5 C.F.R. Part 2635, Subpart F, which describes the circumstances in which employees must recuse themselves from matters affecting the financial interests of persons with whom they are seeking employment.

The Standards of Conduct contain no regulatory exception for a meal provided at a meeting to discuss future business opportunities with the employee's agency. Despite the absence of any such exception, an employee may accept a gift, including a meal, that has a value of $20 or less on a single occasion, provided that the aggregate value of all gifts from a given source does not exceed $50 within a period of one year.[2] 5 C.F.R. § 2635.204(a). Because the source is deemed to be the entire organization, an employee may not exceed this limitation by accepting gifts from different employees or representatives of the same organization. 5 C.F.R. § 2635.102(k). Moreover, the gift may never be in the form of

---

[1] A distinct factual issue would also be whether meals are customarily provided to a spouse in such circumstances.

[2] Although this exception permits the acceptance of gifts of *de minimis* value, the Standards of Conduct remind employees that "it is never inappropriate and frequently prudent for an employee to decline a gift offered by a prohibited source or because of his official position." 5 C.F.R. § 2635.204.

2

cash, and the employee may not pay the difference for gifts exceeding the $20 limit. 5 C.F.R. § 2635.204(a).

It bears emphasizing another important limitation on all of the exceptions for gifts from outside sources. During your conversation with a member of my staff, you mentioned the criminal prohibition at 18 U.S.C. § 201. The relationship between the criminal prohibition and the Standards of Conduct is such that the regulatory exceptions relate to only part of 18 U.S.C. § 201. 18 U.S.C. § 201 prohibits both illegal gratuities at section 201(c) and bribery at section 201(b). The exceptions in the Standards of Conduct relate only to the acceptance of gratuities addressed in 18 U.S.C. § 201(c).[3]  5 C.F.R. § 2635.202(b). They do not relate to bribery addressed in 18 U.S.C. § 201(b). As explained in the body of the Standards of Conduct, an employee may not rely upon the regulatory exceptions when accepting a gift in return for being influenced in the performance of an official act, when soliciting or coercing a gift, or when accepting gifts from the same or different sources so frequently as to create the appearance of using public office for private gain.  5 C.F.R. § 2635.202(c). Therefore, conduct violating 18 U.S.C. § 201(b) will not qualify for any of the regulatory exceptions.

On a topic related to your inquiry, both the Standards of Conduct and a criminal statute prohibit an employee from participating personally and substantially in a particular matter in which any person or organization with whom the employee is negotiating concerning prospective employment has a financial interest.[4]  5 C.F.R. §§ 2635.601-2635.606, 18 U.S.C. § 208(a)(1). If the procurement official is meeting with the contractor for the purpose of employment discussions, he must comply with applicable regulatory disqualification requirements or receive a waiver under 18 U.S.C. § 208(b). See 5 C.F.R. §§ 2635.604, 2635.605.

This discussion has focused on the Office of Government Ethics regulatory Standards of Ethical Conduct and related provisions in

---

[3]. Note that this discussion focuses specifically on the acceptance of a gratuity, rather than on the offer of one. This distinction is made because the Standards of Conduct, including the regulatory exceptions discussed herein, address only the conduct of covered employees and not that of any outside sources offering gifts.

[4] The Standards of Conduct cover a broader range of activity than the criminal statute covers--including an employee's unilateral expression of interest in employment, under certain circumstances-- but both cover negotiations concerning employment.

3

SAF0000068

18 U.S.C. § 208. You may wish to consult the appropriate [department] officials with responsibility for procurement integrity to determine whether additional authorities are applicable to your inquiry.

Sincerely,


Marilyn L. Glynn
Acting Director

4