UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,                          Criminal No. 05-370 (PLF)

        Defendant

MOTION TO MODIFY SENTENCING SCHEDULE

Defendant David H. Safavian respectfully requests that the sentencing date be moved from Thursday, October 12, 2006 to Thursday, October 26, 2006 to permit the Court's Probation Officer, Renee L. Moses-Gregory, additional time to review the record before submitting her initial report.

At the August 24, 2006 hearing on the Defendant's Rule 29 and Rule 33 Motions, the Court reviewed the sentencing schedule. The original date for sentencing, October 12, 2006, had been arranged after the jury returned a verdict on June 20, 2006. Working back from the October 12th date, the Court then set Friday, September 15, 2006 as the filing deadline for Defendant's sentencing memorandum, and Tuesday, September 26, 2006 for the Government's response. See August 24. 2006 Minute Order.

Ms. Moses-Gregory has indicated that her draft sentencing report is due to be filed tomorrow, Thursday, August 31, 2006. At the August 24th hearing, the Government stated that it will be seeking a two-point sentence enhancement for Mr. Safavian's alleged obstruction of justice at trial. This request inherently implicates a review of the trial record. Mr. Safavian, the last of over eleven witnesses and several hundred exhibits in this case, provided almost two full days worth of trial testimony (June 1 through June 2, 2006). The Defense delivered hard copies

of the trial transcripts and exhibits to Ms. Moses-Gregory earlier today (August 30, 2006).[1] In a telephone conversation this morning, Ms. Moses-Gregory stated that she will not have time to review the record before filing her draft.

By its decision to seek obstructive enhancement, the Government has rendered the trial record integral to the sentence calculation. Accordingly, it is important for the probation officer to be familiar with the trial record before making her recommendations.[2] Both the Court and Ms. Moses-Gregory have indicated that the week of October 23, 2006 is open for scheduling. Hence, Defendant requests that the sentencing calendar be adjusted as follows:

Defendant Memorandum:     Friday, September 29, 2006

Government Response:       Tuesday, October 10, 2006

Defendant Reply:           Friday, October 20, 2006

Sentencing Hearing:        Thursday, October 26, 2006

---

[1] As noted in the attached August 24, 2006 e-mail correspondence, Defense counsel spoke with Ms. Moses-Gregory that day and she indicated that she would be out of the office on August 28-29.

[2] The Government has suggested that if Ms. Moses-Gregory were to be given time to review Mr. Safavian's transcripts, that she also be afforded the opportunity to review the government e-mails admitted at trial, as well as the testimony of Gregory Rowe and Bryan Parker. The Defense has no objection to this request.

                                  Respectfully submitted,

By: /s/ Barbara Van Gelder
    Barbara Van Gelder (D.C. Bar # 265603)
    Roderick L. Thomas (D.C. Bar # 433433)
    Albert C. Lambert (D.C. Bar # 489562)
    WILEY REIN & FIELDING LLP
    1776 K Street NW
    Washington, DC  20006
    TEL: 202.719.7032

Dated: August 30, 2006         *Attorneys for David H. Safavian*