UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,**<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>Defendant | Criminal No. 05-370 (PLF) |

### ORDER

UPON CONSIDERATION of Defendant Safavian's Motion to Modify the Sentencing Schedule, and the entire record herein, the Defendant's Motion is hereby GRANTED.  Accordingly, the calendar for sentencing will proceed as follows:

Defendant Memorandum:    Friday, September 29, 2006

Government Response:    Tuesday, October 10, 2006

Defendant Reply:    Friday, October 20, 2006

Sentencing Hearing:    Thursday, October 26, 2006


Ordered this _____ day of _____, 2006.


_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

Barbara Van Gelder
Roderick L. Thomas
Albert C. Lambert
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Peter R. Zeidenberg
Nathaniel B. Edmonds
United States Department of Justice
1400 New York St. NW
Suite 12100
Washington, DC 20005