## Lambert, Albert

| | |
|---|---|
| **From:** | Renee_Moses-Gregory@dcp.uscourts.gov |
| **Sent:** | Tuesday, August 29, 2006 9:49 AM |
| **To:** | Van Gelder, Biz |
| **Cc:** | Lambert, Albert; cassie_dick@dcd.uscourts.gov; Nathaniel.Edmonds@usdoj.gov; Peter.Zeidenberg@usdoj.gov; Thomas, Roderick |
| **Subject:** | Re: Sentencing |

If this is in reference to the 26th of October (which is a Thursday), any day that week is fine with me.

Renee L. Moses-Gregory
United States Probation Officer
2800 E. Barrett Prettyman,
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
202.565.1348


"Van Gelder, Biz" <BVanGelder@wrf.com>

08/28/2006 10:02 PM

To <cassie_dick@dcd.uscourts.gov>, <Peter.Zeidenberg@usdoj.gov>
cc "Lambert, Albert" <ALambert@wrf.com>, <Nathaniel.Edmonds@usdoj.gov>, <renee_moses-Gregory@dcp.uscourts.gov>, "Thomas, Roderick" <RThomas@wrf.com>
Subject Re: Sentencing


We will however is one day better the week of the 26th over another.
------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: cassie_dick@dcd.uscourts.gov <cassie_dick@dcd.uscourts.gov>
To: Zeidenberg, Peter <Peter.Zeidenberg@usdoj.gov>
CC: Lambert, Albert; Van Gelder, Biz; Edmonds, Nathaniel <Nathaniel.Edmonds@usdoj.gov>; renee_moses-Gregory@dcp.uscourts.gov <renee_moses-Gregory@dcp.uscourts.gov>; Thomas, Roderick
Sent: Fri Aug 25 11:39:39 2006
Subject: RE: Sentencing

From Judge Friedman:

Neither the Judge nor the parties can tell Ms. Moses-Gregory how to do her
job. It is up to her to decide what information she feels she needs to
review or not review in preparing the PSR. Obviously it is the Judge who
will ultimately decide the Guideline calculations.

Since you cannot agree on this issue, the defendant is free to file a
motion to move the sentencing date, which the government may respond to.

Cassie Dick
Law Clerk to the Honorable Paul L. Friedman
U.S. District Court for the District of Columbia
(202) 354-3490



"Zeidenberg, Peter" <Peter.Zeidenberg@usdoj.gov>
08/25/2006 10:06 AM

To
"Van Gelder, Biz" <BVanGelder@wrf.com>, <cassie_dick@dcd.uscourts.gov>, "Edmonds, Nathaniel" <Nathaniel.Edmonds@usdoj.gov>
cc
"Lambert, Albert" <ALambert@wrf.com>, "Thomas, Roderick" <RThomas@wrf.com>, <renee_moses-Gregory@dcp.uscourts.gov>
Subject
RE: Sentencing


      Given that defendant testified, categorically, that in regards
to his 1) obtaining the ethics opinion, 2) interview with GSA-OIG and 3)
interactions with the U.S. Senate, he did not intentionally lie, mislead
or obstruct, and given that the jury found him guilty of a) obstruction
of justice (in connection with his statement to GSA-OIG); b) making a
false statement to a GSA ethics official by, among other things,
concealing his assistance to Mr. Abramoff; c) making false statements to
the GSA-OIG by concealing his assistance to Mr. Abramoff; and d) making
false statements to the Senate Committee on Indian Affairs, it hardly
seems necessary for the probation officer to undertake a review of two
days worth of direct and cross-examination, and then analyze this
testimony in light of the other evidence and exhibits adduced at trial.
Given that Ms. Moses-Brown was not present for any of the trial and is
unfamiliar with any of the facts of the case, we think it is enough for
probation to simply frame this issue for the Court, which heard all of
the trial evidence, and which will have to make this call itself.

      However, if the court believes it is necessary for the probation
officer to review all of defendant's testimony, then the government
would also request that the probation officer review all of the
government e-mails admitted at trial, as well as the testimony of
Gregory Rowe and Bryan Parker. We would be willing to make these
materials available to Ms. Moses-Gregory.

      While we think it is unnecessary for Ms. Moses-Gregory to
undertake this evidentiary review, should the Court disagree with our
position we have no objections to providing an additional week for
preparation of the PSR.

-----Original Message-----
From: Van Gelder, Biz [mailto:BVanGelder@wrf.com]
Sent: Thursday, August 24, 2006 5:42 PM
To: cassie_dick@dcd.uscourts.gov; Edmonds, Nathaniel; Zeidenberg, Peter
Cc: Lambert, Albert; Thomas, Roderick;


8/30/2006

renee_moses-Gregory@dcp.uscourts.gov
Subject: Sentencing

After court this morning, I met with Ms. Moses-Gregory. While we were reviewing the filing schedule (Def. 9/15; Gov 9/26; Def.10/6)and I learned that Ms. Moses-Gregory's report is due to the Court on September 7th, which means -- with the holiday -- that she will have to write it next week. After hearing the government's representation that they intend to argue that Mr. Safavian lied during his testimony, I believe it is important to have Ms. Moses-Gregory review his testimony. I offered to provide her a copy of the transcript and exhibits discussed in the testimony. I understand from Ms. Moses-Gregory that she is out of the office Monday and Tuesday next week and, of course, the following Monday is a Federal holiday. Rather than have her change her leave schedule, I suggest we push the sentencing back to the week of October 23rd, which J. Friedman said was open for him. Does anyone have any opposition to this suggestion?

NOTICE: This message (including any attachments) from Wiley Rein & Fielding LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email or by calling our Administrative Office at 202.719.7201. Thank You.