UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>**DAVID HOSSEIN SAFAVIAN,**<br><br>Defendant | Criminal No. 05-370 (PLF) |

**AMENDED CONSENT MOTION TO MODIFY SENTENCING SCHEDULE**

Defendant David H. Safavian, with the consent of the United States Government,[1] respectfully requests that the sentencing calendar proposed in the August 30, 2006 Motion to Modify the Sentencing Schedule (Docket No. 127) be amended as follows:

| | |
|---|---|
| Defendant Memorandum: | Friday, September 29, 2006 |
| Government Response: | **Wednesday, October 11, 2006** |
| Defendant Reply: | **Monday, October 23, 2006** |
| Sentencing Hearing: | **Friday, October 27, 2006** |

---

[1] The parties agreed to the amended schedule subsequent to the submission of the Defendant's Motion to Modify the Sentencing Schedule (Docket No. 127).

                                            Respectfully submitted,

                                            By: /s/ Barbara Van Gelder
                                                 Barbara Van Gelder (D.C. Bar # 265603)
                                                 Roderick L. Thomas (D.C. Bar # 433433)
                                                 Albert C. Lambert (D.C. Bar # 489562)
                                                 WILEY REIN & FIELDING LLP
                                                 1776 K Street NW
                                                 Washington, DC  20006
                                                 TEL: 202.719.7032

Dated: August 31, 2006                     *Attorneys for David H. Safavian*