UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA,** | |
| v. | |
| **DAVID HOSSEIN SAFAVIAN,** | Criminal No. 05-370 (PLF) |
| **Defendant** | |

## ORDER

UPON CONSIDERATION of Defendant Safavian's Amended Consent Motion to Modify the Sentencing Schedule, and the entire record herein, the Motion is hereby GRANTED. Accordingly, the calendar for sentencing will proceed as follows:

Defendant Memorandum:   Friday, September 29, 2006

Government Response:    Wednesday, October 11, 2006

Defendant Reply:        Monday, October 23, 2006

Sentencing Hearing:     Friday, October 27, 2006

Ordered this _____ day of _____, 2006.

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies To:

| | |
|---|---|
| Barbara Van Gelder | Peter R. Zeidenberg |
| Roderick L. Thomas | Nathaniel B. Edmonds |
| Albert C. Lambert | United States Department of Justice |
| Wiley Rein & Fielding LLP | 1400 New York St. NW |
| 1776 K Street NW | Suite 12100 |
| Washington, DC 20006 | Washington, DC 20005 |