UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

**UNOPPOSED MOTION TO PERMIT DEFENDANT'S TRAVEL**

Defendant David H. Safavian, through undersigned counsel hereby moves this Court to amend the September 19, 2005 Order Setting Conditions of Release § 5 ("Release Order") (Ex. 1), to permit the Defendant to take a brief vacation at the Eastern Shore of Maryland or Delaware prior to his sentencing. Both Pretrial Services and the Department of Justice consent to this Motion. If permission is granted, Mr. Safavian will coordinate the exact travel dates with the Department of Justice and Pretrial Services before leaving the jurisdiction.

The Release Order permits, *inter alia*, Mr. Safavian to reside at his home in Alexandria, VA and to travel within the Washington, D.C. metropolitan area. Release Order at ¶¶ 3, 5. Mr. Safavian has faithfully complied with the terms of this Order and the requests of pretrial services. This Court has previously amended the Release Order to permit Mr. Safavian to travel outside the Washington area to visit family members with the consent of the United States Department of Justice and Pretrial Services.

**CONCLUSION**

For the foregoing reasons, Mr. Safavian respectfully requests this Court amend the September 19, 2005 Order setting conditions of release to allow Mr. Safavian to travel with his family to the Maryland/Delaware seashore prior to his sentencing. A proposed order is attached.

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: /s/ Barbara Van Gelder

Barbara Van Gelder, Esq.
Roderick L. Thomas, Esq.
Albert Lambert, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7032
FASCIMILE: 202.719.7049

Attorneys for David H. Safavian

Dated: September 7, 2006