**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA,** | |
| **v.** | |
| **DAVID HOSSEIN SAFAVIAN,** | **Criminal No. 05-370 (PLF)** |
| **Defendant** | |

**ORDER PERMITTING DEFENDANT'S TRAVEL**

After consideration of Defendant's Unopposed Motion to Permit Travel, IT IS HEREBY

ORDERED that:

Defendant Safavian be PERMITTED to travel to the Eastern Shore of Maryland or

Delaware prior to his sentencing.  The Defendant is ORDERED to inform Pretrial Services and

the Department of Justice of the exact dates of travel and to provide local contact information to

Pretrial Services prior to his departure.

DATED: _____, 2006.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record