Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Criminal No. 05-370 |
| David H. Safavian | ) |

## NOTICE OF APPEAL

Name and address of appellant:

David Hossein Safavian
1314 Gatewood Drive
Alexandria, VA 2230

Name and address of appellant's attorney:

Barbara Van Gelder
1776 K Street NW
Washington DC 20006

Offense: Conviction for Three Counts of Violation of 18 U.S.C. 1001 and One Count of Sec. 1505

Concise statement of judgment or order, giving date, and any sentence:

U.S. District Judge Paul Friedman denied Defendant's Motion to Dismiss Indictment on April 28, 2006; denied Defendant's Rule 29 Motion for Judgment of Acquittal on September 12, 2006; and denied Defendant's Rule 33 Motion for New Trial on September 12, 2006. Defendant was convicted on June 20, 2006 and is scheduled to be sentenced on October 27, 2006.

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/25/06
DATE

APPELLANT

ATTORNEY FOR APPELLANT

| GOVT. APPEAL, NO FEE | ☐ |
|---|---|
| CJA, NO FEE | ☐ |
| PAID USDC FEE | ✓ |
| PAID USCA FEE | ✓ |

| Does counsel wish to appear on appeal? | YES ✓ | NO ☐ |
|---|---|---|
| Has counsel ordered transcripts? | YES ✓ | NO ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☐ | NO ✓ |