UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA,

v.

DAVID HOSSEIN SAFAVIAN,

Defendant

Criminal No. 05-370 (PLF)

FILED
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM

Defendant David H. Safavian respectfully moves this court to seal the Sentencing Memorandum filed on September 29, 2006. The memorandum contains sensitive information concerning Mr. Safavian and his family, including but not limited to their personal life and finances, as it relates to the Court's analysis of the 18 U.S.C. § 3553 sentencing factors and fine calculus. Placing the memorandum under seal would also be consistent with the practice in highly publicized cases, see e.g., United States v. Stewart, No. 03CR-717 (M.G.C.), 2005 WL 831272 (April 11, 2005) (docket), and the policy regarding the draft Presentence Investigation Report established by the federal judiciary and Department of Justice.

Therefore, to keep this material from unnecessarily becoming part of the public record and to protect the privacy of his family, friends, and colleagues, Mr. Safavian requests that the Sentencing Memorandum, and the attachments thereto be placed under seal.

Respectfully submitted,

By: _____
Barbara Van Gelder (D.C. Bar # 265603)
Roderick L. Thomas (D.C. Bar # 433433)
Albert C. Lambert (D.C. Bar # 489562)
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7032

*Attorneys for David H. Safavian*

Dated: September 29, 2006