UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)  Criminal No. 05-0370 (PLF)<br>DAVID HOSSEIN SAFAVIAN,  )<br>)<br>Defendant.   )<br>) | |

FILED
OCT 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Defendant has moved to file his sentencing memorandum under seal, arguing that it "contains sensitive information concerning [defendant] and his family, including but not limited to their personal life and finances." Upon consideration of defendant's motion, the sentencing memorandum, and the exhibits attached to that memorandum, it is hereby

ORDERED that defendant's motion to file his sentencing memorandum under seal is DENIED; it is

FURTHER ORDERED that the defendant shall file the sentencing memorandum and the attached chart of comparative sentences on the public docket of this Court; and it is

FURTHER ORDERED that the letters from various friends, relatives and colleagues appended to the sentencing memorandum may be excluded from the public filing and submitted to the Court (with copies to opposing counsel) in camera.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 11, 2006