UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>Defendant | Criminal No. 05-370 (PLF) |

**NOTICE OF FILING DEFENDANT'S SENTENCE MEMORANDUM**

Pursuant to the Court's October 12, 2006 Order (Dock. No. 134), Defendant hereby re-files the September 29, 2006 Sentencing Memorandum and Exhibit 1 (comparative sentence chart) on the public docket. This filing includes limited redactions of the names of the defendant's family members and the defendant's personal financial information.

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: /s/ Barbara Van Gelder

    Barbara Van Gelder (D.C. Bar 265603)
    Roderick L. Thomas (D.C. Bar 433433)
    Albert Lambert (D.C. Bar 489562)
    Wiley Rein & Fielding LLP
    1776 K Street NW
    Washington, DC 20006
    TEL: 202.719.7032
    FAX: 202.719.7049

Dated: October 12, 2006    *Attorneys for David H. Safavian*