**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES of AMERICA,**

**v.**

**DAVID HOSSEIN SAFAVIAN,**                    **Criminal No. 05-370 (PLF)**

**Defendant**

**ORDER TO STAY EXECUTION OF SENTENCE**

After consideration of Defendant's Motion for Release Pending Appeal, IT IS

HEREBY ORDERED that:

Defendant David H. Safavian's sentence is STAYED pending his appeal of the

final judgment in this case.  The conditions of the Defendant's current release will remain

in effect until his appeal is resolved.

DATED: _____, 2006.

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record