CO-290
Notice of Appeal Criminal
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 05-370 |
| | ) |
| David H. Safavian | ) |

## NOTICE OF APPEAL

Name and address of appellant:

David Hossein Safavian
1314 Gatewood Drive
Alexandria, VA 2230

Name and address of appellant's attorney:

Barbara Van Gelder
1776 K Street NW
Washington DC 20006

Offense:   Conviction for Three Counts of Violation of 18 U.S.C. 1001 and One Count of Sec. 1505

Concise statement of judgment or order, giving date, and any sentence:

U.S. District Court Judge Paul Friedman entered judgment of conviction on October 31, 2006, a sentence of eighteen (18) months incarceration followed by two (2) years supervised release, and a special assessment of $400.00.

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____11/07/06_____
DATE

_____
APPELLANT

_____
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | |
| PAID USDC FEE | ✓ |
| PAID USCA FEE | ✓ |

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES ✓ | NO |
| Has counsel ordered transcripts? | YES ✓ | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ✓ | NO |