**Table B-4.**
**U.S. Courts of Appeals—Median Time Intervals in Cases Terminated After Hearing or Submission, by Circuit, During the 12-Month Period Ending September 30, 2005**

| Circuit | Total Cases | From Filing of Notice of Appeal to Filing Last Brief | | From Filing of Last Brief to Hearing or Submission | | From Hearing to Final Disposition | | From Submission to Final Disposition | | From Filing of Notice of Appeal to Final Disposition | | From Filing in Lower Court to Final Disposition in Appellate Court | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months |
| **ALL CASES** | | | | | | | | | | | | | |
| TOTAL | 29,913 | 15,749 | 5.6 | 19,395 | 4.2 | 9,018 | 2.2 | 20,895 | .5 | 21,702 | 11.8 | 21,702 | 27.0 |
| DISTRICT OF COLUMBIA | 518 | 187 | 8.2 | 289 | 3.1 | 248 | 2.1 | 270 | .9 | 344 | 11.2 | 344 | 31.8 |
| FIRST | 986 | 647 | 7.0 | 746 | 1.8 | 388 | 2.7 | 598 | 1.7 | 782 | 13.2 | 782 | 32.4 |
| SECOND | 2,121 | 1,055 | 6.9 | 1,352 | 3.7 | 1,156 | .6 | 965 | .2 | 1,499 | 13.0 | 1,499 | 35.4 |
| THIRD | 2,329 | 1,273 | 5.6 | 1,567 | 3.8 | 521 | 3.2 | 1,808 | 2.0 | 1,762 | 11.7 | 1,762 | 30.1 |
| FOURTH | 2,590 | 854 | 4.7 | 1,071 | 3.2 | 408 | 2.6 | 2,182 | .6 | 1,819 | 8.0 | 1,819 | 21.2 |
| FIFTH | 3,608 | 1,992 | 6.0 | 2,144 | 3.9 | 799 | 1.9 | 2,809 | .5 | 2,997 | 10.3 | 2,997 | 20.7 |
| SIXTH | 2,903 | 1,822 | 6.5 | 2,155 | 6.2 | 1,163 | 2.1 | 1,740 | 1.3 | 2,283 | 14.5 | 2,283 | 29.8 |
| SEVENTH | 1,480 | 893 | 5.4 | 1,014 | 2.6 | 757 | 3.2 | 723 | .3 | 1,193 | 10.6 | 1,193 | 28.0 |
