UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> v. <br><br> DAVID HOSSEIN SAFAVIAN, <br><br> Defendant | Criminal No. 05-370 (PLF) |

**UNOPPOSED MOTION TO PERMIT DEFENDANT'S TRAVEL**

Defendant David H. Safavian, through undersigned counsel, hereby moves this Court to permit the Defendant to travel to the Detroit, Michigan Metropolitan area (Grosse Ille, Michigan) to spend the Thanksgiving holiday with his mother from Tuesday, November 21, 2006 through Monday, November 27, 2006. The Department of Justice does not oppose this Motion.

The Court's Order Permitting the Release Pending Appeal (Dock. No. 146) stays the execution of the 18 month sentence of incarceration pending appeal of final judgment. The September 19, 2005 Release Order requires the defendant to remain within "the D.C. area" absent permission of the court or the probation office. Mr. Safavian has faithfully complied with the terms of the Release Order throughout these proceedings. The Court has previously granted orders permitting limited travel to visit relatives and spend time with his family. See Dock. Nos. 129, 27 (authorizing travel to Detroit in Jan. 2006 and Delaware in Sept. 2006). Accordingly, Defendant respectfully requests that the Court permit Mr. Safavian to travel outside the Washington, D.C. area to Detroit, MI from November 21 to November 27, 2006 to visit his mother and other family members. In keeping with precedent, and as the attached order

indicates, the Defendant will confirm the exact dates of travel with the Probation Office and the Department of Justice and provide local contact information prior to his departure

## CONCLUSION

For the foregoing reasons, Mr. Safavian respectfully requests that this Court permit the defendant to travel to the Detroit, Michigan Metropolitan area from November 21 through November 27, 2006. A proposed order is attached.

    Respectfully submitted,

    WILEY REIN & FIELDING LLP

    By: /s/ Barbara Van Gelder

    Barbara Van Gelder, Esq.
    Roderick L. Thomas, Esq.
    Albert Lambert, Esq.
    Wiley Rein & Fielding LLP
    1776 K Street NW
    Washington, DC 20006
    TEL: 202.719.7032
    FASCIMILE: 202.719.7049

    Attorneys for David H. Safavian

Dated: November 17, 2006