**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA,** | |
| **v.** | |
| **DAVID HOSSEIN SAFAVIAN,** | **Criminal No. 05-370 (PLF)** |
| **Defendant** | |

**ORDER PERMITTING DEFENDANT'S TRAVEL**

After consideration of Defendant's Unopposed Motion to Permit Defendant's Travel, IT

IS HEREBY ORDERED that:

Defendant Safavian be PERMITTED to travel to the Detroit, Michigan Metropolitan area

from November 21, 2006 to November 27, 2006.  The Defendant is ORDERED to confirm the

exact dates of travel with the Probation Office and the Department of Justice and to provide local

contact information to the Probation Office prior to his departure.


DATED: _____, 2006.



_____

HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE


cc: Counsel of Record