UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Cr. No 05-370 (PLF) |
| v. | : |
| DAVID HOSSEIN SAFAVIAN | : |
| Defendant | : |

### NOTICE OF APPEAL

Pursuant to 18 U.S.C. 3742(b), notice is hereby given that the government appeals to the United States Court of Appeals for the District of Colombia Circuit from the sentence imposed by the district court on defendant Safavian on October 27, 2006.

Respectfully submitted,

_____
NATHANIEL B. EDMONDS
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice

_____
PETER R. ZEIDENBERG
Trial Attorney, Public Integrity Section
Criminal Division
United States Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, a copy of the foregoing was served on the following counsel by electronic service to:

> Barbara Van Gelder, Esq.
> Wiley Rein & Fielding
> 1776 K Street NW
> Washington, DC 20006
> Tel: 202-719-7032
> Facsimile: 202-719-7049

_____
PETER R. ZEIDENBERG
Trial Attorney
Public Integrity Section
United States Department of Justice