# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3139**  **September Term, 2006**

05cr00370-01
05cr00370-1

**Filed On:**

United States of America,
    Appellee

v.

David H. Safavian,
    Appellant

FILED
MAR 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAR 2 9 2007
CLERK

Consolidated with 06-3169, 06-3171

## ORDER

Upon consideration of the motion of the United States of America to dismiss appeal, it is

**ORDERED** that the motion be granted, and case No. 06-3169 is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate in No. 06-3169 only.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Nancy G. Dunn
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: *[signature]* Deputy Clerk