*Friedman, J.*

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 06-3139**                                        **September Term, 2006**

05cr00370-01
05cr00370-1

**Filed On:**

United States of America,
           Appellee

v.

David H. Safavian,
           Appellant

```
┌─────────────────────────────────┐
│  UNITED STATES COURT OF APPEALS  │
│  FOR DISTRICT OF COLUMBIA CIRCUIT│
│  ┌─────────────────────┐         │
│  │FILED│  MAY 2 5 2007  │         │
│  └─────────────────────┘         │
│              CLERK               │
└─────────────────────────────────┘
```

_____

Consolidated with 06-3171

_____

06-3169                                                    05cr00370-01

United States of America,
           Appellee

v.

David H. Safavian,
           Appellant

**FILED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

Upon consideration of the court's order filed March 29, 2007, dismissing Case No. 06-3169, and it appearing that the order issued in error, and it further appearing Case No. 06-3171 should have been dismissed, it is

**ORDERED**, on the court's own motion, that the order filed March 29, 2007, in No. 06-3169 be vacated, and the mandate be recalled forthwith.  It is

**FURTHER ORDERED** that case No. 06-3171 be dismissed.  The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate in No. 06-3171 only.  It is

**FURTHER ORDERED**, on the court's own motion, that case No. 06-3169 be consolidated with case No. 06-3139.

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____

Nancy G. Dunn
Deputy Clerk