NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  05-370 (PLF)

**DAVID HOSSEIN SAFAVIAN**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Lawrence S. Robbins (DC Bar # 420260)
*(Attorney & Bar ID Number)*

Robbins Russell Englert Orseck & Untereiner LLP
*(Firm Name)*

**1801 K St NW Ste 411-L**
*(Street Address)*

**Washington   DC   20006-1322**
*(City)   (State)   (Zip)*

**(202) 775-4501**
*(Telephone Number)*