UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>　　　　Defendant. | Criminal No. 05-370 (PLF) |

### UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS
### AND TO PERMIT DEFENDANT'S TRAVEL

Defendant David H. Safavian, through undersigned counsel, hereby moves this Court (1) to modify his conditions of release to permit him to travel with only the consent of the Department of Justice and the D.C. Pretrial Services Agency, or (2) to permit him to travel to Benzie County, Michigan to visit his grandfather, who has recently suffered a minor stroke, from July 5, 2007, to July 31, 2007. Neither the Department of Justice nor the D.C. Pretrial Services Agency opposes the relief sought by this Motion.

I.   **The Court Should Allow Safavian To Travel With Only The Consent Of The Department Of Justice And The Probation Office**

The Court's Order Permitting the Release Pending Appeal (Dkt 146) stays the execution of the 18-month sentence of incarceration pending appeal of the final judgment. The September 19, 2005 Release Order requires the defendant to remain within "the D.C. area" absent permission of the Court or the pretrial services agency. The order also requires him to report weekly to the D.C. Pretrial Services Agency. Safavian has faithfully complied with the terms of the Release Order throughout these proceedings. Dkt 5. The Court has previously granted orders permitting limited travel to visit relatives and spend time with his family. *See* Dkt 27 (authorizing travel to Detroit in January 2006); Dkt 129 (authorizing travel to Delaware in

September 2006); and Dkt 148 (authorizing travel to Detroit in November 2006). In granting Safavian's motion for release pending appeal, the Court held that Safavian is not a flight risk. Dkt 146 – Pg 2 ("The government concedes, and the Court agrees, that Mr. Safavian does not pose a risk of flight or a danger to the community.").

Safavian will be forced to travel more frequently in the coming months. First, he wishes to travel to Michigan in July to visit his ailing grandfather. Second, he may need to travel to New York and Florida for business, for which last minute arrangements may need to be made. Rather than file a formal motion each time he needs to leave the D.C. metropolitan area, he asks the Court to allow him to simply seek the consent of the Department of Justice and the Pretrial Services Agency each time that he needs to travel. He will continue to provide the exact dates of travel and local contact information to both the Department of Justice and the Pretrial Services Agency prior to his departure.

**II.     In the Alternative, The Defendant Requests The Court's Permission To Allow Him To Travel To Michigan In July 2007**

If the Court declines to grant the foregoing request, Safavian alternatively requests that the Court permit him to travel outside the Washington, D.C. area to Benzie County, Michigan, from July 5, 2007, to July 31, 2007, to visit his grandfather and other family members. In keeping with precedent, and as the attached order indicates, the Defendant will confirm the exact dates of travel with the Department of Justice and the Pretrial Services Agency and provide local contact information prior to his departure.

**CONCLUSION**

For the foregoing reasons, Mr. Safavian respectfully requests that this Court (1) modify his conditions of release to permit him to travel with only the consent of the Department of

Justice and the D.C. Pretrial Services Agency, or (2) permit the defendant to travel to Benzie County, Michigan, from July 5, 2007, to July 31, 2007. Two proposed orders are attached.

                    Respectfully submitted

                    /s/ Lawrence S. Robbins

| | |
|---|---|
| Lawrence S. Robbins | DC Bar # 420260 |
| Donald J. Russell | DC Bar # 474445 |
| Alice W. Yao | DC Bar # 493789 |
| Daniel R. Walfish | DC Bar # 499697 |

ROBBINS, RUSSELL, ENGLERT, ORSECK &
UNTEREINER L.L.P.
1801 K Street, N.W., Suite 411-L
Washington, D.C. 20006-1322
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
E-mail: ayao@robbinsrussell.com

Dated: July 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID HOSSEIN SAFAVIAN,<br><br>        Defendant. | Criminal No. 05-370 (PLF) |

### ORDER MODIFYING CONDITIONS OF RELEASE

After consideration of Defendant's Unopposed Motion to Modify Conditions of Release, IT IS HEREBY ORDERED that:

Defendant Safavian's conditions of release be MODIFIED to permit travel with only the consent of the Department of Justice and the D.C. Pretrial Services Agency. The Defendant is ORDERED to continue to confirm the exact dates of travel with the Probation Office and the Department of Justice and to provide local contact information to the Probation Office prior to any departure.

DATED: _____, 2007.

                                                                      HONORABLE PAUL L. FRIEDMAN
                                                                      UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>v.<br>DAVID HOSSEIN SAFAVIAN,<br>              Defendant. | Criminal No. 05-370 (PLF) |

### ORDER PERMITTING TRAVEL

After consideration of Defendant's Unopposed Motion to Permit Defendant's Travel, IT IS HEREBY ORDERED that:

Defendant Safavian be PERMITTED to travel to Benzie County, Michigan, from July 5, 2007, to July 31, 2007. The Defendant is ORDERED to confirm the exact dates of travel with the Probation Office and the Department of Justice and to provide local contact information to the Probation Office prior to his departure.

DATED: _____, 2007.

 

_____
HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record