## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>Plaintiff,<br>v.<br>**DAVID HOSSEIN SAFAVIAN**,<br>Defendant. | Criminal No. 05-370 (PLF) |

### UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

Defendant David H. Safavian, through undersigned counsel, hereby moves this Court to reschedule the status conference currently set for August 19, 2008.

1. This Court has set a status conference in the case for August 19, 2008 at 10:45 a.m.

2. Counsel for Mr. Safavian are scheduled to be on long-planned vacations on August 19.

3. Mr. Safavian is scheduled to be outside of Washington, D.C. on August 19.

4. The Court's clerk has stated that the Court is available on September 2, 2008 at 2:00 p.m.

5. The Department of Justice does not object to rescheduling the status conference to September 2, 2008 at 2:00 p.m.

Wherefore, Mr. Safavian, through undersigned counsel, respectfully requests that the Court reschedule the status conference currently set for August 19, 2008 to September 2, 2008 at 2:00 p.m.

       Respectfully submitted,


        /s/ Lawrence S. Robbins
       Lawrence S. Robbins        DC Bar # 420260

       ROBBINS, RUSSELL, ENGLERT, ORSECK &
       UNTEREINER L.L.P.
       1801 K Street, N.W., Suite 411-L
       Washington, D.C.  20006-1322
       Telephone: (202) 775-4500
       Facsimile: (202) 775-4510

Dated:  August 14, 2008