**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DAVID HOSSEIN SAFAVIAN**, <br><br> Defendant. | **Criminal No. 05-370 (PLF)** |

**NOTICE OF FILING**

The Defendant hereby files a proposed Order, attached hereto, granting Defendant's

UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONDUCT STATUS

CONFERENCE.

Respectfully submitted,

   /s/ Lawrence S. Robbins
Lawrence S. Robbins            DC Bar # 420260

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411-L
Washington, D.C.  20006-1322
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

Dated:  August 15, 2008