# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **DAVID HOSSEIN SAFAVIAN**, <br> Defendant. | **Criminal No. 05-370 (PLF)** |

## ORDER

Presently pending before the Court is Defendant's UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONDUCT STATUS CONFERENCE. **IT IS HEREBY ORDERED** that the status conference currently set for August 19, 2008 at 10:45 A.M. in Courtroom 29A shall be reset for September 2, 2008 at 2:00 P.M.

**SO ORDERED.**

_____
The Honorable Paul L. Friedman
UNITED STATES DISTRICT JUDGE

Copies to:

Lawrence Saul Robbins
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber LLP
1801 K Street, NW
Suite 411
Washington, DC 20006
lrobbins@robbinsrussell.com

Nathaniel B. Edmonds
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
nathaniel.edmonds@usdoj.gov

Peter Robert Zeidenberg
DLA PIPER
500 8th Street, NW
Washington, DC 20004
Peter.Zeidenberg@DLAPiper.com