UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No 05-370 (PLF) |
| | : | |
| v. | : | |
| | : | |
| DAVID HOSSEIN SAFAVIAN | : | |
| Defendant | : | |

### NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL

The undersigned hereby provides notice pursuant to Local Rule LCrR 44.5(e) that he is one of the government counsel in the above-captioned case.

DATED:   August 20, 2008
         Washington, D.C.

                                Respectfully submitted,

                                William M. Welch II
                                Chief, Public Integrity Section

By:   /s/ Justin V. Shur

                                Justin V. Shur
                                Trial Attorney
                                Public Integrity Section
                                United States Department of Justice
                                Criminal Division
                                1400 New York Avenue, N.W.
                                Washington, D.C. 20005
                                Tel: (202) 353-8845
                                Fax: (202) 514-3003
                                justin.shur@usdoj.gov