| EIGHTH | 2,078 | 1,119 | 3.5 | 1,225 | 5.0 | 751 | 3.6 | 1,327 | .3 | 1,639 | 10.7 | 1,639 | 24.2 |
| NINTH | 6,197 | 2,608 | 6.1 | 4,204 | 5.9 | 1,825 | 1.4 | 4,372 | .2 | 3,332 | 16.1 | 3,332 | 32.8 |
| TENTH | 1,524 | 1,093 | 5.2 | 1,161 | 3.9 | 452 | 4.3 | 1,072 | 1.1 | 1,288 | 12.0 | 1,288 | 26.4 |
| ELEVENTH | 3,579 | 2,206 | 4.6 | 2,467 | 2.6 | 550 | 1.9 | 3,029 | .9 | 2,764 | 9.5 | 2,764 | 23.2 |
| **PRISONER PETITIONS** | | | | | | | | | | | | | |
| TOTAL | 4,435 | 2,263 | 6.4 | 2,263 | 4.3 | 943 | 2.1 | 3,492 | .6 | 4,435 | 10.2 | 4,435 | 25.2 |
| DISTRICT OF COLUMBIA | 55 | 13 | 11.5 | 13 | 2.3 | 6 | .6 | 49 | 1.0 | 55 | 10.1 | 55 | 24.0 |
| FIRST | 74 | 44 | 6.1 | 44 | 1.3 | 21 | 3.1 | 53 | 2.1 | 74 | 10.4 | 74 | 22.6 |
| SECOND | 305 | 205 | 9.3 | 205 | 3.4 | 134 | .7 | 171 | .3 | 305 | 14.6 | 305 | 41.0 |
| THIRD | 419 | 152 | 7.7 | 152 | 3.5 | 49 | 3.7 | 370 | 1.1 | 419 | 7.7 | 419 | 21.5 |
| FOURTH | 548 | 50 | 6.2 | 50 | 2.6 | 41 | 2.3 | 507 | .3 | 548 | 5.3 | 548 | 16.9 |
| FIFTH | 394 | 162 | 5.6 | 162 | 4.6 | 61 | 1.9 | 333 | .5 | 394 | 9.3 | 394 | 19.9 |
| SIXTH | 469 | 235 | 7.7 | 235 | 5.4 | 96 | 3.2 | 373 | 1.3 | 469 | 12.1 | 469 | 23.0 |
| SEVENTH | 298 | 156 | 7.8 | 156 | 2.0 | 74 | 3.2 | 224 | .4 | 298 | 8.3 | 298 | 25.7 |
| EIGHTH | 299 | 107 | 4.6 | 107 | 5.4 | 58 | 3.0 | 241 | .3 | 299 | 8.4 | 299 | 17.7 |
| NINTH | 866 | 672 | 7.1 | 672 | 5.6 | 315 | 1.2 | 551 | .3 | 866 | 15.1 | 866 | 37.8 |
| TENTH | 303 | 211 | 4.5 | 211 | 3.8 | 48 | 4.2 | 255 | 1.6 | 303 | 9.4 | 303 | 24.2 |
| ELEVENTH | 405 | 256 | 5.3 | 256 | 2.6 | 40 | 1.6 | 365 | 1.0 | 405 | 8.8 | 405 | 21.6 |

124

## Table B-4. (September 30, 2005—Continued)

| Circuit | Total Cases | From Filing of Notice of Appeal to Filing Last Brief | | From Filing of Last Brief to Hearing or Submission | | From Hearing to Final Disposition | | From Submission to Final Disposition | | From Filing of Notice of Appeal to Final Disposition | | From Filing in Lower Court to Final Disposition in Appellate Court | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months |
| **OTHER CIVIL** | | | | | | | | | | | | | |
| **TOTAL** | **8,241** | **6,970** | **5.0** | **6,970** | **4.6** | **4,356** | **2.3** | **3,885** | **1.0** | **8,241** | **12.3** | **8,241** | **31.1** |
| DISTRICT OF COLUMBIA | 238 | 135 | 8.1 | 135 | 2.6 | 118 | 2.1 | 120 | 1.0 | 238 | 11.0 | 238 | 33.6 |
| FIRST | 341 | 297 | 4.9 | 297 | 1.8 | 209 | 2.7 | 132 | 3.0 | 341 | 10.6 | 341 | 30.1 |
| SECOND | 755 | 582 | 6.1 | 582 | 3.9 | 563 | .6 | 192 | .2 | 755 | 12.4 | 755 | 36.2 |
| THIRD | 804 | 718 | 5.3 | 718 | 3.8 | 283 | 2.9 | 521 | 2.4 | 804 | 12.0 | 804 | 32.3 |
| FOURTH | 608 | 340 | 4.3 | 340 | 3.8 | 225 | 2.6 | 383 | .6 | 608 | 8.3 | 608 | 22.8 |
| FIFTH | 789 | 733 | 4.7 | 733 | 4.5 | 447 | 2.1 | 342 | 1.0 | 789 | 10.8 | 789 | 29.1 |
| SIXTH | 1,012 | 981 | 5.7 | 981 | 6.8 | 622 | 2.1 | 390 | 1.3 | 1,012 | 15.0 | 1,012 | 33.3 |
| SEVENTH | 555 | 495 | 4.6 | 495 | 2.7 | 397 | 3.3 | 158 | .2 | 555 | 10.6 | 555 | 30.2 |
| EIGHTH | 548 | 448 | 3.6 | 448 | 5.6 | 318 | 3.6 | 230 | .3 | 548 | 11.5 | 548 | 28.3 |
| NINTH | 1,234 | 970 | 5.7 | 970 | 9.8 | 673 | 1.5 | 561 | .3 | 1,234 | 18.3 | 1,234 | 34.6 |
| TENTH | 457 | 431 | 4.4 | 431 | 4.7 | 193 | 4.8 | 264 | 2.5 | 457 | 13.5 | 457 | 31.4 |
| ELEVENTH | 900 | 840 | 3.6 | 840 | 2.7 | 308 | 2.5 | 592 | 1.3 | 900 | 9.1 | 900 | 27.8 |
| **CRIMINAL** | | | | | | | | | | | | | |
| **TOTAL** | **8,614** | **6,166** | **6.2** | **6,166** | **3.5** | **2,436** | **2.2** | **6,178** | **.7** | **8,614** | **11.8** | **8,614** | **24.1** |
| DISTRICT OF COLUMBIA | 50 | 39 | 8.2 | 39 | 2.5 | 34 | 1.9 | 16 | .7 | 50 | 15.4 | 50 | 32.1 |
| FIRST | 356 | 295 | 11.4 | 295 | 1.8 | 123 | 2.6 | 233 | 1.6 | 356 | 18.1 | 356 | 37.7 |
| SECOND | 402 | 241 | 8.4 | 241 | 2.8 | 301 | .7 | 101 | .3 | 402 | 12.7 | 402 | 34.0 |
| THIRD | 486 | 354 | 6.1 | 354 | 3.4 | 85 | 3.9 | 401 | 2.4 | 486 | 13.6 | 486 | 32.4 |
| FOURTH | 629 | 444 | 4.8 | 444 | 3.8 | 93 | 2.7 | 536 | .9 | 629 | 11.2 | 629 | 22.5 |
| FIFTH | 1,763 | 1,048 | 6.8 | 1,048 | 3.0 | 211 | 1.4 | 1,552 | .1 | 1,763 | 10.3 | 1,763 | 18.2 |
| SIXTH | 757 | 564 | 7.8 | 564 | 4.9 | 303 | 2.0 | 454 | 1.2 | 757 | 14.4 | 757 | 28.2 |
| SEVENTH | 316 | 220 | 6.9 | 220 | 2.8 | 160 | 3.5 | 156 | .3 | 316 | 12.4 | 316 | 25.9 |
| EIGHTH | 778 | 553 | 3.3 | 553 | 4.3 | 312 | 3.8 | 466 | .5 | 778 | 10.6 | 778 | 23.1 |
| NINTH | 1,147 | 900 | 6.0 | 900 | 4.9 | 475 | 1.3 | 672 | .2 | 1,147 | 14.0 | 1,147 | 27.8 |
| TENTH | 513 | 437 | 6.0 | 437 | 2.5 | 183 | 4.1 | 330 | 1.0 | 513 | 11.9 | 513 | 24.4 |
| ELEVENTH | 1,417 | 1,071 | 5.4 | 1,071 | 2.7 | 156 | 1.5 | 1,261 | 1.0 | 1,417 | 10.1 | 1,417 | 20.9 |

## Table B-4. (September 30, 2005—Continued)

| Circuit | Total Cases | From Filing of Notice of Appeal to Filing Last Brief | | From Filing of Last Brief to Hearing or Submission | | From Hearing to Final Disposition | | From Submission to Final Disposition | | From Filing of Notice of Appeal to Final Disposition | | From Filing in Lower Court to Final Disposition in Appellate Court | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months | Cases | Interval in Months |
| **ADMINISTRATIVE AGENCY** | | | | | | | | | | | | | |
| TOTAL | 4,421 | - | - | 3,644 | 4.4 | 1,021 | 1.8 | 3,400 | .4 | - | - | - | - |
| DISTRICT OF COLUMBIA | 106 | - | - | 102 | 4.0 | 88 | 2.1 | 18 | .7 | - | - | - | - |
| FIRST | 119 | - | - | 99 | 1.8 | 23 | 2.2 | 96 | 1.4 | - | - | - | - |
| SECOND | 357 | - | - | 296 | 4.2 | 130 | .4 | 227 | .3 | - | - | - | - |
| THIRD | 343 | - | - | 293 | 3.8 | 72 | 2.7 | 271 | 2.5 | - | - | - | - |
| FOURTH | 270 | - | - | 217 | 2.1 | 33 | 2.5 | 237 | .7 | - | - | - | - |
| FIFTH | 174 | - | - | 152 | 4.6 | 43 | 1.3 | 131 | .9 | - | - | - | - |
| SIXTH | 351 | - | - | 333 | 6.0 | 109 | 2.0 | 242 | 1.4 | - | - | - | - |
| SEVENTH | 135 | - | - | 121 | 2.7 | 106 | 2.6 | 29 | .5 | - | - | - | - |
| EIGHTH | 136 | - | - | 106 | 5.8 | 55 | 3.5 | 81 | .4 | - | - | - | - |
| NINTH | 2,061 | - | - | 1,596 | 5.6 | 315 | 1.3 | 1,746 | .3 | - | - | - | - |
| TENTH | 72 | - | - | 68 | 4.4 | 22 | 4.1 | 50 | 2.3 | - | - | - | - |
| ELEVENTH | 297 | - | - | 261 | 2.1 | 25 | 1.6 | 272 | 1.2 | - | - | - | - |
| **BANKRUPTCY** | | | | | | | | | | | | | |
| TOTAL | 412 | 350 | 4.6 | 350 | 5.1 | 248 | 2.6 | 164 | .9 | 412 | 13.1 | 412 | 21.7 |
| DISTRICT OF COLUMBIA | 1 | - | - | - | - | - | - | 1 | .8 | 1 | 8.3 | 1 | 25.9 |
| FIRST | 11 | 11 | 3.7 | 11 | 1.8 | 10 | 2.7 | 1 | 2.4 | 11 | 9.3 | 11 | 19.6 |
| SECOND | 37 | 27 | 7.1 | 27 | 4.3 | 27 | 2.2 | 10 | .1 | 37 | 14.7 | 37 | 22.1 |
| THIRD | 53 | 49 | 4.3 | 49 | 5.8 | 31 | 6.0 | 22 | 2.5 | 53 | 14.8 | 53 | 21.5 |
| FOURTH | 34 | 20 | 3.6 | 20 | 4.0 | 15 | 2.7 | 19 | .4 | 34 | 8.7 | 34 | 16.5 |
| FIFTH | 51 | 49 | 4.2 | 49 | 4.4 | 36 | 1.9 | 15 | 1.1 | 51 | 10.5 | 51 | 19.8 |
| SIXTH | 45 | 42 | 7.1 | 42 | 6.7 | 32 | 2.7 | 13 | 2.3 | 45 | 17.7 | 45 | 25.1 |
| SEVENTH | 24 | 22 | 3.9 | 22 | 2.1 | 19 | 2.7 | 5 | .0 | 24 | 9.1 | 24 | 16.8 |
| EIGHTH | 14 | 11 | 2.6 | 11 | 5.6 | 8 | 1.1 | 6 | .3 | 14 | 10.0 | 14 | 15.6 |
| NINTH | 85 | 66 | 5.3 | 66 | 8.2 | 43 | 2.2 | 42 | .3 | 85 | 19.6 | 85 | 30.8 |
| TENTH | 15 | 14 | 5.8 | 14 | 4.6 | 6 | 1.8 | 9 | 1.9 | 15 | 13.9 | 15 | 23.3 |
| ELEVENTH | 42 | 39 | 3.0 | 39 | 4.0 | 21 | 1.5 | 21 | 1.2 | 42 | 9.3 | 42 | 17.5 |

NOTE: THE SUBTOTALS DO NOT ADD UP TO THE NUMBER FOR TOTAL CASES BECAUSE TOTAL CASES INCLUDE ORIGINAL PROCEEDINGS NOT REPORTED SEPARATELY IN THIS TABLE. THIS TABLE DOES NOT INCLUDE DATA FOR THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT.